IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Case No. 5:24-cv-00588

SHIBUMI SHADE, INC., )
)
Plaintiff(s), )
v. )
GARDMA LLC, )
)
Defendant(s). )

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION AND ATTRIBUTED CITIZENSHIP**

Pursuant to Fed. R. Civ. P. 7.1 and Local Civil Rule 7.3, or Fed. R. Crim. P. 12.4 and Local Criminal Rule 12.3,

__GARDMA LLC__ who is __defendant__,
(name of party/intervenor)     (plaintiff/defendant/other:_____)

makes the following disclosure:

1. Is the party/intervenor a publicly held corporation or other publicly held entity?

   YES ◯     NO ⦿

2. Does the party/intervenor have any parent corporations?

   YES ◯     NO ⦿

If yes, identify all parent corporations, including grandparent and great-grandparent corporations:


3. Is 10% of more of the stock of the party/intervenor owned by a publicly held corporation or other publicly held entity?

   YES ◯     NO ⦿

If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3 or Local Criminal 12.3)?

   YES ○     NO ●

5. Is the party/intervenor a trade association?

   YES ○     NO ●

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

6. If the case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditor's committee:
   N/A

7. In a case based on diversity jurisdiction, the following is a list of every individual or entity whose citizenship is attributed to the party/intervenor:

   _____          _____
   (Name of individual/entity)              (State of citizenship)

   _____          _____
   (Name of individual/entity)              (State of citizenship)

   _____          _____
   (Name of individual/entity)              (State of citizenship)

   _____          _____
   (Name of individual/entity)              (State of citizenship)

   _____          _____
   (Name of individual/entity)              (State of citizenship)

   _____          _____
   (Name of individual/entity)              (State of citizenship)

If there are additional individuals or entities who citizenship is attributed to the party/intervenor, please provide their names and states of citizenship on a separate piece of paper.

Signature: /s/ Samuel Alexander Long, Jr.

Date: November 12, 2024

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2024, the foregoing was electronically filed via the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Samuel Alexander Long, Jr.
Samuel Alexander Long, Jr. (N.C. Bar No. 46588)
SHUMAKER, LOOP, & KENDRICK, LLP
101 South Tryon Street, Suite 2200
Charlotte, NC 28280
Tel: 704-945-2193
Fax: 704-332-1197
Email: along@shumaker.com