# THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | |
|---|---|
| SHIBUMI SHADE, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GARDMA LLC d/b/a MILLION SHADES ) <br> AMERICA, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No: 5:24-cv-00588-FL |

**JOINT MOTION TO EXTEND DEADLINES REGARDING**
**DEFENDANT'S MOTION TO DISMISS**

Plaintiff Shibumi Shade, Inc ("Plaintiff") and Defendant Gardma LLC d/b/a Million Shades America ("Defendant"), by and through the undersigned counsel respectfully jointly move this Court to extend the following Response and Reply deadlines regarding Defendant's Motion to Dismiss. Dkt. 15.

| | **Current Deadline** | **Revised Deadline** |
|---|---|---|
| Plaintiff's Response | January 2, 2025 | January 16, 2025 |
| Defendant's Reply | January 16, 2025 | February 13, 2025 |

In further support of this Motion, the parties state as follows:

1. On December 12, 2024, Defendant filed a Motion to Dismiss Plaintiff Shibumi Shades, Inc.'s Complaint.

2. Plaintiff requested an extension to accommodate the upcoming holidays. Defendant agreed but also asked for an extension of its time to reply to accommodate other

commitments during that period. This motion is made in good faith and not for the purpose of delaying these proceedings.

3. Counsel for Plaintiff and Defendant conferred and agree on the above schedule.

**WHEREFORE**, the parties respectfully request that the Court grant this Motion and extend the Response and Reply deadlines as set forth above.

Dated: December 19, 2024

Respectfully submitted,

**SHUMAKER, LOOP, & KENDRICK LLP**

**WOMBLE BOND DICKINSON (US) LLP**

By: /s/ *Samuel Alexander Long Jr.*

/s/ *Preston H. Heard*

Samuel Alexander Long Jr.
N.C. Bar No. 46588
Tom BenGera
N.C. Bar No. 57019
Andrew R. Shores
N.C. Bar # 46600
101 S Tryon Street, Suite 2200
Charlotte, NC 28280
Telephone: (704) 375-0057
Fax: (704) 332-1197
along@shumaker.com
tbengera@shumaker.com

*Attorneys for Defendant*

Samuel B. Hartzell
North Carolina Bar No. 49256
555 Fayetteville Street, Suite 1100
Raleigh, North Carolina 27601
Telephone: 919-755-2112
Facsimile: 919-755-6772
Sam.Hartzell@wbd-us.com

Preston H. Heard (*pro hac vice*)
Georgia Bar No. 476319
Christine H. Dupriest (*pro hac vice*)
Georgia Bar No. 874494
1331 Spring Street, NW, Suite 1400
Atlanta, GA 30309
Telephone: (404) 862-7527
Facsimile: (404) 879-2966
Preston.heard@wbd-us.com
Christine.Dupriest@wbd-us.com

*Attorneys for Plaintiff Shibumi Shade, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby confirms that on December 19, 2024, I electronically filed the foregoing with the Clerk of Court using CM/ECF system, which will send notifications of such filing to the counsel of record.

/s/ *Preston H. Heard*
Preston H. Heard