THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SHIBUMI SHADE, INC. ) | |
| ) | |
| Plaintiff, ) | Civil Action No: 5:24-cv-00588-FL |
| ) | |
| v. ) | |
| ) | |
| GARDMA LLC d/b/a MILLION SHADES ) | |
| AMERICA, ) | |
| ) | |
| Defendant. ) | |

**[PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES REGARDING DEFENDANT'S MOTION TO DISMISS**

Upon consideration of the Parties' Joint Motion to Extend Deadlines Regarding Defendant's Motion to Dismiss, and for good cause shown, the Motion is **GRANTED**.

It is therefore **ORDERED** that the deadline for the Plaintiff to file a Response is extended to January 16, 2025, and that the deadline for the Defendant to file a Reply is extended to February 13, 2025.

**SO ORDERED**, this _____ day of December 2024.


By: _____
United States District Judge