UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SHIBUMI SHADE, INC., <br><br> Plaintiff, <br><br> v. <br><br> GARDMA LLC d/b/a MILLION SHADES AMERICA, <br><br> Defendant. | Civil Action No. 5:24-cv-00588 <br><br> JURY TRIAL DEMANDED |

### DEFENDANT'S NOTICE OF UNAVAILITY OF COUNSEL

PLEASE TAKE NOTICE that lead counsel for Defendant GARDMA LLC d/b/a Million Shades America ("MSA"), Samuel Alexander Long, Jr. and Tom BenGera, will be unavailable from March 5, 2025 through March 11, 2025 due to Oral Argument scheduled in the United States Court of Appeals for the Federal Circuit and also preexisting travel plans. *Power Probe Group, Inc. v. Innova Electronics Corp.*, No. 24-1166 (Fed. Cir. 2023).

MSA therefore respectfully requests that no court hearings or other matters be scheduled during the above-noticed period of time which will require the attention or attendance of lead counsel.

This the 18th day of February, 2025.

                                                        Respectfully submitted,

                                                        /s/ Samuel Alexander Long, Jr.
                                                        Samuel Alexander Long, Jr. (N.C. Bar No. 46588)
                                                        Tom BenGera (N.C. Bar No. 57019)
                                                        SHUMAKER, LOOP, & KENDRICK, LLP
                                                        101 S Tryon Street, Suite 2200
                                                        Charlotte, NC 28280
                                                        Tel: 704-945-2911

1

Fax: 704-332-1197
Email: along@shumaker.com
tbengera@shumaker.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2025, the foregoing was electronically filed via the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Samuel Alexander Long, Jr.
Samuel Alexander Long, Jr. (N.C. Bar No. 46588)
SHUMAKER, LOOP, & KENDRICK, LLP
101 South Tryon Street, Suite 2200
Charlotte, NC 28280
Tel: 704-945-2193
Fax: 704-332-1197
Email: along@shumaker.com