# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | | |
|---|---|---|
| SHIBUMI SHADE, INC., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    5:24-CV-00588 |
| GARDMA LLC d/b/a MILLION SHADES AMERICA, | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Gardma LLC d/b/a Million Shades America                                              .

Date:     03/20/2025

/s/ Spencer P. Mead
*Attorney's signature*

Spencer P. Mead (N.C. Bar No. 49402)
*Printed name and bar number*

SHUMAKER, LOOP & KENDRICK, LLP
101 South Tryon Street
Suite 2200
Charlotte, North Carolina 28280
*Address*

smead@shumaker.com
*E-mail address*

(704) 375-0057
*Telephone number*

(704) 332-1197
*FAX number*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 20, 2026, the foregoing was electronically filed via the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

<u>/s/ Spencer P. Mead</u>
Spencer P. Mead (N.C. Bar No. 49402)
SHUMAKER, LOOP, & KENDRICK, LLP
101 South Tryon Street, Suite 2200
Charlotte, NC 28280
Tel: 704-375-0057
Fax: 704-332-1197
Email: smead@shumaker.com