# EXHIBIT 3

PTO/AIA/15 (10-17)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# UTILITY PATENT APPLICATION TRANSMITTAL

*(Only for new nonprovisional applications under 37 CFR 1.53(b))*

| | |
|---|---|
| *Attorney Docket No.* | **S105508 1010US.C3 (0010.3)** |
| *First Named Inventor* | **Dane Brooks Barnes** |
| *Title* | SHADING SYSTEM AND METHOD OF USE |
| *Priority Mail Express®* *Label No.* | |

## APPLICATION ELEMENTS

*See MPEP chapter 600 concerning utility patent application contents.*

**ADDRESS TO:**   **Commissioner for Patents**
**P.O. Box 1450**
**Alexandria, VA  22313-1450**

1. ☑ **Fee Transmittal Form**
   (PTO/SB/17 or equivalent)

2. ☑ **Applicant asserts small entity status.**
   See 37 CFR 1.27

3. ☐ **Applicant certifies micro entity status.** See 37 CFR 1.29.
   Applicant must attach form PTO/SB/15A or B or equivalent.

4. ☑ **Specification**     [*Total Pages* 15 ]
   Both the claims and abstract must start on a new page.
   *(See MPEP § 608.01(a) for information on the preferred arrangement)*

5. ☑ **Drawing(s)** (35 U.S.C. 113)     [*Total Sheets* 7 ]

6. **Inventor's Oath or Declaration**     [*Total Pages* 5 ]
   *(including substitute statements under 37 CFR 1.64 and assignments serving as an oath or declaration under 37 CFR 1.63(e))*
   a. ☐ Newly executed (original or copy)
   b. ☑ A copy from a prior application (37 CFR 1.63(d))

7. ☑ **Application Data Sheet** *   * See note below.*
   See 37 CFR 1.76 (PTO/AIA/14 or equivalent)

8. **CD-ROM or CD-R**
   in duplicate, large table, or Computer Program (*Appendix*)
   ☐ Landscape Table on CD

9. **Nucleotide and/or Amino Acid Sequence Submission**
   (*if applicable, items a. – c. are required*)
   a. ☐ Computer Readable Form (CRF)
   b. ☐ Specification Sequence Listing on:
      i. ☐ CD-ROM or CD-R (2 copies); or
      ii. ☐ Paper
   c. ☐ Statements verifying identity of above copies

## ACCOMPANYING APPLICATION PAPERS

10. ☐ **Assignment Papers**
    (cover sheet & document(s))
    Name of Assignee _____

11. ☑ **37 CFR 3.73(c) Statement**     ☑ **Power of Attorney**
    (*when there is an assignee*)

12. ☐ **English Translation Document**
    (*if applicable*)

13. ☑ **Information Disclosure Statement**
    (PTO/SB/08 or PTO-1449)
    ☐ Copies of citations attached

14. ☑ **Preliminary Amendment**

15. ☐ **Return Receipt Postcard**
    (*MPEP § 503*) (*Should be specifically itemized*)

16. ☐ **Certified Copy of Priority Document(s)**
    (*if foreign priority is claimed*)

17. ☐ **Nonpublication Request**
    Under 35 U.S.C. 122(b)(2)(B)(i). Applicant must attach form PTO/SB/35 or equivalent.

18. ☐ **Other:** _____
    _____
    _____
    _____
    _____

*****Note:** (1) Benefit claims under 37 CFR 1.78 and foreign priority claims under 1.55 **must** be included in an Application Data Sheet (ADS).
(2) For applications filed under 35 U.S.C. 111, the application must contain an ADS specifying the applicant if the applicant is an assignee, person to whom the inventor is under an obligation to assign, or person who otherwise shows sufficient proprietary interest in the matter. See 37 CFR 1.46(b).

### 19. CORRESPONDENCE ADDRESS

☑ The address associated with Customer Number: 26158      **OR** ☐ Correspondence address below

| Name | |
|---|---|
| Address | |

| City | | State | | Zip Code | |
|---|---|---|---|---|---|
| Country | | Telephone | | Email | |

| Signature | /lauren f. anderson/ | Date | April 16, 2021 |
|---|---|---|---|
| Name (Print/Type) | Lauren F. Anderson | Registration No. (Attorney/Agent) | 69,344 |

This collection of information is required by 37 CFR 1.53(b). The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

# Privacy Act Statement

The **Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (*i.e.,* GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

PTO/SB/17 (10-20)
Approved for use through 12/31/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number

# FEE TRANSMITTAL

| Complete if known | |
|---|---|
| Application Number | To Be Assigned |
| Filing Date | Concurrently Herewith |
| First Named Inventor | Dane Brooks Barnes |
| Examiner Name | To Be Assigned |
| Art Unit | To Be Assigned |

■ Applicant asserts small entity status. See 37 CFR 1.27.

☐ Applicant certifies micro entity status. See 37 CFR 1.29.
Form PTO/SB/15A or B or equivalent must either be enclosed or have been submitted previously.

| TOTAL AMOUNT OF PAYMENT | ($) 830 | Practitioner Docket No. | S105508 1010US.C3 (0010.3) |
|---|---|---|---|

**METHOD OF PAYMENT** (check all that apply)

☐ Check  ☐ Credit Card  ☐ Money Order  ☐ None  ☐ Other (please identify): _____

■ Deposit Account  Deposit Account Number: 09-0528 _____  Deposit Account Name: _____

For the above-identified deposit account, the Director is hereby authorized to (check all that apply):

■ Charge fee(s) indicated below          ☐ Charge fee(s) indicated below, **except for the filing fee**

■ Charge any additional fee(s) or underpayment of fee(s)   ■ Credit any overpayment of fee(s)
under 37 CFR 1.16 and 1.17

**WARNING**: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.

**FEE CALCULATION**

**1. BASIC FILING, SEARCH, AND EXAMINATION FEES (U = undiscounted fee; S = small entity fee; M = micro entity fee)**

| | FILING FEES | | | SEARCH FEES | | | EXAMINATION FEES | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Application Type** | **U ($)** | **S ($)** | **M ($)** | **U ($)** | **S ($)** | **M ($)** | **U ($)** | **S ($)** | **M ($)** | **Fees Paid ($)** |
| Utility | 320 | 160* | 80 | 700 | 350 | 175 | 800 | 400 | 200 | 830 |
| Design | 220 | 110 | 55 | 160 | 80 | 40 | 640 | 320 | 160 | _____ |
| Plant | 220 | 110 | 55 | 440 | 220 | 110 | 660 | 330 | 165 | _____ |
| Reissue | 320 | 160 | 80 | 700 | 350 | 175 | 2,320 | 1,160 | 580 | _____ |
| Provisional | 300 | 150 | 75 | 0 | 0 | 0 | 0 | 0 | 0 | _____ |

* The $160 small entity status filing fee for a utility application is further reduced to $80 for a small entity status applicant who files the application via EFS-Web.

**2. EXCESS CLAIM FEES**

| **Fee Description** | **Undiscounted Fee ($)** | **Small Entity Fee ($)** | **Micro Entity Fee ($)** |
|---|---|---|---|
| Each claim over 20 (including Reissues) | 100 | 50 | 25 |
| Each independent claim over 3 (including Reissues) | 480 | 240 | 120 |
| Multiple dependent claims | 860 | 430 | 215 |

| **Total Claims** | | **Extra Claims** | **Fee ($)** | **Fee Paid ($)** | |
|---|---|---|---|---|---|
| 17 | -20 or HP = | _____ x | _____ = | _____ | **Multiple Dependent Claims** |

HP = highest number of total claims paid for, if greater than 20.

| | | | | | **Fee ($)** | **Fee Paid ($)** |
|---|---|---|---|---|---|---|
| | | | | | _____ | _____ |

| **Indep. Claims** | | **Extra Claims** | **Fee ($)** | **Fee Paid ($)** |
|---|---|---|---|---|
| 1 | -3 or HP = | _____ x | _____ = | _____ |

HP = highest number of independent claims paid for, if greater than 3.

**3. APPLICATION SIZE FEE**

If the specification and drawings exceed 100 sheets of paper (excluding electronically filed sequence or computer listings under 37 CFR 1.52(e)), the application size fee due is $420 ($210 for small entity) ($105 for micro entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s).

| **Total Sheets** | **Extra Sheets** | **Number of each additional 50 or fraction thereof** | **Fee ($)** | **Fee Paid ($)** |
|---|---|---|---|---|
| 22 - 100 = | _____ / 50 = | _____ (round **up** to a whole number) x | _____ = | _____ |

**4. OTHER FEE(S)**                                                                 **Fees Paid ($)**

Non-English specification, $140 fee ($70 for small entity) ($35 for micro entity)   _____

**Non-electronic filing fee under 37 CFR 1.16(t) for a utility application, $400 fee ($200 small or micro entity)**   _____

Other (e.g., late filing surcharge): _____   _____

**SUBMITTED BY**

| Signature | /lauren f. anderson/ | Registration No. (Attorney/Agent) 69,344 | Telephone (919) 755-2100 |
|---|---|---|---|
| Name (Print/Type) | Lauren F. Anderson | | Date April 16, 2021 |

This collection of information is required by 37 CFR 1.136. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 30 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

# Privacy Act Statement

The **Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (*i.e.,* GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020.  OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | S105508 1010US.C3 (0010.3 |
|---|---|---|
| | Application Number | |

| Title of Invention | SHADING SYSTEM AND METHOD OF USE |
|---|---|

The application data sheet is part of the provisional or nonprovisional application for which it is being submitted. The following form contains the bibliographic data arranged in a format specified by the United States Patent and Trademark Office as outlined in 37 CFR 1.76.
This document may be completed electronically and submitted to the Office in electronic format using the Electronic Filing System (EFS) or the document may be printed and included in a paper filed application.

## Secrecy Order 37 CFR 5.2:

☐ Portions or all of the application associated with this Application Data Sheet may fall under a Secrecy Order pursuant to 37 CFR 5.2  (Paper filers only. Applications that fall under Secrecy Order may not be filed electronically.)

## Inventor Information:

| Inventor | 1 | | Remove |
|---|---|---|---|

**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| ▾ | Dane | Brooks | Barnes | ▾ |

Residence Information (Select One)  ● US Residency   Non US Residency   Active US Military Service

| City | Raleigh | State/Province | NC | Country of Residence | US |
|---|---|---|---|---|---|

**Mailing Address of Inventor:**

| Address 1 | 921 Washington Street, #202 |
|---|---|
| Address 2 | |
| City | Raleigh | State/Province | NC |
| Postal Code | 27605 | Country i | US |

| Inventor | 2 | | Remove |
|---|---|---|---|

**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| ▾ | Alexander | Griffith | Slater | ▾ |

Residence Information (Select One)  ◉ US Residency   Non US Residency   Active US Military Service

| City | Raleigh | State/Province | NC | Country of Residence | US |
|---|---|---|---|---|---|

**Mailing Address of Inventor:**

| Address 1 | 614 Holden Street |
|---|---|
| Address 2 | |
| City | Raleigh | State/Province | NC |
| Postal Code | 27604 | Country i | US |

| Inventor | 3 | | Remove |
|---|---|---|---|

**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| ▾ | Scott | Christian | Barnes | ▾ |

Residence Information (Select One)  ◉ US Residency   Non US Residency   Active US Military Service

Case 5:24-cv-00588-FL   Document 28-3   Filed 03/23/26   Page 6 of 338

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | S105508 1010US.C3 (0010.3 |
|---|---|---|
| | Application Number | |

| Title of Invention | SHADING SYSTEM AND METHOD OF USE |
|---|---|

| City | Raleigh | State/Province | NC | Country of Residence i | US |
|---|---|---|---|---|---|

**Mailing Address of Inventor:**

| Address 1 | 921 Washington Street, #202 | | |
|---|---|---|---|
| Address 2 | | | |
| City | Raleigh | State/Province | NC |
| Postal Code | 27605 | Country i | US |

All Inventors Must Be Listed - Additional Inventor Information blocks may be generated within this form by selecting the **Add** button.       | Add |

## Correspondence Information:

| Enter either Customer Number or complete the Correspondence Information section below. For further information see 37 CFR 1.33(a). |
|---|
| ☐ An Address is being provided for the correspondence Information of this application. |

| Customer Number | 26158 | | |
|---|---|---|---|
| Email Address | IPDocketing@wbd-us.com | Add Email | Remove Email |

## Application Information:

| Title of the Invention | SHADING SYSTEM AND METHOD OF USE | | |
|---|---|---|---|
| Attorney Docket Number | S105508 1010US.C3 (0010.3 | **Small Entity Status Claimed** ☒ | |
| Application Type | Nonprovisional | | ▼ |
| Subject Matter | Utility | | ▼ |
| Total Number of Drawing Sheets (if any) | 7 | **Suggested Figure for Publication (if any)** | 1 |

## Filing By Reference:

Only complete this section when filing an application by reference under 35 U.S.C. 111(c) and 37 CFR 1.57(a). Do not complete this section if application papers including a specification and any drawings are being filed. Any domestic benefit or foreign priority information must be provided in the appropriate section(s) below (i.e., "Domestic Benefit/National Stage Information" and "Foreign Priority Information").

For the purposes of a filing date under 37 CFR 1.53(b), the description and any drawings of the present application are replaced by this reference to the previously filed application, subject to conditions and requirements of 37 CFR 1.57(a).

| Application number of the previously filed application | Filing date (YYYY-MM-DD) | Intellectual Property Authority or Country |
|---|---|---|
| | | |

## Publication Information:

| ☐ Request Early Publication (Fee required at time of Request 37 CFR 1.219) |
|---|
| ☐ **Request Not to Publish.** I hereby request that the attached application not be published under 35 U.S.C. 122(b) and certify that the invention disclosed in the attached application **has not and will not** be the subject of an application filed in another country, or under a multilateral international agreement, that requires publication at eighteen months after filing. |

Case 5:24-cv-00588-FL   Document 28-3   Filed 03/23/26   Page 7 of 338

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | S105508 1010US.C3 (0010.3 |
|---|---|---|
| | Application Number | |
| Title of Invention | SHADING SYSTEM AND METHOD OF USE | |

## Representative Information:

Representative information should be provided for all practitioners having a power of attorney in the application. Providing this information in the Application Data Sheet does not constitute a power of attorney in the application (see 37 CFR 1.32).
Either enter Customer Number or complete the Representative Name section below. If both sections are completed the customer Number will be used for the Representative Information during processing.

| Please Select One: | ● Customer Number | US Patent Practitioner | ○ Limited Recognition (37 CFR 11.9) |
|---|---|---|---|
| Customer Number | 26158 | | |

## Domestic Benefit/National Stage Information:

This section allows for the applicant to either claim benefit under 35 U.S.C. 119(e), 120, 121, 365(c), or 386(c) or indicate National Stage entry from a PCT application. Providing benefit claim information in the Application Data Sheet constitutes the specific reference required by 35 U.S.C. 119(e) or 120, and 37 CFR 1.78.
When referring to the current application, please leave the "Application Number" field blank.

| Prior Application Status | Pending | | | Remove |
|---|---|---|---|---|

| Application Number | Continuity Type | Prior Application Number | Filing or 371(c) Date (YYYY-MM-DD) |
|---|---|---|---|
| | Continuation of | 16/987886 | 2020-08-07 |

| Prior Application Status | Patented | | | | Remove |
|---|---|---|---|---|---|

| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
|---|---|---|---|---|---|
| 16/987886 | Continuation of | 16/224465 | 2018-12-18 | 10753117 | 2020-08-25 |

| Prior Application Status | Patented | | | | Remove |
|---|---|---|---|---|---|

| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
|---|---|---|---|---|---|
| 16/224465 | Continuation of | 15/675715 | 2017-08-12 | 10190330 | 2019-01-29 |

| Prior Application Status | Expired | | | Remove |
|---|---|---|---|---|

| Application Number | Continuity Type | Prior Application Number | Filing or 371(c) Date (YYYY-MM-DD) |
|---|---|---|---|
| 15/675715 | Claims benefit of provisional | 62/409426 | 2016-10-18 |

Additional Domestic Benefit/National Stage Data may be generated within this form by selecting the **Add** button.　　Add

## Foreign Priority Information:

EFS Web 2.2.13

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | S105508 1010US.C3 (0010.3 |
| | Application Number | |

| Title of Invention | SHADING SYSTEM AND METHOD OF USE |

This section allows for the applicant to claim priority to a foreign application. Providing this information in the application data sheet constitutes the claim for priority as required by 35 U.S.C. 119(b) and 37 CFR 1.55. When priority is claimed to a foreign application that is eligible for retrieval under the priority document exchange program (PDX)[i] the information will be used by the Office to automatically attempt retrieval pursuant to 37 CFR 1.55(i)(1) and (2). Under the PDX program, applicant bears the ultimate responsibility for ensuring that a copy of the foreign application is received by the Office from the participating foreign intellectual property office, or a certified copy of the foreign priority application is filed, within the time period specified in 37 CFR 1.55(g)(1).

Remove

| Application Number | Country[i] | Filing Date (YYYY-MM-DD) | Access Code[i] (if applicable) |
| | | | |

Additional Foreign Priority Data may be generated within this form by selecting the **Add** button.

Add

# Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications

☐ This application (1) claims priority to or the benefit of an application filed before March 16, 2013 and (2) also contains, or contained at any time, a claim to a claimed invention that has an effective filing date on or after March 16, 2013.
NOTE: By providing this statement under 37 CFR 1.55 or 1.78, this application, with a filing date on or after March 16, 2013, will be examined under the first inventor to file provisions of the AIA.

EFS Web 2.2.13

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | S105508 1010US.C3 (0010.3 |
| | Application Number | |

| Title of Invention | SHADING SYSTEM AND METHOD OF USE |

# Authorization or Opt-Out of Authorization to Permit Access:

When this Application Data Sheet is properly signed and filed with the application, applicant has provided written authority to permit a participating foreign intellectual property (IP) office access to the instant application-as-filed (see paragraph A in subsection 1 below) and the European Patent Office (EPO) access to any search results from the instant application (see paragraph B in subsection 1 below).

Should applicant choose not to provide an authorization identified in subsection 1 below, applicant **must opt-out** of the authorization by checking the corresponding box A or B or both in subsection 2 below.

**NOTE**: This section of the Application Data Sheet is **ONLY** reviewed and processed with the **INITIAL** filing of an application. After the initial filing of an application, an Application Data Sheet cannot be used to provide or rescind authorization for access by a foreign IP office(s). Instead, Form PTO/SB/39 or PTO/SB/69 must be used as appropriate.

**1. Authorization to Permit Access by a Foreign Intellectual Property Office(s)**

**A. Priority Document Exchange (PDX)** - Unless box A in subsection 2 (opt-out of authorization) is checked, the undersigned hereby **grants the USPTO authority** to provide the European Patent Office (EPO), the Japan Patent Office (JPO), the Korean Intellectual Property Office (KIPO), the State Intellectual Property Office of the People's Republic of China (SIPO), the World Intellectual Property Organization (WIPO), and any other foreign intellectual property office participating with the USPTO in a bilateral or multilateral priority document exchange agreement in which a foreign application claiming priority to the instant patent application is filed, access to: (1) the instant patent application-as-filed and its related bibliographic data, (2) any foreign or domestic application to which priority or benefit is claimed by the instant application and its related bibliographic data, and (3) the date of filing of this Authorization. See 37 CFR 1.14(h)(1).

**B. Search Results from U.S. Application to EPO** - Unless box B in subsection 2 (opt-out of authorization) is checked, the undersigned hereby **grants the USPTO authority** to provide the EPO access to the bibliographic data and search results from the instant patent application when a European patent application claiming priority to the instant patent application is filed. See 37 CFR 1.14(h)(2).

The applicant is reminded that the EPO's Rule 141(1) EPC (European Patent Convention) requires applicants to submit a copy of search results from the instant application without delay in a European patent application that claims priority to the instant application.

**2. Opt-Out of Authorizations to Permit Access by a Foreign Intellectual Property Office(s)**

☐ A. Applicant **DOES NOT** authorize the USPTO to permit a participating foreign IP office access to the instant application-as-filed. If this box is checked, the USPTO will not be providing a participating foreign IP office with any documents and information identified in subsection 1A above.

☐ B. Applicant **DOES NOT** authorize the USPTO to transmit to the EPO any search results from the instant patent application. If this box is checked, the USPTO will not be providing the EPO with search results from the instant application.

**NOTE:** Once the application has published or is otherwise publicly available, the USPTO may provide access to the application in accordance with 37 CFR 1.14.

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | S105508 1010US.C3 (0010.3 |
| --- | --- | --- |
| | Application Number | |
| Title of Invention | SHADING SYSTEM AND METHOD OF USE | |

# Applicant Information:

Providing assignment information in this section does not substitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

| **Applicant** | 1 | Remove |
| --- | --- | --- |

If the applicant is the inventor (or the remaining joint inventor or inventors under 37 CFR 1.45), this section should not be completed. The information to be provided in this section is the name and address of the legal representative who is the applicant under 37 CFR 1.43; or the name and address of the assignee, person to whom the inventor is under an obligation to assign the invention, or person who otherwise shows sufficient proprietary interest in the matter who is the applicant under 37 CFR 1.46. If the applicant is an applicant under 37 CFR 1.46 (assignee, person to whom the inventor is obligated to assign, or person who otherwise shows sufficient proprietary interest) together with one or more joint inventors, then the joint inventor or inventors who are also the applicant should be identified in this section.

Clear

| ● Assignee | Legal Representative under 35 U.S.C. 117 | Joint Inventor |
| --- | --- | --- |
| Person to whom the inventor is obligated to assign. | | Person who shows sufficient proprietary interest |

If applicant is the legal representative, indicate the authority to file the patent application, the inventor is:

| | ▾ |
| --- | --- |

Name of the Deceased or Legally Incapacitated Inventor:

If the Applicant is an Organization check here.  ☒

| Organization Name | Shibumi Shade, Inc. |
| --- | --- |

**Mailing Address Information For Applicant:**

| Address 1 | 614 Holden Street | | |
| --- | --- | --- | --- |
| Address 2 | | | |
| City | Raleigh | State/Province | NC |
| Country | US | Postal Code | 27604-1949 |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Applicant Data may be generated within this form by selecting the Add button.  Add

# Assignee Information including Non-Applicant Assignee Information:

Providing assignment information in this section does not substitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

Case 5:24-cv-00588-FL    Document 28-3    Filed 03/23/26    Page 11 of 338

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | S105508 1010US.C3 (0010.3 |
| | Application Number | |

| Title of Invention | SHADING SYSTEM AND METHOD OF USE |

---

**Assignee** 1

Complete this section if assignee information, including non-applicant assignee information, is desired to be included on the patent application publication. An assignee-applicant identified in the "Applicant Information" section will appear on the patent application publication as an applicant. For an assignee-applicant, complete this section only if identification as an assignee is also desired on the patent application publication.

Remove

If the Assignee or Non-Applicant Assignee is an Organization check here. ☐

| Prefix | **Given Name** | Middle Name | **Family Name** | Suffix |
| | | | | |

**Mailing Address Information For Assignee including Non-Applicant Assignee:**

| **Address 1** | |
| Address 2 | |
| **City** | | **State/Province** | |
| **Country** i | | Postal Code | |
| Phone Number | | Fax Number | |
| Email Address | |

Additional Assignee or Non-Applicant Assignee Data may be generated within this form by selecting the Add button.

Add

---

# Signature:

Remove

**NOTE:** This Application Data Sheet must be signed in accordance with 37 CFR 1.33(b). **However, if this Application Data Sheet is submitted with the INITIAL filing of the application and either box A or B is not checked in subsection 2 of the "Authorization or Opt-Out of Authorization to Permit Access" section, then this form must also be signed in accordance with 37 CFR 1.14(c).**

This Application Data Sheet **must** be signed by a patent practitioner if one or more of the applicants is a **juristic entity** (e.g., corporation or association). If the applicant is two or more joint inventors, this form must be signed by a patent practitioner, **all** joint inventors who are the applicant, or one or more joint inventor-applicants who have been given power of attorney (e.g., see USPTO Form PTO/AIA/81) on behalf of **all** joint inventor-applicants.

See 37 CFR 1.4(d) for the manner of making signatures and certifications.

| **Signature** | /lauren f. anderson/ | | | Date (YYYY-MM-DD) | 2021-04-16 |
| First Name | Lauren | Last Name | Anderson | Registration Number | 69,344 |

Additional Signature may be generated within this form by selecting the Add button.

Add

---

EFS Web 2.2.13

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020.  OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | S105508 1010US.C3 (0010.3 |
| | Application Number | |
| Title of Invention | SHADING SYSTEM AND METHOD OF USE | |

This collection of information is required by 37 CFR 1.76.  The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application.  Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14.  This collection is estimated to take 23 minutes to complete, including gathering, preparing, and submitting the completed application data sheet form to the USPTO.  Time will vary depending upon the individual case.  Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450.  DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS.  **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

Case 5:24-cv-00588-FL    Document 28-3    Filed 03/23/26    Page 13 of 338

# Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these records.

2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent CooperationTreaty.

6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

EFS Web 2.2.13

# SHADING SYSTEM AND METHOD OF USE

## CROSS-REFERENCE TO RELATED APPLICATIONS

[0001]     This application is a non-provisional of U.S. Provisional Patent Application 62/409,426 filed October 18, 2016, the contents of which are hereby incorporated by reference in its entirety.

## TECHNICAL FIELD

[0002]     The presently disclosed subject matter is directed towards a system and method for providing shade from the sun.  Specifically, a transportable system and method of use for providing shade from the sun is disclosed that includes a canopy supported by a singular frame and an engaged counterweight.

## BACKGROUND

[0003]     Avoiding direct sunlight when outdoors is a ubiquitous problem faced by anyone who spends significant time outdoors. Shading systems of the prior art are typically ineffective or impractical to use for a number of reasons. Some systems include rigid canopy susceptible to being shifted or unanchored by wind. Other systems are cumbersome to transport or assemble, due to the number of parts involved, steps required during setup and/or low shade to weight ratios.

[0004]     Accordingly, there remains a need for systems and methods including flexible canopy structures capable of being at least partially supported by wind and configured for easy of transport and assembly.

## SUMMARY

[0005]     This Summary is provided to introduce a selection of concepts in a simplified form that are further described below in the Detailed Description. This Summary is not intended to identify key features or essential features of the claimed subject matter, nor is it intended to be used to limit the scope of the claimed subject matter. Further, the claimed subject matter is not

Case 5:24-cv-00588-FL     Document 28-3     Filed 03/23/26     Page 15 of 338

limited to implementations that solve any or all disadvantages noted in any part of this disclosure.

[0006]    According to at least one embodiment of the disclosed subject matter, a system for providing shade onto a surface is provided. The system includes a canopy configured for engagement with, and aerial suspension by, a frame; the frame consisting essentially of a plurality of sections configured for end-to-end alignment from a left end to a right end, wherein each section is configured to engage with any adjacent sections, wherein the left end and the right end are configured to be secured to the surface for aerially suspending the frame and the canopy.

[0007]    According to at least one embodiment of the disclosed subject matter, a method of providing shade to a surface is provided. The method includes coupling adjacent sections of a plurality of sections into end-to-end alignment to form a frame from a first end to a second end; sliding the frame through one or more loops of a canopy; securing the left end and the right end of the frame to the surface, thereby aerially suspending the canopy and providing shade to the surface.

[0008]    According to at least one embodiment of the disclosed subject matter, the system further includes a cable extending through the plurality of sections of the frame from the left end to the right end.

[0009]    According to at least one embodiment of the disclosed subject matter, the system further includes a cord coupled to an anchor and engageable with, or coupled to, the canopy or frame, the anchor configured for housing weight.

[0010]    According to at least one embodiment of the disclosed subject matter, the system further includes at least one loop on a suspension end of the canopy, the loop configured for accepting a portion of the frame therethrough.

[0011]    According to at least one embodiment of the disclosed subject matter, wherein the canopy further includes at least one hoop positioned at an apex of the suspension end engageable with, or coupled to, a cord, the cord engageable with, or couple to, an anchor for housing weight.

[0012]    According to at least one embodiment of the disclosed subject matter, the system further includes at least one strap engageable with the canopy and configured to wrap about the frame for securing the canopy into position relative to the frame.

- 2 -

[0013]     According to at least one embodiment of the disclosed subject matter, wherein the at least one strap includes a strap fastener on one end configured for fastening to a canopy fastener on the other end for securing the canopy into the position relative to the frame.

[0014]     According to at least one embodiment of the disclosed subject matter, wherein the at least one strap has a higher friction of coefficient with respect to the frame relative to the canopy with respect to the frame.

[0015]     According to at least one embodiment of the disclosed subject matter, wherein the at least one strap is elastic.

[0016]     According to at least one embodiment of the disclosed subject matter, wherein all but one of the sections includes a female end for accepting a male end of one of the adjacent sections therein.

[0017]     According to at least one embodiment of the disclosed subject matter, the system further includes a container for housing and transporting all of the other components of the system.

[0018]     According to at least one embodiment of the disclosed subject matter, wherein the container is also an anchor for housing weight, the container coupled to a cord, the cord engageable with, or coupled to, the canopy or frame.

[0019]     According to at least one embodiment of the disclosed subject matter, wherein the cord is attached to an interior bottom of the container for inverting the container to serve as the anchor for housing weight.

[0020]     According to at least one embodiment of the disclosed subject matter, wherein the container includes an interior compartment for housing the sections separate from the canopy.

[0021]     According to at least one embodiment of the disclosed subject matter, the method further includes filling an anchor with weight, the anchor selectively engageable with, or secured to, the canopy or the frame via a cord.

[0022]     According to at least one embodiment of the disclosed subject matter, wherein coupling adjacent sections includes a receiving end of all but one of the sections accepting one of the adjacent sections therein.

- 3 -

[0023] According to at least one embodiment of the disclosed subject matter, the method further includes unpacking the frame and the canopy from a container configured for transporting the frame and the canopy.

[0024] According to at least one embodiment of the disclosed subject matter, the method further includes wrapping at least one strap engaged with the canopy about the frame for securing the canopy into position relative to the frame.

[0025] According to at least one embodiment of the disclosed subject matter, the method further includes fastening the at least one strap for locking the strap into position.

## BRIEF DESCRIPTION OF THE DRAWINGS

[0026] The foregoing, as well as the following Detailed Description of preferred embodiments, is better understood when read in conjunction with the appended drawings. For the purposes of illustration, there is shown in the drawings exemplary embodiments; however, the presently disclosed subject matter is not limited to the specific methods and instrumentalities disclosed.

[0027] FIG. 1 is a perspective view of a system for providing shade according to one or more embodiments of the presently disclosed subject matter.

[0028] FIG. 2 is a front view of a frame in a transport configuration according to one or more embodiments of the presently disclosed subject matter.

[0029] FIG. 3 is a perspective view of at least one strap engageable with a canopy according to one or more embodiments of the presently disclosed subject matter.

[0030] FIG. 4 is a perspective view of a loop coupled to the canopy for engaging a cord according to one or more embodiments of the presently disclosed subject matter.

[0031] FIG. 5 is a perspective view of a container serving as an anchor according to one or more embodiments of the presently disclosed subject matter.

[0032] FIG. 6 is a perspective view of the container housing the system for shading according to one or more embodiments of the presently disclosed subject matter.

[0033] FIG. 7 is a perspective view of the container having a compartment for housing sections of the frame according to one or more embodiments of the presently disclosed subject matter.

## DETAILED DESCRIPTION

[0034]　　　These descriptions are presented with sufficient details to provide an understanding of one or more particular embodiments of broader inventive subject matters. These descriptions expound upon and exemplify particular features of those particular embodiments without limiting the inventive subject matters to the explicitly described embodiments and features. Considerations in view of these descriptions will likely give rise to additional and similar embodiments and features without departing from the scope of the inventive subject matters. Although the term "step" may be expressly used or implied relating to features of processes or methods, no implication is made of any particular order or sequence among such expressed or implied steps unless an order or sequence is explicitly stated.

[0035]　　　Any dimensions expressed or implied in the drawings and these descriptions are provided for exemplary purposes. Thus, not all embodiments within the scope of the drawings and these descriptions are made according to such exemplary dimensions. The drawings are not made necessarily to scale. Thus, not all embodiments within the scope of the drawings and these descriptions are made according to the apparent scale of the drawings with regard to relative dimensions in the drawings. However, for each drawing, at least one embodiment is made according to the apparent relative scale of the drawing.

[0036]　　　FIG. 1 depicts one embodiment of a system 10 for providing shade 1 onto a surface 2. The system 10 may include a canopy 12 configured for engagement with, and aerial suspension by, a frame 14. The canopy 12 may include one or more lightweight materials, the material including one or more of the following properties: ripstop, polyester, blackout, light diffusion, light modification, and waterproof. The canopy 12 may be unitarily constructed or may include a plurality of coupled sections 44 and/or selectively engageable sections 44.

[0037]　　　According to some embodiments, the canopy 12 may define a suspension end 42 positioned proximal to the frame 14 when the canopy 12 is engaged with the frame 14. The suspension end 42 may include one or more suspension fasteners 46 for engaging the canopy 12 with the frame 14. Fasteners 46, 52, 54, as used herein, may include any fasteners of the prior art, including but not limited to hooks and loops, male and female buttons, hook and slit or aperture, and/or magnets. FIG. 1 depicts the canopy 12 defining at least one loop 40 on the suspension end

- 5 -

42 of the canopy, the loop 40 configured for accepting a portion 26 of the frame 14 therethrough. Although the loop 40 of FIG. 1 extends the entire length of the suspension end 42, the loop 40, or plurality of loops 40, may only extend a smaller distance of the suspension end 42. In some embodiments, one or more loops 40 may include tie strings for engaging the suspension end 42 with the frame 14.

[0038]     The canopy 12 may be configured to suspend or be stored in any number of shapes and sizes. In some embodiments, the canopy 12 may define one or more vent holes and/or wind socks for permitting wind to pass therethrough. In other embodiments, the canopy 12 may define tails extending from a side opposite the suspension end 42.

[0039]     While the suspension end 42, suspension fasteners 46 and loop(s) 40 engage the canopy 12 to the frame 14, in some embodiments, additional securing mechanisms may be desired to secure the canopy 12 into position relative to the frame 14. FIGS. 1 and 3 depict embodiments of the system 10 including at least one strap 50 engageable with, or coupled to, the canopy 12 for securing the canopy 12 into position relative to the frame 14. The at least one strap 50 may be elastic rubber, gear ties, bungee cord, rope or any other material capable of wrapping about the frame 14 or other component of the system 10. The at least one strap 50 may engage or couple to the canopy 12 on either or both ends of the suspension end 42 and/or to the loop 40 of the suspension end 42. Each of the straps 50 may be configured to wrap about the frame 14, or engage the frame 14 using a strap fastener 52 and/or a canopy or frame fastener 54. In some embodiments, a strap 50 may include a canopy fastener 54 for engaging the canopy 12 (e.g., a ball at one end of the strap 50 for engaging a grommeted aperture of the canopy 12), and the strap 50 may be manipulated about the frame 14. Alternatively, a strap 50 may include both a strap fastener 52 on one end and a canopy fastener 54 on the other end for wrapping the strap 50 about the frame 14 and fastening the fasteners 52, 54 together (see, e.g., FIG. 3). In yet another alternative, the strap 50 may include be coupled or engaged to the canopy 12 on one end and include a frame fastener 54 on the other end for engaging the canopy 12 to the frame 14.

[0040]     The at least one strap 50 may be comprised of any number of materials, including but not limited to one or more of the following: fabric, rubber, plastic, and metal. In some embodiments, the at least one strap 50 may have a higher friction of coefficient with respect to the frame 14 relative to the canopy 12 with respect to the frame 14. For example, if the canopy

12 includes polyester fabric and the at least one strap 50 includes rubber, then the friction of coefficient with a metal or plastic frame 14 would be higher for the strap than for the canopy 12. In some embodiments, the at least one strap 50 may be elastic. Being able to stretch the at least one strap 50 about the frame 14 when engaging the strap 50 thereto can greatly increase the friction between the strap 50 and the frame 14, particularly if the strap 50 is also fastened to itself after wrapping.

[0041]     According to some embodiments, the frame 14 of the system 10 may include, or consist essentially of, a plurality of sections 24 configured for end-to-end alignment from a left end 20 of the frame 14 to a right end 22 of the frame 14. Each of the sections 24 may be further configured to engage with any adjacent sections 24. When two or more or all of the sections 24 are aligned end-to-end and engaged with adjacent sections 24, the frame 14 may be positioned to receive and support the canopy 12. In some embodiments, the sections 24 are arranged telescopically, where each adjacent section 24 may be housed within, and extend from each adjacent section 24. In other embodiments, as depicted in FIG. 2, many of the sections include both a male end 62 and a female end 60 for engaging adjacent sections 24 to each other to construct the supporting frame 14. In some embodiments, all but one of the sections 24 includes a female end 60 for accepting a male end 62 of one of the adjacent sections 24 therein.

[0042]     During transport, the sections 24 may be compactly configured as depicted in FIG. 2. A first section 64 may define the left end 20 of the frame 14 and a last section 66 may define the right end 22 of the frame 14. The first section 64 may include a single male end 62 or female end 60, with the other end being the left end 20 and/or cap 68 (FIG. 2 depicts first section 64 having a male end 62 and cap 68). A last section 66 may similarly include a single male end 62 or female end 60, with the other end being the right end 22 and/or cap 68 (FIG. 2 depicts last section 66 having a female end 60 and cap 68). The cap may serve to close off an end of the first and/or last section 64, 66 for preventing sand from entering therein and for securing the cable 30, as described below.

[0043]     As depicted in FIG. 2, the system 10 may further include a cable 30 extending through the plurality of sections 24 of the frame 12 from the left end 20 to the right end 22. The cable 30 may be elastic so that the sections 24 may be maneuvered between a transport configuration (e.g., FIG. 2) and a supporting configuration (e.g., FIG. 1), yet still remain adjacent

- 7 -

and aligned end-to-end, the cable 30 providing supporting tension to the end-to-end alignment of the supporting configuration. The cable 30 may be affixed to an interior and/or cap 68 of the first section 64 and second section 66. The cable 30 may also be affixed to interiors of any of the other sections 24.

[0044]     When the frame 14 is in the transport configuration, and a cable 30 extends through the sections 24 of the frame 14, the male and female ends 60, 62, and/or the cable 30 itself, may be configured to prevent degradation or injury to the cable 30. Looking to FIG. 2, any pressure applied to the sections 24 from the top of the figure or the bottom of the figure may create injury to the cable 30 where it is exposed between the male and female ends 60, 62. Therefore, the female ends 60 and/or male ends 62 may define grooves for permitting passage of the cable therebetween such that any objects applying pressure from the top or bottom of the figure would apply that pressure directly to the ends 60, 62 and not onto the cable 30, effectively clipping the cable between the end 60, 62 and the object. The cable 30 may include reinforcements at the exposed sections between the ends 60, 62 when in the transport configuration. The reinforcements may include additional layers of fabric, metal-reinforced cylinders, and/or thicker elastic bands.

[0045]     In some embodiments of the system 10, the sections 24 of the frame 12 may form a curved shape when in the supporting configuration. In other embodiments, the sections 24 may form other shapes or designs when in the supporting configuration. A curved shape may be formed when the male and female ends 60, 62 are co-extensive with curved axis the remaining portions of the sections 24. To form other designs, the female ends 60 and/or male ends 62 may be shaped for creating non-co-extensive angles with respect to the axis of the remaining portions of the sections 24. For example, a female end 60 engaging two sections may be shaped in a right angle, thereby creating an 'L' shape when the two adjacent sections are engaged. Other female ends 60 may be shaped at other angles, thereby creating a design or pattern when all of the sections 24 are engaged and the frame is in the supporting configuration.

[0046]     Referencing FIGS. 4 and 5, the system 10 may further include a cord 32 engaged with, or coupled to, an anchor 34, the canopy 12, and/or the frame 14 for providing support to the frame 14 when in the supporting configuration. The anchor 34 may be configured for housing weight 36. The cord 32 may be engaged with or coupled to the canopy 12 and/or frame 14 at an

- 8 -

apex of the canopy 12 and/or frame 14. For example, if the ends 20, 22 of the frame 14 are secured within sand on a beach, the anchor 34 may be filled with sand acting as the weight 36. The system 10 may further include a hoop 33 or other fastener, such as the fasteners described herein, engaged with, or coupled to, the canopy 12 or frame 14 with which the cord 12 may be engaged or coupled (e.g., see FIG. 4 embodiment where the hoop 33 is coupled to the canopy 12).

[0047]     FIG. 6 depicts an embodiment of the system 10 further including a container 70 for housing and transporting all of the other components of the system 10. The container 70 may include a band 76 for transporting the container 70 about the shoulder or in the palm of a user 3. The band 76 may be configured to be a handle and/or may be selectively engageable with the container 70 for storage therein. The container 70 may include a drawstring 78 or other closing mechanism for securing the contents of the system 10 therewithin.

[0048]     The container 70 may also be the anchor 34 for housing weight 36 (see, e.g., FIG. 5). In some embodiments, the container 70 may be inverted for housing weight 36 for ensuring that minimal amounts of weight 36 remain in the container once re-inverted so that the contents of the system 10 are not disturbed by any weight 36 during transportation and/or storage of the system 10. The cord 32 may be engaged with or coupled to an interior 72 of the container 70 for inverting the container 70. The cord 32 may be engaged with or coupled to the bottom 74 of the container 70 for permitting full inversion, or at a mid-point 75 of the container 70 for permitting half inversion of the container 70 (see, e.g., FIG. 7). In other embodiments, the cord 32 may be selectively engaged or coupled with an exterior 73 of the container 70.

[0049]     For example, when the contents of the system 10 are removed from the container 70, the cord 32 may be pulled away from the container 70 while the container 70 is held into position (or pushed away from the cord 32), thereby inverting the container 70 to serve as the anchor 34. When the cord 32 is engaged or coupled to an interior 72 and bottom 74, the pulling of the cord 32 may result in the full inversion of the container 70. When the cord is engaged or coupled to an interior 72 and mid-point 75, the pulling of the cord 32 may result in a half inversion of the container 70. If the container 70 includes a compartment 77 as described herein, then the inversion of the container 70 may result in the compartment 77 being exterior to the anchor 34 and any weight 36.

- 9 -

**[0050]** FIG. 7 illustrates the container 70 including a compartment 77 positioned on the interior 72 for housing the sections 24 separate from the canopy 12. The compartment 77 may be engageable with or coupled to the interior 72 of the container 70. The compartment 77 may be sewn to the interior 72 of the container 70 along a single seam or multiple seams. A drawstring or other closing mechanism 78 may be included on the container 70 for cinching close an open side 79 of the container. Although FIG. 7 depicts the seam of the compartment 77 only connecting a portion of the compartment length to the container 70, other embodiments may include the entire length of the compartment 77 being sewn to the container 70.

**[0051]** The left end 20 and the right end 22 of the frame 14 may be each be embedded in the surface 2. The ends 20, 22 may define a conical shape or a corkscrew shape for ease of penetration of the surface 2. Additional anchor(s) 35 may be engaged or coupled to the left end 20 and/or right end 22 for further securing the frame 14 into position. In embodiments where a tail is defined by the canopy 12, the tail may be engaged with or coupled to an additional anchor 34 for securing the canopy 12 into position for providing shade 1 to the surface 2. In yet additional embodiments, an additional suspension end 43 may be defined by the canopy 12. The additional suspension end 43 may include any of the features and characteristics described herein attributed to the suspension end 42. For example, the additional suspension end 43 may form an additional loop 41 for engaging or coupling an additional frame 15, thereby further suspending the canopy 12 from both the frame 14 and the additional frame 15.

**[0052]** In addition to the methods of using the system 10 described herein, the following additional methods of using the system 10 are provided. A method of providing shade 1 to a surface 2 may include unpacking or removing the frame 14 and the canopy 12 from the container 70. Adjacent sections 24 of the plurality of sections 24 may be engaged or coupled into end-to-end alignment to configure the frame 14 from a left end 20 to a right end 22 into a supporting configuration. The frame 14 may slide through one or more loops 40 of the canopy 12 and/or may be engaged with the suspension end 42 of the canopy 12. The ends 20, 22 of the frame 14 may be secured to the surface 2, thereby aerially suspending the canopy 12 and providing shade 1 to the surface 2.

**[0053]** The canopy 12 may be secured into position relative to the frame 14 by wrapping at least one strap 50 about the frame 14 and/or fastening the at least one strap 50 to or about the

frame 14. The cord may be engaged with the canopy 12, frame 14 and/or anchor 34. The anchor 34 may be filled with weight 36. Additional anchors 35 may be engaged with the ends 20, 22, additional frame 15 and/or tail of the canopy 12. The additional anchors 35 may be filled with weight 36.

[0054]    Particular embodiments and features have been described with reference to the drawings. It is to be understood that these descriptions are not limited to any single embodiment or any particular set of features, and that similar embodiments and features may arise or modifications and additions may be made without departing from the scope of these descriptions and the spirit of the appended claims.

## CLAIMS

The invention claimed is:

1. A system for providing shade onto a surface, comprising:

a canopy configured for engagement with, and aerial suspension by, a frame;

the frame consisting essentially of a plurality of sections configured for end-to-end alignment from a left end to a right end, wherein each section is configured to engage with any adjacent sections,

wherein the left end and the right end are configured to be secured to the surface for aerially suspending the frame and the canopy.

2. The system of claim 1, further comprising a cable extending through the plurality of sections of the frame from the left end to the right end.

3. The system of claim 1, further comprising a cord coupled to an anchor and engageable with, or coupled to, the canopy or frame, the anchor configured for housing weight.

4. The system of claim 1, wherein the canopy includes at least one loop on a suspension end, the loop configured for accepting a portion of the frame therethrough.

5. The system of claim 4, wherein the canopy further includes at least one hoop positioned at an apex of the suspension end engageable with, or coupled to, a cord, the cord engageable with, or couple to, an anchor for housing weight.

6. The system of claim 1, further comprising at least one strap engageable with the canopy and configured to wrap about the frame for securing the canopy into position relative to the frame.

- 12 -

7. The system of claim 6, wherein the at least one strap includes a strap fastener on one end configured for fastening to a canopy fastener on the other end for securing the canopy into the position relative to the frame.

8. The system of claim 6, wherein the at least one strap has a higher friction of coefficient with respect to the frame relative to the canopy with respect to the frame.

9. The system of claim 6, wherein the at least one strap is elastic.

10. The system of claim 1, wherein all but one of the sections includes a female end for accepting a male end of one of the adjacent sections therein.

11. The system of claim 1, further comprising a container for housing and transporting all of the other components of the system.

12. The system of claim 11, wherein the container is also an anchor for housing weight, the container engageable with, or coupled to, a cord, the cord engageable with, or coupled to, the canopy or frame.

13. The system of claim 12, wherein the cord is coupled to an interior of the container for inverting the container to serve as the anchor for housing weight.

14. The system of claim 11, wherein the container includes an interior compartment for housing the sections separate from the canopy.

15. A method of providing shade to a surface, comprising:
    coupling adjacent sections of a plurality of sections into end-to-end alignment to form a
        frame from a first end to a second end;
    sliding the frame through one or more loops of a canopy;
    securing the left end and the right end of the frame to the surface,

- 13 -

thereby aerially suspending the canopy and providing shade to the surface.

16. The method of claim 15, further comprising filling an anchor with weight, the anchor selectively engageable with, or secured to, the canopy or the frame via a cord.

17. The method of claim 15, wherein the coupling adjacent sections includes a receiving end of all but one of the sections accepting one of the adjacent sections therein.

18. The method of claim 15, further comprising unpacking the frame and the canopy from a container configured for transporting the frame and the canopy.

19. The method of claim 15, further comprising wrapping at least one strap engaged with the canopy about the frame for securing the canopy into position relative to the frame.

20. The method of claim 19, further comprising fastening the at least one strap for locking the strap into position.

Case 5:24-cv-00588-FL    Document 28-3    Filed 03/23/26    Page 28 of 338

**ABSTRACT**

A system for providing shade onto a surface is described herein. The system includes a canopy configured for engagement with, and aerial suspension by, a frame. The frame includes a plurality of sections configured for end-to-end alignment from a left end to a right end of the frame. Each section is configured to engage with any adjacent sections to form the frame. The ends of the frame are secured to the surface, thereby aerially suspending the canopy and providing shade to the surface.



FIG. 1



**FIG. 2**



FIG. 3



FIG. 4

Case 5:24-cv-00588-FL    Document 28-3    Filed 03/23/26    Page 33 of 338



FIG. 5



FIG. 6



FIG. 7

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

EPAS ID: PAT4547643

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

## CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| DANE BROOKS BARNES | 08/08/2017 |
| ALEXANDER GRIFFITH SLATER | 08/08/2017 |
| SCOTT CHRISTIAN BARNES | 08/08/2017 |

## RECEIVING PARTY DATA

| | |
|---|---|
| Name: | SHIBUMI SHADE, LLC |
| Street Address: | 614 HOLDEN ST |
| City: | RALEIGH |
| State/Country: | NORTH CAROLINA |
| Postal Code: | 27604-1949 |

## PROPERTY NUMBERS Total: 1

| Property Type | Number |
|---|---|
| Application Number: | 15675715 |

## CORRESPONDENCE DATA

**Fax Number:**

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| | |
|---|---|
| Phone: | 919-348-2194 |
| Email: | lgravatt@nkpatentlaw.com |
| Correspondent Name: | NK PATENT LAW |
| Address Line 1: | 4917 WATERS EDGE DRIVE |
| Address Line 2: | SUITE 275 |
| Address Line 4: | RALEIGH, NORTH CAROLINA 27606 |

| ATTORNEY DOCKET NUMBER: | 785/2 UTIL |
|---|---|
| NAME OF SUBMITTER: | WILLIAM LYLE GRAVATT |
| SIGNATURE: | /William Lyle Gravatt/ |
| DATE SIGNED: | 08/12/2017 |
| | This document serves as an Oath/Declaration (37 CFR 1.63). |

**Total Attachments: 3**

source=785-2UTIL-20170812-Dec-Asssign-signed#page1.tif

source=785-2UTIL-20170812-Dec-Asssign-signed#page2.tif

source=785-2UTIL-20170812-Dec-Asssign-signed#page3.tif

785/2 UTIL

## DECLARATION AND ASSIGNMENT OF RIGHTS

As a below named inventor (hereinafter designated as the undersigned or the Assignor, where appropriate), I hereby declare that:

The application is as identified by the attorney docket number, title, Filing Date, or Application Title as set forth in the following Table I.

The application in Table I was made or authorized to be made by me.

I believe that I am the original inventor or an original joint inventor of a claimed invention in the applications in Table I.

The undersigned hereby acknowledges that any willful false statement made in this declaration is punishable under 18 U.S.C. § 1001 by fine or imprisonment of not more than five (5) years, or both.

WHEREAS, the undersigned, **Dane Brooks Barnes, Alexander Griffith Slater and Scott Christian Barnes**, (hereinafter "Assignor") has invented certain new and useful improvements described in the application(s) identified in Table I.

AND, WHEREAS, **SHIBUMI SHADE, LLC**, having a place of business at 614 Holden Street, Raleigh, NC 27604-1949 (hereinafter "Assignee"), has already acquired an interest in the application(s) identified in Table I by and through an employment or other agreement between Assignor and Assignee. I further authorize an agent of the Assignee to insert the filing date, application number, and any other identifying particulars as required for perfecting these assignment papers.

However, in the avoidance of doubt and as confirmation of the already acquired interest by Assignee, NOW, THEREFORE, To Whom It May Concern, be it known that for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Assignor has assigned and by these presents does hereby sell, assign, transfer, and convey unto the Assignee, its successors and assigns, his entire right, title, and interest in and to the invention and application, including the right to sue for past infringements and any other prior occurring rights, provided any such rights exist, and in and to any and all domestic and foreign patent applications filed on the invention, and in and to any and all continuations, continuations-in-part, or divisions thereof, and in and to any and all Letters Patent of the United States of America, and all foreign countries or reissues thereof which may be granted therefor or thereon, for the full end of the term for which said Letters Patent may be granted, together with his right to claim the priority of said application in all foreign countries in accordance with the International

Case 5:24-cv-00588-FL     Document 28-3     Filed 03/23/26     Page 39 of 338

785/2 UTIL

Convention, the same to be held and enjoyed by said Assignee, its successors and assigns, as fully and entirely as the same would have been held and enjoyed by Assignor if this assignment and sale had not been made. Assignor further assigns to Assignee the right to claim entitlement and/or priority to any applications that entitlement or priority may be claimed for this or any later filed application, including the assignment of any provisionals or other priority documents to which the inventions claim priority to. The assignment of the right to claim entitlement and/or priority is executed *nunc pro tunc* and is considered effective as of the filing date of the earliest application to which priority and/or entitlement is claimed.

Assignor hereby requests that said Letters Patent be issued in accordance with this assignment.

Assignor further covenants and agrees that, at the time of the execution and delivery of these presents, Assignor possesses full title to the invention and application above-mentioned, and that he has the unencumbered right and authority to make this assignment.

Assignor further covenants and agrees, and likewise binds his heirs, legal representatives and assigns, to promptly communicate to said Assignee or its representatives any facts known to him relating to said invention, to testify in any interference or legal proceedings involving said invention, to execute any additional papers which may be requested to confirm the right of the Assignee, its representatives, successors and assigns to secure patent or similar protection for the said invention in all countries and to vest in the Assignee complete title to the said invention and Letters Patent, without further compensation, but at the expense of said Assignee, its successors, assigns and other legal representatives.

<<<<<<<<        TABLE I and Signature Page follows        >>>>

785/2 UTIL

## TABLE I

| Application No. | Attorney Docket No. | Filing Date | Title |
|---|---|---|---|
| 15/675,715 | 785/2 UTIL | 2017-08-12 | SHADING SYSTEM AND METHOD OF USE |

Executed this __8__ day of _____August_____, 2017.

_Dane Barnes_____

**Dane Brooks Barnes**

_Alex Slater_____

**Alexander Griffith Slater**

_Scott Barnes_____

**Scott Christian Barnes**

**(Assignors)**

Executed this __8__ day of _____August_____, 2017.

**SHIBUMI SHADE, LLC**

_____

Name: _Dane Barnes_____

Title: Officer, Shibumi Shade, LLC

**(Assignee)**

Case 5:24-cv-00588-FL    Document 28-3    Filed 03/23/26    Page 41 of 338

Doc Code: PA..
Document Description: Power of Attorney

PTO/AIA/82A (07-13)
Approved for use through 03/31/2021. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# TRANSMITTAL FOR POWER OF ATTORNEY TO ONE OR MORE REGISTERED PRACTITIONERS

NOTE: This form is to be submitted with the Power of Attorney by Applicant form (PTO/AIA/82B) to identify the application to which the Power of Attorney is directed, in accordance with 37 CFR 1.5, unless the application number and filing date are identified in the Power of Attorney by Applicant form. If neither form PTO/AIA/82A nor form PTO/AIA82B identifies the application to which the Power of Attorney is directed, the Power of Attorney will not be recognized in the application.

| | |
|---|---|
| Application Number | To Be Assigned |
| Filing Date | Concurrently Herewith |
| First Named Inventor | Dane Brooks Barnes |
| Title | SHADING SYSTEM AND METHOD OF USE |
| Art Unit | To Be Assigned |
| Examiner Name | To Be Assigned |
| Attorney Docket Number | S105508 1010US.C3 (0010.3) |

## SIGNATURE of Applicant or Patent Practitioner

| Signature | /lauren f. anderson/ | Date (Optional) | |
|---|---|---|---|
| Name | Lauren F. Anderson | Registration Number | 69,344 |
| Title (if Applicant is a juristic entity) | | | |
| Applicant Name (if Applicant is a juristic entity) | Shibumi Shade, Inc. | | |

**NOTE:** This form must be signed in accordance with 37 CFR 1.33. See 37 CFR 1.4(d) for signature requirements and certifications. If more than one applicant, use multiple forms.

☐ *Total of _____ forms are submitted.

This collection of information is required by 37 CFR 1.131, 1.32, and 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.

Doc Code: PA..
Document Description: Power of Attorney

PTO/AIA/82B (07-13)
Approved for use through 03/31/2021. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number

# POWER OF ATTORNEY BY APPLICANT

I hereby revoke all previous powers of attorney given in the application identified in <u>either</u> the attached transmittal letter or the boxes below.

| Application Number | Filing Date |
|---|---|
|  |  |

(Note: The boxes above may be left blank if information is provided on form PTO/AIA/82A.)

[✔] I hereby appoint the Patent Practitioner(s) associated with the following Customer Number as my/our attorney(s) or agent(s), and to transact all business in the United States Patent and Trademark Office connected therewith for the application referenced in the attached transmittal letter (form PTO/AIA/82A) or identified above:

26158

**OR**

[ ] I hereby appoint Practitioner(s) named in the attached list (form PTO/AIA/82C) as my/our attorney(s) or agent(s), and to transact all business in the United States Patent and Trademark Office connected therewith for the patent application referenced in the attached transmittal letter (form PTO/AIA/82A) or identified above. (Note: Complete form PTO/AIA/82C.)

**Please recognize or change the correspondence address for the application identified in the attached transmittal letter or the boxes above to:**

[✔] The address associated with the above-mentioned Customer Number

**OR**

[ ] The address associated with Customer Number:

**OR**

| [ ] Firm or Individual Name | |
|---|---|
| Address | |
| City | State | Zip |
| Country | |
| Telephone | Email |

I am the Applicant (if the Applicant is a juristic entity, list the Applicant name in the box):

## SHIBUMI SHADE, INC.

[ ] Inventor or Joint Inventor (title not required below)

[ ] Legal Representative of a Deceased or Legally Incapacitated Inventor (title not required below)

[✔] Assignee or Person to Whom the Inventor is Under an Obligation to Assign (provide signer's title if applicant is a juristic entity)

[ ] Person Who Otherwise Shows Sufficient Proprietary Interest (e.g., a petition under 37 CFR 1.46(b)(2) was granted in the application or is concurrently being filed with this document) (provide signer's title if applicant is a juristic entity)

### SIGNATURE of Applicant for Patent

The undersigned (whose title is supplied below) is authorized to act on behalf of the applicant (e.g., where the applicant is a juristic entity).

| Signature | | Date (Optional) | 4/14/2020 |
|---|---|---|---|
| Name | Dane Barnes | | |
| Title | President | | |

**NOTE:** Signature - This form must be signed by the applicant in accordance with 37 CFR 1.33. See 37 CFR 1.4 for signature requirements and certifications. If more than one applicant, use multiple forms.

[ ] Total of _____ forms are submitted.

This collection of information is required by 37 CFR 1.131, 1.32, and 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.

PTO/AIA/96 (08-12)
Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## STATEMENT UNDER 37 CFR 3.73(c)

Applicant/Patent Owner: Shibumi Shade, Inc.

Application No./Patent No.: To Be Assigned          Filed/Issue Date: Concurrently Herewith

Titled: SHADING SYSTEM AND METHOD OF USE

Shibumi Shade, Inc.                              , a  Corporation

(Name of Assignee)                    (Type of Assignee, e.g., corporation, partnership, university, government agency, etc.)

states that, for the patent application/patent identified above, it is (choose **one** of options 1, 2, 3 or 4 below):

1. [✔]  The assignee of the entire right, title, and interest.

2. [ ]  An assignee of less than the entire right, title, and interest (check applicable box):

   [ ]  The extent (by percentage) of its ownership interest is _____%. Additional Statement(s) by the owners holding the balance of the interest must be submitted to account for 100% of the ownership interest.

   [ ]  There are unspecified percentages of ownership. The other parties, including inventors, who together own the entire right, title and interest are:

   

   Additional Statement(s) by the owner(s) holding the balance of the interest must be submitted to account for the entire right, title, and interest.

3. [ ]  The assignee of an undivided interest in the entirety (a complete assignment from one of the joint inventors was made). The other parties, including inventors, who together own the entire right, title, and interest are:

   

   Additional Statement(s) by the owner(s) holding the balance of the interest must be submitted to account for the entire right, title, and interest.

4. [ ]  The recipient, via a court proceeding or the like (*e.g.*, bankruptcy, probate), of an undivided interest in the entirety (a complete transfer of ownership interest was made). The certified document(s) showing the transfer is attached.

The interest identified in option 1, 2 or 3 above (not option 4) is evidenced by either (choose **one** of options A or B below):

A. [ ]  An assignment from the inventor(s) of the patent application/patent identified above. The assignment was recorded in the United States Patent and Trademark Office at Reel _____, Frame _____, or for which a copy thereof is attached.

B. [✔]  A chain of title from the inventor(s), of the patent application/patent identified above, to the current assignee as follows:

   1. From: Barnes; Slater; Barnes          To: Shibumi Shade, LLC

      The document was recorded in the United States Patent and Trademark Office at
      Reel 043276, Frame 0936, or for which a copy thereof is attached.

   2. From: Shibumi Shade, LLC              To: Shibumi Shade, Inc.

      The document was recorded in the United States Patent and Trademark Office at
      Reel 052350, Frame 0912, or for which a copy thereof is attached.

[Page 1 of 2]

This collection of information is required by 37 CFR 3.73(b). The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

PTO/AIA/96 (08-12)
Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## STATEMENT UNDER 37 CFR 3.73(c)

3. From: _____ To: _____

      The document was recorded in the United States Patent and Trademark Office at

      Reel _____, Frame _____, or for which a copy thereof is attached.

4. From: _____ To: _____

      The document was recorded in the United States Patent and Trademark Office at

      Reel _____, Frame _____, or for which a copy thereof is attached.

5. From: _____ To: _____

      The document was recorded in the United States Patent and Trademark Office at

      Reel _____, Frame _____, or for which a copy thereof is attached.

6. From: _____ To: _____

      The document was recorded in the United States Patent and Trademark Office at

      Reel _____, Frame _____, or for which a copy thereof is attached.

☐   Additional documents in the chain of title are listed on a supplemental sheet(s).

☐   As required by 37 CFR 3.73(c)(1)(i), the documentary evidence of the chain of title from the original owner to the assignee was, or concurrently is being, submitted for recordation pursuant to 37 CFR 3.11.

[NOTE: A separate copy (i.e., a true copy of the original assignment document(s)) must be submitted to Assignment Division in accordance with 37 CFR Part 3, to record the assignment in the records of the USPTO. See MPEP 302.08]

The undersigned (whose title is supplied below) is authorized to act on behalf of the assignee.

| | |
|---|---|
| /lauren f. anderson/ | April 16, 2021 |
| Signature | Date |
| Lauren F. Anderson | 69,344 |
| Printed or Typed Name | Title or Registration Number |

[Page 2 of 2]

# Privacy Act Statement

The **Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.  The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2.  A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3.  A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4.  A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5.  A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6.  A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7.  A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (*i.e.*, GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8.  A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9.  A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

Attorney's Docket No. **S105508 1010US.C3 (0010.3)**                    PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re:        Barnes *et al.*               Confirmation No.:   *To Be Assigned*
Appl. No.:   *To Be Assigned*               Group Art Unit:     *To Be Assigned*
Filed:       *Concurrently Herewith*        Examiner:           *To Be Assigned*
For:         SHADING SYSTEM AND METHOD OF USE

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

### INFORMATION DISCLOSURE STATEMENT
### CITATION UNDER 37 C.F.R. § 1.97

Sir:

Attached is a list of documents on form PTO-1449.

It is requested that the Examiner consider these documents and officially make them of record in accordance with the provisions of 37 C.F.R. § 1.97 and Section 609 of the MPEP. By identifying the listed documents, Applicant in no way makes any admission as to the prior art status of the listed documents, but is instead identifying the listed documents for the sake of full disclosure.

Any foreign patents or non-patent literature documents items are attached, except those that were supplied in, or cited by the Office during prosecution of, parent Application No. 16/987,886, filed August 7, 2020. Since the benefit of this application was claimed under 35 U.S.C. 120, no copies need to be furnished in accordance with 37 C.F.R. 1.98(d); however, copies will be furnished on request.

**Customer No. 26158**                      Respectfully submitted,
**Womble Bond Dickinson (US) LLP**
Attn:  Patent Docketing                     /lauren f. anderson/
P.O. Box 7037
Atlanta, GA 30357-0037                      Lauren F. Anderson
Tel Raleigh Office (919) 755-2100           Registration No. 69,344
Fax Raleigh Office (919) 755-2150

*ELECTRONICALLY FILED USING THE EFS-WEB ELECTRONIC FILING SYSTEM OF THE UNITED STATES PATENT AND TRADEMARK OFFICE ON APRIL 16, 2021.*

<table>
<tr><td rowspan="2" colspan="2"><b>INFORMATION DISCLOSURE STATEMENT BY APPLICANT</b></td><td colspan="2"><b>Complete if Known</b></td></tr>
</table>

| | | **Complete if Known** | |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | | Application Number | *To Be Assigned* |
| | | Filing Date | *Concurrently Herewith* |
| | | First Named Inventor | Dane Brooks Barnes |
| | | Art Unit | *To Be Assigned* |
| | | Examiner Name | *To Be Assigned* |
| Sheet | 1 of 2 | Attorney Docket Number | **S105508 1010US.C3 (0010.3)** |

### U. S. PATENT DOCUMENTS

| Examiner Initials* | Cite No. | Document Number  Number - Kind Code (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages of Relevant Figures Appear |
|---|---|---|---|---|---|
| | 1 | US-3,042,053 | 07-03-1962 | Gabriel | |
| | 2 | US-3,070,107 | 12-25-1962 | Beatty | |
| | 3 | US-3,075,536 | 01-29-1963 | Parker | |
| | 4 | US-3,394,720 | 07-30-1968 | Moss | |
| | 5 | US-4,590,956 | 05-27-1986 | Griesenbeck | |
| | 6 | US-4,930,534 | 06-05-1990 | Hill | |
| | 7 | US-5,080,123 | 01-14-1992 | Stein | |
| | 8 | US-5,299,590 | 08-05-1994 | Deibert *et al.* | |
| | 9 | US-5,927,311 | 07-27-1999 | Jager | |
| | 10 | US-5,950,649 | 09-14-1999 | Gerig | |
| | 11 | US-6,964,277 | 11-15-2005 | Naber | |
| | 12 | US-7,406,977 | 08-05-2008 | Shires | |
| | 13 | US-7,708,339 | 05-04-2010 | Zapater | |
| | 14 | US-7,789,097 | 09-07-2010 | Sotirkys *et al.* | |
| | 15 | US-8,424,549 | 04-23-2013 | Goldsmith *et al.* | |
| | 16 | US-8,453,664 | 06-04-2013 | Parsons *et al.* | |
| | 17 | US-8,720,461 | 05-13-2014 | Nichols | |
| | 18 | US-8,899,251 | 12-02-2014 | Leung *et al.* | |
| | 19 | US-9,051,755 | 06-09-2015 | Heining *et al.* | |
| | 20 | US-9,051,756 | 06-09-2015 | Jenkins | |
| | 21 | US-9,113,724 | 08-25-2015 | Heining *et al.* | |
| | 22 | US-2003/0089390 | 05-15-2003 | Seo | |
| | 23 | US-2007/0079857 | 04-12-2007 | Tseng | |
| | 24 | US-2012/0291830 | 11-22-2012 | Crimi | |
| | 25 | US-2013/0074894 | 03-28-2013 | Cook | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*Examiner: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

*ELECTRONICALLY FILED USING THE EFS-WEB ELECTRONIC FILING SYSTEM OF THE UNITED STATES PATENT AND TRADEMARK OFFICE ON APRIL 16, 2021.*

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | Complete if Known | |
|---|---|---|
| | Application Number | *To Be Assigned* |
| | Filing Date | *Concurrently Herewith* |
| | First Named Inventor | Dane Brooks Barnes |
| | Art Unit | *To Be Assigned* |
| | Examiner Name | *To Be Assigned* |
| Sheet    2    of    2 | Attorney Docket Number | **S105508 1010US.C3 (0010.3)** |

### U. S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| | 26 | US-2014/0041703 | 02-13-2014 | Funston |
| | 27 | US-2014/0209132 | 07-31-2014 | Landry |
| | 28 | US-2015/0040957 | 02-12-2015 | Mallookis *et al.* |
| | 29 | US-2015/0252585 | 09-10-2015 | Mallookis *et al.* |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No. | Foreign Patent Document<br>Country Code - Number Kind Code (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | English Language Translation Attached |
|---|---|---|---|---|---|---|
| | 30 | WO 02/04768 | 01-17-2002 | Selby | | |
| | 31 | FR 2 884 844 | 04-26-2005 | Cahours De Virgile | | |
| | 32 | DE 10 2009 020 795 | 11-04-2010 | Schmidt | | |

### OTHER DOCUMENTS

| Examiner Initials* | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s) , volume-issue number(s), publisher, city and/or country where published. | English Language Translation Attached |
|---|---|---|---|
| | 33 | YouTube video by Robert Marazzita:  The Best Beach Cabana – Set Up and Tear Down, July 9, 2015, [site visited August 8, 2017], Available on the Internet URL: <https:www.youtube.com/watch?v=LfccH7yV6SE>. | |
| | 34 | YouTube video by Robb's Homemade Life: Make $15 Beach Shade tent Easy Quick DIY, October 6, 2015 [site visited August 8, 2017] Available on the internet URL: <www.youtube.com/watch?v+X20b4pLJx1c> | |
| | 35 | YouTube video by Beachspirit: Kitent (R) - the Floating beach tent for sun shade, October 8, 2016 [site visited August 8, 2017] Available on the internet URL: <https://m.youtube.com/watch?v=OUaDZeqdTkQ> | |
| | 36 | YouTube video by ZiggyShade Beach Sunshade: ZiggyShade – Beach Sunshade – Set up instructions, November 24, 2016 [site visited August 8, 2017] Available on the internet URL: <https://youtu.be/1krQ0rlumws> | |
| | 37 | YouTube video by bibitedog: How to set up a butterfly arch, May 26, 2012 [site visited December 18, 2018] Available on the internet URL: <https://www.youtube.com/watch?v=FOTYtjQAL4s> | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*Examiner:  Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

*ELECTRONICALLY FILED USING THE EFS-WEB ELECTRONIC FILING SYSTEM OF THE UNITED STATES PATENT AND TRADEMARK OFFICE ON APRIL 16, 2021.*

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| In re: | Barnes *et al.* | Confirmation No.: | *To Be Assigned* |
| Appl. No.: | *To Be Assigned* | Group Art Unit: | *To Be Assigned* |
| Filed: | *Concurrently Herewith* | Examiner: | *To Be Assigned* |
| For: | SHADING SYSTEM AND METHOD OF USE | | |

Docket No.:     S105508 1010US.C3 (0010.3)
Customer No.:   26158

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

## PRELIMINARY AMENDMENT
## 37 CFR § 1.115

Sir:

Please enter this Preliminary Amendment before calculating the claim fee and amend the above-identified application as follows:

**Amendments to the Specification** begin on page 2 of this paper.

**Amendments to the Claims** are reflected in the listing of claims beginning on page 3 of this paper.

**Remarks** begin on page 6 of this paper.

Amendments to the Specification:

On page 1, after the title of the invention, please amend the following paragraph:

CROSS-REFERENCE TO RELATED APPLICATIONS

[0001]    This application is a continuation of U.S. Application No. 16/987,886, filed August 7, 2020, which is a continuation of U.S. Application No. 16/224,465, filed December 18, 2018, which is a continuation of U.S. Application No. 15/675,715, filed August 12, 2017, which is a non-provisional of U.S. Provisional Patent Application 62/409,426 filed October 18, 2016, the contents of which are hereby incorporated by reference in its entirety which applications are hereby incorporated by reference in their entirety in this application.

WBD (US) 49802972v2

Amendments to the Claims:

1. – 20.        (Canceled)

21.        (New)  A system for providing shade onto a surface, the system comprising:

a frame engageable with the surface, the frame comprising a plurality of longitudinally-extending sections arrangeable so that they are non-coextensive relative to one another in a supporting configuration; and

a sheet of material extending between a suspension end and an opposing trailing end, the suspension end of the sheet of material being coupleable with the frame about a portion of the frame,

wherein, in the supporting configuration, a first longitudinally-extending section is engaged with the surface and a second, non-coextensive longitudinally-extending section is engaged with the first longitudinally-extending section so that the second, non-coextensive longitudinally-extending section is arranged at a nonzero angle relative to a longitudinal axis of the first longitudinally-extending section, and

wherein, in the supporting configuration, the suspension end of the sheet of material is coupleable to the second, non-coextensive longitudinally-extending section.

22.        (New)  The system of claim 21, wherein the sheet of material is a unitary sheet of material or comprises a plurality of sheets of material coupleable together.

23.        (New)  The system of claim 22, wherein the plurality of sheets of material are selectively coupled together so that a first sheet of material is coupled with the frame about a suspension end and a suspension end of a second sheet of material is removeably coupled to a trailing end of the first sheet of material.

24.        (New)  The system of claim of claim 21, wherein the sheet of material has at least one set of parallel sides.

WBD (US) 49802972v2

25.     (New)  The system of claim 24, wherein the sheet of material has two sets of parallel sides.

26.     (New)  The system of claim 21, wherein the sheet of material comprises one or more vent holes defined within the sheet of material, one or more tails extending therefrom, one or more wind socks, or a combination thereof.

27.     (New)  The system of claim 21, wherein the trailing end of the sheet of material is spaced apart from the portion of the frame such that when a wind force is applied to the sheet of material, the sheet of material extends at an angle relative to the surface, the angle varying in response to a direction and a magnitude of the wind force, and when there is de minimis wind force, the sheet of material is substantially in contact with the surface at the trailing end.

28.     (New)  The system of claim 21, wherein the plurality of longitudinally-extending sections are arrangeable so that at least a first longitudinally-extending section and a second longitudinally-extending section are each engageable with the surface at first ends thereof and are coupleable to one another about opposing, second ends or are each respectively coupleable to first and second ends of at least one intermediate longitudinally-extending section arranged therebetween.

29.     (New)  The system of claim 21, further comprising a cable extending through the plurality of longitudinally-extending sections of the frame from the first end of the first longitudinally-extending section to the first end of the second longitudinally-extending section and any of the at least one intermediate longitudinally-extending sections arranged therebetween.

30.     (New)  The system of claim 21, wherein the plurality of longitudinally-extending sections are arranged telescopically with one another such that a second longitudinally-extending section is receivable in and extendable from a first longitudinally-extending section.

WBD (US) 49802972v2

Case 5:24-cv-00588-FL     Document 28-3     Filed 03/23/26     Page 53 of 338

31.     (New)  The system of claim 21, wherein the frame comprises a singular, longitudinally-extending section.

32.     (New)  The system of claim 21, wherein the frame is directly engageable with the surface.

33.     (New)  The system of claim 21, further comprising two frames each being engageable with the surface, wherein the sheet of material is coupleable with the first frame about the suspension end and the sheet of material is coupleable with the second frame about the opposing trailing end.

34.     (New)  The system of claim 21, further comprising an object engageable with the frame or with the sheet of material to act as a counterweight against a wind force applied to the sheet of material so that the frame remains engaged with the surface when the wind force is applied to the sheet of material.

35.     (New)  The system of claim 21, further comprising a cord having a first end and a second end, the first end or the second end of the cord being coupleable to the frame or the sheet of material.

36.     (New)  The system of claim 35, further comprising an anchor coupleable to the other of the second end or the first end of the cord and being in contact with the surface so that the frame remains engaged with the surface when a wind force is applied to the sheet of material.

37.     (New)  The system of claim 36, wherein the first end of the cord is coupleable to the trailing end of the sheet of material and the second end of the cord is coupleable to the anchor, the anchor being in contact with the surface so that the frame remains engaged with the surface when the wind force is applied to the sheet of material.

WBD (US) 49802972v2

## REMARKS

This preliminary amendment is hereby submitted herewith to cancel Claims 1-20 and add new Claims 21-37. No new matter has been added by way of these new claims.

It is not believed that extensions of time or fees for net addition of claims are required, beyond those that may otherwise be provided for in documents accompanying this paper. However, in the event that additional extensions of time are necessary to allow consideration of this paper, such extensions are hereby petitioned under 37 CFR § 1.136(a), and any fee required therefor (including fees for net addition of claims) is hereby authorized to be charged to Deposit Account No. 09-0528.

Respectfully submitted,

/lauren f. anderson/

Lauren F. Anderson
Registration No. 69,344

**Customer No. 26158**
**Womble Bond Dickinson (US) LLP**
Attn: Patent Docketing
P.O. Box 7037
Atlanta, GA 30357-0037
Tel Raleigh Office (919) 755-2100
Fax Raleigh Office (919) 755-2150

**ELECTRONICALLY FILED USING THE EFS-WEB ELECTRONIC FILING SYSTEM OF THE UNITED STATES PATENT & TRADEMARK OFFICE ON APRIL 16, 2021.**

WBD (US) 49802972v2

# Electronic Patent Application Fee Transmittal

| Application Number: | |
|---|---|
| **Filing Date:** | |
| **Title of Invention:** | SHADING SYSTEM AND METHOD OF USE |
| **First Named Inventor/Applicant Name:** | Dane  Brooks  Barnes |
| **Filer:** | Lauren F Anderson/Shari Elofson |
| **Attorney Docket Number:** | S105508 1010US.C3 (0010.3 |

Filed as Small Entity

**Filing Fees for  Utility under 35 USC 111(a)**

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| UTILITY FILING FEE (ELECTRONIC FILING) | 4011 | 1 | 80 | 80 |
| UTILITY SEARCH FEE | 2111 | 1 | 350 | 350 |
| UTILITY EXAMINATION FEE | 2311 | 1 | 400 | 400 |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |

Case 5:24-cv-00588-FL    Document 28-3    Filed 03/23/26    Page 56 of 338

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |
| **Miscellaneous:** | | | | |
| | | | **Total in USD ($)** | **830** |

Case 5:24-cv-00588-FL    Document 28-3    Filed 03/23/26    Page 57 of 338

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 42475027 |
| **Application Number:** | 17232799 |
| **International Application Number:** | |
| **Confirmation Number:** | 1050 |
| **Title of Invention:** | SHADING SYSTEM AND METHOD OF USE |
| **First Named Inventor/Applicant Name:** | Dane Brooks Barnes |
| **Customer Number:** | 26158 |
| **Filer:** | Lauren F Anderson/Shari Elofson |
| **Filer Authorized By:** | Lauren F Anderson |
| **Attorney Docket Number:** | S105508 1010US.C3 (0010.3 |
| **Receipt Date:** | 16-APR-2021 |
| **Filing Date:** | |
| **Time Stamp:** | 15:34:30 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | DA |
| Payment was successfully received in RAM | $830 |
| RAM confirmation Number | E20214FF35403779 |
| Deposit Account | |
| Authorized User | |
| The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows: | |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Transmittal of New Application | S105508_1010US_C3_0010_3_Transmittal.pdf | 288229 / d9d419844a4107784a110f01067cdbd47dc6ef85 | no | 2 |

| | | | | | |
|---|---|---|---|---|---|
| **Warnings:** | | | | | |
| **Information:** | | | | | |

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 2 | Fee Worksheet (SB06) | S105508_1010US_C3_0010_3_Fee_Transmittal.pdf | 291140 / f1e81e36310c9a982a9c5f4881daf02edde81635 | no | 2 |

| | | | | | |
|---|---|---|---|---|---|
| **Warnings:** | | | | | |
| **Information:** | | | | | |

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 3 | Application Data Sheet | S105508_1010US_C3_0010_3_ADS.pdf | 1256553 / 589bf684dcc4fb0a8e593123a255f8659dd7b93c | no | 9 |

| | | | | | |
|---|---|---|---|---|---|
| **Warnings:** | | | | | |
| **Information:** | | | | | |

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 4 | | S105508_1010US_C3_0010_3_Application_from_parent.pdf | 874228 / da53523110e7592b0beec03585205021231a42ac | yes | 15 |

| Multipart Description/PDF files in .zip description | | |
|---|---|---|
| Document Description | Start | End |
| Specification | 1 | 11 |
| Claims | 12 | 14 |
| Abstract | 15 | 15 |

| | | | | | |
|---|---|---|---|---|---|
| **Warnings:** | | | | | |
| **Information:** | | | | | |

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 5 | Drawings-only black and white line drawings | S105508_1010US_C3_0010_3_Drawings_from_parent.pdf | 434911 / ecd6d801bf0b69bf38c27a4cb7c33efd5c7cf3bf | no | 7 |

| | | | | | |
|---|---|---|---|---|---|
| **Warnings:** | | | | | |
| Information: | | | | | |
| 6 | Oath or Declaration filed | S105508_1010US_C3_0010_3_Declaration_from_parent.pdf | 335744<br><br>fe0e332fc032ef888d69e21793d53a20a9af9fd8 | no | 5 |
| **Warnings:** | | | | | |
| Information: | | | | | |
| 7 | Power of Attorney | S105508_1010US_C3_0010_3_POA.pdf | 377638<br><br>390ac88a4926ed2fef9dbf1c488b25dac1c4ea4a | no | 2 |
| **Warnings:** | | | | | |
| Information: | | | | | |
| 8 | Assignee showing of ownership per 37 CFR 3.73 | S105508_1010US_C3_0010_3_Stmt_373.pdf | 192270<br><br>39f8a477dcf380767699dea92cd3b9120b84209a | no | 3 |
| **Warnings:** | | | | | |
| Information: | | | | | |
| 9 | Transmittal Letter | S105508_1010US_C3_0010_3_IDS_Cover.pdf | 123109<br><br>63b861dd63691a4726d330f96f81ba4489f3c6c0 | no | 1 |
| **Warnings:** | | | | | |
| Information: | | | | | |
| 10 | Information Disclosure Statement (IDS) Form (SB08) | S105508_1010US_C3_0010_3_IDS_1449.pdf | 163324<br><br>56b0a831f64c83cccfed3a6912db22a30da139b4 | no | 2 |
| **Warnings:** | | | | | |
| Information: | | | | | |
| This is not an USPTO supplied IDS fillable form | | | | | |
| 11 | | S105508_1010US_C3_0010_3_Preliminary_Amendment.pdf | 127243<br><br>f539a3c7131d56be45f98d6ad2d8d034dd984272 | yes | 6 |

| Multipart Description/PDF files in .zip description | | |
|---|---|---|
| **Document Description** | **Start** | **End** |
| Preliminary Amendment | 1 | 1 |
| Specification | 2 | 2 |

|  | Claims | 3 | 5 |
|---|---|---|---|
|  | Applicant Arguments/Remarks Made in an Amendment | 6 | 6 |

**Warnings:**

**Information:**

| 12 | Fee Worksheet (SB06) | fee-info.pdf | 34817<br><br>d2d10f3a8ce84c13e36d92ccf6bf8755c9c28a99 | no | 2 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| | | Total Files Size (in bytes): | 4499206 |
|---|---|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

<u>New Applications Under 35 U.S.C. 111</u>
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.
<u>National Stage of an International Application under 35 U.S.C. 371</u>
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.
<u>New International Application Filed with the USPTO as a Receiving Office</u>
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.


UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 17/232,799 | 04/16/2021 | 3636 | 830 | S105508 1010US.C3 (0010.3 | 17 | 1 |

**CONFIRMATION NO. 1050**

26158
WOMBLE BOND DICKINSON (US) LLP
ATTN: IP DOCKETING
P.O. BOX 7037
ATLANTA, GA 30357-0037

**FILING RECEIPT**

|||||||||||||||||||||||||||||||||||
0C000000123088257

Date Mailed: 04/23/2021

Receipt is acknowledged of this non-provisional utility patent application. The application will be taken up for examination in due course. Applicant will be notified as to the results of the examination. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF FIRST INVENTOR, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection.

**Please verify the accuracy of the data presented on this receipt.** If an error is noted on this Filing Receipt, please submit a written request for a corrected Filing Receipt, including a properly marked-up ADS showing the changes with strike-through for deletions and underlining for additions. If you received a "Notice to File Missing Parts" or other Notice requiring a response for this application, please submit any request for correction to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections provided that the request is grantable.

**Inventor(s)**

    Dane Brooks Barnes, Raleigh, NC;
    Alexander Griffith Slater, Raleigh, NC;
    Scott Christian Barnes, Raleigh, NC;

**Applicant(s)**

    Shibumi Shade, Inc., Raleigh, NC;

**Power of Attorney:** The patent practitioners associated with Customer Number 26158

**Domestic Priority data as claimed by applicant**

    This application is a CON of 16/987,886 08/07/2020
    which is a CON of 16/224,465 12/18/2018 PAT 10753117
    which is a CON of 15/675,715 08/12/2017 PAT 10190330
    which claims benefit of 62/409,426 10/18/2016

**Foreign Applications** for which priority is claimed (You may be eligible to benefit from the **Patent Prosecution Highway** program at the USPTO. Please see http://www.uspto.gov for more information.) - None.
*Foreign application information must be provided in an Application Data Sheet in order to constitute a claim to foreign priority. See 37 CFR 1.55 and 1.76.*

**Permission to Access Application via Priority Document Exchange:** Yes

**Permission to Access Search Results:** Yes

Case 5:24-cv-00588-FL    Document 28-3    Filed 03/23/26    Page 62 of 338

Applicant may provide or rescind an authorization for access using Form PTO/SB/39 or Form PTO/SB/69 as appropriate.

**If Required, Foreign Filing License Granted:** 04/22/2021

The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US 17/232,799**

**Projected Publication Date:** 07/29/2021

**Non-Publication Request:** No

**Early Publication Request:** No
** SMALL ENTITY **
**Title**

SHADING SYSTEM AND METHOD OF USE

**Preliminary Class**

135

**Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications:** No

# PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same effect as a regular national patent application in each PCT-member country. The PCT process **simplifies** the filing of patent applications on the same invention in member countries, but **does not result** in a grant of "an international patent" and does not eliminate the need of applicants to file additional documents and fees in countries where patent protection is desired.

Almost every country has its own patent law, and a person desiring a patent in a particular country must make an application for patent in that country in accordance with its particular laws. Since the laws of many countries differ in various respects from the patent law of the United States, applicants are advised to seek guidance from specific foreign countries to ensure that patent rights are not lost prematurely.

Applicants also are advised that in the case of inventions made in the United States, the Director of the USPTO must issue a license before applicants can apply for a patent in a foreign country. The filing of a U.S. patent application serves as a request for a foreign filing license. The application's filing receipt contains further information and guidance as to the status of applicant's license for foreign filing.

Applicants may wish to consult the USPTO booklet, "General Information Concerning Patents" (specifically, the section entitled "Treaties and Foreign Patents") for more information on timeframes and deadlines for filing foreign patent applications. The guide is available either by contacting the USPTO Contact Center at 800-786-9199, or it can be viewed on the USPTO website at http://www.uspto.gov/web/offices/pac/doc/general/index.html.

For information on preventing theft of your intellectual property (patents, trademarks and copyrights), you may wish to consult the U.S. Government website, http://www.stopfakes.gov. Part of a Department of Commerce initiative, this website includes self-help "toolkits" giving innovators guidance on how to protect intellectual property in specific

countries such as China, Korea and Mexico. For questions regarding patent enforcement issues, applicants may call the U.S. Government hotline at 1-866-999-HALT (1-866-999-4258).

## LICENSE FOR FOREIGN FILING UNDER

## Title 35, United States Code, Section 184

## Title 37, Code of Federal Regulations, 5.11 & 5.15

### GRANTED

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required as set forth in 37 CFR 5.15. The scope and limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier license has been issued under 37 CFR 5.15(b). The license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.

This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 37 CFR 1.53(d). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations especially with respect to certain countries, of other agencies, particularly the Office of Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Bureau of Industry and Security, Department of Commerce (15 CFR parts 730-774); the Office of Foreign AssetsControl, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

### NOT GRANTED

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form. Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15(b).

---

## *SelectUSA*

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation, and commercialization of new technologies. The U.S. offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to promote and facilitate business investment. SelectUSA provides information assistance to the international investor community; serves as an ombudsman for existing and potential investors; advocates on behalf of U.S. cities, states, and regions competing for global investment; and counsels U.S. economic development organizations on investment attraction best practices. To learn more about why the United States is the best country in the world to develop

Case 5:24-cv-00588-FL    Document 28-3    Filed 03/23/26    Page 64 of 338

technology, manufacture products, deliver services, and grow your business, visit http://www.SelectUSA.gov or call +1-202-482-6800.

Case 5:24-cv-00588-FL     Document 28-3     Filed 03/23/26     Page 65 of 338

## PATENT APPLICATION FEE DETERMINATION RECORD
Substitute for Form PTO-875

| Application or Docket Number |
|---|
| 17/232,799 |

### APPLICATION AS FILED - PART I

| FOR | NUMBER FILED (Column 1) | NUMBER EXTRA (Column 2) | SMALL ENTITY RATE($) | SMALL ENTITY FEE($) | | OTHER THAN SMALL ENTITY RATE($) | OTHER THAN SMALL ENTITY FEE($) |
|---|---|---|---|---|---|---|---|
| BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | 80 | | N/A | |
| SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | 350 | | N/A | |
| EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | 400 | | N/A | |
| TOTAL CLAIMS (37 CFR 1.16(i)) | 17 minus 20 = | * | x 50 = | 0.00 | OR | | |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | 1 minus 3 = | * | x 240 = | 0.00 | | | |
| APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $310 ($155 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | 0.00 | | | |
| MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | 0.00 | | | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | 830 | | TOTAL | |

### APPLICATION AS AMENDED - PART II

**AMENDMENT A**

| | | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE($) | SMALL ENTITY ADDITIONAL FEE($) | | OTHER THAN SMALL ENTITY RATE($) | OTHER THAN SMALL ENTITY ADDITIONAL FEE($) |
|---|---|---|---|---|---|---|---|---|---|---|
| | Total (37 CFR 1.16(i)) | * | Minus | ** | = | x = | | OR | x = | |
| | Independent (37 CFR 1.16(h)) | * | Minus | *** | = | x = | | OR | x = | |
| | Application Size Fee (37 CFR 1.16(s)) | | | | | | | | | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | | OR | | |
| | | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |

**AMENDMENT B**

| | | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE($) | SMALL ENTITY ADDITIONAL FEE($) | | OTHER THAN SMALL ENTITY RATE($) | OTHER THAN SMALL ENTITY ADDITIONAL FEE($) |
|---|---|---|---|---|---|---|---|---|---|---|
| | Total (37 CFR 1.16(i)) | * | Minus | ** | = | x = | | OR | x = | |
| | Independent (37 CFR 1.16(h)) | * | Minus | *** | = | x = | | OR | x = | |
| | Application Size Fee (37 CFR 1.16(s)) | | | | | | | | | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | | OR | | |
| | | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |

\* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
\*\* If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
\*\*\* If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest found in the appropriate box in column 1.

Case 5:24-cv-00588-FL     Document 28-3     Filed 03/23/26     Page 66 of 338

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

| | | | |
|---|---|---|---|
| In re: | Barnes *et al.* | Confirmation No.: | 1050 |
| Appl. No.: | 17/232,799 | Group Art Unit: | 3636 |
| Filed: | April 16, 2021 | Examiner: | *To Be Assigned* |
| For: | SHADING SYSTEM AND METHOD OF USE | | |

Docket No.:  S105508 1010US.C3 (0010.3)
Customer No.:  26158

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

**SECOND PRELIMINARY AMENDMENT**
**37 CFR § 1.115**

Sir:

Please enter this Preliminary Amendment before calculating the claim fee and amend the above-identified application as follows:

**Amendments to the Claims** are reflected in the listing of claims beginning on page 2 of this paper.

**Remarks** begin on page 6 of this paper.

Appl. No.: *To Be Assigned*
Filed: *Concurrently Herewith*
Amdt. Dated June 9, 2021

Amendments to the Claims:

1. – 20.        (Canceled)

21.        (Currently Amended)  A system for providing shade onto a surface, the system comprising:

a ~~first~~ frame engageable with the surface, the ~~first~~ frame comprising at least one section engageable with the surface and ~~a plurality of longitudinally-extending sections~~ arrangeable ~~so that they are non-coextensive relative to one another~~ in a supporting configuration; ~~and~~

a sheet of material extending between a first~~suspension~~ end and an opposing second~~trailing~~ end, the first~~suspension~~ end of the sheet of material being coupleable with the first frame about a portion of the first frame, wherein the second end of the sheet of material is spaced apart from the portion of the first frame in the supporting configuration such that the sheet of material is supportable by the first frame and at least partially supportable by wind in a first configuration for providing shade onto the surface;

a securing element engageable with one or both of the first frame and the sheet of material, such that the sheet of material is supportable by the first frame and at least partially supportable by the securing element in a second configuration for providing shade onto the surface;

a container for housing and transporting at least one of the components of the system~~wherein the container is also an anchor for housing weight;~~ and

a cord having a first end and a second end, the first end or the second end of the cord being coupleable to at least one of the first frame, the sheet of material, and the support mechanism; and

an anchor coupleable to the other of the second end or the first end of the cord and being in contact with the surface so that the first frame remains in the supporting configuration~~wherein, in the supporting configuration, a first longitudinally-extending section is engaged with the surface and a second, non-coextensive longitudinally-~~

WBD (US) 52338784v3

~~extending section is engaged with the first longitudinally-extending section so that the second, non-coextensive longitudinally-extending section is arranged at a nonzero angle relative to a longitudinal axis of the first longitudinally-extending section, and~~

~~wherein, in the supporting configuration, the suspension end of the sheet of material is coupleable to the second, non-coextensive longitudinally-extending section~~.

22.    (Previously Presented)  The system of claim 21, wherein the sheet of material is a unitary sheet of material or comprises a plurality of sheets of material coupleable together.

23.    (Currently Amended)  The system of claim 22, wherein the plurality of sheets of material are selectively coupled together so that a first sheet of material is coupled with the <u>first</u> frame about a <u>first</u>~~suspension~~ end and a <u>first</u>~~suspension~~ end of a second sheet of material is removeably coupled to a <u>second</u>~~trailing~~ end of the first sheet of material.

24.    (Previously Presented)  The system of claim of claim 21, wherein the sheet of material has at least one set of parallel sides.

25.    (Previously Presented)  The system of claim 24, wherein the sheet of material has two sets of parallel sides.

26.    (Previously Presented)  The system of claim 21, wherein the sheet of material comprises one or more vent holes defined within the sheet of material, one or more tails extending therefrom, one or more wind socks, or a combination thereof.

27.    (Canceled)

28.    (Currently Amended)  The system of claim 21, wherein the first <u>frame comprises a</u> plurality of ~~longitudinally-extending~~ sections <u>that</u> are arrangeable so that at least a first ~~longitudinally-extending~~ section and a second ~~longitudinally-extending~~ section are each

WBD (US) 52338784v3

engageable with the surface at first ends thereof and are coupleable to one another about opposing, second ends or are each respectively coupleable to first and second ends of at least one intermediate ~~longitudinally-extending~~ section arranged therebetween.

29.     (Currently Amended)  The system of claim 21, further comprising a cable extending through <u>at least one of the plurality of</u> the ~~plurality of longitudinally-extending~~ sections of the <u>first</u> frame ~~from the first end of the first longitudinally-extending section to the first end of the second longitudinally-extending section and any of the at least one intermediate longitudinally-extending sections arranged therebetween~~.

30.     (Currently Amended)  The system of claim 21, wherein the plurality ~~of longitudinally-extending~~ sections are arranged telescopically with one another such that a second ~~longitudinally-extending~~ section is receivable in and extendable from a first ~~longitudinally-extending~~ section.

31.     (Currently Amended)  The system of claim 21, wherein the <u>first</u> frame comprises a singular, longitudinally-extending section.

32.     (Currently Amended)  The system of claim 21, wherein the <u>first</u> frame is directly engageable with the surface.

33.     (Currently Amended)  The system of claim 21, <u>wherein the securing element comprises a second frame comprising at least one section engageable with the surface in the supporting configuration,</u> ~~further comprising two frames each being engageable with the surface,~~ wherein the sheet of material is coupleable with the first frame about the <u>first</u>~~suspension~~ end and the sheet of material is coupleable with the second frame about the opposing <u>second</u>~~trailing~~ end.

34.     (Canceled)

35.     (Canceled)


36.     (Canceled)


37.     (Currently Amended)  The system of claim 21~~36~~, wherein a~~the~~ first end of the cord is coupleable to the second ~~trailing~~ end of the sheet of material and a~~the~~ second end of the cord is coupleable to the anchor, the anchor being in contact with the surface so that the first frame remains engaged with the surface ~~when the wind force is~~ in the supporting configuration~~applied to the sheet of material~~.


38.     (New)  The system of claim 21, wherein the container is the anchor and houses weight when the container is inverted and when the container is non-inverted, and wherein the first end or the second end of the cord is coupleable to at least one of the first frame, the sheet of material, and the support mechanism, and the other of the second end or the first end of the cord is coupleable to a portion of the container to serve as the anchor for housing the weight.


39.     (New)  The system of claim 21, wherein the first end of the sheet of material defines a first edge and the second end of the sheet of material defines a second edge, the first edge of the sheet of material being coupleable with the first frame about a portion of the first frame.

WBD (US) 52338784v3

## REMARKS

This preliminary amendment is hereby submitted herewith to add new claims 38 and 39, cancel claims 27 and 34-36 and amend claims 21, 23, 28-33 and 37. No new matter has been added by way of these new claims. Accordingly, claims 21-26, 28-33, and 37-39 are pending.

It is not believed that extensions of time or fees for net addition of claims are required, beyond those that may otherwise be provided for in documents accompanying this paper. However, in the event that additional extensions of time are necessary to allow consideration of this paper, such extensions are hereby petitioned under 37 CFR § 1.136(a), and any fee required therefor (including fees for net addition of claims) is hereby authorized to be charged to Deposit Account No. 09-0528.

Respectfully submitted,

/lauren f. anderson/

Lauren F. Anderson
Registration No. 69,344

**Customer No. 26158**
**Womble Bond Dickinson (US) LLP**
Attn: Patent Docketing
P.O. Box 7037
Atlanta, GA 30357-0037
Tel Raleigh Office (919) 755-2100
Fax Raleigh Office (919) 755-2150

**ELECTRONICALLY FILED USING THE EFS-WEB ELECTRONIC FILING SYSTEM OF THE UNITED STATES PATENT & TRADEMARK OFFICE ON JUNE 9, 2021.**

WBD (US) 52338784v3

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 42940806 |
| **Application Number:** | 17232799 |
| **International Application Number:** | |
| **Confirmation Number:** | 1050 |
| **Title of Invention:** | SHADING SYSTEM AND METHOD OF USE |
| **First Named Inventor/Applicant Name:** | Dane Brooks Barnes |
| **Customer Number:** | 26158 |
| **Filer:** | Lauren F Anderson/Shari Elofson |
| **Filer Authorized By:** | Lauren F Anderson |
| **Attorney Docket Number:** | S105508 1010US.C3 (0010.3 |
| **Receipt Date:** | 09-JUN-2021 |
| **Filing Date:** | 16-APR-2021 |
| **Time Stamp:** | 15:21:20 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | S105508_1010US_C3_0010_3_ Second_Prelim_Amendment. pdf | 115434<br>31963836d5938217d9ad0b43f0d5a0d9d9 9d49fa | yes | 6 |

| Multipart Description/PDF files in .zip description | | |
|---|---|---|
| Document Description | Start | End |
| Preliminary Amendment | 1 | 1 |
| Claims | 2 | 5 |
| Applicant Arguments/Remarks Made in an Amendment | 6 | 6 |

**Warnings:**

**Information:**

| | |
|---|---|
| Total Files Size (in bytes): | 115434 |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

<u>New Applications Under 35 U.S.C. 111</u>
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.
<u>National Stage of an International Application under 35 U.S.C. 371</u>
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.
<u>New International Application Filed with the USPTO as a Receiving Office</u>
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 17/232,799 | 04/16/2021 | Dane Brooks Barnes | S105508 1010US.C3 (0010.3 |

**CONFIRMATION NO. 1050**

26158
WOMBLE BOND DICKINSON (US) LLP
ATTN: IP DOCKETING
P.O. BOX 7037
ATLANTA, GA 30357-0037

**PUBLICATION NOTICE**

*OC000000127328146*

**Title:**SHADING SYSTEM AND METHOD OF USE

**Publication No.**US-2021-0230899-A1
**Publication Date:**07/29/2021

## NOTICE OF PUBLICATION OF APPLICATION

The above-identified application will be electronically published as a patent application publication pursuant to 37 CFR 1.211, et seq. The patent application publication number and publication date are set forth above.

The publication may be accessed through the USPTO's publically available Searchable Databases via the Internet at www.uspto.gov. The direct link to access the publication is currently http://www.uspto.gov/patft/.

The publication process established by the Office does not provide for mailing a copy of the publication to applicant. A copy of the publication may be obtained from the Office upon payment of the appropriate fee set forth in 37 CFR 1.19(a)(1). Orders for copies of patent application publications are handled by the USPTO's Public Records Division. The Public Records Division can be reached by telephone at (571) 272-3150 or (800) 972-6382, by facsimile at (571) 273-3250, by mail addressed to the United States Patent and Trademark Office, Public Records Division, Alexandria, VA 22313-1450 or via the Internet.

In addition, information on the status of the application, including the mailing date of Office actions and the dates of receipt of correspondence filed in the Office, may also be accessed via the Internet through the Patent Electronic Business Center at www.uspto.gov using the public side of the Patent Application Information and Retrieval (PAIR) system. The direct link to access this status information is currently https://portal.uspto.gov/pair/PublicPair. Prior to publication, such status information is confidential and may only be obtained by applicant using the private side of PAIR.

Further assistance in electronically accessing the publication, or about PAIR, is available by calling the Patent Electronic Business Center at 1-866-217-9197.

Office of Data Managment, Application Assistance Unit (571) 272-4000, or (571) 272-4200, or 1-888-786-0101

Case 5:24-cv-00588-FL    Document 28-3    Filed 03/23/26    Page 75 of 338

Doc Code: ECOMM.AUTH/ECOMM.WTDW

Doc Description: Internet Communications Authorized/Internet Communications Authorization Withdrawn

PTO/SB/439 (11-15)

| AUTHORIZATION FOR INTERNET COMMUNICATIONS IN A PATENT APPLICATION OR REQUEST TO WITHDRAW AUTHORIZATION FOR INTERNET COMMUNICATIONS | | |
|---|---|---|
| | Application No. | 17/232,799 |
| | Filing Date | April 16, 2021 |
| | First Named Inventor | Dane Brooks Barnes |
| | Art Unit | 3636 |
| | Examiner Name | To Be Assigned |
| | Practitioner Docket No. | S105508 1010US.C3 (0010.3) |

To:     Commissioner for Patents
         P.O. Box 1450
         Alexandria, VA 22313-1450

**I. To authorize permission for Internet Communications.**

[✔]   Recognizing that Internet communications are not secure, I hereby authorize the USPTO to communicate with the undersigned and practitioners in accordance with 37 CFR 1.33 and 37 CFR 1.34 concerning any subject matter of this application via video conferencing, instant messaging, or electronic mail. I understand that a copy of these communications will be made of record in the application file. (MPEP 502.03)

**II. To withdraw authorization for Internet Communications.**

[ ]   The authorization given on _____, to the USPTO to communicate with the undersigned and any practitioner in accordance with 37 CFR 1.33 and 37 CFR 1.34 concerning any subject matter of this application via Internet communications such as video conferencing, instant messaging, or electronic mail is hereby withdrawn. I understand that the withdrawal is effective when approved rather than when received.

I am the

[ ]   applicant.

[✔]   attorney or agent of record. Registration number 69,344                      .

[ ]   attorney or agent acting under 37 CFR 1.34. Registration number _____.

| | |
|---|---|
| /lauren f. anderson/ | July 29, 2021 |
| Signature | Date |
| Lauren F. Anderson | (919) 755-2100 |
| Typed or printed name | Telephone Number |

**NOTE:** This form must be signed in accordance with 37 CFR 1.33. See 37 CFR 1.4 for signature requirements and certifications. Juristic entities must be represented by a patent practitioner (see 37 CFR 1.31, which is applicable to any paper filed on or after September 16, 2012, that is presented on behalf of a juristic entity, regardless of application filing date). Submit multiple forms if more than one signature is required, see below*.

[ ]   * Total of _____ forms are submitted.

# Privacy Act Statement

The **Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (*i.e.*, GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 43379211 |
| **Application Number:** | 17232799 |
| **International Application Number:** | |
| **Confirmation Number:** | 1050 |
| **Title of Invention:** | SHADING SYSTEM AND METHOD OF USE |
| **First Named Inventor/Applicant Name:** | Dane Brooks Barnes |
| **Customer Number:** | 26158 |
| **Filer:** | Lauren F Anderson/Shari Elofson |
| **Filer Authorized By:** | Lauren F Anderson |
| **Attorney Docket Number:** | S105508 1010US.C3 (0010.3 |
| **Receipt Date:** | 29-JUL-2021 |
| **Filing Date:** | 16-APR-2021 |
| **Time Stamp:** | 15:56:37 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Internet Communications Authorized | S105508_1010US_C3_0010_3_ Authorization_Internet_comm. PDF | 106386<br><br>b912082dc5fa38b198a615d3306ed7f8830 b67b5 | no | 2 |

**Warnings:** Case 5:24-cv-00588-FL    Document 28-3    Filed 03/23/26    Page 78 of 338

| Information: |  |
|---|---|
| **Total Files Size (in bytes):** | 106386 |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**New Applications Under 35 U.S.C. 111**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**
**National Stage of an International Application under 35 U.S.C. 371**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**
**New International Application Filed with the USPTO as a Receiving Office**
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

<table>
<tr><td rowspan="6"><strong>INFORMATION DISCLOSURE STATEMENT BY APPLICANT</strong></td><td colspan="2" align="center"><strong>Complete if Known</strong></td></tr>
<tr><td>Application Number</td><td>17/232,799</td></tr>
<tr><td>Filing Date</td><td>April 16, 2021</td></tr>
<tr><td>First Named Inventor</td><td>Dane Brooks Barnes</td></tr>
<tr><td>Art Unit</td><td><em>To Be Assigned</em></td></tr>
<tr><td>Examiner Name</td><td><em>To Be Assigned</em></td></tr>
</table>

| Sheet | 1 | of | 1 | Attorney Docket Number | **S105508 1010US.C3 (0010.3)** |
|---|---|---|---|---|---|

### U. S. PATENT DOCUMENTS

| Examiner Initials* | Cite No. | Document Number<br><br>Number - Kind Code (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages of Relevant Figures Appear |
|---|---|---|---|---|---|
| | | | | | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No. | Foreign Patent Document<br><br>Country Code - Number Kind Code (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | English Language Translation Attached |
|---|---|---|---|---|---|---|
| | | | | | | |

### OTHER DOCUMENTS

| Examiner Initials* | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s) , volume-issue number(s), publisher, city and/or country where published. | English Language Translation Attached |
|---|---|---|---|
| | 38 | Suniela Beach Portable Shade Cabanas, [site visited October 21, 2021], Available on the internet URL: <https://suniela.com> | |
| | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

\*Examiner:  Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

*ELECTRONICALLY FILED USING THE EFS-WEB ELECTRONIC FILING SYSTEM OF THE UNITED STATES PATENT AND TRADEMARK OFFICE ON OCTOBER 21, 2021*

WBD (US) 54548687v1

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 44091321 |
| **Application Number:** | 17232799 |
| **International Application Number:** | |
| **Confirmation Number:** | 1050 |
| **Title of Invention:** | SHADING SYSTEM AND METHOD OF USE |
| **First Named Inventor/Applicant Name:** | Dane Brooks Barnes |
| **Customer Number:** | 26158 |
| **Filer:** | Lauren F Anderson/Shari Elofson |
| **Filer Authorized By:** | Lauren F Anderson |
| **Attorney Docket Number:** | S105508 1010US.C3 (0010.3 |
| **Receipt Date:** | 21-OCT-2021 |
| **Filing Date:** | 16-APR-2021 |
| **Time Stamp:** | 16:42:09 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Transmittal Letter | S105508_1010US_C3_0010_3_Suppl_IDS_Cover.pdf | 121690<br><br>3dcda5e3c8bf4ac4062eec4695d4a8e2d52729fb | no | 1 |

**Warnings:**

**Information:**

| | 2 | Information Disclosure Statement (IDS) Form (SB08) | S105508_1010US_C3_0010_3_Suppl_IDS_1449.pdf | 126947 a363380ac5864e836dc7bfff3f7be0f6a2ce63d7 | no | 1 |
|---|---|---|---|---|---|---|

**Warnings:**

**Information:**

This is not an USPTO supplied IDS fillable form

| | 3 | Non Patent Literature | NPL-Suniela_Beach_Portable-Shade-Cabanas.pdf | 5105061 dd4f10b19dc1240e799021fa7679ae8bbcbfef65 | no | 9 |
|---|---|---|---|---|---|---|

**Warnings:**

**Information:**

| Total Files Size (in bytes): | 5353698 |
|---|---|

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**New Applications Under 35 U.S.C. 111**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**
**National Stage of an International Application under 35 U.S.C. 371**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**
**New International Application Filed with the USPTO as a Receiving Office**
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

Attorney's Docket No. **S105508 1010US.C3 (0010.3)**

PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| In re: | Barnes *et al.* | Confirmation No.: | 1050 |
| Appl. No.: | 17/232,799 | Group Art Unit: | *To Be Assigned* |
| Filed: | April 16, 2021 | Examiner: | *To Be Assigned* |
| For: | SHADING SYSTEM AND METHOD OF USE | | |

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

### SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT
### UNDER 37 C.F.R. § 1.97(b)

Sir:

Attached is a list of documents on form PTO-1449 along with a copy of any cited foreign patent documents and non-patent literature document in accordance with 37 CFR 1.98(a)(2). Also enclosed is a translation or a concise explanation of each non-English language document.

It is requested that the Examiner consider these documents and officially make them of record in accordance with the provisions of 37 C.F.R. § 1.97 and Section 609 of the MPEP. By identifying the listed documents, Applicant in no way makes any admission as to the prior art status of the listed documents, but is instead identifying the listed documents for the sake of full disclosure.

This Information Disclosure Statement is submitted in accordance with 37 C.F.R. § 1.97(b), before a first Office Action. It is not believed that any fees are due at this time, however, if required, the Commissioner is authorized to charge any additional fee, or credit any refund, to our Deposit Account No. **09-0528**.

| | |
|---|---|
| **Customer No. 26158**<br>**Womble Bond Dickinson (US) LLP**<br>Attn: Patent Docketing<br>P.O. Box 7037<br>Atlanta, GA 30357-0037<br>Tel Raleigh Office (919) 755-2100<br>Fax Raleigh Office (919) 755-2150 | Respectfully submitted,<br><br>/lauren f. anderson/<br><br>Lauren F. Anderson<br>Registration No. 69,344 |

WBD (US) 54553615v1

*ELECTRONICALLY FILED USING THE EFS-WEB ELECTRONIC FILING SYSTEM OF THE UNITED STATES PATENT AND TRADEMARK OFFICE ON OCTOBER 21, 2021.*

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | | | **Complete if Known** | |
|---|---|---|---|---|---|
| | | | | Application Number | 17/232,799 |
| | | | | Filing Date | April 16, 2021 |
| | | | | First Named Inventor | Dane Brooks Barnes |
| | | | | Art Unit | *To Be Assigned* |
| | | | | Examiner Name | *To Be Assigned* |
| Sheet | 1 | of | 1 | Attorney Docket Number | **S105508 1010US.C3 (0010.3)** |

### U. S. PATENT DOCUMENTS

| Examiner Initials* | Cite No. | Document Number<br>Number - Kind Code (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages of Relevant Figures Appear |
|---|---|---|---|---|---|
| | 39 | US-3,052,249 | 09-04-1962 | Seaman *et al.* | |
| | | | | | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No. | Foreign Patent Document<br>Country Code - Number Kind Code (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | English Language Translation Attached |
|---|---|---|---|---|---|---|
| | | | | | | |

### OTHER DOCUMENTS

| Examiner Initials* | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | English Language Translation Attached |
|---|---|---|---|
| | | | |
| | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*Examiner:  Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

*ELECTRONICALLY FILED USING THE EFS-WEB ELECTRONIC FILING SYSTEM OF THE UNITED STATES PATENT AND TRADEMARK OFFICE ON NOVEMBER 12, 2021*

WBD (US) 54759831v1

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 44272612 |
| **Application Number:** | 17232799 |
| **International Application Number:** | |
| **Confirmation Number:** | 1050 |
| **Title of Invention:** | SHADING SYSTEM AND METHOD OF USE |
| **First Named Inventor/Applicant Name:** | Dane Brooks Barnes |
| **Customer Number:** | 26158 |
| **Filer:** | Lauren F Anderson/Shari Elofson |
| **Filer Authorized By:** | Lauren F Anderson |
| **Attorney Docket Number:** | S105508 1010US.C3 (0010.3 |
| **Receipt Date:** | 12-NOV-2021 |
| **Filing Date:** | 16-APR-2021 |
| **Time Stamp:** | 17:02:27 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Transmittal Letter | S105508_1010US_C3_0010_3_ Suppl_IDS_Cover.pdf | 121966<br><br>5face06d53a4edc70ac241d8e3f9ffc606e8e 5fe | no | 1 |

**Warnings:** Case 5:24-cv-00588-FL    Document 28-3    Filed 03/23/26    Page 85 of 338

**Information:**

| 2 | Information Disclosure Statement (IDS) Form (SB08) | S105508_1010US_C3_0010_3_Suppl_IDS_1449.pdf | 125481 6fb0baf936591a9108ebdaf0848536642af4441d | no | 1 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

This is not an USPTO supplied IDS fillable form

| | **Total Files Size (in bytes):** | 247447 |
|---|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.
**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.
**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

Attorney's Docket No. **S105508 1010US.C3 (0010.3)**

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| In re: | Barnes *et al.* | Confirmation No.: | 1050 |
| Appl. No.: | 17/232,799 | Group Art Unit: | *To Be Assigned* |
| Filed: | April 16, 2021 | Examiner: | *To Be Assigned* |
| For: | SHADING SYSTEM AND METHOD OF USE | | |

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

## SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT UNDER 37 C.F.R. § 1.97(b)

Sir:

Attached is a list of documents on form PTO-1449 along with a copy of any cited foreign patent documents and non-patent literature document in accordance with 37 CFR 1.98(a)(2). Also enclosed is a translation or a concise explanation of each non-English language document.

It is requested that the Examiner consider these documents and officially make them of record in accordance with the provisions of 37 C.F.R. § 1.97 and Section 609 of the MPEP. By identifying the listed documents, Applicant in no way makes any admission as to the prior art status of the listed documents, but is instead identifying the listed documents for the sake of full disclosure.

This Information Disclosure Statement is submitted in accordance with 37 C.F.R. § 1.97(b), before a first Office Action. It is not believed that any fees are due at this time, however, if required, the Commissioner is authorized to charge any additional fee, or credit any refund, to our Deposit Account No. **09-0528**.

**Customer No. 26158**
**Womble Bond Dickinson (US) LLP**
Attn: Patent Docketing
P.O. Box 7037
Atlanta, GA 30357-0037
Tel Raleigh Office (919) 755-2100
Fax Raleigh Office (919) 755-2150

Respectfully submitted,

/lauren f. anderson/

Lauren F. Anderson
Registration No. 69,344

*ELECTRONICALLY FILED USING THE EFS-WEB ELECTRONIC FILING SYSTEM OF THE UNITED STATES PATENT AND TRADEMARK OFFICE ON NOVEMBER 12, 2021.*

WBD (US) 54759973v1

<table>
<tr><td rowspan="4"><strong>INFORMATION DISCLOSURE STATEMENT BY APPLICANT</strong></td><td colspan="2" align="center"><strong>Complete if Known</strong></td></tr>
</table>

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | | **Complete if Known** | |
|---|---|---|---|---|
| | | | Application Number | 17/232,799 |
| | | | Filing Date | April 16, 2021 |
| | | | First Named Inventor | Dane Brooks Barnes |
| | | | Art Unit | *To Be Assigned* |
| | | | Examiner Name | *To Be Assigned* |
| Sheet | 1 | of | 1 | Attorney Docket Number | **S105508 1010US.C3 (0010.3)** |

### U. S. PATENT DOCUMENTS

| Examiner Initials* | Cite No. | Document Number<br>Number - Kind Code (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages of Relevant Figures Appear |
|---|---|---|---|---|---|
| | 40 | US-2,186,510 | 01-09-1940 | Walter *et al.* | |
| | 41 | US-4,924,893 | 05-15-1990 | Furey | |
| | 42 | US-5,678,704 | 10-21-1997 | Deeds | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No. | Foreign Patent Document<br>Country Code - Number Kind Code (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | English Language Translation Attached |
|---|---|---|---|---|---|---|
| | 43 | KR 10-1315166 | 10-07-2013 | Kang | | Machine Translation |
| | 44 | CA 2524310 | 04-25-2006 | Aqua-Leisure Industries, Inc | | |

### OTHER DOCUMENTS

| Examiner Initials* | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s) , volume-issue number(s), publisher, city and/or country where published. | English Language Translation Attached |
|---|---|---|---|
| | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*Examiner:  Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

*ELECTRONICALLY FILED USING THE EFS-WEB ELECTRONIC FILING SYSTEM OF THE UNITED STATES PATENT AND TRADEMARK OFFICE ON JUNE 17, 2022*

WBD (US) 56830343v1

 Espacenet

# Bibliographic data: KR101315166 (B1) — 2013-10-07

The portable sun makes hide

| | |
|---|---|
| **Inventor(s):** | KANG, SEOG MYEONG |
| **Applicant(s):** | KANG, SEOG MYEONG |
| **Classification:** | - international: *E04H15/00; E04H15/64* <br> - cooperative: E04H15/005 (KR); E04H15/56 (KR); E04H15/62 (KR); E04H15/64 (KR) |
| **Application number:** | KR20100110589 20101108          Global Dossier |
| **Priority number(s):** | KR20100110589 20101108 |
| **Also published as:** | KR20120049032 (A) |

Abstract of  KR20120049032 (A)

PURPOSE: A portable shade is provided to reduce worries about a lost caused by wind by constituting not to be against the wind and to easily install or disassemble due to a simple structure. CONSTITUTION: A portable shade(1) comprises a tent pole(100), a shade(200), a fabric, a hanger unit, and a hanger(300). The tent pole comprises fitting projections in both end part and is bent into an 'inverted U' shape. The shade comprises a sewing unit(210), a sewing hole, and a gauze unit. The sewing unit is formed by sewing while folding an edge portion enough to cover a circumference of the tent pole. The sewing unit is formed in both end portions so that the tent pole can be in and out of the sewing unit. The gauze unit is formed at a constant size along the edge of two rims except a sewing portion. The shade joins the tent pole to be horizontally inflated.

Case 5:24-cv-00588-FL    Document 28-3    Filed 03/23/26    Page 89 of 338


# Notice

This translation is machine- generated. It cannot be guaranteed that it is intelligible, accurate, complete, reliable or fit for specific purposes. Critical decisions, such as commercially relevant or financial decisions, should not be based on machine- translation output.

# DESCRIPTION KR101315166B1

The portable sun makes hide}

--------------------------------------------------------------------------------------------------------------------

휴대용 차양막{The portable sun makes hide}

## [0001]

The present invention relates to a portable awning, and to a portable awning that provides a shade to avoid the scorching sunlight by easily installing it outdoors, such as a river or a beach where there is not much shade.

--------------------------------------------------------------------------------------------------------------------

본 발명은 휴대용 차양막에 관한 것으로, 그늘이 별로 없는 강가나 해변가 등지의 야외에서 간편하게 설치하여 따가운 햇볕을 피할 수 있도록 그늘을 제공하는 휴대용 차양막에 관한 것이다.

## [0002]

In general, sea breezes occur outdoors at rivers and beaches due to the temperature difference between water and land. Visible light and ultraviolet light adversely affect the human body, so long- term exposure may lead to a dangerous situation.

--------------------------------------------------------------------------------------------------------------------

일반적으로 강가나 해변 등의 야외는 물과 땅의 온도차이로 해륙풍(海陸風)이 발생하며, 태양이 비추는 한낮에도 약하게 남아 해풍(海風)이 불어 야영객을 시원하게 해주지만, 반면 따가운 햇볕에서 생성되는 가시광선 및 자외선에 의해 인체에 악영향이 미치므로 장기간 노출되면 위험한 상황에 이를 수도 있다.

## [0003]

Thus, conventionally, a beach umbrella was installed and used to block the sun and create a shade, but this is not only inconvenient to carry because its bulky and the structure is made of iron, but also allows the user to always keep a beach umbrella in the car. can't

-----------------------------------------------------------------------------------------------------------

그리하여, 종래에 햇볕을 차단하며 그늘을 만들기 위하여 비치 파라솔을 설치하여 사용하였으나, 이는 그 부피가 크고 구조물이 철재로 형성되어 휴대가 불편할 뿐만 아니라 사용자가 항상 자동차에 비치 파라솔을 비치(備置)하고 다닐 수도 없다.

## [0004]

In order to overcome this problem, recently, a portable awning that can block sunlight and create a shade has been disclosed in Public Room No. 1990- 0000799, Public Room No. 1998- 060140, and the like.

-----------------------------------------------------------------------------------------------------------

이와 같은 문제점을 극복하기 위하여, 최근에 햇볕을 차단하여 그늘을 만들수 있는 휴대용 차양막으로 공개실용 제1990- 0000799호, 공개실용 제1998- 060140 등에 개시된 바 있다.

## [0005]

However, the disclosed Public Room No. 1990- 0000799 is a method of inserting and installing a post along the insert hole formed on the edge of the semi- circular awning for easy portability, and then tying a string around the top of the post in the front and rear and driving the stakes to fix it. Although a portable awning is provided, the awning must use a translucent or opaque fabric to create a shade by blocking the sunlight. Occurs.

-----------------------------------------------------------------------------------------------------------

그러나, 상기 개시된 공개실용 제1990- 0000799호는 휴대가 간편하도록 반원형상의 차양막의 테두리에 형성된 삽지공을 따라 지주를 삽입하여 설치한 후, 지주의 상단을 중심으로 전후방에 줄을 묶어 말뚝을 박아 고정하는 방식의 휴대용 차양막을 제공하고 있으나, 상기 차양막은 햇볕을 가려 그늘을 만들기 위해서는 반투명 또는 불투명의 원단을 사용해야만 하는데, 그렇게 되면 전후방에 불어오는 바람에 저항하게 되어 차양막이 쓰러지거나 날라가는 등의 불상사가 발생한다.

## [0006]

In addition, when the sun rises in the middle of the sky, since light is illuminated in the vertical direction of the holding, there is no shade or even if there is a shade, it cannot guarantee enough shade to protect the user from the sun, and it is exposed to direct sunlight in the middle of the day. .

--------------------------------------------------------------------------------

또한, 상기 차양막은 해가 중천에 떴을 경우, 지주의 수직 방향으로 빛이 비추어지므로 그늘이 생기지 않거나 생긴다 하더라도 햇볕으로부터 사용자를 보호할 만큼의 그늘을 보장할 수가 없으며, 한낮의 뜨거운 직사광선에 그대로 노출된다.

## [0007]

Next, the disclosed No. 1998- 060140 for public use is to incline the sun- blocking paper from the ground to not only block the sun but also to act as a wind- shield, and a pole to fit into the upper and lower holes of the semi- arc shape formed around the shield and It is described that it is easy to carry and assemble and disassemble as it has a simple configuration with a vertical pole that stands upright.

--------------------------------------------------------------------------------

다음, 상기 개시된 공개실용 제1998- 060140호는 햇볕을 가리는 막지를 지면으로부터 경사지게 하여 햇볕차단은 물론 바람막이의 구실도 할 수 있도록 하고, 상기 막지의 둘레에 형성한 반호형의 상하부 홀에끼우는 폴과 똑바로 세우는 수직폴로 되는 간편한 구성으로 하여 휴대와 조립분해가 용이하다고 기술되어 있다.

## [0008]

However, in terms of size or material, it is true that it is small in size for 1 to 3 people and that small poles and fabric are used, so it is small in volume and easy to carry. Connecting the ring formed at the end with the ring formed on the pallet, connecting another pole one by one to the fitting hole formed on the piece of paper on a part of the membrane, and tying the middle part of the pole with the connecting string formed inside the membrane, etc. There is a disadvantage that it takes a long time to install, such as disassembly and assembly, because the work cost is high.

--------------------------------------------------------------------------------

그러나, 크기나 재료상으로 보면 1~3인용으로 크기가 작고 그만큼 작은 폴과 원단을 사용하므

로 그만큼 부피가 작아 휴대가 용이한 것은 사실이나, 상기 막지의 양단에 각각의 폴을 끼우고, 그 폴의 끝단에 형성된 고리와 깔판지에 형성된 고리를 연결하고, 막지의 일부분에 지물편에 형성된 끼움공에 또 다른 폴을 일일이 연결하고, 막지 내측에 형성된 연결끈으로 그 폴의 중간 부분을 또 묶어야 하는 등의 작업 코스트가 많아 분해조립 등의 설치하는 시간이 오래 걸리는 단점이 있다.

## [0009]

In addition, no matter where you look in the technology, the portable awning is not fixed to the ground, and it can be supported because the user sits on a pallet. have.

---------------------------------------------------------------------------------------------------------------------

또한, 상기 기술에서 어느 부분을 찾아봐도 상기 휴대용 차양막이 지면에 고정되어 있지 않으며, 사용자가 깔판지에 앉으므로 지지할 수는 있으나 자리를 비운 사이에 바람이 조금만 강하게 불어도 나라가 버리는 등의 분실되는 문제점이 있다.

## []

In order to overcome the above problems, the present invention is configured not to resist the blowing wind so that there is no fear of loss such as being blown away by the wind, and it always provides shade during the period when the sun is rising from morning to evening to protect it from the scorching sun. An object of the present invention is to provide a portable awning that can protect users and has a simple structure that can be easily and conveniently installed and disassembled.

---------------------------------------------------------------------------------------------------------------------

본 발명은 상기한 문제점을 극복하기 위하여, 불어오는 바람에 저항하지 않도록 구성하여 바람에 날아가는 등의 분실될 염려가 없고, 아침부터 저녁까지 해가 떠있는 기간 동안은 항상 그늘을 제공하여 따가운 햇볕으로부터 사용자를 보호할 수 있으며, 구조가 간단하여 쉽고 간편하게 설치 및 분해할 수 있는 휴대용 차양막을 제공하는데 목적이 있다.

In order to achieve the above object, the present invention includes a pole for a tant having fitting protrusions protruding from both ends and bent in a '∩' shape; A part of one edge is folded and sewn so as to wrap around the circumference of the pole with a triangular curtain, and at the same time forming a sewing hole at both ends through which the pole can enter and exit, it is coupled to the pole and spreads in the horizontal direction. And the formed chayangmak; a fabric piece having a fitting ring formed on one side and attached to the other side around the sewing hole to fix the fitting protrusion; a locking part formed by cutting a portion to expose the pole to

the central part of the sewing part or further comprising a fitting ring in a curtain adjacent to the central part of the sewing part; In the portable shading membrane, characterized in that the shading membrane is supported by hooking means formed at both ends around the connecting body with a stake on the other side, the shading membrane is the corner line of the other two edges except for the sewing part. It provides a portable awning membrane, characterized in that forming a mesh portion of a certain size accordingly. Here, a first coupling member formed along the corner lines of the two edges of the awning; a pole installed to be spaced apart from the pole; It is provided on this pole and characterized in that the mesh veil formed with a second coupling part having a shape corresponding to the first coupling part of the awning membrane is combined with the first coupling part and the second coupling part to form a tunnel- shaped shading membrane. In addition, having a protrusion cap having a ring formed on one side of the outer circumferential surface in a cylindrical shape, inserting the rings to the fitting protrusions formed at both ends of the pole so that they face each other, and connecting the rings to each other with a connecting ring provided with an elastic cord to install characterized. And, spread the mat provided with a fitting ring at the end of each corner, it characterized in that it is installed by fitting the fitting projections of the poles, respectively.

---------------------------------------------------------------------------------------------------------------------

본 발명은 상기한 목적을 달성하기 위하여, 양단부에 끼움돌기가 돌출 형성되고, 'ᑎ'자 형상으로 휘어지는 탠트용 폴대와; 삼각형상의 장막으로 상기 폴대의 둘레를 감쌀 정도로 한쪽 가장자리의 일부분을 접어서 재봉하여 재봉부를 형성함과 동시에 양쪽 끝 부분에 폴대가 출입할 수 있는 재봉홀을 형성함으로 상기 폴대에 결합하여 수평방향으로 펼쳐지도록 형성된 차양막과; 끼움링이 일측에 형성되고 타측에 상기 재봉홀의 둘레에 부착하여 상기 끼움돌기를 고정하는 직물편과; 상기 재봉부의 중앙 부분에 상기 폴대가 노출되도록 일 부분을 절개하거나 또는 재봉부의 중앙 부분에 인접하는 장막에 끼움링을 더 구비하여 형성된 걸림부; 상기 걸림부에 걸쇠를 걸고 다른 한쪽에 말뚝이 연결체를 중심으로 양단부에 형성된 걸이수단으로 상기 차양막을 지지하는 것을 특징으로 하는 휴대용 차양막에 있어서, 상기 차양막은 재봉부를 제외한 나머지 두 가장자리의 모서리 선을 따라 일정크기 망사부를 형성하는 것을 특징으로 하는 휴대용 차양막을 제공한다. 여기서, 상기 차양막의 두 가장자리의 모서리 선을 따라 형성된 제 1결합부재와; 상기 폴대와 이격되어 설치되는 폴대와; 이 폴대에 구비되며 상기 차양막의 제 1결합부와 대응되는 모양의 제 2결합부가 형성된 망사장막이 상기 제 1결합부와 제 2결합부가 결합하여 터널형상의 차양막을 형성하는 것을 특징으로 한다. 또한, 원통형상으로 외주면 일측에 고리가 형성된 돌기캡을 구비하고 상기 폴대의 양단부에 형성된 끼움돌기에 고리가 서로 마주보도록 끼우고, 그 고리에 탄성줄이 구비된 연결고리로 서로 연결하여 설치하는 것을 특징으로 한다. 그리고, 각각의 모서리 단부에 끼움링이 구비된 돗자리를 펴고, 그 위에 상기 폴대의 끼움돌기를 각각 끼워 설치하는 것을 특징으로 한다.

By providing the present invention of the above configuration, it is configured not to resist the blowing wind, so there is no fear of being lost, such as being blown away by the wind, and it always provides shade from the stinging sunlight during the

period from morning to evening when the sun is rising. It can protect the user and has the effect of being able to install and disassemble easily and conveniently because of the simple structure.

---

상기와 같은 구성의 본 발명을 제공함으로써, 불어오는 바람에 저항하지 않도록 구성하여 바람에 날아가는 등의 분실될 염려가 없고, 아침부터 저녁까지 해가 떠있는 기간 동안은 항상 그늘을 제공하여 따가운 햇볕으로부터 사용자를 보호할 수 있으며, 구조가 간단하여 쉽고 간편하게 설치 및 분해할 수 있는 효과가 있다.

## [0016]

Figure 1 is an installation state diagram of a portable awning membrane according to the present invention Figure 2 is a side sectional view of an installation state of a portable awning membrane according to the present invention 3 is a state diagram showing a first embodiment according to the present invention Figure 4 is a second according to the present invention 5 is a state diagram showing a third embodiment according to the present invention

---

도 1은 본 발명에 따른 휴대용 차양막의 설치상태도도 2는 본 발명에 따른 휴대용 차양막의 설치상태 측단면도도 3은 본 발명에 따른 제 1실시예를 도시한 상태도도 4는 본 발명에 따른 제 2실시예를 도시한 상태도도 5는 본 발명에 따른 제 3실시예를 도시한 상태도

## [0017]

Hereinafter, the portable awning membrane according to the present invention will be able to understand its characteristics by the embodiments described in detail below with reference to the accompanying drawings.

---

이하, 본 발명에 따른 휴대용 차양막은 첨부한 도면들을 참고로 하여 이하 상세히 기술되는 실시 예에 의하여 그 특징들을 이해할 수 있을 것이다.

## [0018]

1 to 2, the present invention is a pole 100 for a tant, the fitting projections 110 are protrudingly formed at both ends, and are bent in a '∩' shape; A part of one edge is folded and sewn to the extent of wrapping the circumference of the pole 100 with a

triangular curtain to form a sewing part 210, and at the same time, a sewing hole 212 through which the pole 100 can enter and exit at both ends. By forming a awning film 200 formed to be coupled to the pole 100 and spread in the horizontal direction; a fabric piece 220 having a fitting ring 2 formed on one side and attached to the periphery of the sewing hole 212 on the other side to fix the fitting protrusion 110; A locking part ( 230) and; Hanging the clasp 310 on the clasp 230 and the stake 320 on the other side supporting the awning film 200 with catching means 300 formed at both ends around the connector 330 as a center. In the portable chayangmak ( 1), the chayangmak 200 forms a mesh portion 240 of a certain size along the corners of the remaining two edges except for the sewing part 210.

----------------------------------------------------------------------------------------------------

도 1 내지 도 2에 의하면, 본 발명은 양단부에 끼움돌기(110)가 돌출 형성되고, '∩'자 형상으로 휘어지는 탠트용 폴대(100)와; 삼각형상의 장막으로 상기 폴대(100)의 둘레를 감쌀 정도로 한쪽 가장자리의 일부분을 접어서 재봉하여 재봉부(210)를 형성함과 동시에 양쪽 끝 부분에 폴대(100)가 출입할 수 있는 재봉홀(212)을 형성함으로 상기 폴대(100)에 결합하여 수평방향으로 펼쳐지도록 형성된 차양막(200)과; 끼움링(2)이 일측에 형성되고 타측에 상기 재봉홀(212)의 둘레에 부착하여 상기 끼움돌기(110)를 고정하는 직물편(220)과; 상기 재봉부(210)의 중앙 부분에 상기 폴대(100)가 노출되도록 일 부분을 절개하거나 또는 재봉부(210)의 중앙 부분에 인접하는 장막에 끼움링(2)을 더 구비하여 형성된 걸림부(230)와; 상기 걸림부(230)에 걸쇠(310)를 걸고 다른 한쪽에 말뚝(320)이 연결체(330)를 중심으로 양단부에 형성된 걸이수단(300)으로 상기 차양막(200)을 지지하는 것을 특징으로 하는 휴대용 차양막(1)에 있어서, 상기 차양막(200)은 재봉부(210)를 재외한 나머지 두 가장자리의 모서리 선을 따라 일정크기 망사부(240)를 형성한다.

## [0019]

At this time, the mesh unit 240 is a result obtained through a long- term experiment, and as a result of a long- term experiment, the shading membrane 200 sounds like a fluttering sound from a flag swaying in the wind ( that is, noise generated as the curtain oscillates by the airflow flowing along the unfolded fabric) ), so that the air flowing through the awning 200 passes through the mesh portion 240 so as to minimize noise such as the awning, it is not shaken by the wind at the edge of the awning 200 .

----------------------------------------------------------------------------------------------------

이때, 상기 망사부(240)는 장기간의 실험을 통하여 얻은 결과로 상기 차양막(200)이 바람에 흔들리는 깃발에서 펄럭이는 소리( 즉, 펼쳐진 직물을 따라 흐르는 기류에 의해 장막이 요동치며 발생하는 잡음)와 같은 소음을 최소화할 수 있도록 상기 차양막(200)에 흐르는 공기가 망사부(240)를 통과함으로 차양막(200)의 가장자리의 바람에 흔들리지 않는다.

## [0020]

With the same structure as above, in a place where the ground (2) is made of soil or sand on the beach or riverside, the direction receiving the sea breeze is installed in the front to create a resting space where users can enjoy camping or fishing and avoid the scorching sun. However, when the pole 100 for the tant is avoided, and the pole 100 is pushed into the sewing hole 210 of the awning 200 to reach the opposite sewing hole 210, the pole 100 is inserted into the awning 200. And the pole 100 is bent in a semicircular shape.

-------------------------------------------------------------------------------

상기와 같은 구조로 바닷가 또는 강가에 지면(2)이 흙이나 모래로 된 장소에서 사용자가 야영 또는 낚시를 즐기며 따가운 햇볕을 피할 수 있는 휴식 공간을 만들기 위하여 해풍(海風)을 받는 방향을 정면으로 설치하되, 탠트용 폴대(100)를 피고, 차양막(200)의 재봉홀(210)에 그 폴대(100)를 밀어 넣어 반대쪽 재봉홀(210)까지 도달하게 되면 폴대(100)가 끼워진 차양막(200)과 폴대(100)가 반원형상으로 휘어진다.

## [0021]

At this time, the fitting protrusion 110 of the pole 100 is inserted into the fitting ring 3 formed on the support piece 220 provided to extend to the sewing hole 210, and the fitting protrusion 110 is placed on the ground (2). ) is driven vertically to maintain the shayangmak 200 standing in a semicircular shape.

-------------------------------------------------------------------------------

이때, 재봉홀(210)에 연장하여 구비된 지물편(220)에 형성한 끼움링(3)에 폴대(100)의 끼움돌기(110)를 끼우고, 그 끼움돌기(110)를 지면(2)에 수직으로 박아 상기 차양막(200)이 반원형상으로 기립(起立)상태를 유지한다.

## [0022]

Then, the hook 310 of the hooking means 300 is hung on the locking part 230 and the integral stake 320 is driven into the front 2- 3 m part to make the awning 200 more solid.

-------------------------------------------------------------------------------

그리고, 상기 걸이수단(300)의 걸쇠(310)를 걸림부(230)에 걸고 전방 2 ~ 3 m 부분에 일체로 된 말뚝(320)을 박아 차양막(200)을 더욱더 견고하게 한다.

## [0023]

You can rest comfortably and avoid the sun by laying a mat (600) in the space under the awning (200) blowing in the wind.

----------------------------------------------------------------------------------------------------

맏 바람에 휘날리는 차양막(200) 밑에 공간에 돗자리(600) 등을 깔아 편안하게 휴식을 취하며, 햇볕을 피할 수 있다.

## [0024]

Here, the support piece 220 is used by cutting a predetermined length of about 100 to 150 mm from fabric paper such as a bag string, and is a conventional fitting ring (3), and the opposite part is attached by sewing or bonding to one part of the circumferential surface of the sewing hole 212 .

----------------------------------------------------------------------------------------------------

여기서, 상기 지물편(220)은 가방 끈과 같은 직물지로 약 100 ~ 150 mm 정도 소정 길이 만큼 잘라 사용하는 것으로, 한쪽 부분에 서로 결합되는 두 개의 링을 압착하여 타공함으로써 형성되는 통상의 끼움링(3)을 구비하고, 반대쪽 부분은 상기 재봉홀(212)의 둘레면 중 일 부분에 재봉하거나 접착하여 부착한다.

## [0025]

In addition, preferably, the fitting protrusion 110 and the fitting groove 110a corresponding to the fitting protrusion 110 are formed so as to prevent damage to the fitting protrusion 110 passing through the fitting ring 3 and to be more firmly fixed to the ground. (320) is further provided to make it stronger by driving it longer on the ground.

----------------------------------------------------------------------------------------------------

또한, 바람직하게는 상기 끼움링(3)을 통과한 끼움돌기(110)의 파손을 막으며 더욱더 견고하게 지면에 고정할 수 있도록 상기 끼움돌기(110)와 대응되는 끼움홈(110a)이 형성된 말뚝(320)을 더 구비하여 지면에 더욱 깁게 박아 견고하게 한다.

## [0026]

According to FIG. 3, as a first embodiment according to the present invention, a first

coupling member 201 formed along the corner lines of the two edges of the awning film 200 and; Another pole 100' which is installed to be spaced apart from the pole 100; The mesh curtain 400 provided on the pole 100 ' and having a second coupling part 401 having a shape corresponding to the first coupling part 201 of the awning 200 is the first coupling part 201 . And the second coupling portion 401 is combined to form a tunnel- shaped portable shading membrane ( 1 ) .

-------------------------------------------------------------------------------------------------------------------------------

도 3에 의하면, 본 발명에 따른 제 1실시예로써, 상기 차양막( 200)의 두 가장자리의 모서리선을 따라 형성된 제 1결합부재( 201)와; 상기 폴대( 100)와 이격되어 설치되는 또 다른 폴대( 100')와; 이 폴대( 100')에 구비되며 상기 차양막( 200)의 제 1결합부( 201)와 대응되는 모양의 제 2결합부( 401)가 형성된 망사장막( 400)이 상기 제 1결합부( 201)와 제 2결합부( 401)가 결합하여 터널형상의 휴대용 차양막( 1)을 형성한다.

## [ 0027]

Here, the mesh curtain 400 is coupled to correspond to the shade curtain 200, and when wind flows into and out of the shade curtain, the wind passes through the mesh curtain 400 and the shadow formed by the shade curtain 200. In addition, the wind smoothly passes, providing the user with coolness by the wind.

-------------------------------------------------------------------------------------------------------------------------------

여기서, 상기 망사장막( 400)은 상기 차양막( 200)과 대응하여 결합되며, 상기 차양막의 내외부로 바람이 흐르면 상기 망사장막( 400)을 통해 바람이 통과되어 상기 차양막( 200)에 의해 형성되는 그림자 이외에도 바람이 원활하게 통과되어 사용자에게 바람에 의해 시원함을 제공한다.

## [ 0028]

In this case, the first coupling part 201 and the second coupling part 401 are used as coupling members such as Velcro fasteners or zippers corresponding to each other, and are combined or disassembled according to the user's taste.

-------------------------------------------------------------------------------------------------------------------------------

이때, 상기 제 1결합부( 201)와 제 2결합부( 401)는 상호 대응되는 밸크로파스너 또는 지퍼 등의 결합부재로 사용하여, 사용자의 취향에 따라 결합 또는 분해하여 사용한다.

## [ 0029]

According to FIG. 4, as a second embodiment according to the present invention, a protrusion cap 500 having a ring 510 formed on one side of the outer circumferential surface in a cylindrical shape is provided, and fitting protrusions 110 formed at both ends of the poles 100 and 100'. The rings 510 are inserted to face each other, and the rings 510 are connected to each other with a connecting ring 520 provided with an elastic string and installed.

---

도 4에 의하면, 본 발명에 따른 제 2실시예로써, 원통형상으로 외주면 일측에 고리(510)가 형성된 돌기캡(500)을 구비하고 상기 폴대(100,100')의 양단부에 형성된 끼움돌기(110)에 고리(510)가 서로 마주보도록 끼우고, 그 고리(510)에 탄성줄이 구비된 연결고리(520)로 서로 연결하여 설치한다.

## [0030]

Here, the protrusion cap 500 can be installed on a gravel floor or a concrete floor 4, and the shape of the portable awning membrane 1 can be maintained by connecting the mutual rings 510 with the connecting rings 520. .

---

여기서, 상기 돌기캡(500)은 자갈바닥 또는 콘크리트(4) 바닥에 설치가 가능하며, 상호 고리(510)를 연결고리(520)로 이어주어 상기 휴대용 차양막(1)의 형상을 그대로 유지할 수 있다.

## [0031]

According to FIG. 5, as a third embodiment according to the present invention, a mat 600 provided with a fitting ring 3 at each edge end is spread out, and the fitting protrusion 110 of the poles 100 and 100' is formed thereon. It is characterized in that it is installed in each fitting ring (3).

---

도 5에 의하면, 본 발명에 따른 제 3실시예로써, 각각의 모서리 단부에 끼움링(3)이 구비된 돗자리(600)를 펴고, 그 위에 상기 폴대(100,100')의 끼움돌기(110)를 각각 끼움링(3)에 끼워 설치하는 것을 특징으로 한다.

## [0032]

This provides a space where the user can comfortably rest in the interior of the

awning screen 200 in using the portable awning membrane 1, and the ground (2) such as a sandy or earthen floor, a gravel floor, a concrete floor (4) It can be installed immediately, regardless of any place, and the shape of the portable awning (1) can be maintained by the mat (600).

---------------------------------------------------------------------------------------------------------------

이는 상기 휴대용 차양막(1)을 사용하는데 있어서, 사용자가 차양막(200)의 내부에서 편안하게 쉴 수 있는 공간을 마련하며 모래바닥이나 흙바닥 등의 지면(2), 자갈바닥, 콘크리트바닥(4) 등 어느 장소든 상관없이 바로 설치가 가능하며 돗자리(600)에 의해 상기 휴대용 차양막(1)의 형상을 그대로 유지할 수 있다.

## [0033]

Finally, the awning film 200 is applied by layering a waterproof paint and UV-blocking paint on the windproof fabric, preferably by applying a waterproof paint to the inner skin surface of the windproof fabric used as the awning film 200 to make a waterproof coating, UV- coating by applying UV- blocking paint to the outer surface of the skin, use fabrics that are generally used.

---------------------------------------------------------------------------------------------------------------

마지막으로, 상기 차양막(200)은 방풍원단에 방수 도료와 자외선 차단 도료를 점층하여 도포하는데 있어서, 바람직하게는 차양막(200)으로 사용하는 방풍원단의 내피면에 방수 도료를 도포하여 방수코팅하고, 외피면에 자외선 차단 도료를 도포하여 UV코팅하여 일반적으로 사용하는 원단을 사용한다.

## [0034]

Above, the present invention is simple and anyone can easily install or disassemble with a minimal structure that can install the portable awning (1) using natural wind, and a rest space that can protect the user from sunlight from morning to evening can provide

---------------------------------------------------------------------------------------------------------------

이상, 본 발명은 자연 바람을 이용하여 휴대용 차양막(1)을 설치할 수 있는 최소한의 구조물만으로 간편하고 누구나 쉽게 설치 또는 해체할 수 있으며, 아침부터 저녁까지 내리쬐는 햇볕으로부터 사용자를 보호할 수 있는 휴식 공간을 제공할 수 있다.

## [0035]

1:Portable awning 100: pole 200: awning 300: hanging means 500: protrusion cap 600: mat

----------------------------------------------------------------------------------------------------------------------

1:휴대용 차양막 100:폴대200:차양막 300:걸이수단500:돌기캡 600:돗자리



| | |
|---|---|
| (19) 대한민국특허청(KR) | (45) 공고일자　　2013년10월07일 |
| (12) 등록특허공보(B1) | (11) 등록번호　　10-1315166 |
| | (24) 등록일자　　2013년09월30일 |

(51) 국제특허분류(Int. Cl.)
　　　*E04H 15/64* (2006.01)　*E04H 15/00* (2006.01)
(21) 출원번호　　　10-2010-0110589
(22) 출원일자　　　2010년11월08일
　　　심사청구일자　2010년11월08일
(65) 공개번호　　　10-2012-0049032
(43) 공개일자　　　2012년05월16일
(56) 선행기술조사문헌
　　　KR1020100111450 A
　　　KR200392044 Y1
　　　JP2001164798 A

전체 청구항 수 : 총　4　항

(73) 특허권자
　　　**강석명**
　　　경기도 수원시 팔달구 수원천로204번길 50-7 (인계동)
(72) 발명자
　　　**강석명**
　　　경기도 수원시 팔달구 수원천로204번길 50-7 (인계동)
(74) 대리인
　　　**유기현**

심사관 :　이병결

(54) 발명의 명칭 **휴대용 차양막**

(57) 요 약

본 발명은 휴대용 차양막에 관한 것으로, 그늘이 별로 없는 강가나 해변가 등지의 야외에서 간편하게 설치하여 따가운 햇볕을 피할 수 있도록 그늘을 제공하는 휴대용 차양막에 관한 것이다.

본 발명은 양단부에 끼움돌기가 돌출 형성되고, '∩'자 형상으로 휘어지는 텐트용 폴대와; 삼각형상의 장막으로 상기 폴대의 둘레를 감쌀 정도로 한쪽 가장자리의 일부분을 접어서 재봉하여 재봉부를 형성함과 동시에 양쪽 끝 부분에 폴대가 출입할 수 있는 재봉홀을 형성함으로 상기 폴대에 결합하여 수평방향으로 펼쳐지도록 형성된 차양막과; 끼움링이 일측에 형성되고 타측에 상기 재봉홀의 둘레에 부착하여 상기 끼움돌기를 고정하는 직물편과; 상기 재봉부의 중앙 부분에 상기 폴대가 노출되도록 일 부분을 질게하거나 또는 재봉부의 중앙 부분에 인접하는 장막에 끼움링을 더 구비하여 형성된 걸림부; 상기 걸림부에 걸쇠를 걸고 다른 한쪽에 말뚝이 연결체를 중심으로 양단부에 형성된 걸이수단으로 상기 차양막을 지지하는 것을 특징으로 하는 휴내용 차양막에 있어서, 상기 차양막은 재봉부를 제외한 나머지 두 가장자리의 모서리 선을 따라 일정크기 망사부를 형성하는 것을 특징으로 하는 휴대용 차양막을 제공한다.

여기서, 상기 차양막의 두 가장자리의 모서리 선을 따라 형성된 제 1결합부재와; 상기 폴대와 이격되어 설치되는 폴대와; 이 폴대에 구비되며 상기 차양막의 제 1결합부와 대응되는 모양의 제 2결합부가 형성된 망사장막이 상기 제 1결합부와 제 2결합부가 결합하여 터널형상의 차양막을 형성하는 것을 특징으로 한다.

또한, 원통형상으로 외주면 일측에 고리가 형성된 돌기캡을 구비하고 상기 폴대의 양단부에 형성된 끼움돌기에 고리가 서로 마주보도록 끼우고, 그 고리에 탄성줄이 구비된 연결고리로 서로 연결하여 설치하는 것을 특징으로 한다.

그리고, 각각의 모서리 단부에 끼움링이 구비된 돗자리를 펴고, 그 위에 상기 폴대의 끼움돌기를 각각 끼워 설치하는 것을 특징으로 한다.

상기와 같은 구성의 본 발명을 제공함으로써, 불어오는 바람에 저항하지 않도록 구성하여 바람에 날아가는 등의 분실될 염려가 없고, 아침부터 저녁까지 해가 떠있는 기간 동안은 항상 그늘을 제공하여 따가운 햇볕으로부터 사용자를 보호할 수 있으며, 구조가 간단하여 쉽고 간편하게 설치 및 분해할 수 있는 효과가 있다.

대 표 도 - 도1



특허청구의 범위

**청구항 1**

양단부에 끼움돌기(110)가 돌출 형성되고, '∩'자 형상으로 휘어지는 폴대(100)와;

삼각형상의 장막으로 형성되며, 상기 폴대(100)의 둘레를 감쌀 정도로 한쪽 가장자리의 일부분을 접어서 재봉하여 재봉부(210)를 형성함과 동시에 상기 재봉부(210)의 중앙부분에는 걸쇠(310)를 걸 수 있는 걸림부(230)가 형성되고, 상기 재봉부(210)의 양쪽 끝 부분에 폴대(100)가 출입할 수 있는 재봉홀(212)이 형성된 차양막(200)과;

상기 재봉홀(212)의 둘레 일부분에 연장되어 일측이 부착됨과 동시에 상기 끼움돌기(110)를 끼울 수 있는 끼움링(3)이 타측에 형성된 직물편(220)과;

상기 걸림부(230)에 고정하여 상기 차양막(200)을 지지할 수 있도록 연결체(330)의 한쪽 끝에는 걸쇠(310)가 나른 한쪽 끝에는 말뚝(320)이 형성된 걸이수단(300)을 포함하여 이루어진 휴대용 차양막(1)에 있어서,

상기 차양막(200)은 재봉부(210)를 제외한 나머지 두 가장자리의 모서리 선을 따라 일정크기 망사부(240)를 형성하는 것을 특징으로 하는 휴대용 차양막.

**청구항 2**

제 1항에 있어서,

상기 차양막(200)의 두 가장자리의 모서리 선을 따라 형성된 제 1결합부재(201)와; 상기 폴대(100)와 이격되어 설치되는 폴대(100')와; 이 폴대(100')에 구비되며 상기 차양막(200)의 제 1결합부(201)와 대응되는 모양의 제 2결합부(401)가 형성된 망사장막(400)이 상기 제 1결합부(201)와 제 2결합부(401)가 결합하여 터널형상의 차양막(200)을 형성하는 것을 특징으로 하는 휴대용 차양막.

**청구항 3**

제 2항에 있어서,

원통형상으로 외주면 일측에 고리(510)가 형성된 돌기캡(500)을 구비하고 상기 폴대(100,100')의 양단부에 형성된 끼움돌기(110)에 고리(510)가 서로 마주보도록 끼우고, 상기 고리(510)에 탄성줄이 구비된 연결고리(520)로 서로 연결하여 설치하는 것을 특징으로 하는 휴대용 차양막.

**청구항 4**

제 2항에 있어서,

각각의 모서리 난부에 끼움링(3)이 구비된 돗자리(600)를 펴고, 그 위에 상기 폴대(100,100')의 끼움돌기(110)를 각각 끼워 설치하는 것을 특징으로 하는 휴대용 차양막.

명세서

기술분야

[0001] 본 발명은 휴대용 차양막에 관한 것으로, 그늘이 별로 없는 강가나 해변가 등지의 야외에서 간편하게 설치하여 따가운 햇볕을 피할 수 있도록 그늘을 제공하는 휴대용 차양막에 관한 것이다.

배경기술

[0002] 일반적으로 강가나 해변 등의 야외는 물과 땅의 온도차이로 해륙풍(海陸風)이 발생하며, 태양이 비추는 한낮에도 약하게 남아 해풍(海風)이 불어 야영객을 시원하게 해주지만, 반면 따가운 햇볕에서 생성되는 가시광선 및

자외선에 의해 인체에 악영향이 미치므로 장기간 노출되면 위험한 상황에 이를 수도 있다.

[0003] 그리하여, 종래에 햇볕을 차단하며 그늘을 만들기 위하여 비치 파라솔을 설치하여 사용하였으나, 이는 그 부피가 크고 구조물이 철재로 형성되어 휴대가 불편할 뿐만 아니라 사용자가 항상 자동차에 비치 파라솔을 비치(備置)하고 다닐 수도 없다.

[0004] 이와 같은 문제점을 극복하기 위하여, 최근에 햇볕을 차단하여 그늘을 만들 수 있는 휴대용 차양막으로 공개실용 제1990-0000799호, 공개실용 제1998-060140 등에 개시된 바 있다.

[0005] 그러나, 상기 개시된 공개실용 제1990-0000799호는 휴대가 간편하도록 반원형상의 차양막의 테두리에 형성된 삽지공을 따라 지주를 삽입하여 설치한 후, 지주의 상단을 중심으로 전후방에 줄을 묶어 말뚝을 박아 고정하는 방식의 휴대용 차양막을 제공하고 있으나, 상기 차양막은 햇볕을 가려 그늘을 만들기 위해서는 반투명 또는 불투명의 원단을 사용해야만 하는데, 그렇게 되면 전후방에 불어오는 바람에 저항하게 되어 차양막이 쓰러지거나 날라가는 등의 불상사가 발생한다.

[0006] 또한, 상기 차양막은 해가 중천에 떴을 경우, 지주의 수직 방향으로 빛이 비추어지므로 그늘이 생기지 않거나 생긴다 하더라도 햇볕으로부터 사용자를 보호할 만큼의 그늘을 보장할 수가 없으며, 한낮의 뜨거운 직사광선에 그대로 노출된다.

[0007] 다음, 상기 개시된 공개실용 제1998-060140호는 햇볕을 가리는 막지를 지면으로부터 경사지게 하여 햇볕차단은 물론 바람막이의 구실도 할 수 있도록 하고, 상기 막지의 둘레에 형성한 반호형의 상하부 홀에끼우는 폴과 똑바로 세우는 수직폴로 되는 간편한 구성으로 하여 휴대와 조립분해가 용이하다고 기술되어 있다.

[0008] 그러나, 크기나 재료상으로 보면 1~3인용으로 크기가 작고 그만큼 작은 폴과 원단을 사용하므로 그만큼 부피가 작아 휴대가 용이한 것은 사실이나, 상기 막지의 양단에 각각의 폴을 끼우고, 그 폴의 끝단에 형성된 고리와 깔판지에 형성된 고리를 연결하고, 막지의 일부분에 지물편에 형성된 끼움공에 또 다른 폴을 일일이 연결하고, 막지 내측에 형성된 연결끈으로 그 폴의 중간 부분을 또 묶어야 하는 등의 작업 코스트가 많아 분해조립 등의 설치하는 시간이 오래 걸리는 단점이 있다.

[0009] 또한, 상기 기술에서 어느 부분을 찾아봐도 상기 휴대용 차양막이 지면에 고정되어 있지 않으며, 사용자가 깔판지에 앉으므로 지지할 수는 있으나 자리를 비운 사이에 바람이 조금만 강하게 불어도 날아가 버리는 등의 분실되는 문제점이 있다.

발명의 내용

해결하려는 과제

[0010] 본 발명은 상기한 문제점을 극복하기 위하여, 불어오는 바람에 저항하지 않도록 구성하여 바람에 날아가는 등의 분실될 염려가 없고, 아침부터 저녁까지 해가 떠있는 기간 동안은 항상 그늘을 제공하여 따가운 햇볕으로부터 사용자를 보호할 수 있으며, 구조가 간단하여 쉽고 간편하게 설치 및 분해할 수 있는 휴대용 차양막을 제공하는데 목적이 있다.

과제의 해결 수단

[0011] 본 발명은 상기한 목적을 달성하기 위하여, 양단부에 끼움돌기가 돌출 형성되고, '∩'자 형상으로 휘어지는 텐트용 폴대와; 삼각형상의 장막으로 상기 폴대의 둘레를 감쌀 정도로 한쪽 가장자리의 일부분을 집어서 재봉하여 재봉부를 형성함과 동시에 양쪽 끝 부분에 폴대가 출입할 수 있는 재봉홀을 형성함으로 상기 폴대에 결합하여 수평방향으로 펴지도록 형성된 차양막과; 끼움링이 일측에 형성되고 타측에 상기 재봉홀의 둘레에 부착하여 상기 끼움돌기를 고정하는 직물편과; 상기 재봉부의 중앙 부분에 상기 폴대가 노출되도록 일 부분을 절개하거나 또는 재봉부의 중앙 부분에 인접하는 장막에 끼움링을 더 구비하여 형성된 걸림부; 상기 걸림부에 걸쇠를 걸고 다른 한쪽에 말뚝이 연결체를 중심으로 양단부에 형성된 걸이수단으로 상기 차양막을 지지하는 것을 특징으로 하는 휴대용 차양막에 있어서, 상기 차양막은 재봉부를 제외한 나머지 두 가장자리의 모서리 선을 따라 일정크기 망사부를 형성하는 것을 특징으로 하는 휴대용 차양막을 제공한다.

[0012] 여기서, 상기 차양막의 두 가장자리의 모서리 선을 따라 형성된 제 1결합부재와; 상기 폴대와 이격되어 설치되는 폴대와; 이 폴대에 구비되며 상기 차양막의 제 1결합부와 대응되는 모양의 제 2결합부가 형성된 망사장막이 상기 제 1결합부와 제 2결합부가 결합하여 터널형상의 차양막을 형성하는 것을 특징으로 한다.

[0013] 또한, 원통형상으로 외주면 일측에 고리가 형성된 돌기캡을 구비하고 상기 폴대의 양단부에 형성된 끼움돌기에 고리가 서로 마주보도록 끼우고, 그 고리에 탄성줄이 구비된 연결고리로 서로 연결하여 설치하는 것을 특징으로 한다.

[0014] 그리고, 각각의 모서리 단부에 끼움링이 구비된 돗자리를 펴고, 그 위에 상기 폴대의 끼움돌기를 각각 끼워 설치하는 것을 특징으로 한다.

발명의 효과

[0015] 상기와 같은 구성의 본 발명을 제공함으로써, 불어오는 바람에 저항하지 않도록 구성하여 바람에 날아가는 등의 분실될 염려가 없고, 아침부터 저녁까지 해가 떠있는 기간 동안은 항상 그늘을 제공하여 따가운 햇볕으로부터 사용자를 보호할 수 있으며, 구조가 간단하여 쉽고 간편하게 설치 및 분해할 수 있는 효과가 있다.

도면의 간단한 설명

[0016] 도 1은 본 발명에 따른 휴대용 차양막의 설치상태도

도 2는 본 발명에 따른 휴대용 차양막의 설치상태 측단면도

도 3은 본 발명에 따른 제 1실시예를 도시한 상태도

도 4는 본 발명에 따른 제 2실시예를 도시한 상태도

도 5는 본 발명에 따른 제 3실시예를 도시한 상태도

발명을 실시하기 위한 구체적인 내용

[0017] 이하, 본 발명에 따른 휴대용 차양막은 첨부한 도면들을 참고로 하여 이하 상세히 기술되는 실시 예에 의하여 그 특징들을 이해할 수 있을 것이다.

[0018] 도 1 내지 도 2에 의하면, 본 발명은 양단부에 끼움돌기(110)가 돌출 형성되고, '∩'자 형상으로 휘어지는 텐트용 폴대(100)와; 삼각형상의 장막으로 상기 폴대(100)의 둘레를 감쌀 정도로 한쪽 가장자리의 일부분을 접어서 재봉하여 재봉부(210)를 형성함과 동시에 양쪽 끝 부분에 폴대(100)가 출입할 수 있는 재봉홀(212)을 형성함으로 상기 폴대(100)에 결합하여 수평방향으로 펼쳐지도록 형성된 차양막(200)과; 끼움링(2)이 일측에 형성되고 타측에 상기 재봉홀(212)의 둘레에 부착하여 상기 끼움돌기(110)를 고정하는 직물편(220)과; 상기 재봉부(210)의 중앙 부분에 상기 폴대(100)가 노출되도록 일 부분을 절개하거나 또는 재봉부(210)의 중앙 부분에 인접하는 장막에 끼움링(2)을 더 구비하여 형성된 걸림부(230)와; 상기 걸림부(230)에 걸쇠(310)를 걸고 다른 한쪽에 말뚝(320)이 연결체(330)를 중심으로 양단부에 형성된 걸이수단(300)으로 상기 차양막(200)을 지지하는 것을 특징으로 하는 휴대용 차양막(1)에 있어서, 상기 차양막(200)은 재봉부(210)를 제외한 나머지 두 가장자리의 모서리 선을 따라 일정크기 망사부(240)를 형성한다.

[0019] 이때, 상기 망사부(240)는 장기간의 실험을 통하여 얻은 결과로 상기 차양막(200)이 바람에 흔들리는 깃발에서 펄럭이는 소리(즉, 펼쳐진 직물을 따라 흐르는 기류에 의해 장막이 요동치며 발생하는 잡음)와 같은 소음을 최소화할 수 있도록 상기 차양막(200)에 흐르는 공기가 망사부(240)를 통과함으로 차양막(200)의 가장자리의 바람에 흔들리지 않는다.

[0020] 상기와 같은 구조로 바닷가 또는 강가에 지면(2)이 흙이나 모래로 된 장소에서 사용자가 야영 또는 낚시를 즐기며 따가운 햇볕을 피할 수 있는 휴식 공간을 만들기 위하여 해풍(海風)을 받는 방향을 정면으로 설치하되, 텐트용 폴대(100)를 피고, 차양막(200)의 재봉홀(210)에 그 폴대(100)를 밀어 넣어 반대쪽 재봉홀(210)까지 도달하게 되면 폴대(100)가 끼워진 차양막(200)과 폴대(100)가 반원형상으로 휘어진다.

[0021] 이때, 재봉홀(210)에 연장하여 구비된 직물편(220)에 형성한 끼움링(3)에 폴대(100)의 끼움돌기(110)를 끼우고, 그 끼움돌기(110)를 지면(2)에 수직으로 박아 상기 차양막(200)이 반원형상으로 기립(起立)상태를 유지한다.

[0022] 그리고, 상기 걸이수단(300)의 걸쇠(310)를 걸림부(230)에 걸고 전방 2 ~ 3 m 부분에 일체로 된 말뚝(320)을 박아 차양막(200)을 더욱더 견고하게 한다.

[0023] 말 바람에 휘날리는 차양막(200) 밑에 공간에 돗자리(600) 등을 깔아 편안하게 휴식을 취하며, 햇볕을 피할 수

있다.

[0024] 여기서, 상기 지물편(220)은 가방 끈과 같은 직물지로 약 100 ~ 150 ㎜ 정도 소정 길이 만큼 잘라 사용하는 것으로, 한쪽 부분에 서로 결합되는 두 개의 링을 압착하여 타공함으로써 형성되는 통상의 끼움링(3)을 구비하고, 반대쪽 부분은 상기 재봉홀(212)의 둘레면 중 일 부분에 재봉하거나 접착하여 부착한다.

[0025] 또한, 바람직하게는 상기 끼움링(3)을 통과한 끼움돌기(110)의 파손을 막으며 더욱더 견고하게 지면에 고정할 수 있도록 상기 끼움돌기(110)와 대응되는 끼움홈(110a)이 형성된 말뚝(320)을 더 구비하여 지면에 더욱 깊게 박아 견고하게 한다.

[0026] 도 3에 의하면, 본 발명에 따른 제 1실시예로써, 상기 차양막(200)의 두 가장자리의 모서리 선을 따라 형성된 제 1결합부재(201)와; 상기 폴대(100)와 이격되어 설치되는 또 다른 폴대(100')와; 이 폴대(100')에 구비되며 상기 차양막(200)의 제 1결합부(201)와 대응되는 모양의 제 2결합부(401)가 형성된 망사장막(400)이 상기 제 1결합부(201)와 제 2결합부(401)가 결합하여 터널형상의 휴대용 차양막(1)을 형성한다.

[0027] 여기서, 상기 망사장막(400)은 상기 차양막(200)과 대응하여 결합되며, 상기 차양막의 내외부로 바람이 흐르면 상기 망사장막(400)을 통해 바람이 통과되어 상기 차양막(200)에 의해 형성되는 그림자 이외에도 바람이 원활하게 통과되어 사용자에게 바람에 의해 시원함을 제공한다.

[0028] 이때, 상기 제 1결합부(201)와 제 2결합부(401)는 상호 대응되는 밸크로파스너 또는 지퍼 등의 결합부재로 사용하여, 사용자의 취향에 따라 결합 또는 분해하여 사용한다.

[0029] 도 4에 의하면, 본 발명에 따른 제 2실시예로써, 원통형상으로 외주면 일측에 고리(510)가 형성된 돌기캡(500)을 구비하고 상기 폴대(100,100')의 양단부에 형성된 끼움돌기(110)에 고리(510)가 서로 마주보도록 끼우고, 그 고리(510)에 단성줄이 구비된 연결고리(520)로 서로 연결하여 설치한다.

[0030] 여기서, 상기 돌기캡(500)은 자갈바닥 또는 콘크리트(4) 바닥에 설치가 가능하며, 상호 고리(510)를 연결고리(520)로 이어주어 상기 휴대용 차양막(1)의 형상을 그대로 유지할 수 있다.

[0031] 도 5에 의하면, 본 발명에 따른 제 3실시예로써, 각각의 모서리 단부에 끼움링(3)이 구비된 돗자리(600)를 펴고, 그 위에 상기 폴대(100,100')의 끼움돌기(110)를 각각 끼움링(3)에 끼워 설치하는 것을 특징으로 한다.

[0032] 이는 상기 휴대용 차양막(1)을 사용하는데 있어서, 사용자가 차양막(200)의 내부에서 편안하게 쉴 수 있는 공간을 마련하며 모래바닥이나 흙바닥 등의 지면(2), 자갈바닥, 콘크리트바닥(4) 등 어느 장소든 상관없이 바로 설치가 가능하며 돗자리(600)에 의해 상기 휴대용 차양막(1)의 형상을 그대로 유지할 수 있다.

[0033] 마지막으로, 상기 차양막(200)은 방풍원단에 방수 도료와 자외선 차단 도료를 접층하여 도포하는데 있어서, 바람직하게는 차양막(200)으로 사용하는 방풍원단의 내피면에 방수 도료를 도포하여 방수코팅하고, 외피면에 자외선 차단 도료를 도포하여 UV코팅하여 일반적으로 사용하는 원단을 사용한다.

[0034] 이상, 본 발명은 자연 바람을 이용하여 휴대용 차양막(1)을 설치할 수 있는 최소한의 구조물만으로 간편하고 누구나 쉽게 설치 또는 해체할 수 있으며, 아침부터 저녁까지 내리쬐는 햇별으로부터 사용자를 보호할 수 있는 휴식 공간을 제공할 수 있다.

부호의 설명

[0035]
| | |
|---|---|
| 1:휴대용 차양막 | 100:폴대 |
| 200:차양막 | 300:걸이수단 |

500:돌기캡                                          600:돗자리

도면

도면1



도면2



도 3



도면4



【도 8】



(19) Canadian Intellectual Property Office

An Agency of Industry Canada

Office de la Proprit Intellectuelle du Canada

Un organisme d'Industrie Canada

(11) **CA 2 524 310**  (13) **A1**

(40) **25.04.2006**
(43) **25.04.2006**

(12)

(21) **2 524 310**

(22) **25.10.2005**

(30)        **60/621,826  US  25.10.2004**

(71)

**AQUA-LEISURE INDUSTRIES, INC.,**
**525 Bodwell Street Extension, AVON, XX (US).**

(51) Int. Cl.:

| | |
|---|---|
| *A63G 31/00* (2006.01) | *E04H 15/20* (2006.01) |
| *E04H 15/38* (2006.01) | |

(72)
**FERRARO, ALAN R. (US).**
**FIREMAN, ANDREW F. (US).**

(74)
**RIDOUT & MAYBEE LLP**

(54)    ARCHE DE JEU A GONFLAGE CONTINU
(54)    CONTINUOUS AIR INFLATABLE TOY ARCHWAY

(57)        The present invention is a continuous air inflatable toy system (10) for use on a surface (12). In one embodiment, the system 10 comprises an air blower (14);  an air permeable body (16) in fluid communication with the air blower (14) to form an inflatable archway (20) having first and second leg portions (22)(24), an upper portion (26) and a passage way (28). The system (10) further comprises a curtain (30) engaged with the body (20) and extending into the passage way (28). The curtain (30) comprises a first end portion (32) engaged with the upper portion (26) of the archway (20), a median portion (34) and second end portion (36) extending substantially to the bottom portion of the passage way (28).



| Office de la Propriété Intellectuelle du Canada | Canadian Intellectual Property Office | CA 2524310 A1 2006/04/25 |
|---|---|---|

(21) **2 524 310**

Un organisme d'Industrie Canada

An agency of Industry Canada

(12) **DEMANDE DE BREVET CANADIEN**
**CANADIAN PATENT APPLICATION**

(13) **A1**

(22) Date de dépôt/Filing Date: 2005/10/25

(41) Mise à la disp. pub./Open to Public Insp.: 2006/04/25

(30) Priorité/Priority: 2004/10/25 (US60/621,826)

(51) Cl.Int./Int.Cl. *A63G 31/00* (2006.01), *E04H 15/38* (2006.01), *E04H 15/20* (2006.01)

(71) Demandeur/Applicant:
AQUA-LEISURE INDUSTRIES, INC., US

(72) Inventeurs/Inventors:
FERRARO, ALAN R., US;
FIREMAN, ANDREW F., US

(74) Agent: RIDOUT & MAYBEE LLP

(54) Titre : ARCHE DE JEU A GONFLAGE CONTINU
(54) Title: CONTINUOUS AIR INFLATABLE TOY ARCHWAY



(57) Abrégé/Abstract:

The present invention is a continuous air inflatable toy system (10) for use on a surface (12). In one embodiment, the system 10 comprises an air blower (14); an air permeable body (16) in fluid communication with the air blower (14) to form an inflatable archway (20) having first and second leg portions (22)(24), an upper portion (26) and a passage way (28). The system (10) further comprises a curtain (30) engaged with the body (20) and extending into the passage way (28). The curtain (30) comprises a first end portion (32) engaged with the upper portion (26) of the archway (20), a median portion (34) and second end portion (36) extending substantially to the bottom portion of the passage way (28).

 *http://opic.gc.ca* · Ottawa-Hull K1A 0C9 · *http://cipo.gc.ca*

OPIC · CIPO 191

## ABSTRACT

The present invention is a continuous air inflatable toy system (10) for use on a surface (12). In one embodiment, the system 10 comprises an air blower (14); an air permeable body (16) in fluid communication with the air blower (14) to form an inflatable archway (20) having first and second leg portions (22)(24), an upper portion (26) and a passage way (28). The system (10) further comprises a curtain (30) engaged with the body (20) and extending into the passage way (28). The curtain (30) comprises a first end portion (32) engaged with the upper portion (26) of the archway (20), a median portion (34) and second end portion (36) extending substantially to the bottom portion of the passage way (28).

Case 5:24-cv-00588-FL    Document 28-3    Filed 03/23/26    Page 115 of 338

# TITLE OF THE INVENTION

Continuous Air Inflatable Toy Archway

## BACKGROUND OF THE INVENTION

In recent years, continuous air, permeable character and body shapes have become popular as outdoor decorative displays during holidays like Halloween and Christmas. However, such conventional air permeable characters and other body shapes are merely ornamental and cannot be interactively used by a person such as a child.

## SUMMARY OF THE INVENTION

The present invention is a continuous air inflatable toy system (10) for use on a surface (12) such as the ground or a floor if used indoor and which can be used by a person in an interactive manner to provide fun and entertainment. In one embodiment, the system (10) comprises an air permeable body (16) in fluid communication with an air blower (14) to form an archway (20). The system (10) further comprises a curtain (30) hanging downward from the archway (20) into a passage way (28). The curtain (30) comprises a first end portion (32) engaged with the upper portion (26) of the archway (20) and second end portion (36) extending substantially to the bottom portion of the passage way (28). In a second embodiment, the system (10) comprises first and second curtains (50) and (52) hanging downward from the archway (20) into the passage way (28). Each of the first and second curtains (50) and (52) comprise an upper end portion (54) engaged with the upper portion (26) of the archway (20) and a lower end portion (56) extending into the passage way (28). Unlike convention systems, a person such as a child may interactively use the system (10) as

-1-

Case 5:24-cv-00588-FL    Document 28-3    Filed 03/23/26    Page 116 of 338

a toy stage standing alone indoors and/or outdoors or as a "face" for an archway of a indoor bedroom or playroom door.

## BRIEF DESCRIPTION OF DRAWINGS

The following description of the invention will make reference to the accompanying drawings, in which;

FIG. 1 is a perspective view of a first embodiment of the present invention;

FIG. 2 is a perspective view of a continuous air blower in fluid communication with an air permeable body such as an archway by a flexible connection device such as a flexible sleeve which may be sewn to and extend out of the air permeable body;

FIG. 3 is a rear perspective view of the first embodiment of the present invention showing a curtain removably engaged with the upper portion of the archway by hook-and-loop fasteners;

FIG. 4 is a rear perspective view of the first embodiment of the present invention showing the curtain rolled-up and removably disposed at a position adjacent the upper portion of the archway by hook-and-loop fasteners;

FIG. 5 is a rear perspective view of the present invention showing a curtain sewn to the upper portion of the archway which may be hang down or roll-up to be disposed at a position adjacent the upper portion of the archway by hook-and-loop fasteners;

FIG. 6 is a perspective view of a second embodiment of the present invention;

FIG. 7 is a perspective view of a continuous air blower in fluid communication with an air permeable body by a connection device such as a flexible sleeve;

FIG. 8 is a rear perspective view of the second embodiment of the invention showing

-2-

one of a pair of curtains removably engaged with the upper portion of the archway by hook-and-loop fasteners;

FIG. 9 is a rear perspective view of the second embodiment of the invention showing one of a pair of curtains rolled-up and removably disposed at a position adjacent the first and second leg potions of the archway, respectively, by hook-and-loop fasteners;

FIG. 10 is a perspective view of the present invention used indoors as a "face" for an archway of a door such as the door of a child's bedroom or playroom;

FIG. 11 and 12 are perspective views of a system having electronic circuitry and devices adapted to detect when a person is in close proximity to the air permeable body and/or passes through the archway, including sound and/or motion detection circuitry and generating in response thereto a sound, movement and/or light from the air permeable body or archway; and

FIG. 13 is a high level block diagram of the electronic circuitry of the present invention adapted to detect when a person is in close proximity to the air permeable body and/or passes through the archway, including sound and/or motion detection circuitry and generating in response thereto a sound, movement and/or light from the air permeable body or archway.

<u>DESCRIPTION OF THE INVENTION</u>

Referring to FIGS. 1-5, the present invention is a continuous air inflatable toy system 10 for use on a surface 12 such as the ground if used outdoors or a floor if used indoors. In one embodiment, the system 10 comprises an air permeable body 16 in fluid communication with an air blower 14 by a flexible connection sleeve or duct 18. Activation of the air blower

-3-

Case 5:24-cv-00588-FL    Document 28-3    Filed 03/23/26    Page 118 of 338

14 causes the air permeable body to inflate and take the form an inflatable archway 20. The archway 20 comprises first and second leg portions 22 and 24, an upper portion 26, and a passage way 28. The system 10 further comprises a curtain 30 engaged with the body 20 and extending into the passage way 28. The curtain 30 comprises a first end portion 32 engaged with the upper portion 26 of the archway 20, a median portion 34 and second end portion 36 extending substantially to the bottom portion of the passage way 28. The first end portion 32 of the curtain 30 is attached to the upper portion 26 of the archway 20 by corresponding hook-and-loop fasteners 38 and 40. The curtain 30 may be rolled to and disposed at a position adjacent said upper portion 26 by hook-and-loop fasteners 42 and 44 and straps 46. The air permeable body (16) is made from nylon. The curtain 30 is made from fabric.

Referring to FIGS 6-9, in a second embodiment of the present invention, the system 10 comprises as in the first embodiment: an air permeable body 16 in fluid communication with an air blower 14 by a flexible connection sleeve or duct 18. Activation of the air blower 14 causes the air permeable body 16 to inflate and form the inflatable archway 20. The archway 20 comprises first and second leg portions 22 and 24, an upper portion 26, and an open passage way 28. The system 10 further comprises first and second curtains 50 and 52 engaged with the air permeable body 16 and extending into said passage way 28. Each of the first and second curtains 50 and 52 comprise an upper end portion 54 engaged with the upper portion 26 of the archway 20 and a lower end portion 56 extending into the passage way 28. Each of the first and second curtains 50 and 52 further comprise an inner side portion 58 and an outer side portion 60 engaged with the first and second leg portions 22 and 24, respectively, of the archway 20, and extend to substantially the bottom of the passage way 28. The upper end portion 54 of the first and second curtains 50 and 52 are attached to the upper

-4-

portion 26 of the archway 20 by corresponding hook-and-loop fasteners 62 and 64. Similarly, the outer side portion 60 of the first and second curtains 50 52 are removably engaged with the first and second leg portions 22 24 by fasteners 62 and 64. Each of the first and second curtains 50 and 52 may be rolled and disposed at a position substantially adjacent the first and second leg portions 22 and 24, respectively, by fasteners 66 and 68 and a strap 70. The inner end portion 58 of the first and second curtains 50 and 52 overlap for complete closure while allowing a person such as child to walk behind and/or step out of the curtains 50 and 52. In this manner, the system 10 can be used by a child as a toy stage for a variety of uses. The air permeable body 16 is made from nylon. The first and second curtains 50 and 52 are made from fabric.

Referring to FIG. 10, the system 10 may be used indoors as a "face" for an archway 100 of a door 102 such as the door of a child's bedroom or playroom. The first and second leg portions 22 and 24 and/or upper portion 26 of the archway 20 may or may not be removably attached to the archway 100 for additional support by conventional means such as hook-and-loop fasteners 104 and 106 and a strap 108.

Referring to FIGS. 11-13, wherein the system 10 may also comprise (either alone or in conjunction with the curtain 30 of the first embodiment or curtains 50 and 52 of the second embodiment) electronic circuitry 120 for detecting motion and/or sound and in response generating a sound, movement, and/or lights. By way of example, the electronic sensor circuitry 120 is adapted to detect when a person is in close proximity to the archway 20 and/or passes through the archway 20 and to generate a sound, motion, or light from the archway 20. The electronic circuitry 120 generally comprises an sound detection circuitry 122, motion detection circuitry 124 and light detection circuitry 126. The electronic circuitry

Case 5:24-cv-00588-FL     Document 28-3     Filed 03/23/26     Page 120 of 338

120 further comprises a sound chip 128 for generating one or more sounds, a movement mechanism 130 adapted to cause movement of one of the parts, and a light circuit 132 adapted to illuminate one or lights at the same or different times. The electronic circuitry 120 further comprises control circuitry 134 adapted to receive inputs from the sound detection circuitry 122, motion detection circuitry 124 and/or light detection circuitry 126 and generate an output or activation signal to the sound chip 128 which may be disposed in a housing 134 sewn into the leg portion 22 of the archway 20. The control circuitry 134 may further be adapted to receive inputs from the sound detection circuitry 122, motion detection circuitry 124 and/or light detection circuitry 126 and generate an output or activation signal to the motion mechanism 130 which in turn transmits a signal to a solenoid driven part taking the form of a tombstone 136 (FIG. 11) sewn to the leg portion 24 of the archway 20. The control circuitry 134 is further adapted to receive inputs from the sound detection circuitry 122, motion detection circuitry 124 and/or light detection circuitry 126 and generate an output or activation signal to the light circuit 132 which in turn transmits a signal to one or more lights disposed within the air permeable body 16 which may be arranged and to illuminate a flaming cauldron (FIG. 11). The control circuitry 134, sound detection circuitry 122, motion detection circuitry 124, and light detection circuitry 126 may be fabricated upon a circuit board (not shown) mounted within a housing (not shown) which may be connected and/or integrated with the air blower 14. Power is supplied by a power supply 136 which may take the form of a battery.

The present invention may be embodied in other specific forms without departing from the spirit and/or scope of the specification and appended claims.

-6-

WHAT IS CLAIMED:

1.      A continuous air inflatable toy system (10) for use on a surface (12) comprising:

    a)      an air blower (14);

    b)      an air permeable body (16) in fluid communication with said air blower (14) to form an inflatable archway (20) having first and second leg portions (22)(24), an upper portion (26) and a passage way (28); and

    c)      a curtain (30) engaged with said body (20) and extending into said passage way (28).


2.      The system of claim 1, wherein said curtain (30) comprises an upper end portion (32) engaged with said upper portion (26) of said archway (20), a median portion (34) and a lower end portion extending substantially into said passage way (28).


3.      The system of claim 2, wherein said first end portion (32) of said curtain (30) is attached to said upper portion (26) of said archway (20) by corresponding fasteners (38) and (40).


4.      The system of claim 3, wherein said curtain (30) may be rolled to and disposed at a position adjacent said upper portion (26) by fasteners (48)(50).


5.      The system of claim 4, wherein said air permeable body (16) is made from nylon.


6.      The system of claim 5, wherein said curtain (30) is made from fabric.

-7-

Case 5:24-cv-00588-FL     Document 28-3     Filed 03/23/26     Page 122 of 338

7. An air inflatable system (10) for use on a surface (12) comprising:

a) an air blower (14);

b) an air permeable body (16) in fluid communication with said air blower (14) by a flexible connection sleeve (18) to form an inflatable archway (20) having first and second leg portions (22)(24), an upper portion (26) and a passage way (28); and

c) first and second curtains (50)(52) engaged with said air permeable body and extending into said passage way (28).

8. The system of claim 7, wherein each of said first and second curtains (50)(52) comprise an upper end portion (54) engaged with said upper portion (26) of said archway (20) and a lower end portion (56) extending into said passage way (28).

9. The system of claim 8, wherein each of said first and second curtains (50)(52) further comprise an inner side portion (58) and an outer side portion (60) engaged with said first and second leg portions (22)(24), respectively, and extending into said passage way (28).

10. The system of claim 9, wherein said upper end portion (54) of said first and second curtains (50)(52) are attached to the upper portion (26) of said archway (20) by corresponding fasteners (62)(64).

11. The system of claim 12, wherein said outer side portion (60) of said first and second

-8-

curtains (50)(52) are removably engaged with said first and second leg portions (22)(24) by fasteners (66)(68).

12. The system of claim 11, wherein said first and second curtains (50)(52) may be rolled and disposed at a position adjacent said upper portion (26) of said archway (20) by fasteners (48)(50).

13. The system of claim 12, wherein said inner end portion (58) of said first and second curtains (50)(52) overlap.

14. The system of claim 13, wherein said air permeable body (16) is made from nylon.

15. The system of claim 14, wherein said first and second curtains (50)(52) are made from fabric.

Case 5:24-cv-00588-FL    Document 28-3    Filed 03/23/26    Page 124 of 338

CA 02524310 2005-10-25



SHT 2/8



Fig.5

Fig.4

Fig.3

Case 5:24-cv-00588-FL     Document 28-3     Filed 03/23/26     Page 126 of 338

SHT 3/8



Fig. 7

Fig. 6

Case 5:24-cv-00588-FL     Document 28-3     Filed 03/23/26     Page 127 of 338

SHT 4/8



Fig. 8

Fig. 9

CA 02524310 2005-10-25



SHT 5/8



FIG. 10

Case 5:24-cv-00588-FL     Document 28-3     Filed 03/23/26     Page 129 of 338

SHT 6/8



FIG. 11

Case 5:24-cv-00588-FL    Document 28-3    Filed 03/23/26    Page 130 of 338

CA 02524310 2005-10-25

SHT 7/8



FIG. 12

Case 5:24-cv-00588-FL     Document 28-3     Filed 03/23/26     Page 131 of 338

CA 02524310 2005-10-25



SHT 8/8

FIG. 13

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 45979713 |
| **Application Number:** | 17232799 |
| **International Application Number:** | |
| **Confirmation Number:** | 1050 |
| **Title of Invention:** | SHADING SYSTEM AND METHOD OF USE |
| **First Named Inventor/Applicant Name:** | Dane Brooks Barnes |
| **Customer Number:** | 26158 |
| **Filer:** | Lauren F Anderson/Shari Elofson |
| **Filer Authorized By:** | Lauren F Anderson |
| **Attorney Docket Number:** | S105508 1010US.C3 (0010.3 |
| **Receipt Date:** | 17-JUN-2022 |
| **Filing Date:** | 16-APR-2021 |
| **Time Stamp:** | 18:36:10 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Transmittal Letter | S105508_1010US_C3_0010_3_ Suppl_IDS_Cover.pdf | 122105 <br> b82fb1898397488870c28d7aa769ab30711 f3555 | no | 1 |

Warnings: <span style="color:blue">Case 5:24-cv-00588-FL     Document 28-3     Filed 03/23/26     Page 133 of 338</span>

| **Information:** | | | | | |
|---|---|---|---|---|---|
| 2 | Information Disclosure Statement (IDS) Form (SB08) | S105508_1010US_C3_0010_3_Suppl_IDS_1449.pdf | 126555<br><br>9be4a93dbf73f1768578478b6e3266f230ebe73b | no | 1 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| This is not an USPTO supplied IDS fillable form | | | | | |
| 3 | Foreign Reference | KR101315166.PDF | 1105391<br><br>c8086c8fc2bc2ec4d5061b25d0b03379a2cb82a8 | no | 24 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 4 | Foreign Reference | CA2524310.PDF | 714798<br><br>b79403db1b730fd8e890a231f2f3e672a3b552cd | no | 20 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| | | **Total Files Size (in bytes):** | | 2068849 | |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

<u>New Applications Under 35 U.S.C. 111</u>
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.
<u>National Stage of an International Application under 35 U.S.C. 371</u>
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.
<u>New International Application Filed with the USPTO as a Receiving Office</u>
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

Attorney's Docket No. **S105508 1010US.C3 (0010.3)**

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| In re: | Barnes *et al.* | Confirmation No.: | 1050 |
| Appl. No.: | 17/232,799 | Group Art Unit: | *To Be Assigned* |
| Filed: | April 16, 2021 | Examiner: | *To Be Assigned* |
| For: | SHADING SYSTEM AND METHOD OF USE | | |

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

## SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT
## UNDER 37 C.F.R. § 1.97(b)

Sir:

Attached is a list of documents on form PTO-1449 along with a copy of any cited foreign patent documents and non-patent literature document in accordance with 37 CFR 1.98(a)(2). Also enclosed is a translation or a concise explanation of each non-English language document.

It is requested that the Examiner consider these documents and officially make them of record in accordance with the provisions of 37 C.F.R. § 1.97 and Section 609 of the MPEP. By identifying the listed documents, Applicant in no way makes any admission as to the prior art status of the listed documents, but is instead identifying the listed documents for the sake of full disclosure.

This Information Disclosure Statement is submitted in accordance with 37 C.F.R. § 1.97(b), before a first Office Action. It is not believed that any fees are due at this time, however, if required, the Commissioner is authorized to charge any additional fee, or credit any refund, to our Deposit Account No. **09-0528**.

**Customer No. 26158**
**Womble Bond Dickinson (US) LLP**
Attn: Patent Docketing
P.O. Box 570489
Atlanta, GA 30357
Tel Raleigh Office (919) 755-2100
Fax Raleigh Office (919) 755-2150

Respectfully submitted,

/lauren f. anderson/

Lauren F. Anderson
Registration No. 69,344

*ELECTRONICALLY FILED USING THE EFS-WEB ELECTRONIC FILING SYSTEM OF THE UNITED STATES PATENT AND TRADEMARK OFFICE ON JUNE 17, 2022.*

Case 5:24-cv-00588-FL     Document 28-3     Filed 03/23/26     Page 135 of 338



**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 17/232,799 | 04/16/2021 | Dane Brooks Barnes | S105508 1010US.C3 (0010.3 | 1050 |

| 26158 | 7590 | 07/06/2022 |
|---|---|---|

WOMBLE BOND DICKINSON (US) LLP
ATTN: IP DOCKETING
P.O. Box 570489
ATLANTA, GA 30357-0037

| EXAMINER |
|---|
| HAWK, NOAH CHANDLER |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3636 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 07/06/2022 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

BostonDocket@wbd-us.com
IPDocketing@wbd-us.com

PTOL-90A (Rev. 04/07)

Case 5:24-cv-00588-FL    Document 28-3    Filed 03/23/26    Page 136 of 338

<table>
<tr><td rowspan="2"><strong><em>Office Action Summary</em></strong></td><td colspan="2"><strong>Application No.</strong><br>17/232,799</td><td colspan="2"><strong>Applicant(s)</strong><br>Barnes et al.</td></tr>
<tr><td colspan="2"><strong>Examiner</strong><br>NOAH C HAWK</td><td><strong>Art Unit</strong><br>3636</td><td><strong>AIA (FITF) Status</strong><br>Yes</td></tr>
</table>

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

## Period for Reply

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
  Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

## Status

1)☐ Responsive to communication(s) filed on _____.
   ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.
2a)☐ This action is **FINAL.**    2b) ☑ This action is non-final.
3)☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.
4)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

## Disposition of Claims*

5) ☑  Claim(s) <u>21-26,28-33 and 37-39</u> is/are pending in the application.
   5a) Of the above claim(s) _____ is/are withdrawn from consideration.
6) ☐  Claim(s) _____ is/are allowed.
7) ☑  Claim(s) <u>21-26,28-33 and 37-39</u> is/are rejected.
8) ☐  Claim(s) _____ is/are objected to.
9) ☐  Claim(s) _____ are subject to restriction and/or election requirement

* If any claims have been determined <u>allowable</u>, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to **PPHfeedback@uspto.gov.**

## Application Papers

10)☐ The specification is objected to by the Examiner.
11)☑ The drawing(s) filed on <u>4/16/2021</u> is/are: a)☐ accepted or b)☑ objected to by the Examiner.
   Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
   Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

## Priority under 35 U.S.C. § 119

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
**Certified copies:**
   a)☐ All    b)☐ Some**    c)☐ None of the:
    1.☐  Certified copies of the priority documents have been received.
    2.☐  Certified copies of the priority documents have been received in Application No. _____.
    3.☐  Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

** See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1)☑ Notice of References Cited (PTO-892)       3)☐ Interview Summary (PTO-413)
                                                         Paper No(s)/Mail Date _____.
2)☑ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b)  4)☐ Other: _____.
    Paper No(s)/Mail Date <u>6/17/22, 10/21/21, 4/16/21, 11/12/21</u>.

U.S. Patent and Trademark Office

PTOL-326 (Rev. 11-13)           Office Action Summary          Part of Paper No./Mail Date 20220628

<span style="color:blue">Case 5:24-cv-00588-FL    Document 28-3    Filed 03/23/26    Page 137 of 338</span>

## DETAILED ACTION

### *Notice of Pre-AIA or AIA Status*

1.      The present application, filed on or after March 16, 2013, is being examined under the first inventor to file provisions of the AIA.


### *Drawings*

2.      The drawings are objected to under 37 CFR 1.83(a).  The drawings must show every feature of the invention specified in the claims.  Therefore, the "second configuration" recited in Claim 21, the telescoping frame recited in Claim 30, the "second frame" recited in Claim 33, and the configuration where the cord is coupled to the second end recited in Claim 37 must be shown or the feature(s) canceled from the claim(s).  No new matter should be entered.

3.      Corrected drawing sheets in compliance with 37 CFR 1.121(d) are required in reply to the Office action to avoid abandonment of the application. Any amended replacement drawing sheet should include all of the figures appearing on the immediate prior version of the sheet, even if only one figure is being amended. The figure or figure number of an amended drawing should not be labeled as "amended." If a drawing figure is to be canceled, the appropriate figure must be removed from the replacement sheet, and where necessary, the remaining figures must be renumbered and appropriate changes made to the brief description of the several views of the drawings for consistency. Additional replacement sheets may be necessary to show the renumbering of the remaining figures. Each drawing sheet submitted after the filing date of an application must be labeled in the top margin as either "Replacement Sheet" or "New

Sheet" pursuant to 37 CFR 1.121(d). If the changes are not accepted by the examiner,

the applicant will be notified and informed of any required corrective action in the next

Office action. The objection to the drawings will not be held in abeyance.

## *Claim Rejections - 35 USC § 112*

4.      The following is a quotation of the first paragraph of 35 U.S.C. 112(a):

> (a) IN GENERAL.—The specification shall contain a written description of the invention, and
> of the manner and process of making and using it, in such full, clear, concise, and exact terms
> as to enable any person skilled in the art to which it pertains, or with which it is most nearly
> connected, to make and use the same, and shall set forth the best mode contemplated by the
> inventor or joint inventor of carrying out the invention.

The following is a quotation of the first paragraph of pre-AIA 35 U.S.C. 112:

> The specification shall contain a written description of the invention, and of the manner and
> process of making and using it, in such full, clear, concise, and exact terms as to enable any
> person skilled in the art to which it pertains, or with which it is most nearly connected, to make
> and use the same, and shall set forth the best mode contemplated by the inventor of carrying
> out his invention.

5.      Claims 21-26, 28-33, and 37-39 are rejected under 35 U.S.C. 112(a) or

35 U.S.C. 112 (pre-AIA), first paragraph, as failing to comply with the enablement

requirement. The claim(s) contains subject matter which was not described in the

specification in such a way as to enable one skilled in the art to which it pertains, or with

which it is most nearly connected, to make and/or use the invention.

        a.      Claim 21 recites a "second configuration" which is not found in the

specification and does not appear to be shown in the figures. The "second

configuration" is not considered enabled by the disclosure and it is impossible to

determine what this configuration is or how it is different from the first

configuration.

Case 5:24-cv-00588-FL     Document 28-3     Filed 03/23/26     Page 139 of 338

b.      Claim 21 recites a "securing element" which is not found in the specification and does not appear to be shown in the figures. The "second configuration" is not considered enabled by the disclosure and it is impossible to determine what this element is.

c.      Claim 33 recites a "second frame" which is not found in the specification and does not appear in the drawings. It is unclear how the canopy can be supported by the wind if there is a second frame at the opposite end.

d.      Claim 37 recites that "a first end of the cord is coupleable to the second end of the sheet of material and a second end of the cord is coupleable to the anchor, the anchor being in contact with the surface so that the first frame remains engaged with the surface in the supporting configuration" which is not found in the specification and does not appear in the drawings. The applicant fails to explain how the cord is attached to the free end of the sheet of material and the sheet can still be supported by the wind or how the cord being attached to the free end of the canopy supports the frame.

6.      The following is a quotation of 35 U.S.C. 112(b):

> (b) CONCLUSION.—The specification shall conclude with one or more claims particularly pointing out and distinctly claiming the subject matter which the inventor or a joint inventor regards as the invention.

The following is a quotation of 35 U.S.C. 112 (pre-AIA), second paragraph:

> The specification shall conclude with one or more claims particularly pointing out and distinctly claiming the subject matter which the applicant regards as his invention.

7.      Claims 21-26, 28-33, and 37-39 are rejected under 35 U.S.C. 112(b) or

35 U.S.C. 112 (pre-AIA), second paragraph, as being indefinite for failing to particularly

point out and distinctly claim the subject matter which the inventor or a joint inventor (or

for applications subject to pre-AIA 35 U.S.C. 112, the applicant), regards as the

invention.

e. Claim 21 recites "the support mechanism" which renders the claims

indefinite. There is insufficient antecedent basis for this limitation in the claim.

## *Claim Rejections - 35 USC § 103*

8. The following is a quotation of 35 U.S.C. 103 which forms the basis for all

obviousness rejections set forth in this Office action:

> A patent for a claimed invention may not be obtained, notwithstanding that the claimed
> invention is not identically disclosed as set forth in section 102, if the differences between the
> claimed invention and the prior art are such that the claimed invention as a whole would have
> been obvious before the effective filing date of the claimed invention to a person having
> ordinary skill in the art to which the claimed invention pertains. Patentability shall not be
> negated by the manner in which the invention was made.

9. Claims 21-26, 28, 31-33, 38, and 39 are rejected under 35 U.S.C. 103 as being

unpatentable over KR 10-1315166 (Kang) in view of Furey in US Patent 4924893.

f. Regarding Claims 21 and 38, Kang teaches a system for providing shade

onto a surface, the system comprising: a first frame (100) engageable (at the

ends) with the surface, the first frame comprising at least one section (such as

320/110) engageable with the surface and arrangeable in a supporting

configuration (Fig. 1); a sheet of material (200) extending between a first end

(toward 210) and an opposing second end (toward 240), the first end of the sheet

of material being coupleable with the first frame about a portion of the first frame,

wherein the second end of the sheet of material is spaced apart from the portion

of the first frame in the supporting configuration such that the sheet of material is

supportable by the first frame and at least partially supportable by wind in a first configuration for providing shade onto the surface; a securing element (to include 220 and 100') engageable with one or both of the first frame and the sheet of material, such that the sheet of material is supportable by the first frame and at least partially supportable by the securing element in a second configuration for providing shade onto the surface; and a cord (330) having a first end (toward 310) and a second end (toward 320), the first end or the second end of the cord being coupleable (via 310) to at least one of the first frame, the sheet of material, and a support mechanism (310, as best understood); and an anchor (320) coupleable to the other of the second end or the first end of the cord and being in contact with the surface so that the first frame remains in the supporting configuration.

g.      Kang is silent on the inclusion of a container. Furey teaches a shelter system including a container (103) capable of housing and transporting the components of the system ("components may be readily carried in the anchoring member when it is empty of sand" – see Column 7, lines 22-23). Furey further teaches that the container can be used and an anchor and the device is inherently capable of housing weight when inverted (the bag, if it holds weight when non-inverted, will be equally capable of holding weight when inverted), and that the first end or the second end of a cord (27) is coupleable to at least one of a first frame (at 31), the sheet of material, and the support mechanism, and the other of the second end or the first end of the cord is coupleable (at 33) to a portion of the container to serve as the anchor for housing the weight. It would

have been obvious to one of ordinary skill in the art before the effective filing date of the claimed invention to modify the device of Kang, as modified, by adding a container as taught by Furey in order to allow the user to conveniently transport the components of the device.

h. Regarding Claim 22, Kang, as modified, teaches that the sheet of material is a unitary sheet of material or comprises a plurality of sheets (such as 200 and 400) of material coupleable together (even when coupled together, sheets 200 and 400 will be supported at least in part by a wind force acting thereon).

i. Regarding Claim 23, Kang, as modified, teaches that the plurality of sheets of material are selectively coupled together so that a first sheet of material (200) is coupled with the first frame about a first end and a first end of a second sheet of material (420) is removeably coupled (via 201/401) to a second end of the first sheet of material.

j. Regarding Claims 24 and 25, Kang, as modified, teaches that the sheet of material has at least one set of parallel sides (the lower lateral edges) and the sheet of material has two sets of parallel sides (the lower lateral edges and the front and rear curved edges).

k. Regarding Claim 26, Kang, as modified, teaches that the sheet of material comprises one or more vent holes (240) defined within the sheet of material, one or more tails extending therefrom, one or more wind socks, or a combination thereof.

l. Regarding Claim 28, Kang, as modified, teaches that the first frame comprises a plurality of sections (320/110 on one end, 100, and 320/110 on the

opposite end) that are arrangeable so that at least a first section (320/110 on one end) and a second section (320/110 on the opposite end) are each engageable with the surface at first ends thereof and are coupleable to one another about opposing, second ends or are each respectively coupleable to first and second ends of at least one intermediate section (100) arranged therebetween.

m.      Regarding Claim 31, Kang, as modified, teaches that the first frame comprises a singular, longitudinally-extending section (elements 100/110/320 are affixed to form in singular element).

n.      Regarding Claim 32, Kang, as modified, teaches that the first frame is directly engageable (at the ends thereof) with the surface.

o.      Regarding Claim 33, Kang, as modified, teaches that the securing element comprises a second frame (100') comprising at least one section (the ends thereof )engageable with the surface in the supporting configuration, wherein the sheet of material is coupleable with the first frame about the first end and the sheet of material is coupleable with the second frame about the opposing second end (see Fig. 3).

p.      Regarding Claim 37, Kang, as modified, teaches a cord that has a first end (at 310) that is inherently coupleable to the second end of the sheet of material (by hiking 310 to the second end) and a second end of the cord is coupleable to the anchor (320), the anchor being in contact with the surface so that the first frame remains engaged with the surface in the supporting configuration (as best understood).

Case 5:24-cv-00588-FL     Document 28-3     Filed 03/23/26     Page 144 of 338

q.      Regarding Claim 39, Kang, as modified, teaches that the first end of the

sheet of material defines a first edge (along 210) and the second end of the

sheet of material defines a second edge (along 201), the first edge of the sheet

of material being coupleable (via 212) with the first frame about a portion of the

first frame.

10.     Claim 29 is rejected under 35 U.S.C. 103 as being unpatentable over Kang, as

modified, as applied to claim 21 above, and further in view of Seo in US Publication

2003/0089390. Kang, as modified, is silent on the use of a cable extending through the

sections of the frame. Seo teaches a first frame including a plurality of sections (1A and

1B) with a cable (s) extending through at least one of the plurality of the sections of the

first frame. It would have been obvious to one of ordinary skill in the art before the

effective filing date of the claimed invention to modify the frame of Kang, as modified, by

using a segmented frame with a cable running therethrough as taught by Seo in order to

allow the user to break the frame down into a more easily transported configuration.

11.     Claim 30 is rejected under 35 U.S.C. 103 as being unpatentable over Kang, as

modified, as applied to claim 21 above, and further in view of Moss in US Patent

3394720. Kang, as modified, is silent on the use of a telescoping frame member. Moss

teaches a frame member (14) with a plurality of sections (50/52/54), wherein the

plurality of sections are arranged telescopically with one another (see Claim 11) such

that a second section (52) is receivable in and extendable from a first section (50). It

would have been obvious to one of ordinary skill in the art before the effective filing date

of the claimed invention to modify the device of Kang, as modified, by using a

telescoping frame as taught by Moss in order to more compactly store the frame when not in use.

### *Conclusion*

12.　The prior art made of record and not relied upon is considered pertinent to applicant's disclosure. Vollweiler teaches a canopy. Perreault and Parent teach corkscrew pole ends. Rise and Swetish teach straps for attaching canopies to frames.

13.　Any inquiry concerning this communication or earlier communications from the examiner should be directed to NOAH CHANDLER HAWK whose telephone number is (571)272-1480. The examiner can normally be reached M-F 9am to 5:30pm.

Examiner interviews are available via telephone, in-person, and video conferencing using a USPTO supplied web-based collaboration tool. To schedule an interview, applicant is encouraged to use the USPTO Automated Interview Request (AIR) at http://www.uspto.gov/interviewpractice.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, David Dunn can be reached on 5712726670. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of published or unpublished applications may be obtained from Patent Center. Unpublished application information in Patent Center is available to registered users. To file and manage patent submissions in Patent Center, visit: https://patentcenter.uspto.gov. Visit https://www.uspto.gov/patents/apply/patent-center for more information about Patent Center and https://www.uspto.gov/patents/docx for information about filing in DOCX format. For

additional questions, contact the Electronic Business Center (EBC) at 866-217-9197

(toll-free). If you would like assistance from a USPTO Customer Service

Representative, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

NOAH CHANDLER HAWK
Primary Examiner
Art Unit 3636

/Noah Chandler Hawk/
Primary Examiner, Art Unit 3636

| | Notice of References Cited | Application/Control No.<br>17/232,799 | Applicant(s)/Patent Under<br>Reexamination<br>Barnes et al. | |
|---|---|---|---|---|
| | | Examiner<br>NOAH C HAWK | Art Unit<br>3636 | Page 1 of 1 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Name | CPC Classification | US Classification |
|---|---|---|---|---|---|---|
| * | A | US-2554688-A | 05-1951 | HANS VOLLWEILER | A45F4/04 | 383/4 |
| * | B | US-5046699-A | 09-1991 | Perreault; Gilles R. | E04H12/2269 | 248/533 |
| * | C | US-5771912-A | 06-1998 | Swetish; Thomas R. | E04H15/64 | 135/117 |
| * | D | US-5291640-A | 03-1994 | Rise; Leif | E04H15/64 | 24/714.7 |
| * | E | US-9447599-B1 | 09-2016 | Parent; Richard | A47G29/1216 | 1/1 |
| | F | | | | | |
| | G | | | | | |
| | H | | | | | |
| | I | | | | | |
| | J | | | | | |
| | K | | | | | |
| | L | | | | | |
| | M | | | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Country | Name | CPC Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

| Search Notes | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 17/232,799 | Barnes et al. |
| | Examiner | Art Unit |
| | NOAH C HAWK | 3636 |

**CPC - Searched\***

| Symbol | Date | Examiner |
|---|---|---|
| E04H 15/326, 15/003, 12/22 | 06/28/2022 | NCH |

**CPC Combination Sets - Searched\***

| Symbol | Date | Examiner |
|---|---|---|
| | | |

**US Classification - Searched\***

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| 135 | 115, 118, 119, 120.1, 114, 127 | 06/29/2022 | NCH |
| 40 | 214, 606.11, 217, 412 | 06/29/2022 | NCH |
| 160 | 135, 350, 351, 352, 377 | 06/29/2022 | NCH |

\* See search history printout included with this form or the SEARCH NOTES box below to determine the scope of the search.

**Search Notes**

| Search Notes | Date | Examiner |
|---|---|---|
| Considered IDS filed 4/16/21, 10/21/21, 11/12/21, 6/17/22, | 06/28/2022 | NCH |
| Considered and updated search history for parent application 16/987886 and related application 17/343114 | 06/28/2022 | NCH |
| Performed inventor name search in DAV | 06/29/2022 | NCH |
| Please see attached PE2E search history | 06/29/2022 | NCH |

**Interference Search**

| US Class/CPC Symbol | US Subclass/CPC Group | Date | Examiner |
|---|---|---|---|
| | | | |

| | |
|---|---|
| | |

| | | | |
|---|---|---|---|
| *Search Notes* | **Application/Control No.** | **Applicant(s)/Patent Under Reexamination** | |
| | 17/232,799 | Barnes et al. | |
| | **Examiner** | **Art Unit** | |
| | NOAH C HAWK | 3636 | |

Case 5:24-cv-00588-FL   Document 28-3   Filed 03/23/26   Page 150 of 338

*Index of Claims*

| Index of Claims | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 17/232,799 | Barnes et al. |
| | Examiner | Art Unit |
| | NOAH C HAWK | 3636 |

| ✓ | Rejected | - | Cancelled | N | Non-Elected | A | Appeal |
|---|---|---|---|---|---|---|---|
| = | Allowed | ÷ | Restricted | I | Interference | O | Objected |

| CLAIMS | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ☐ Claims renumbered in the same order as presented by applicant | | | | | ☐ CPA | ☐ T.D. | | ☐ R.1.47 | |

| CLAIM | | DATE | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 06/29/2022 | | | | | | | |
| | 1 | - | | | | | | | |
| | 2 | - | | | | | | | |
| | 3 | - | | | | | | | |
| | 4 | - | | | | | | | |
| | 5 | - | | | | | | | |
| | 6 | - | | | | | | | |
| | 7 | - | | | | | | | |
| | 8 | - | | | | | | | |
| | 9 | - | | | | | | | |
| | 10 | - | | | | | | | |
| | 11 | - | | | | | | | |
| | 12 | - | | | | | | | |
| | 13 | - | | | | | | | |
| | 14 | - | | | | | | | |
| | 15 | - | | | | | | | |
| | 16 | - | | | | | | | |
| | 17 | - | | | | | | | |
| | 18 | - | | | | | | | |
| | 19 | - | | | | | | | |
| | 20 | - | | | | | | | |
| | 21 | ✓ | | | | | | | |
| | 22 | ✓ | | | | | | | |
| | 23 | ✓ | | | | | | | |
| | 24 | ✓ | | | | | | | |
| | 25 | ✓ | | | | | | | |
| | 26 | ✓ | | | | | | | |
| | 27 | - | | | | | | | |
| | 28 | ✓ | | | | | | | |
| | 29 | ✓ | | | | | | | |
| | 30 | ✓ | | | | | | | |
| | 31 | ✓ | | | | | | | |
| | 32 | ✓ | | | | | | | |
| | 33 | ✓ | | | | | | | |
| | 34 | - | | | | | | | |
| | 35 | - | | | | | | | |
| | 36 | - | | | | | | | |
| | 37 | ✓ | | | | | | | |
| | 38 | ✓ | | | | | | | |
| | 39 | ✓ | | | | | | | |

| | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | Application Number | 17/232,799 |
| | Filing Date | April 16, 2021 |
| | First Named Inventor | Dane Brooks Barnes |
| | Art Unit | *To Be Assigned* |
| | Examiner Name | *To Be Assigned* |
| Sheet | 1 | of | 1 | Attorney Docket Number | **S105508 1010US.C3 (0010.3)** |

### U. S. PATENT DOCUMENTS

| Examiner Initials* | Cite No. | Document Number  Number - Kind Code (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages of Relevant Figures Appear |
|---|---|---|---|---|---|
| | 39 | US-3,052,249 | 09-04-1962 | Seaman *et al.* | |
| | | | | | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No. | Foreign Patent Document  Country Code - Number Kind Code (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | English Language Translation Attached |
|---|---|---|---|---|---|---|
| | | | | | | |

### OTHER DOCUMENTS

| Examiner Initials* | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s) , volume-issue number(s), publisher, city and/or country where published. | English Language Translation Attached |
|---|---|---|---|
| | | | |

| Examiner Signature | /Noah Chandler Hawk/ | Date Considered | 06/28/2022 |
|---|---|---|---|

*Examiner:  Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

WBD (US) 54759831v1

*ELECTRONICALLY FILED USING THE EFS-WEB ELECTRONIC FILING SYSTEM OF THE UNITED STATES PATENT AND TRADEMARK OFFICE ON NOVEMBER 12 2021*

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /NCH/

# PE2E SEARCH - Search History (Prior Art)

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | British Equivalents | Time Stamp |
|---|---|---|---|---|---|---|---|
| L155 | 161 | e04h2015/326.cpc. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; IBM_TDB) | OR | ON | ON | 2020/04/16 04:08 PM |
| L156 | 1058 | 135/119.ccls. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; IBM_TDB) | OR | OFF | OFF | 2020/04/16 04:08 PM |
| L157 | 860 | 135/118.ccls. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; IBM_TDB) | OR | OFF | OFF | 2020/04/16 04:08 PM |
| L158 | 1187 | 135/115,120.1.ccls. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; IBM_TDB) | OR | OFF | OFF | 2020/04/16 04:08 PM |
| L159 | 1203 | e04H15/003.cpc. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; IBM_TDB) | OR | OFF | OFF | 2020/04/16 04:08 PM |
| L160 | 521 | 135/114.ccls. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; IBM_TDB) | OR | OFF | OFF | 2020/04/16 04:08 PM |
| L161 | 116 | 135/127.ccls. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; IBM_TDB) | OR | OFF | OFF | 2020/04/16 04:08 PM |
| L162 | 4260 | L156 L157 L158 L160 L161 L159 | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; IBM_TDB) | OR | OFF | OFF | 2020/04/16 04:08 PM |
| L163 | 289 | 40/214,606.11,217.ccls. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; IBM_TDB) | OR | ON | ON | 2020/04/16 04:08 PM |
| L164 | 237 | 40/412.ccls. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; IBM_TDB) | OR | ON | ON | 2020/04/16 04:08 PM |
| L165 | 2205 | 160/135,350,351,352,377.ccls. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; IBM_TDB) | OR | OFF | OFF | 2020/04/16 04:08 PM |
| L166 | 6916 | L162 L163 L164 L165 | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; IBM_TDB) | OR | OFF | OFF | 2020/04/16 04:08 PM |
| L167 | 704 | e04h12/22.cpc. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; IBM_TDB) | OR | OFF | OFF | 2020/04/16 04:08 PM |
| L168 | 7748 | L155 L166 L167 | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; IBM_TDB) | OR | OFF | OFF | 2020/04/16 04:08 PM |
| L169 | 8 | L168 and @pd>"20200107" | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; IBM_TDB) | OR | OFF | OFF | 2020/04/16 04:08 PM |
| L170 | 4 | (15/675715 \| 16/224465).APP. | (US-PGPUB; USPAT; USOCR) | OR | ON | ON | 2021/06/10 12:16 PM |
| L171 | 8267 | L155 L166 L167 | (US-PGPUB; USPAT; | OR | OFF | OFF | 2021/06/10 |

Case 5:24-cv-00588-FL    Document 28-3    Filed 03/23/26    Page 153 of 338

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | USOCR; FPRS; EPO; JPO; IBM_TDB) | | | | 12:16 PM |
| L173 | 57 | L171 AND @pd>"20200416" | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; IBM_TDB) | OR | OFF | OFF | 2021/06/10 12:18 PM |
| L174 | 2 | "16987886" | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; IBM_TDB) | OR | OFF | OFF | 2021/06/10 12:18 PM |
| L175 | 164 | 171 AND (telescop$6) AND bend$4 | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; IBM_TDB) | OR | OFF | OFF | 2021/06/14 12:08 PM |
| L176 | 49 | shibumi | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2021/06/14 01:06 PM |
| L178 | 8272 | L155 L166 L167 | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; IBM_TDB) | OR | OFF | OFF | 2021/07/28 03:00 PM |
| L179 | 13 | 178 AND @pd>"20210610" | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2021/07/28 03:00 PM |
| L180 | 4531 | e04h15/30.cpc. e04h15/32.cpc. e04h15/36.cpc. e04h15/44.cpc. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; IBM_TDB) | OR | ON | ON | 2021/07/28 03:09 PM |
| L181 | 620 | 180 AND wind | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; IBM_TDB) | OR | ON | ON | 2021/07/28 03:09 PM |
| L182 | 366 | 181 AND (weight anchor) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; IBM_TDB) | OR | ON | ON | 2021/07/28 03:09 PM |
| L183 | 245 | 182 AND (bag sleeve container) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; IBM_TDB) | OR | ON | ON | 2021/07/28 03:09 PM |
| L184 | 10 | shibumi | (US-PGPUB; USPAT; USOCR) | OR | ON | ON | 2021/10/22 02:43 PM |
| L189 | 64 | ((US-20140041703-A1 OR US-20150040957-A1 OR US-20140209132-A1 OR US-20040123886-A1 OR US-20040123887-A1 OR US-20120291830-A1 OR US-20100212709-A1 | (USPAT; US-PGPUB; FPRS; USOCR; IBM_TDB; EPO; JPO; DERWENT; FIT (AU, AP, AT, BE, BG, BR, BY, CA, CH, CN, CS, CU, CZ, DD, DE, DK, EA, EE, EP, ES, FI, FR, GB, HR, HU, ID, IE, IL, | OR | ON | ON | 2021/10/25 03:50 PM |

| | | OR US-20070079857-A1 OR US-20130074894-A1 OR US-20090114260-A1 OR US-20150252585-A1 OR US-20180106064-A1 OR US-20190119942-A1 OR US-20030089390-A1 OR US-20210062535-A1 OR US-20210002918-A1 OR US-20210293044-A1 OR US-20210293045-A1 OR US-20210230899-A1 OR US-20210293046-A1).did. AND PGPB.dbnm.) OR ((US-3394720-A OR US-3042053-A OR US-3070107-A OR US-3075536-A OR US-2554688-A OR US-3052249-A).did. AND USOC.dbnm.) OR ((US-8453664-B2 OR US-4739784-A OR US-4881565-A OR US-4930534-A OR US-9482024-B2 OR US-6964277-B2 OR US-5299590-A OR US-5950649-A OR US-7789097-B1 OR US-5080123-A OR US-6286531-B1 OR US-7841356-B2 OR US-9051754-B2 OR US-8720461-B2 OR US-3970096-A OR US-4590956-A OR US-8424549-B1 OR US-7406977-B1 OR US-5823217-A OR US-8899251-B2 OR US-9051755-B2 OR US-9113724-B1 OR US-5345962-A OR US-7708339-B2 OR US-4716918-A OR US-8087423-B2 OR US-9051756-B1 OR US-10190330-B2 OR US-5927311-A OR US-10753117-B2 OR US-11111690-B2).did. AND USPT.dbnm.) OR ((DE- | IS, IT, JP, KR, LT, LU, LV, MA, OA, RU, SU, WO, MC, MD, MY, NL, NO, NZ, PH, PL, PT, RO, RS, SE, SG, SI, SK, TH, TN, TR, TW, UA, VN)) | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | 102009020795-A1 OR FR-2884844-A1 OR WO-0204768-A1 OR WO-2011150477-A1).did. AND FPRS.dbnm.) OR ((US-20210002918-A1 OR US-20190119942-A1 OR US-20180106064-A1).did. AND DWPI.dbnm.) | | | | | |
| L191 | 36 | 189 AND strap | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2021/10/25 03:50 PM |
| L192 | 4 | "17343114" | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2021/10/26 04:00 PM |
| L194 | 58 | L171 AND @pd>"20200610" | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; IBM_TDB) | OR | OFF | OFF | 2021/10/26 04:09 PM |
| L195 | 5 | ("2186510" "3052249" "5678704").pn. | (US-PGPUB; USPAT; USOCR) | OR | ON | ON | 2022/02/07 04:09 PM |
| L196 | 12 | "101315166" | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, BE, BG, BR, BY, CA, CH, CN, CS, CU, CZ, DD, DE, DK, EA, EE, EP, ES, FI, FR, GB, HR, HU, ID, IE, IL, IS, IT, JP, KR, LT, LU, LV, MA, OA, RU, SU, WO, MC, MD, MY, NL, NO, NZ, PH, PL, PT, RO, RS, SE, SG, SI, SK, TH, TN, TR, TW, UA, VN); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/02/07 04:19 PM |
| L201 | 23 | ("584726" \| "2415956" \| "4924893" \| "5065879" \| "5520364" \| "5524990" \| "5931583" \| "6149305" \| "6186662" \| "6240940" \| "6554149" \| "6739095" \| "6964277" \| "7353833" \| "7524111" \| "7946305" \| | (US-PGPUB; USPAT; USOCR) | OR | ON | ON | 2022/04/13 01:42 PM |

Case 5:24-cv-00588-FL    Document 28-3    Filed 03/23/26    Page 156 of 338

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | "8439058" \| "8656937" \| "20020026890" \| "20040123887" \| "20050061409" \| "20120017960" \| "20130051707").pn. OR ("9482024").urpn. AND (PGPB \| USPT \| USOC).dbnm. | | | | | |
| L202 | 41 | ("486256" \| "1293526" \| "1460821" \| "2024946" \| "2126030" \| "2551963" \| "3407825" \| "4118902" \| "4546730" \| "4570465" \| "4648482" \| "4733840").pn. OR ("4924893").urpn. AND (PGPB \| USPT \| USOC).dbnm. | (US-PGPUB; USPAT; USOCR) | OR | ON | ON | 2022/04/13 01:44 PM |
| L203 | 2359 | e04h15/60,62.cpc. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; IBM_TDB) | OR | ON | ON | 2022/06/26 05:17 PM |
| L204 | 312 | 203 AND (auger screw corkscrew) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; IBM_TDB) | OR | ON | ON | 2022/06/26 05:17 PM |
| L205 | 77 | ("1883477" \| "4832304" \| "4910902" \| "5046699" \| "5564232" \| "5881978" \| "5921035" \| "6095081" \| "6629389" \| "20090277368" \| "3519234" \| "4233769" \| "4524533" \| "4717110" \| "4765277" \| "5067683" \| "5181335" \| "5492429" \| "5502910" \| "5833181" \| "5921035" \| "6820379" \| "7007910" \| "7246783" \| "8407949" \| "20020014570" \| "20060060749" \| "20080156957" \| "20120104190" \| "168890" \| "345877" \| "907799" \| "1562343" \| "2269996" \| "2447444" \| "2563159" \| "2901789" \| "3059732" \| "3286962" \| "3318560" \| "3688454" \| "3865309" \| "4607608" \| "4928418" \| "5098057" \| "6401656" \| "6412236" \| "6481147" \| "6487977" \| "6698132" \| "6810630" \| "6901693" \| "D550071" \| "7493873" \| "8006946" \| "8230638" \| "9316016" | (US-PGPUB; USPAT; USOCR) | OR | ON | ON | 2022/06/26 06:02 PM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | "20050268522").pn. OR ("8656651" \| "9447599" \| "2016/0360869" \| "9854899").urpn. AND (PGPB \| USPT \| USOC).dbnm. | | | | | |
| L206 | 77 | ((US-20090114260-A1 OR US-20100212709-A1 OR US-20070079857-A1 OR US-20130074894-A1 OR US-20150252585-A1 OR US-20180106064-A1 OR US-20140041703-A1 OR US-20150040957-A1 OR US-20140209132-A1 OR US-20040123886-A1 OR US-20040123887-A1 OR US-20120291830-A1 OR US-20190119942-A1 OR US-20030089390-A1 OR US-20160360869-A1 OR US-20210062535-A1 OR US-20210002918-A1 OR US-20210293044-A1 OR US-20210293045-A1 OR US-20210293046-A1 OR US-20210230899-A1).did. AND PGPB.dbnm.) OR ((US-7841356-B2 OR US-9051754-B2 OR US-8720461-B2 OR US-3970096-A OR US-4590956-A OR US-8424549-B1 OR US-7406977-B1 OR US-5823217-A OR US-8899251-B2 OR US-9051755-B2 OR US-9113724-B1 OR US-5345962-A OR US-7708339-B2 OR US-4716918-A OR US-8087423-B2 OR US-9051756-B1 OR US-5080123-A OR US-8453664-B2 OR US-4739784-A OR US-4881565-A OR US-4930534-A OR US-6964277-B2 OR US-5299590-A OR US- | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, BE, BG, BR, BY, CA, CH, CN, CS, CU, CZ, DD, DE, DK, EA, EE, EP, ES, FI, FR, GB, HR, HU, ID, IE, IL, IS, IT, JP, KR, LT, LU, LV, MA, OA, RU, SU, WO, MC, MD, MY, NL, NO, NZ, PH, PL, PT, RO, RS, SE, SG, SI, SK, TH, TN, TR, TW, UA, VN); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/06/28 10:49 AM |

| | | 5950649-A OR US-7789097-B1 OR US-6286531-B1 OR US-9482024-B2 OR US-10190330-B2 OR US-5927311-A OR US-10753117-B2 OR US-8656651-B1 OR US-9447599-B1 OR US-9854899-B2 OR US-4832304-A OR US-5046699-A OR US-6487977-B1 OR US-4924893-A OR US-5678704-A OR US-11111690-B2).did. AND USPT.dbnm.) OR ((WO-2011150477-A1 OR DE-102009020795-A1 OR FR-2884844-A1 OR WO-0204768-A1 OR KR-101315166-B1).did. AND FPRS.dbnm.) OR ((US-3394720-A OR US-3042053-A OR US-3070107-A OR US-3075536-A OR US-2554688-A OR US-3286962-A OR US-3052249-A OR US-2186510-A).did. AND USOC.dbnm.) OR ((US-20180106064-A1 OR US-20210002918-A1 OR US-20190119942-A1).did. AND DWPI.dbnm.) OR ((KR-101315166-B1).did. AND FTDB.dbnm.) | | | | | |
|---|---|---|---|---|---|---|---|
| L207 | 30 | 206 AND (elastic bungee) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; IBM_TDB) | OR | ON | ON | 2022/06/28 10:50 AM |
| L208 | 20 | 207 NOT barnes.in. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; IBM_TDB) | OR | ON | ON | 2022/06/28 10:50 AM |
| L209 | 55 | e04h15/64.cpc. AND (elatic bungee) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; IBM_TDB) | OR | ON | ON | 2022/06/28 10:54 AM |
| L210 | 236 | e04h15/64.cpc. AND (elastic bungee) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; IBM_TDB) | OR | ON | ON | 2022/06/28 10:54 AM |
| L211 | 248 | e04h15/64.cpc. AND strap | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; IBM_TDB) | OR | ON | ON | 2022/06/28 11:06 AM |
| L212 | 11 | ("824332" \| "3139662" \| | (US-PGPUB; USPAT; | OR | ON | ON | 2022/06/28 |

| | | | | | | | 11:09 AM |
|---|---|---|---|---|---|---|---|
| | | "3422504" \| "3597812" \| "3780400" \| "4184233" \| "4534089").pn. OR ("5291640").urpn. AND (PGPB \| USPT \| USOC).dbnm. | USOCR) | | | | |
| L213 | 13 | "17232799" | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; IBM_TDB) | OR | ON | ON | 2022/06/28 04:46 PM |
| L214 | 12 | 206 AND telescop$4 | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; IBM_TDB) | OR | ON | ON | 2022/06/29 03:06 PM |

## PE2E SEARCH - Search History (Interference)

There are no Interference searches to show.

| | | Complete if Known | |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | | Application Number | 17/232,799 |
| | | Filing Date | April 16, 2021 |
| | | First Named Inventor | Dane Brooks Barnes |
| | | Art Unit | *To Be Assigned* |
| | | Examiner Name | *To Be Assigned* |
| Sheet | 1 of 1 | Attorney Docket Number | **S105508 1010US.C3 (0010.3)** |

### U. S. PATENT DOCUMENTS

| Examiner Initials* | Cite No. | Document Number Number - Kind Code (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages of Relevant Figures Appear |
|---|---|---|---|---|---|
| | | | | | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No. | Foreign Patent Document Country Code - Number Kind Code (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | English Language Translation Attached |
|---|---|---|---|---|---|---|
| | | | | | | |

### OTHER DOCUMENTS

| Examiner Initials* | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s) , volume-issue number(s), publisher, city and/or country where published. | English Language Translation Attached |
|---|---|---|---|
| | 38 | Suniela Beach Portable Shade Cabanas, [site visited October 21, 2021], Available on the internet URL: <https://suniela.com> | |
| | | | |

| Examiner Signature | /Noah Chandler Hawk/ | Date Considered | 06/28/2022 |
|---|---|---|---|

*Examiner:  Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

WBD (US) 54548687v1

*ELECTRONICALLY FILED USING THE EFS-WEB ELECTRONIC FILING SYSTEM OF THE UNITED STATES PATENT AND TRADEMARK OFFICE ON OCTOBER 21, 2021*

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /NCH/

| | | Complete if Known |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | Application Number | *To Be Assigned* |
| | Filing Date | *Concurrently Herewith* |
| | First Named Inventor | Dane Brooks Barnes |
| | Art Unit | *To Be Assigned* |
| | Examiner Name | *To Be Assigned* |
| Sheet   1   of   2 | Attorney Docket Number | **S105508 1010US.C3 (0010.3)** |

### U. S. PATENT DOCUMENTS

| Examiner Initials* | Cite No. | Document Number<br>Number - Kind Code (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages of Relevant Figures Appear |
|---|---|---|---|---|---|
| | 1 | US-3,042,053 | 07-03-1962 | Gabriel | |
| | 2 | US-3,070,107 | 12-25-1962 | Beatty | |
| | 3 | US-3,075,536 | 01-29-1963 | Parker | |
| | 4 | US-3,394,720 | 07-30-1968 | Moss | |
| | 5 | US-4,590,956 | 05-27-1986 | Griesenbeck | |
| | 6 | US-4,930,534 | 06-05-1990 | Hill | |
| | 7 | US-5,080,123 | 01-14-1992 | Stein | |
| | 8 | US-5,299,590 | 08-05-1994 | Deibert *et al.* | |
| | 9 | US-5,927,311 | 07-27-1999 | Jager | |
| | 10 | US-5,950,649 | 09-14-1999 | Gerig | |
| | 11 | US-6,964,277 | 11-15-2005 | Naber | |
| | 12 | US-7,406,977 | 08-05-2008 | Shires | |
| | 13 | US-7,708,339 | 05-04-2010 | Zapater | |
| | 14 | US-7,789,097 | 09-07-2010 | Sotirkys *et al.* | |
| | 15 | US-8,424,549 | 04-23-2013 | Goldsmith *et al.* | |
| | 16 | US-8,453,664 | 06-04-2013 | Parsons *et al.* | |
| | 17 | US-8,720,461 | 05-13-2014 | Nichols | |
| | 18 | US-8,899,251 | 12-02-2014 | Leung *et al.* | |
| | 19 | US-9,051,755 | 06-09-2015 | Heining *et al.* | |
| | 20 | US-9,051,756 | 06-09-2015 | Jenkins | |
| | 21 | US-9,113,724 | 08-25-2015 | Heining *et al.* | |
| | 22 | US-2003/0089390 | 05-15-2003 | Seo | |
| | 23 | US-2007/0079857 | 04-12-2007 | Tseng | |
| | 24 | US-2012/0291830 | 11-22-2012 | Crimi | |
| | 25 | US-2013/0074894 | 03-28-2013 | Cook | |

| Examiner Signature | /Noah Chandler Hawk/ | Date Considered | 06/28/2022 |
|---|---|---|---|

*Examiner: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

*ELECTRONICALLY FILED USING THE EFS-WEB ELECTRONIC FILING SYSTEM OF THE UNITED STATES PATENT AND TRADEMARK OFFICE ON APRIL 16, 2021.*

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /NCH/

<table>
<tr><td rowspan="2"><strong>INFORMATION DISCLOSURE STATEMENT BY APPLICANT</strong></td><td colspan="2"><strong>Complete if Known</strong></td></tr>
<tr><td>Application Number</td><td><em>To Be Assigned</em></td></tr>
</table>

| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | Complete if Known | |
|---|---|---|
| | Application Number | *To Be Assigned* |
| | Filing Date | *Concurrently Herewith* |
| | First Named Inventor | Dane Brooks Barnes |
| | Art Unit | *To Be Assigned* |
| | Examiner Name | *To Be Assigned* |
| Sheet   2   of   2 | Attorney Docket Number | **S105508 1010US.C3 (0010.3)** |

### U. S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| | 26 | US-2014/0041703 | 02-13-2014 | Funston |
| | 27 | US-2014/0209132 | 07-31-2014 | Landry |
| | 28 | US-2015/0040957 | 02-12-2015 | Mallookis *et al.* |
| | 29 | US-2015/0252585 | 09-10-2015 | Mallookis *et al.* |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No. | Foreign Patent Document<br>Country Code - Number Kind Code (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | English Language Translation Attached |
|---|---|---|---|---|---|---|
| | 30 | WO 02/04768 | 01-17-2002 | Selby | | |
| | 31 | FR 2 884 844 | 04-26-2005 | Cahours De Virgile | | |
| | 32 | DE 10 2009 020 795 | 11-04-2010 | Schmidt | | |

### OTHER DOCUMENTS

| Examiner Initials* | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s) , volume-issue number(s), publisher, city and/or country where published. | English Language Translation Attached |
|---|---|---|---|
| | 33 | YouTube video by Robert Marazzita: The Best Beach Cabana – Set Up and Tear Down, July 9, 2015, [site visited August 8, 2017], Available on the Internet URL: <https:www.youtube.com/watch?v=LfccH7yV6SE>. | |
| | 34 | YouTube video by Robb's Homemade Life: Make $15 Beach Shade tent Easy Quick DIY, October 6, 2015 [site visited August 8, 2017] Available on the internet URL: <www.youtube.com/watch?v+X20b4pLJx1c> | |
| | 35 | YouTube video by Beachspirit: Kitent (R) - the Floating beach tent for sun shade, October 8, 2016 [site visited August 8, 2017] Available on the internet URL: <https://m.youtube.com/watch?v=OUaDZeqdTkQ> | |
| | 36 | YouTube video by ZiggyShade Beach Sunshade: ZiggyShade – Beach Sunshade – Set up instructions, November 24, 2016 [site visited August 8, 2017] Available on the internet URL: <https://youtu.be/1krQ0rlumws> | |
| | 37 | YouTube video by bibitedog: How to set up a butterfly arch, May 26, 2012 [site visited December 18, 2018] Available on the internet URL: <https://www.youtube.com/watch?v=FOTYtjQAL4s> | |

| Examiner Signature | /Noah Chandler Hawk/ | Date Considered | 06/28/2022 |
|---|---|---|---|

*Examiner: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

*ELECTRONICALLY FILED USING THE EFS-WEB ELECTRONIC FILING SYSTEM OF THE UNITED STATES PATENT AND TRADEMARK OFFICE ON APRIL 16, 2021.*

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /NCH/

# Bibliographic Data

Application No: 17/232,799

Foreign Priority claimed: ○ Yes  ◉ No

35 USC 119 (a-d) conditions met: ☐ Yes  ☑ No       ☐ Met After Allowance

Verified and Acknowledged:

| /Noah Chandler Hawk/ | NCH |
|---|---|
| Examiner's Signature | Initials |

Title: | SHADING SYSTEM AND METHOD OF USE |

| FILING or 371(c) DATE | CLASS | GROUP ART UNIT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 04/16/2021 | 135 | 3636 | S105508 1010US.C3 (0010.3 |
| **RULE** | | | |

## APPLICANTS

Shibumi Shade, Inc., Raleigh, NC,

## INVENTORS

Dane Brooks Barnes, Raleigh, NC, UNITED STATES

Alexander Griffith Slater, Raleigh, NC, UNITED STATES

Scott Christian Barnes, Raleigh, NC, UNITED STATES

## CONTINUING DATA

This application is a CON of 16987886 08/07/2020 PAT 11111690

16987886 is a CON of 16224465 12/18/2018 PAT 10753117

16224465 is a CON of 15675715 08/12/2017 PAT 10190330

15675715 has PRO of 62409426 10/18/2016

## FOREIGN APPLICATIONS

## IF REQUIRED, FOREIGN LICENSE GRANTED**

04/22/2021

## ** SMALL ENTITY **

## STATE OR COUNTRY

UNITED STATES

## ADDRESS

WOMBLE BOND DICKINSON (US) LLP
ATTN: IP DOCKETING
P.O. Box 570489
ATLANTA, GA 30357-0037
UNITED STATES

## FILING FEE RECEIVED

Case 5:24-cv-00588-FL    Document 28-3    Filed 03/23/26    Page 164 of 338

$830

| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | | | **Complete if Known** | |
|---|---|---|---|---|
| | | | Application Number | 17/232,799 |
| | | | Filing Date | April 16, 2021 |
| | | | First Named Inventor | Dane Brooks Barnes |
| | | | Art Unit | *To Be Assigned* |
| | | | Examiner Name | *To Be Assigned* |
| Sheet | 1 | of | 1 | Attorney Docket Number | **S105508 1010US.C3 (0010.3)** |

### U. S. PATENT DOCUMENTS

| Examiner Initials* | Cite No. | Document Number<br>Number - Kind Code (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages of Relevant Figures Appear |
|---|---|---|---|---|---|
| | 40 | US-2,186,510 | 01-09-1940 | Walter *et al.* | |
| | 41 | US-4,924,893 | 05-15-1990 | Furey | |
| | 42 | US-5,678,704 | 10-21-1997 | Deeds | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No. | Foreign Patent Document<br>Country Code - Number Kind Code (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | English Language Translation Attached |
|---|---|---|---|---|---|---|
| | 43 | KR 10-1315166 | 10-07-2013 | Kang | | Machine Translation |
| | 44 | CA 2524310 | 04-25-2006 | Aqua-Leisure Industries, Inc | | |

### OTHER DOCUMENTS

| Examiner Initials* | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | English Language Translation Attached |
|---|---|---|---|
| | | | |

| Examiner Signature | /Noah Chandler Hawk/ | Date Considered | 06/28/2022 |
|---|---|---|---|

*Examiner: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

*ELECTRONICALLY FILED USING THE EFS-WEB ELECTRONIC FILING SYSTEM OF THE UNITED STATES PATENT AND TRADEMARK OFFICE ON JUNE 17, 2022*

WBD (US) 56830343v1

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /NCH/

 



**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY.DOCKET NO./TITLE | REQUEST ID |
|---|---|---|---|---|
| 17/232,799 | 04/16/2021 | Dane Brooks Barnes | S105508 1010US.C3 (0010.3 | 172090 |

## Acknowledgement of Loss of Entitlement to Entity Status Discount

The entity status change request below filed through Private PAIR on 08/15/2022 has been accepted.

## CERTIFICATIONS:

**Change of Entity Status:**

✕ Applicant changing to regular undiscounted fee status.
NOTE: Checking this box will be taken to be notification of loss of entitlement to small or micro entity status, as applicable.

**This portion must be completed by the signatory or signatories making the entity status change in accordance with 37 CFR 1.4(d)(4).**

| Signature: | /lauren f. anderson/ |
|---|---|
| **Name:** | Lauren F. Anderson |
| **Registration Number:** | 69344 |

PTO/SB/06 (09-11)
Approved for use through 1/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# PATENT APPLICATION FEE DETERMINATION RECORD
Substitute for Form PTO-875

| Application or Docket Number | Filing Date | |
|---|---|---|
| 17/232,799 | 04/16/2021 | ☐ To be Mailed |

**ENTITY:** ☑ LARGE  ☐ SMALL  ☐ MICRO

## APPLICATION AS FILED - PART I

| FOR | (Column 1) NUMBER FILED | (Column 2) NUMBER EXTRA | RATE ($) | FEE ($) |
|---|---|---|---|---|
| ☐ BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | |
| ☐ SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | |
| ☐ EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | |
| TOTAL CLAIMS (37 CFR 1.16(i)) | minus 20 = | * | x $100 = | |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | minus 3 = | * | x $480 = | |
| ☐ APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $310 ($155 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | |

## APPLICATION AS AMENDED - PART II

**AMENDMENT**

11/07/2022

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | | RATE ($) | ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|---|
| Total (37 CFR 1.16(i)) | * 20 | Minus | ** 20 | = 0 | | x $100 = | 0 |
| Independent (37 CFR 1.16(h)) | * 3 | Minus | *** 3 | = 0 | | x $480 = | 0 |
| ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | | |
| ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | | |
| | | | | | | TOTAL ADD'L FEE | 0 |

**AMENDMENT**

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | | RATE ($) | ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|---|
| Total (37 CFR 1.16(i)) | * | Minus | ** | = | | x $0 = | |
| Independent (37 CFR 1.16(h)) | * | Minus | *** | = | | x $0 = | |
| ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | | |
| ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | | |
| | | | | | | TOTAL ADD'L FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.

OPAC

** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".

/BRIDGET C. MONROE/

*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".

The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| In re: | Barnes *et al.* | Confirmation No.: | 1050 |
| Appl. No.: | 17/232,799 | Group Art Unit: | 3636 |
| Filed: | April 16, 2021 | Examiner: | Hawk, Noah Chandler |
| For: | SHADING SYSTEM AND METHOD OF USE | | |

Docket No.:   S105508 1010US.C3 (0010.3)
Customer No.:  26158

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

## AMENDMENT UNDER 37 C.F.R. § 1.111

Sir:

In response to the Office Action dated July 6, 2022, please amend the above-identified application as follows:

**Amendments to the Drawings** are reflected on page 2 of this paper.

**Amendments to the Specification** are reflected on page 3 of this paper.

**Amendments to the Claims** are reflected in the listing of claims beginning on page 4 of this paper.

**Remarks** begin on page 10 of this paper.

Amendments to Drawings

Please add new FIGs. 8 and 9, and update the original sheets of drawings originally labeled with page numbers 1-7 and including original FIGS. 1-7 with the replacement sheets of drawings now labeled with page numbers 1-9 and including original FIGS. 1-7 to reflect the addition of new FIGs. 8 and 9.

WBD (US) 59404335v1

Amendments to the Specification

Please add two new paragraphs after paragraph [0033] in the Brief Description of the Drawings, and before the Detailed Description as follows:

> FIG. 8 is a perspective view of a system for providing shade according to one or more embodiments of the presently disclosed subject matter.
>
> FIG. 9 is a perspective view of a system for providing shade according to one or more embodiments of the presently disclosed subject matter.

Please amend paragraph [0038] of the originally-filed application as follows:

The canopy 12 may be configured to suspend or be stored in any number of shapes and sizes. In some embodiments, the canopy 12 may define one or more vent holes and/or wind socks for permitting wind to pass therethrough. In other embodiments, as shown in FIGs. 8 and 9 for example, the canopy 12 may define tails 45 extending from a side opposite the suspension end 42 referred to herein as either a trailing end, a second end, or an additional suspension end 43.

Please amend paragraph [0051] of the originally-filed application as follows:

The left end 20 and the right end 22 of the frame 14 may be each be embedded in the surface 2. As shown in FIG. 9, the [[The]] ends 20, 22 may define a conical shape or a corkscrew shape 47 for ease of penetration of the surface 2. Additional anchor(s) 35 may be engaged or coupled to the left end 20 and/or right end 22 for further securing the frame 14 into position. In embodiments where a tail 45 is defined by the canopy 12, the tail 45 may be engaged with or coupled to an additional anchor 34 for securing the canopy 12 into position for providing shade 1 to the surface 2. In yet additional embodiments, an additional suspension end or the second end, or trailing end 43 may be defined by the canopy 12. The additional suspension end or the second end, or trailing end 43 may include any of the features and characteristics described herein attributed to the suspension end 42. For example, the additional suspension end 43 may form an additional loop 41 for engaging or coupling an additional frame 15, thereby further suspending the canopy 12 from both the frame 14 and the additional frame 15.

WBD (US) 59404335v1

Appl. No.: 17/232,799
Amdt. Dated: November 7, 2022
Reply to Office Action dated July 6, 2022

Amendments to the Claims

1. – 20.    (Canceled)

21.    (Currently Amended)  A system for providing shade onto a surface, the system comprising:

a ~~first~~ frame defined by a plurality of sections and comprising a cable extending through one or more of the plurality of sections, each of the plurality of sections being engageable with at least one adjacent section to define the frame~~engageable with the surface, the first frame comprising at least one section engageable with the surface and arrangeable~~ in a supporting configuration and thereby disengageable to define the frame in a transport configuration;

a canopy~~sheet of material~~ extending between a first end and an opposing second end, the first end of the canopy~~sheet of material~~being coupleable with the ~~first~~ frame about a portion of the ~~first~~ frame~~, wherein the second end of the sheet of material is spaced apart from the portion of the first frame in the supporting configuration~~ such that the canopy~~sheet of material~~ is supportable by the ~~first~~ frame and at least partially supportable by wind in a first configuration for providing shade onto the surface;

at least one elastic strap that is engageable with or coupled to the first end of the canopy for securing the canopy to the frame, the at least one elastic strap having a higher coefficient of friction with respect to a coefficient of friction of the plurality of sections of the frame, wherein the at least one elastic strap is configured to wrap about the frame and fasten to itself for securing the canopy to the frame;

~~a securing element engageable with one or both of the first frame and the sheet of material, such that the sheet of material is supportable by the first frame and at least partially supportable by the securing element in a second configuration for providing shade onto the surface;~~

a container for housing and transporting at least one of the components of the system; ~~and~~

a cord having a first end and a second end, the first end or the second end of the

WBD (US) 59404335v1

cord being coupleable to at least one of the plurality of sections of the ~~first~~ frame or [[,]] the canopy~~sheet of material, and the support mechanism~~; ~~and~~

 ~~an~~a first anchor coupleable to the other of the second end or the first end of the cord and being in contact with the surface so that the ~~first~~ frame remains in the supporting configuration;

 a tail defined by the second end of the canopy; and

 a second anchor engageable with or coupleable to the tail and being in contact with the surface, such that the canopy is supportable by the frame and the second anchor in a second configuration for providing shade onto the surface.

22. (Currently Amended) The system of claim 21, wherein the canopy~~sheet of material~~ is a unitary sheet of material or comprises a plurality of sheets of material coupleable together.

23. (Currently Amended) The system of claim 22, wherein the plurality of sheets of material are selectively coupled together so that a first sheet of material is coupled with the ~~first~~ frame about a first end and a first end of a second sheet of material is removeably coupled to a second end of the first sheet of material.

24. (Currently Amended) The system of claim of claim 21, wherein the canopy~~sheet of material~~ has at least one set of parallel sides.

25. (Currently Amended) The system of claim 24, wherein the canopy~~sheet of material~~ has two sets of parallel sides.

26. (Currently Amended) The system of claim 21, wherein the canopy ~~sheet of material~~ comprises one or more vent holes defined within the ~~canopy~~ ~~sheet of material, one or more tails extending therefrom~~, one or more wind socks, or a combination thereof.

27. (Canceled)

WBD (US) 59404335v1

28. (Currently Amended) The system of claim 21, wherein the ~~first frame comprises a~~ plurality of sections ~~that~~ are arrangeable so that at least a first section and a second section are each engageable with the surface at first ends thereof and are coupleable to one another about opposing, second ends or are each respectively coupleable to first and second ends of at least one intermediate section arranged therebetween.

29. (Canceled)

30. (Canceled)

31. (Canceled)

32. (Currently Amended) The system of claim 21, wherein the ~~first~~ frame is directly engageable with the surface.

33. (Canceled)

34. (Canceled)

35. (Canceled)

36. (Canceled)

37. (Canceled)

38. (Currently Amended) The system of claim 21, wherein the container is the <u>first</u> anchor and <u>is capable of housing</u> ~~houses~~ weight when the container is inverted and when the container is non-inverted, and wherein the first end or the second end of the cord is coupleable to at least one

WBD (US) 59404335v1

of the ~~first~~ frame~~,~~ or the canopy~~sheet of material, and the support mechanism~~, and the other of the second end or the first end of the cord is coupleable to a portion of the container to serve as the first anchor for housing the weight.

39.     (Canceled)

40.     (New)  The system of claim 21, wherein the cable is affixed to an interior of one or more of the plurality of sections of the frame.

41.     (New)  The system of claim 21, wherein one or more of the plurality of sections of the frame form a curved shape when in the supporting configuration.

42.     (New)  The system of claim 21, wherein the first end of the canopy defines at least one loop configured for accepting the frame therethrough.

43.     (New)  A system for providing shade onto a surface, the system comprising:

a frame defined by a plurality of sections and comprising a cable extending therethrough, each of the plurality of sections being engageable with at least one adjacent section to define the frame in a supporting configuration and thereby disengageable to define the frame in a transport configuration, wherein each of a left end and a right end of the frame in the supporting configuration has a corkscrew shape for engaging a surface;

a canopy extending between a first end and an opposing second end, the first end of the canopy extending between a left end and a right end; and

at least one elastic strap that secures the canopy in position relative to the frame, wherein the second end of the canopy is spaced apart from the frame in the supporting configuration such that the canopy is supportable by the frame and at least partially supportable by wind in a first configuration for providing shade to the surface,

WBD (US) 59404335v1

Case 5:24-cv-00588-FL     Document 28-3     Filed 03/23/26     Page 175 of 338

wherein the at least one elastic strap that secures the canopy in position relative to the frame is elastic, the at least one elastic fastener having a higher coefficient of friction with respect to a coefficient of friction of the plurality of sections of the frame, and

wherein the second end of the canopy defines a tail, the tail being engageable with or coupleable to an anchor for securing the canopy into position.

44. (New) The system of claim 43, wherein the cable is affixed to an interior of one or more of the plurality of sections of the frame.

45. (New) The system of claim 43, wherein one or more of the plurality of sections of the frame form a curved shape when in the supporting configuration.

46. (New) The system of claim 43, wherein the first end of the canopy defines at least one loop configured for accepting the frame therethrough.

47. (New) A system for providing shade onto a surface, the system comprising:

a frame being maneuverable between a transport configuration and a supporting configuration, the frame being defined by a plurality of sections including:

a first section defining a left end of the frame with a corkscrew shape and engaged with the surface;

a last section defining a right end of the frame with a corkscrew shape and engaged with the surface;

one or more adjacent sections coupled into alignment between the first section and the last section, the one or more adjacent sections comprising a cable extending therethrough and being maneuverable between the transport configuration and the supporting configuration, the adjacent sections being configured to engage with the first section and the last section in the supporting configuration;

a canopy extending between a first end and an opposing second end, the first end of the canopy extending between a left end and a right end;

WBD (US) 59404335v1

at least one elastic strap that is engageable with or coupled to the first end of the canopy for securing the canopy to the frame, the at least one elastic strap having a higher coefficient of friction with respect to a coefficient of friction of the plurality of sections of the frame; and

wherein the at least one elastic strap is configured to wrap about the one or more adjacent sections of the frame and fasten to itself for securing the canopy to the frame, and

wherein the second end of the canopy defines a tail, the tail being engageable with or coupleable to an anchor for securing the canopy into position.

48.    (New)  The system of claim 47, wherein the cable is affixed to an interior of one or more of the plurality of sections of the frame.

49.    (New)  The system of claim 47, wherein one or more of the plurality of sections of the frame form a curved shape when in the supporting configuration.

50.    (New)  The system of claim 47, wherein the first end of the canopy defines at least one loop configured for accepting the frame therethrough.

WBD (US) 59404335v1

## REMARKS/ARGUMENTS

Reexamination and reconsideration of this application, withdrawal of the rejections, and formal notification of the allowability of all claims as presented are earnestly solicited in light of the claim amendments and the remarks that follow. Claims 1-20, 27, and 34-36 were previously canceled. With this Amendment, claims 21-26, 28, 32, and 38 are amended, while claims 29-31, 33, 37, 39 are canceled, and new claims 40-50 are added. No new matter has been added with this Amendment. Accordingly, claims 21-26, 28, 32, 38, and 40-50 are pending following this Amendment.

### Drawings

The drawings are objected to under 37 CFR § 1.83(a) as allegedly failing to show every feature of the invention specified in the claims. The examiner states that the "second configuration" recited in claim 21, the telescoping frame recited in Claim 30, the "second frame" recited in Claim 33, and the configuration where the cord is coupled to the second end recited in Claim 37 must be shown or the feature(s) canceled from the claim(s). Claims 30, 33, and 37 are now canceled, while the second configuration of claim 21 is now shown in new FIG. 8. Support for this new drawing comes from original FIG. 1, as well as paragraphs [0038] and [0051] of the originally-filed application. No new matter has been added. Applicant therefore respectfully requests that the objection to the drawings be withdrawn at this time.

Additionally, Applicant respectfully submits that new FIG. 9 is added to illustrate the corkscrew shape of the ends of the frame. Support for this new drawing comes from original FIG. 1, as well as paragraph [0051] of the originally-filed application. Accordingly, Applicant respectfully submits that no new matter is added by way of new FIG. 9.

### Specification

The specification is now amended in order to include reference to new FIGs. 8 and 9, as well as include reference numbers referring to the "tail(s)", which are now illustrated in FIGs. 8 and 9, and the "corkscrew shape" now illustrated in FIG. 9. No new matter is added with these amendments.

WBD (US) 59404335v1

<u>Claim Rejections – 35 USC § 112</u>

Claims 21-26, 28-33, 37-39 are rejected under 35 U.S.C. 112(a) or 35 U.S.C. 112 (pre-AIA), first paragraph, as allegedly failing to comply with the written description requirement. Specifically, the examiner states that the claim(s) contains subject matter which was not described in the specification in such a way as to enable one skilled in the art to which it pertains, or with which it is most nearly connected, to make and/or use the invention.

Claim 21 is rejected for reciting the "second configuration" and a "securing element". "Securing element" is now canceled from claim 21, such that this rejection is now moot. The "second configuration" is now shown in FIG. 8, where the tail and second anchor are labeled, and show the canopy being supportable by the frame and the tail engaged with or coupled to the second anchor in the second configuration. Support for the "second configuration" can be found in at least, for example, original FIG. 1, as well as paragraphs [0038] and [0051] of the originally-filed application. No new matter has been added.

Claims 33 and 37 are also rejected, but are now canceled (along with claims 29-31), such that this rejection is now moot. Thus, Applicant respectfully requests that the rejection of claims 21-26, 28-33, 37-39 under 35 U.S.C. § 112(a) be withdrawn at this time.


Claims 21-26, 28-33, and 37-39 are rejected under 35 U.S.C. 112(b) or 35 U.S.C. 112 (pre-AIA), second paragraph, as allegedly being indefinite for failing to particularly point out and distinctly claim the subject matter which the inventor or a joint inventor (or for applications subject to pre-AIA 35 U.S.C. 112, the applicant), regards as the invention. Specifically, claim 21 recites "the support mechanism" which renders the claim indefinite for lacking antecedent basis. This language is now canceled from claim 21. Applicant respectfully requests that the rejection of claim 21 under 35 U.S.C. § 112(b), and the claims depending therefrom, be withdrawn at this time.

<u>Claim Rejections – 35 USC § 103</u>

Claims 21-26, 28, 31-33, 38, and 39 are rejected under 35 U.S.C. 103 as being

WBD (US) 59404335v1

unpatentable over KR 101315166 to Kang in view of US Patent No. 4,924,893 to Furey.

Initially, Applicant notes that claims 31, 33, and 39 are now canceled. As such, Applicant respectfully submits that the rejection of these claims is now moot.

Independent claim 21 is the independent claim from which claims 22-26, 28, 32, and 38 depend. Independent claim 21 is now amended to further define at least the following elements of the claim:

1.    "at least one elastic strap that is engageable with or coupled to the first end of the canopy for securing the canopy to the frame, the at least one elastic strap having a higher coefficient of friction with respect to a coefficient of friction of the plurality of sections of the frame, wherein the at least one elastic strap is configured to wrap about the frame and fasten to itself for securing the canopy to the frame". Support is found in at least, for example, paragraphs [0039] and [0040] of the originally-filed application.

2.    "a tail defined by the second end of the canopy; and a second anchor engageable with or coupleable to the tail and being in contact with the surface, such that the canopy is supportable by the frame and the second anchor in a second configuration for providing shade onto the surface." Support is found in at least, for example, paragraphs [0038] and [0051] of the originally-filed application.

*The cited combination of references does not disclose an elastic strap having a higher coefficient of friction with respect to a coefficient of friction of the plurality of sections of the frame.*

Applicant further respectfully submits that this combination of references does not at least disclose at least one elastic strap that is engageable with or coupled to the first end of the canopy for securing the canopy to the frame, the at least one elastic strap having a higher coefficient of friction with respect to a coefficient of friction of the plurality of sections of the frame.

In particular, Kang does not at all disclose the claimed at least one elastic strap that is engageable with or coupled to the first end of the canopy for securing the canopy to the frame, the at least one elastic strap having a higher coefficient of friction with respect to a coefficient of

WBD (US) 59404335v1

friction of the plurality of sections of the frame. Indeed, Kang is completely silent as to material of the strap, and as such does not at all disclose that the support piece 220 is elastic. Since Kang is also silent as to a frame including a plurality of sections, it follows then that Kang cannot and does not disclose that the support piece 220 has a higher coefficient of friction with respect to a coefficient of friction of the plurality of sections of the frame. Furey likewise does not disclose this element. Thus, the combination of Kang separately or in combination with Furey cannot and does not teach, suggest, provide motivation for, or otherwise render predictable at least this element of independent claim 21.

*The cited combination of references does not disclose that the at least one elastic strap is configured to wrap about the frame and fasten to itself.*

Applicant further respectfully submits that this combination of references does not at least disclose wherein the at least one elastic strap is configured to wrap about the frame and fasten to itself for securing the canopy to the frame as now recited in independent claim 21.

Applicant respectfully submits that Kang is silent as to the use of a self-attaching fastener. Furey likewise does not disclose this element. Thus, the combination of Kang separately or in combination with Furey cannot and does not teach, suggest, provide motivation for, or otherwise render predictable at least this element of independent claim 21.

*The cited combination of references does not disclose a second anchor engageable with or coupleable to a tail defined by the second end of the canopy.*

Applicant further respectfully submits that this combination of references does not at least disclose a tail defined by the second end of the canopy; and a second anchor engageable with or coupleable to the tail and being in contact with the surface, such that the canopy is supportable by the frame and the second anchor in a second configuration for providing shade onto the surface as now recited in independent claim 21.

Applicant respectfully submits that Kang is silent as to the use of a second anchor engageable with or coupleable to a tail defined by the second end of the canopy. Furey likewise does not disclose this element as Furey is directed to a traditional beach umbrella. Thus, the

WBD (US) 59404335v1

combination of Kang separately or in combination with Furey cannot and does not teach, suggest, provide motivation for, or otherwise render predictable at least this element of independent claim 21.

Claim 29 is rejected under 35 U.S.C. 103 as being unpatentable over Kang as modified as applied to claim 21 above, and further in view of Seo in US Publication 2003/0089390.

Claim 29 is now canceled. Therefore, Applicant respectfully submits that this rejection is now moot.

Claim 30 is rejected under 35 U.S.C. 103 as being unpatentable over Kang as modified as applied to claim 21 above, and further in view of Moss in US Patent 3,394,720.

Claim 30 is now canceled. Therefore, Applicant respectfully submits that this rejection is now moot.

<u>New Claims</u>

New dependent claims 40-42 are now added and depend from independent claim 21. Support for the newly added claims can be found in at least, for example, FIG.1 and the corresponding description, and paragraphs [0037], [0043], and [0045] of the published application. No new matter has been added. Applicant respectfully submits that at least these new dependent claims are non-obvious in view of the cited references for at least their dependency on independent claim 21.

New independent claims 43 and 47 are now added. Support for the newly added claims can be found in at least, for example, independent claim 21, FIG.1 and the corresponding description, and paragraphs [0037], [0039], and [0051] of the published application. No new matter has been added. Dependent claims 44-46, depending from claim 43, and dependent claims 48-50 depending from claim 47 are also added.

Applicant respectfully submits independent claims 43 and 47, is/are non-obvious in view of the cited references for at least the reasons stated above with regard to independent claim 21. For example, Kang separately or in combination with Furey fails to teach, suggest, provide

motivation for, or otherwise render predictable <u>a frame defined by a plurality of sections and comprising a cable extending therethrough, each of the plurality of sections being engageable with at least one adjacent section to define the frame in a supporting configuration and thereby disengageable to define the frame in a transport configuration, wherein each of a left end and a right end of the frame in the supporting configuration has a corkscrew shape for engaging a surface; a canopy extending between a first end and an opposing second end, the first end of the canopy extending between a left end and a right end; and at least one elastic strap that secures the canopy in position relative to the frame, wherein the second end of the canopy is spaced apart from the frame in the supporting configuration such that the canopy is supportable by the frame and at least partially supportable by wind in a first configuration for providing shade to the surface, wherein the at least one elastic strap that secures the canopy in position relative to the frame is elastic, the at least one elastic fastener having a higher coefficient of friction with respect to a coefficient of friction of the plurality of sections of the frame, and wherein the second end of the canopy defines a tail, the tail being engageable with or coupleable to an anchor for securing the canopy into position</u> as recited in independent claim 43, or <u>a frame being maneuverable between a transport configuration and a supporting configuration, the frame being defined by a plurality of sections including: a first section defining a left end of the frame with a corkscrew shape and engaged with the surface; a last section defining a right end of the frame with a corkscrew shape and engaged with the surface; one or more adjacent sections coupled into alignment between the first section and the last section, the one or more adjacent sections comprising a cable extending therethrough and being maneuverable between the transport configuration and the supporting configuration, the adjacent sections being configured to engage with the first section and the last section in the supporting configuration; a canopy extending between a first end and an opposing second end, the first end of the canopy extending between a left end and a right end; at least one elastic strap that is engageable with or coupled to the first end of the canopy for securing the canopy to the frame, the at least one elastic strap having a higher coefficient of friction with respect to a coefficient of friction of the plurality of sections of the frame; and wherein the at least one elastic strap is configured to wrap about the one or more adjacent sections of the frame and fasten to itself for securing the canopy to the frame, and</u>

<u>wherein the second end of the canopy defines a tail, the tail being engageable with or coupleable to an anchor for securing the canopy into position,</u> as recited in independent claim 47.

Consequently, and for at least these reasons, independent claims 43 and 47, and the claims depending therefrom, are not rendered obvious by Kang separately or in combination with Furey.

WBD (US) 59404335v1

Appl. No.: 17/232,799
Amdt. Dated: November 7, 2022
Reply to Office Action dated July 6, 2022

## <u>CONCLUSION</u>

It is not believed that extensions of time or fees for net addition of claims are required, beyond those that may otherwise be provided for in documents accompanying this paper. However, in the event that additional extensions of time are necessary to allow consideration of this paper, such extensions are hereby petitioned under 37 CFR § 1.136(a), and any fee required therefor (including fees for net addition of claims) is hereby authorized to be charged to Deposit Account No. 09-0528.

Respectfully submitted,

**Customer No. 26158**
**Womble Bond Dickinson (US) LLP**
Attn: Patent Docketing
P.O. Box 570489
Atlanta, GA 30357-0037
Tel Raleigh Office (919) 755-2100
Fax Raleigh Office (919) 755-2150

/lauren f. anderson/

Lauren F. Anderson
Registration No. 69,344

*ELECTRONICALLY FILED USING THE EFS-WEB ELECTRONIC FILING SYSTEM OF THE UNITED STATES PATENT AND TRADEMARK OFFICE ON NOVEMBER 7, 2022.*

WBD (US) 59404335v1

Case 5:24-cv-00588-FL    Document 28-3    Filed 03/23/26    Page 185 of 338

<table>
<tr><td rowspan="2" colspan="2"><b>INFORMATION DISCLOSURE STATEMENT BY APPLICANT</b></td><td colspan="2"><b>Complete if Known</b></td></tr>
</table>

| | | | |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | | Application Number | 17/232,799 |
| | | Filing Date | April 16, 2021 |
| | | First Named Inventor | Dane Brooks Barnes |
| | | Art Unit | 3636 |
| | | Examiner Name | Hawk, Noah Chandler |
| Sheet | 1 of 2 | Attorney Docket Number | **S105508 1010US.C3 (0010.3)** |

## U. S. PATENT DOCUMENTS

| Examiner Initials* | Cite No. | Document Number<br>Number - Kind Code (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages of Relevant Figures Appear |
|---|---|---|---|---|---|
| | 45 | US-1,571,295 | 02-02-1926 | Newman | |
| | 46 | US-2,190,566 | 02-13-1940 | Julian | |
| | 47 | US-2,554,688 | 05-29-1951 | Vollweiler | |
| | 48 | US-2,963,031 | 12-06-1960 | Carroll | |
| | 49 | US-3,190,300 | 06-22-1965 | Wear'n | |
| | 50 | US-3,286,962 | 11-22-1966 | Warth | |
| | 51 | US-4,739,784 | 04-26-1988 | Fast | |
| | 52 | US-4,750,508 | 06-14-1988 | Tatoian | |
| | 53 | US-5,046,699 | 09-10-1991 | Perreault *et al.* | |
| | 54 | US-5,358,209 | 10-25-1994 | Ward | |
| | 55 | US-5,546,971 | 08-20-1996 | Leonhardt | |
| | 56 | US-5,823,217 | 10-20-1998 | Rice | |
| | 57 | US-6,321,861 | 11-27-2001 | Leichter | |
| | 58 | US-7,021,866 | 04-04-2006 | Keefe | |
| | 59 | US-7,191,996 | 03-20-2007 | Patsalaridis | |
| | 60 | US-9,903,134 | 02-27-2018 | Munnerlyn | |
| | 61 | US-D263,984 | 04-20-1982 | Moss | |
| | 62 | US-D363,755 | 10-31-1995 | Diederich | |
| | 63 | US-D397,401 | 08-25-1998 | Diederich | |
| | 64 | US-D398,363 | 09-15-1998 | LoBue | |
| | 65 | US-D421,532 | 03-14-2000 | Koroncai | |
| | 66 | US-D555,748 | 11-20-2007 | Gyr *et al.* | |
| | 67 | US-D577,092 | 09-16-2008 | West | |
| | 68 | US-D593,315 | 06-02-2009 | Zemel | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*Examiner:  Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

*ELECTRONICALLY FILED USING THE EFS-WEB ELECTRONIC FILING SYSTEM OF THE UNITED STATES PATENT AND TRADEMARK OFFICE ON NOVEMBER 7, 2023*

WBD (US) 59405375v1

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | | Complete if Known | |
|---|---|---|---|---|
| | | | Application Number | 17/232,799 |
| | | | Filing Date | April 16, 2021 |
| | | | First Named Inventor | Dane Brooks Barnes |
| | | | Art Unit | 3636 |
| | | | Examiner Name | Hawk, Noah Chandler |
| Sheet | 2 | of | 2 | Attorney Docket Number | **S105508 1010US.C3 (0010.3)** |

### U. S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| | 69 | US-D630,834 | 01-18-2011 | Cohen |
| | 70 | US-D739,555 | 09-22-2015 | McAlister |
| | 71 | US-D741,437 | 10-20-2015 | Zimmer *et al.* |
| | 72 | US-D843,200 | 03-19-2019 | Tjerrild |
| | 73 | US-D859,808 | 09-17-2019 | Goldszer |
| | 74 | US-D877,486 | 03-10-2020 | Chen |
| | 75 | US-D928,899 | 08-24-2021 | Zhu |
| | 76 | US-D947,975 | 04-05-2022 | Lah |
| | 77 | US-D948,653 | 04-12-2022 | Lah |
| | 78 | US-D960,277 | 08-09-2022 | Lah |
| | 79 | US-1,129,194 | 02-23-1915 | Hanley |
| | 80 | US-10,066,417 | 09-04-2018 | Linyard *et al.* |
| | 81 | US-10,602,817 | 03-31-2020 | Price |
| | 82 | US-11,156,012 | 10-26-2021 | Graham |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No. | Foreign Patent Document — Country Code - Number Kind Code (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | English Language Translation Attached |
|---|---|---|---|---|---|---|
| | 83 | WO 2011/012969 A2 | 02-03-2011 | De Pasquale | | |
| | 84 | WO 2020/089599 A1 | 05-07-2020 | Osborne | | |

### OTHER DOCUMENTS

| Examiner Initials* | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s) , volume-issue number(s), publisher, city and/or country where published. | English Language Translation Attached |
|---|---|---|---|
| | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*Examiner:  Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

*ELECTRONICALLY FILED USING THE EFS-WEB ELECTRONIC FILING SYSTEM OF THE UNITED STATES PATENT AND TRADEMARK OFFICE ON NOVEMBER 7, 2023*

WBD (US) 59405375v1

(12) INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)

(19) World Intellectual Property Organization
International Bureau

(43) International Publication Date
3 February 2011 (03.02.2011)

PCT



(10) International Publication Number
**WO 2011/012969 A2**

(51) International Patent Classification:
*E04H 15/00* (2006.01)

(21) International Application Number:
PCT/IB2010/001824

(22) International Filing Date:
26 July 2010 (26.07.2010)

(25) Filing Language: Italian

(26) Publication Language: English

(30) Priority Data:
TA2009A000003 27 July 2009 (27.07.2009) IT

(72) Inventor; and
(71) Applicant : DE PASQUALE, Giancarlo [IT/IT]; Via
Bobe, 12, I-74122 San Vito Frazione di Taranto (IT).

(74) Agents: JORIO, Paolo et al.; c/o Studio Torta S.r.l., Via
Viotti, 9, I-10121 Torino (IT).

(81) Designated States *(unless otherwise indicated, for every
kind of national protection available)*: AE, AG, AL, AM,
AO, AT, AU, AZ, BA, BB, BG, BH, BR, BW, BY, BZ,
CA, CH, CL, CN, CO, CR, CU, CZ, DE, DK, DM, DO,
DZ, EC, EE, EG, ES, FI, GB, GD, GE, GH, GM, GT,
HN, HR, HU, ID, IL, IN, IS, JP, KE, KG, KM, KN, KP,
KR, KZ, LA, LC, LK, LR, LS, LT, LU, LY, MA, MD,
ME, MG, MK, MN, MW, MX, MY, MZ, NA, NG, NI,
NO, NZ, OM, PE, PG, PH, PL, PT, RO, RS, RU, SC, SD,
SE, SG, SK, SL, SM, ST, SV, SY, TH, TJ, TM, TN, TR,
TT, TZ, UA, UG, US, UZ, VC, VN, ZA, ZM, ZW.

(84) Designated States *(unless otherwise indicated, for every
kind of regional protection available)*: ARIPO (BW, GH,
GM, KE, LR, LS, MW, MZ, NA, SD, SL, SZ, TZ, UG,
ZM, ZW), Eurasian (AM, AZ, BY, KG, KZ, MD, RU, TJ,
TM), European (AL, AT, BE, BG, CH, CY, CZ, DE, DK,
EE, ES, FI, FR, GB, GR, HR, HU, IE, IS, IT, LT, LU,
LV, MC, MK, MT, NL, NO, PL, PT, RO, SE, SI, SK,
SM, TR), OAPI (BF, BJ, CF, CG, CI, CM, GA, GN, GQ,
GW, ML, MR, NE, SN, TD, TG).

Published:
— *without international search report and to be republished
upon receipt of that report (Rule 48.2(g))*

(54) Title: A SHADE STRUCTURE FOR BEACH, GARDEN AND OPEN-SPACE USE IN GENERAL



Fig. 1

(57) Abstract: A shade structure for beach, garden and open- space use in general, and particularly suitable for individual use in a reclining position. The present invention serves as a "sunshade", a category of articles substantially marketed in the form of umbrellas. Known articles of this sort have a wood or metal structure and a fabric canopy, and are both bulky and awkward to handle. The present invention differs substantially from the former in terms of both structure and strictly individual use. As shown in Figure 1 of the drawings, the invention is characterized by a low-mounted, arc-shaped canopy for use in a reclining position, and can be set up quickly and easily. When dismantled, the component parts of the structure are compact enough to fit into a bag.

Case 5:24-cv-00588-FL    Document 28-3    Filed 03/23/26    Page 188 of 338

A SHADE STRUCTURE FOR BEACH, GARDEN AND OPEN-SPACE USE IN GENERAL

BACKGROUND ART

As is known, articles, which are technically "sunshades", are marketed for providing shade from the sun in open spaces, such as beaches, gardens, terraces, etc., and normally comprise small or large umbrellas with a more or less circular canopy.

Known articles of this sort comprise a wood or metal structure and a fabric canopy, and are invariably bulky and awkward to handle, i.e. to carry from one place to another, for beach use, for example.

For use in open residential spaces, ballast is also required to stabilize the supporting pole.

When used on beaches, more often with the user in a reclining than a sitting position, and so requiring a larger shade area, the high-fitted canopy and movement of the sun produce a rapid change in shade, thus continually exposing parts of the user's body to the sun.

Though a sunshade for leisure use, in the same way as conventional umbrellas, the present invention differs substantially in terms of both structure and strictly individual use.

DISCLOSURE OF INVENTION

It is an object of the present invention to provide a shade structure, particularly for beach, garden and

Case 5:24-cv-00588-FL    Document 28-3    Filed 03/23/26    Page 189 of 338

open-space use in general, which is lightweight, can be assembled quickly, and is easy to handle and carry.

The structure according to the invention is designed so it can be set up quickly and easily, and, when dismantled, is compact enough to fit into a bag.

The shade structure according to the invention is highly reliable and safe, and is easy to produce using readily available parts and materials.

As such, the present invention is also competitive economically.

The above and other aims explained below are achieved by a shade structure, for beach, garden, and open-space use in general, in accordance with the present invention, and which comprises a canopy supported by a lightweight structure.

The canopy or sunshade may substantially comprise a rectangular cane mat, which is characteristically rigid lengthwise of, and fully flexible crosswise to the interlaced canes, so it can be rolled up tightly. Alternatively, the canopy may comprise a mat of synthetic strips or any fabric that can be stiffened perpendicular to the supporting structure.

Such stiffening is necessary to achieve lateral stability of the structure as a whole.

The canopy, hereinafter referred to simply as a "mat", is provided, along the two longitudinal edges of one of its two faces, with two tubular pockets, in which to insert the supporting structure, and which comprise

Case 5:24-cv-00588-FL    Document 28-3    Filed 03/23/26    Page 190 of 338

strips of fabric or similar synthetic material, stitched to the mat.

The supporting structure comprises two thin flexible rods, in turn comprising a number of thin hollow tubes made of fibreglass or other flexible material, connected end to end by short connecting sleeves, and strung on a thin elastic cord.

The elastic cord serves to hold the tubes of each rod together, for faster, easier assembly and disassembly.

Each rod, which is preferably longer than the mat, may comprise a varying number of individual tubes, depending on the size required.

The first and last tube of each rod are fitted on their free ends with preferably metal tips, similar to the connecting sleeves.

Once inserted inside the tubular pockets on the mat, the two rods are connected at both ends by two rigid tubes - hereinafter referred to as "end tubes" - made of fibreglass, aluminium or other lightweight material.

The end tubes are bent 90° at both ends, i.e. are fitted with curved fittings into which the tips of the two rods are inserted.

To set up the structure according to the present invention, the two end tubes are brought closer together by means of two thin tensioning straps, shorter than the rods, so that the rods flex to form the structure into

an arc shape.

For easy connection, the two end tubes are fitted with click-on fasteners that attach to similar fasteners on the ends of the tensioning straps.

The radius of the arc can be adjusted by adjusting the length of the tensioning straps by means of an adjusting device, to achieve a higher, shorter or lower, longer structure.

When assembled, as described above, and placed on the ground, the structure according to the invention provides shade from the sun by means of the mat, and allows the user to lie underneath.

Because the mat is closer to the ground than ordinary marketed canopies, the shade travels less in relation to the movement of the sun, and so lasts longer.

If a mat much shorter than the supporting rods is preferred to improve ventilation, the structure according to the invention, when assembled, allows the mat to slide along the supporting rods to adjust the shade area.

For beach or garden use, the structure according to the invention can be secured quickly to the ground using (preferably four) plastic stakes with grooves on the top end, which click onto the end tubes. This is advisable in windy conditions, in which case, the tensioning straps may be removed.

Being made of flat strips of nylon laid on the

ground, the tensioning straps, even if not removed, in no way affect performance of the structure according to the invention.

BRIEF DESCRIPTION OF THE DRAWINGS

A preferred, non-limiting embodiment of the invention will now be described by way of example with reference to the accompanying drawings, in which :

Figure 1 shows a view in perspective of the shade structure as a whole;

Figure 2 shows a spread-out view in perspective of the underside of the canopy, i.e. mat, complete with the two tubular supporting rod pockets;

Figure 3 shows the component parts of one of the two supporting rods prior to assembly;

Figure 4 shows how the supporting rod is assembled;

Figure 5 shows an assembled supporting rod;

Figure 6 shows a spread-out view in perspective of the mat, with the two supporting rods inserted inside the tubular pockets;

Figure 7 shows a view in perspective of one of the two end tubes, for connecting the two supporting rods, fitted with two short nylon straps with click-on end fasteners;

Figure 8 shows a detail in perspective of the tip of one of the two supporting rods connected to a curved fitting on an end tube;

Figures 9 and 10 show one of the two nylon tensioning straps rolled up and unrolled respectively,

Case 5:24-cv-00588-FL    Document 28-3    Filed 03/23/26    Page 193 of 338

and fitted with click-on fasteners at the ends, and an intermediate length-adjusting device;

Figure 11 shows a detail of the tensioning strap fastened to the nylon strap on the end tube;

Figures 12 and 13 show views in perspective of the invention assembled, and how the mat slides along the supporting rods; Figure 12 shows the mat positioned centrally, and Figure 13 the mat positioned at one end;

Figure 14 shows one of the stakes designed to fit to the end tubes to secure the structure to the ground in strong wind conditions;

Figure 15 shows a detail of one of the stakes attached to the end tube;

Figure 16 shows the structure as a whole, fitted with the stakes.

BEST MODE FOR CARRYING OUT THE INVENTION

Number 1 in the accompanying drawings indicates as a whole a shade structure for beach, garden and open-space use in general, and which comprises a canopy 2, hereinafter referred to as a mat, with parallel tubular pockets 3 along the edges 4 of the mat.

Mat 2 is characterized by being fairly rigid crosswise, i.e. perpendicular to the tubular pockets, and fully flexible lengthwise, so as to adapt to the arc shape of the assembled structure and roll up when not in use. In other words, mat 2 has different degrees of rigidity in two perpendicular directions, and the greater rigidity perpendicular to the tubular pockets

Case 5:24-cv-00588-FL    Document 28-3    Filed 03/23/26    Page 194 of 338

braces the flexible rods 5 to prevent collapse of the rods and ensure stability of the shade structure even in the event of transverse stress.

Flexible rods 5 are formed by connecting individual tubes 6 end to end by means of short sleeves 7. The individual tubes of each rod are strung on an elastic cord 8.

The ends of the rods are fitted with tips 9, which fit inside cylindrical seats 10 of end tubes 11 fitted with curved fittings 12.

Each end tube has two appendixes 13 defined by short nylon straps, each with a click-on fastener 14.

The structure tensioning straps 15 are fitted on the ends with click-on fasteners 14 for connection to similar fasteners on the end tubes.

To adjust the arc of the structure, the tensioning straps are fitted with length adjusters 16.

The non-limiting embodiment shown of the shade structure for beach, garden and open-space use in general according to the invention is assembled as follows :

mat 2 is first laid out with its underside face, fitted with tubular pockets 3, facing upwards;

rods 5 are inserted inside pockets 3, aligning and connecting tubes 6 as the rods are inserted;

when the rods come out at the other end, tips 9 are inserted inside cylindrical seats 10 on end tubes 11;

tensioning straps 15 are then connected by click-on

Case 5:24-cv-00588-FL    Document 28-3    Filed 03/23/26    Page 195 of 338

fasteners 14 to appendixes 13 of a first of the two end tubes;

holding down the second end tube, the tensioning straps are pulled to arc the structure, and therefore the mat;

the free ends of the tensioning straps are fastened to the second end tube;

and the lightweight structure so assembled is turned over and ready for use.

Particularly in windy conditions, the structure can be secured to the ground using stakes 17 with grooves 18 which click onto the end tubes.

The structure is dismantled even more easily.

Once dismantled, the component parts of the structure can be rolled up inside the mat and bagged.

The aims of the present invention are thus clearly achieved.

Changes may obviously be made to the structure as described herein without, however, departing from the scope of the invention.

Moreover, all the component parts may be replaced with technical equivalents.

In other words, any changes may be made in terms of materials, size, and shape, providing they are compatible with the specific use proposed.

Case 5:24-cv-00588-FL    Document 28-3    Filed 03/23/26    Page 196 of 338

CLAIMS

1) A shade structure (1) for beach, garden and open-space use in general, comprising a supporting structure (5, 11, 15) with two rods (5) flexible into an arc shape; and a canopy (2) fitted to the two rods (5); the canopy (2) having two different degrees of rigidity in two perpendicular directions; the greater rigidity being crosswise to the rods (5) to brace the rods (5) when arced; and the lesser rigidity being tangent to each point along the arc shape of the rods (5).

2) A shade structure as claimed in the foregoing Claims, characterized in that the canopy (2) comprises, along the edges of its two long sides, two tubular pockets (3) into which the rods (5) are inserted.

3) A shade structure as claimed in one or more of the foregoing Claims, characterized in that the rods (5) comprise a number of connectable members (6).

4) A shade structure as claimed in one or more of the foregoing Claims, characterized in that the supporting structure comprises two end tubes (11); and respective fittings (12) for connecting the ends of the rods (5) rigidly to the ends of the end tubes (11).

5) A shade structure as claimed in one or more of the foregoing Claims, characterized by comprising at least one strap (15) shorter than and connectable to the rods (5) to form the rods into the arc shape.

6) A shade structure as claimed in Claims 4 and 5,

Case 5:24-cv-00588-FL    Document 28-3    Filed 03/23/26    Page 197 of 338

wherein the strap (15) is connected between the two end tubes (11).

7) A shade structure as claimed in Claims 5 and 6, characterized in that the length of the strap (15) is adjustable to adjust the radius of the arc shape.

8) A shade structure as claimed in one or more of the foregoing Claims, characterized in that the canopy (2) is slidable along the rods (5) to adjust the position of the shade area.

9) A shade structure as claimed in one or more of the foregoing Claims, when dependent on Claim 4, characterized by comprising a number of stakes (17) connectable to the end tubes (11) to secure the supporting structure (5, 11, 15) to the ground.



Fig. 1

Fig. 2



Fig. 3

Fig. 4

Fig. 5

Case 5:24-cv-00588-FL    Document 28-3    Filed 03/23/26    Page 200 of 338



Fig. 6

Fig. 7

Fig. 8

Fig. 9

Fig. 10

Fig. 11

Case 5:24-cv-00588-FL     Document 28-3     Filed 03/23/26     Page 201 of 338



Fig. 12



Fig. 13

Case 5:24-cv-00588-FL    Document 28-3    Filed 03/23/26    Page 202 of 338



Fig. 14

Fig. 15



Fig. 16

(12) INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)

(19) World Intellectual Property
Organization
International Bureau

(43) International Publication Date
07 May 2020 (07.05.2020)



WIPO | PCT

(10) International Publication Number
**WO 2020/089599 A1**

(51) International Patent Classification:
*E04H 15/58* (2006.01)        *A45B 23/00* (2006.01)

(21) International Application Number:
PCT/GB2019/053047

(22) International Filing Date:
29 October 2019 (29.10.2019)

(25) Filing Language:        English

(26) Publication Language:        English

(30) Priority Data:
1817615.6        29 October 2018 (29.10.2018)        GB

(72) Inventor; and
(71) Applicant: OSBORNE, Mark [GB/DE]; Brueckensteig 6, Lueneburg, 21339 Niedersachen (DE).

(74) Agent: KEMP, Paul Geoffrey; Invicta Ip Ltd, Petts Wood, 18C Fairfield Road, Orpington Kent BR5 1JR (GB).

(81) Designated States *(unless otherwise indicated, for every kind of national protection available)*: AE, AG, AL, AM, AO, AT, AU, AZ, BA, BB, BG, BH, BN, BR, BW, BY, BZ, CA, CH, CL, CN, CO, CR, CU, CZ, DE, DJ, DK, DM, DO, DZ, EC, EE, EG, ES, FI, GB, GD, GE, GH, GM, GT, HN, HR, HU, ID, IL, IN, IR, IS, JO, JP, KE, KG, KH, KN, KP, KR, KW, KZ, LA, LC, LK, LR, LS, LU, LY, MA, MD, ME, MG, MK, MN, MW, MX, MY, MZ, NA, NG, NI, NO, NZ, OM, PA, PE, PG, PH, PL, PT, QA, RO, RS, RU, RW, SA, SC, SD, SE, SG, SK, SL, SM, ST, SV, SY, TH, TJ, TM, TN, TR, TT, TZ, UA, UG, US, UZ, VC, VN, ZA, ZM, ZW.

(84) Designated States *(unless otherwise indicated, for every kind of regional protection available)*: ARIPO (BW, GH, GM, KE, LR, LS, MW, MZ, NA, RW, SD, SL, ST, SZ, TZ, UG, ZM, ZW), Eurasian (AM, AZ, BY, KG, KZ, RU, TJ, TM), European (AL, AT, BE, BG, CH, CY, CZ, DE, DK, EE, ES, FI, FR, GB, GR, HR, HU, IE, IS, IT, LT, LU, LV, MC, MK, MT, NL, NO, PL, PT, RO, RS, SE, SI, SK, SM,

(54) Title: PORTABLE SUN SHADES



Figure 1

(57) Abstract: A portable sun shade is disclosed having an arched pole and a canopy; the canopy comprising a first sheet (16) and a support; the support and the arched pole forming a frame which is connected to the first sheet (16) at substantially one edge of the sheet; the sun shade further comprising at least one anchor (20); and at least one edge of the canopy being raised from the ground on which the portable sun shade is placed, canopy comprising at least one further sheet (28), arranged substantially in parallel to the first sheet (16), and at least two ribs (30) connected between the first sheet (16) and further sheet (28), wherein the ribs (30) are arranged to be substantially perpendicular to the sheets in use to form a parafoil.

Case 5:24-cv-00588-FL    Document 28-3    Filed 03/23/26    Page 204 of 338

*[Continued on next page]*

TR), OAPI (BF, BJ, CF, CG, CI, CM, GA, GN, GQ, GW, KM, ML, MR, NE, SN, TD, TG).

**Declarations under Rule 4.17:**
— *as to the identity of the inventor (Rule 4.17(i))*
— *as to applicant's entitlement to apply for and be granted a patent (Rule 4.17(ii))*

**Published:**
— *with international search report (Art. 21(3))*

Case 5:24-cv-00588-FL    Document 28-3    Filed 03/23/26    Page 205 of 338

# Description

## Title of Invention: PORTABLE SUN SHADES

## Technical Field

[0001]    The invention relates to a portable sun shade.

## Background Art

[0002]    Tents, parasols, umbrellas and the like are often utilised by beach- and park-goers to provide shade. However, it is a well-known issue that wind can hinder the usefulness or comfort of these devices. Even assembling or dismantling these known devices can be extremely tricky if even a moderate wind is blowing.

[0003]    For example, tents are notoriously difficult to put up in wind and can be buffeted by wind once erected, which can undermine the structural integrity of the tent. Parasols and the like are also made less sturdy by wind and usually need to be adjusted frequently to keep them from toppling or inverting.

[0004]    US 2012/0291830 of Crimi describes a canopy with a stanchion and sunshade, in which wind blows the canopy up to a horizontal position. This arrangement thus requires wind to maintain its preferred shape. In a low wind, the canopy is likely to drop down, rendering it less useful. Furthermore, that arrangement is likely to require regular repositioning to reflect changing wind direction. US 3285546 of Jalbert discloses a parafoil, shaped to provide lift so as to provide a means to suspend equipment above ground. US 2015/0354244 of Fernandez Gonzalez discloses a sun shade which applies the disclosure of Jalbert to the sun shade filed. However, the arrangement of Fernandez Gonzalez appears to require an incident wind to maintain its function as a sun shade because, absent a suitable wind, the device is likely to drop to the ground. Furthermore, the arrangement is likely to require regular repositioning to reflect changing wind direction. Thus, an improved sun shade is sought.

## Disclosure of Invention

[0005]    The present inventive concept is directed to a portable sun shade having an arched pole and a canopy; the canopy comprising a first sheet and a support; the support and the arched pole forming a frame which is connected to the first sheet at substantially one edge of the sheet; the sun shade further comprising at least one anchor; and at least one edge of the canopy being raised from the ground on which the portable sun shade is placed, canopy comprising at least one further sheet, arranged substantially in parallel to the first sheet, and at least two ribs connected between the first sheet and further sheet, wherein the ribs are arranged to be substantially perpendicular to the sheets in use.

Case 5:24-cv-00588-FL     Document 28-3     Filed 03/23/26     Page 206 of 338

[0006]     This configuration provides a portable sun shade which has improved stability in normal environmental conditions such as wind, as well as under low wind conditions. Adjustment of the sun shade's orientation, such as due to changes of wind direction, is also reduced. This configuration also provides a sun shade with improved ventilation for a user because air can pass underneath the canopy. The or each region bounded by sheets and ribs forms a cell. A cell has a finite depth. Air flow through a cell may cause the cell to inflate and thus become relatively rigid. Such an arrangement is often referred to as a parafoil.

[0007]     Preferably the cells are substantially closed at one end. Preferably, the parafoil is positioned in use so that the or each closed end is arranged approximately down-wind from an open end. Alternatively, one or more cells may be open at both ends, which may be suitable for high-wind situations. The cross-sectional area of the cells preferably reduces from the front (i.e. open) end towards the rear (i.e. closed) end. This provides the advantage that air pressure within the cells is increased as wind blows into the or each cell. The reduced cross-sectional area towards the rear of the cells improves stability of the canopy. Incident breeze or wind will act to inflate the or each cell increasing the strength of the canopy. However, when there is little or no wind, the frame comprising the support and arched pole holds the canopy in position.

[0008]     At least one of the ribs may have an aperture formed therein. Air pressure may thus be approximately balanced between adjacent cells. This aims to provide for improved stability. Preferably, each rib has at least one aperture. Thus, air pressure between all cells may be approximately balanced, with the aim of maximising stability of the canopy, in use.

[0009]     The canopy may further comprise a compartment which is perpendicular to each cell and located towards the rear end of the cells. The compartment may be common to each cell. The compartment may be in air communication with each cell. The compartment may comprise a wall separating the compartment and an adjacent cell. The wall may comprise an aperture. The wall may comprise an aperture at each cell. Thus, air pressure between the cells and the compartment may be approximately balanced, with the aim of maximising stability of the canopy, in use. The parafoil may have a smaller total area than the canopy as a whole. The canopy may further comprise a deflecting region which is arranged to direct air into the parafoil. The canopy has a rear end which is typically downwind in use and a front end which is typically upwind in use. The rear end of the canopy may be positioned at a greater height than the front end of the canopy. The stability of the sun shade is thus improved. The parafoil may therefore be inclined towards the rear of the canopy.

[0010]     The sun shade will usually be positioned with the arched pole approximately perpendicular to prevailing wind, and thus the sun shade will usually in use have a front

Case 5:24-cv-00588-FL     Document 28-3     Filed 03/23/26     Page 207 of 338

part which is generally up-wind from a back part which is generally down-wind thereof.

[0011]    At least one anchor is attached to substantially the front part of the sun shade. The sun shade may further comprise a plurality of anchors. Anchors stabilise the frame and prevent the frame from toppling.

[0012]    Preferably when more than one anchor is used, they are arranged approximately equally spaced around the sun shade in respect of one another. This provides further balance and stability to the sun shade. Each anchor may comprise a fillable bag. A bag may be filled with material such as sand or a fluid such as water to increase the weight of the bag. Suitable materials might be found at or near a site where the sun shade is to be used. Thus, bags need not be heavy when not in use, with the aim of minimising the overall weight of the sun shade when not in use. In use the bags can be straight-forwardly filled to increase their weight. A filled bag may weigh at least 2.5 kilograms. A filled bag may weigh at least 5 kilograms. Alternatively, one or more anchor may comprise a peg intended to be driven into soft ground. Preferably, the arched pole and the anchors are the only parts of the sun shade which directly contact the ground. The arched pole and anchors may form a substantially polygonal base which contacts the ground and stabilises the sun shade. Thus, no central poles or other supporting means are necessary between the polygonal base formed by the arched pole and anchors. Therefore, the useable ground space under the canopy is maximised. Preferably, the canopy is slidably connected to the arched pole. This provides the advantage that the canopy can be re-positioned according to preference – for example as the sun moves across the sky over time - without the need to adjust the position of the arched pole and/or anchors.

[0013]    Preferably, the frame is connected to the first sheet in more than one place. Preferably, the frame and the first sheet are sized and configured to maintain the first sheet relatively taut, in use. A taut first sheet is preferred because such an arrangement will tend to allow wind to pass across the canopy with minimal interference.

[0014]    As the canopy is raised from the ground and the first sheet is relatively taut, wind may flow under and over and across the canopy with minimal net force being applied to the canopy. The frame may be connected to the canopy at more than one edge thereof. The canopy may be tightly extended or stretched over the frame. This provides the advantage that parts of the canopy do not cause drag or lift as wind blows across the sun shade. The frame may be further connected to the canopy at a relatively central portion of the canopy. The canopy is therefore held by the frame more securely.

[0015]    The canopy may have a substantially polygonal shape and the frame may be connected to the canopy at a plurality of corners thereof. A taut connection between the frame and canopy may thus be achieved by connecting the canopy to the frame at

Case 5:24-cv-00588-FL     Document 28-3     Filed 03/23/26     Page 208 of 338

the plurality of corners of the canopy. A polygonal canopy also provides a greater number of leading edges so that the sun shade is more aerodynamic. The arched pole may be resiliently flexible. The support may be resiliently flexible. The resilient flexibility of the arched pole and/or support improves the resilience of the sun shade because the frame can flex to a degree in wind. The canopy is thus less likely to tear or break. The resilient flexibility of the arched pole also urges the canopy into a tauter configuration so that drag, lift or other disruption of air flow is minimised. Preferably the arched pole has a substantially straight inherent shape. In other words, when the arched pole is not restricted it will return to a substantially straight shape. Thus, when arched the arched pole may be naturally urged towards a straight configuration to form a taut connection between the frame and canopy. Alternatively, the arched pole may be naturally arched. For example, the arched pole may be moulded as an arch shape. The canopy preferably comprises one arched pole only. 6 The arched pole and/or the or each support may be segmented. A segmented pole or support comprises a plurality of segments having adjacent ends which are arranged to slot together. The segments may be held together by an elastic thread. A segmented element 5 takes up less space when not in use. Each segment of the arched pole or support may be no more than 0.5 meters in length. Thus, the frame can be compactly stored and carried when not in use. The sun shade may further comprise a restraining means which extends between the two regions of the arched pole, preferably near each end of the arched pole. The restraining means counters resilience of the arched pole which might otherwise cause the arched pole to straighten out in an unwanted way. This provides the sun shade with improved structural integrity. The restraining means may comprise a strap, preferably attached to the end regions of the arched pole. The strap may be adjustable in length. This may provide for an increase or decrease of the tension applied by the arched pole on the canopy and/or to adjust the height of the canopy. The restraining means may comprise two sockets for receiving the ends of the arched pole. Thus, the arched pole is held more securely in position and is more effectively adjusted through adjustment of the restraining means. The sockets may each comprise a foot having a channel for receiving the end of a pole. The support may comprise at least one spine. The support may comprise a plurality of spines. The spines improve the structural integrity of the sun shade in wind and also keep the canopy in position when there is little or no wind. The support may extend substantially from the arched pole to a front of the canopy. The spines may extend from the arched pole and may extend in substantially the same direction (i.e. substantially parallel) as one another. The support may comprise two spines arranged non-parallel, with corresponding ends thereof at different distances therebetween. In other words, the two spines may be convergent towards the front of the canopy (and divergent towards the rear) or divergent towards the front of the

canopy (and convergent towards the rear). The spines may each have a slightly curved profile formed by 7 a taut connection between the support and the canopy. The spines maintain the shape and structure of the canopy in low wind situations. The canopy may be fairly shallow in depth; in other words, the vertical displacement between edges and centre may be fairly small in comparison with its width and/or length. Thus the canopy may have a relatively flat appearance. The edges of the canopy do not in normal use extend to the ground on which the sun shade is placed. This arrangement allows wind to flow through the sun shade without imparting so much force by horizontal drag and/ or vertical lift on the canopy that might risk toppling of the sun shade

[0016] The frame and the sheet may be connected to one another by a connecting means. The connecting means may comprise one or more sleeves which are arranged to receive one or more parts of the frame. The connecting means may comprise one or more of ties, sockets, straps, clips, poppers or other the like. The connecting means may comprise a sleeve for receiving an end of a pole or spine. There may be more than one type of connecting means selected. For example there may be a sleeve to receive the arched pole and sockets to receive ends of one or more spines. Certain types of connecting means - such as ties or the like – allow a pole or spine to move along an axis of the said pole or spine while in situ. Thus the canopy may be slidably connected to the arched pole via such connecting means. This provides the advantage that the canopy can be re-positioned according to preference – for example as the sun moves across the sky over time - without the need to adjust the frame. The canopy may comprise a number of adjustable straps which extend between the canopy and the arched pole. The or each adjustable strap may be comprised of nylon. The canopy may further comprise adjustment means for adjusting the profile of the canopy. The ad-justment means may comprise a loop which is arranged to receive an adjustable strap of the canopy. The profile of the canopy may therefore be changed when the adjustable strap is placed through the loop and the length of the adjustment strap is altered. The adjustment means may be configured to adjust the height of the rear end (i.e. the end which is relatively downwind in use) of the canopy. Thus, the profile of the canopy can be 8 adjusted to maximise the area of shade cast by the sun shade when, for example, the sun is substantially above and behind the sun shade, without the need to adjust the orientation of the sun shade. The canopy may comprise a polymer-based fabric such as polyester or nylon. The sun shade may comprise three anchors which are arranged to provide a substantially triangular footprint. This provides the advantage of further improving the stability of the sun shade against wind coming from several possible di-rections.

[0017] A first anchor may be attached to a portion of the canopy which forms a leading "front" edge; intended to be positioned approximately facing into oncoming wind.

Second and third anchors may be attached to the arched pole and may be disposed to form a substantially triangular footprint with said first anchor. The first anchor may be larger in size and weight than the second and third anchors. The anchors may be each connected to the canopy or frame by an adjustable rope. The or each adjustable rope may be a guy rope. This gives the advantage that the position of the anchors in relation to the canopy and frame may be adjusted for optimum anchoring effect. The or each adjustable rope may be comprised of nylon woven cord. The rope may have a thickness of approximately 3mm. The sun shade may further comprise a joining means between the canopy or frame and the rope of each anchor. The joining means may comprise a clip and ring mechanism.

[0018]   The frame may be comprised of aluminium, plastic, fibreglass, steel or a combination thereof. The canopy may comprise a number of carry handles. The carry handles may be integral with the sheet of the canopy. The canopy may comprise a number of storage pockets for holding the belongings of a user. The canopy may comprise means for attaching items such as bags, clothing or towels to the canopy. 9 In use, the canopy is laid flat and the arched pole and support poles are attached to the canopy. The arched pole may be the only pole which is received within a sleeve of the canopy. The canopy may comprise a plurality of sockets for receiving the ends of one or more of the poles. Means, such as a finger loop, may be provided in the region of one or more of the sockets for assisting insertion of an end of a pole. The erected height of the canopy may be approximately 1 to 1.2 meters at its highest point. The length of the canopy may be approximately 1.4 meters. The width of the canopy may be ap-proximately 1.7 meters.

[0019]   The present inventive concept is also directed to a kit of parts suitable for a portable sun shade as described, comprising a pole suitable for forming an arch, a first sheet suitable for forming a canopy, at least one further sheet connected thereto, arranged substantially in parallel to the first sheet, and at least two ribs connected between the first sheet and further sheet, wherein the ribs are arranged to be substantially per-pendicular to the sheets in use, further comprising a support at least one anchor and at least one fillable bag. The first sheet may have a substantially polygonal shape. The or each pole may be segmented. A segmented pole comprises a plurality of pole segments having adjacent ends which are arranged to slot together. Segments of a pole may be joined by an elastic thread. Each segment of a pole may be no more than 0.5 meters in length. The at least one bag may be arranged to carry substantially the kit. When packed, the bag carrying the kit may have a length of approximately 0.5 m. One or more of the bags may be arranged as a substantially flat disk and may comprise a rope located in a sleeve at substantially a periphery of the disk. Thus, the disk may be loaded with a material such as sand, and the rope may be pulled to close the disk and

Case 5:24-cv-00588-FL      Document 28-3      Filed 03/23/26      Page 211 of 338

contain the material for anchoring the sun shade. This configuration is particularly advantageous because material can be straightforwardly loaded on to the flat disk and then contained by simply pulling the rope out of the sleeve.

[0020]     One or more of the bags may comprise a hood. The hood may be arranged as a bowl for filling with sand or similar, which is subsequently tipped into the bag. The kit may further comprise a restraining means. The kit may further comprise one or more connecting means. The kit may weigh approximately 1 kilogram.

## Brief Description of Drawings

[0021]     Embodiments of a portable sunshade constructed according to the present invention will now be described, by way of example only, with reference to the accompanying drawings, in which:

Figure 1 shows a perspective view, from the front, right and above, of a first embodiment in a first configuration;

Figure 2 shows a front elevation;

Figure 3 shows a rear elevation;

Figure 4 shows a right elevation;

Figure 5 shows a perspective view of the first embodiment in an inclined configuration; Figure 6 shows a further front elevation;

Figure 7 shows a plan view of a packed kit for a portable sun shade;

Figure 8 shows a plan view of the canopy and frame

Figures 9 to 13 show connecting means;

Figure 14 shows an assembled sun shade;

Figure 15 shows a bag suitable to provide an anchor (20);

Figure 16 shows the bag of Figure 15 in a fully closed configuration;

Figures 17 and 18 show means for connecting the anchor (20)s to the canopy;

Figure 19 shows the canopy having two carry handles;

Figure 20 shows the slidable connection of the canopy to the arched pole;

Figure 21 shows the canopy adapted to use as a kite; and

Figure 22 shows the portable sunshade adapted for use as a wind shelter.

## Mode(s) for Carrying Out the Invention

[0022]     Turning to Figure 1, a portable sun shade 10 has an arched pole 12 and a canopy 14. The canopy 14 comprises a sheet 16 and two spines 18 which act as a support. The two spines 18 together with the arched pole 12 form a frame which is connected to the sheet 16 of the canopy 14. The frame is connected to the sheet 16 at several edges and corners of the sheet so that the sheet is stretched over the arched pole 12 and by the spines 18 to provide a relatively taut connection therebetween. As shown in Figure 8, the sheet 16 has a relatively polygonal shape and the arched pole 12 and spines 18 are

Case 5:24-cv-00588-FL     Document 28-3     Filed 03/23/26     Page 212 of 338

attached to the sheet 16 at the corners of the sheet 16. The canopy 14 has a front end 22 and a rear end 24 which is intended to be substantially downwind of the front end 22 in use. The sun shade 10 is ideally positioned in use so that the front end 22 is facing into oncoming wind. The edges of the canopy 14 are spaced from the ground by the arched pole 12. The frame formed by the arched pole 12 and spines 18 holds the canopy in a raised position even in low wind situations. The sun shade 10 further comprises three anchors 20 (one not shown) in the form of filled bags. The bags, which are described below in greater detail with reference to Figures 15 and 16, are filled with sand or a fluid such as water. Referring to Figure 2, which shows the sun shade 10 from the front, a first anchor is attached at the front end 22 of the canopy 14 at a substantially midway point along the width of the canopy 14. Second and third anchors are attached to the arched pole 12 are located away from the canopy 14 so that the three anchors together provide a substantially triangular shaped footprint. As shown by Figures 2 and 3, the anchors are substantially equally spaced from one another. The first anchor 20, attached to the front of the canopy 14, is larger than the second and third anchors due to the greater forces it will likely need to withstand when the front end 22 of the canopy 14 is directed into wind.

[0023]     Each of the anchors 20 is connected to the canopy 14 or arched pole 12 by a guy line rope 26. Each rope 26 is comprised of nylon woven cord. Joining means in the form of clips 64, which are shown in greater detail in Figures 29 and 30, are located at the end of each rope 26 and 13 attach each rope 26 to the arched pole 12 or canopy 14. The arched pole 12 and canopy 14 comprise D-rings for connecting to the clips 64. The anchors 20 and the arched pole 12 are the only parts of the sun shade 10 which are in contact with the ground and together they form a substantially polygonal base. The canopy 14 comprises a further sheet 28 which is substantially parallel to the first sheet 16. A plurality of ribs 30 extend between and are substantially perpendicular to the two sheets 16, 28. The sheets 16,28 and ribs 30 form cells 32 therebetween. Each cell is open at a front end, the front end of the cell being the end closest to the front end 22 of the canopy 14. Each cell is relatively closed at the substantially opposite, downwind rear end to slow or block the flow of air through the cell. In use, air flows into the cells and inflates the canopy 14 to stabilise the sun shade 10. The arrangement of the sheets and ribs forms a parafoil. Each of the sheets and ribs is comprised of a flexible polymer-based fabric. Figure 2 shows the parafoil in an inflated position. The cross-sectional area of each cell 32 reduces from the front end towards the rear end. Each of the ribs 30 comprises means so that air pressure may balance between adjacent cells 32. The means may comprise an aperture 102 or fabrication from an air permeable membrane or mesh. The canopy 14 further comprises a compartment (not shown) located towards the rear of the cells and which is perpendicular to the cells 32. The

compartment is also in air communication with each cell 32 to balance air pressure between the cells 32 and the compartment.

[0024]     Turning to Figures 3 and 4, the rear end of the canopy 14 is positioned at a greater height than the front end of the canopy 14, and the parafoil is thus inclined towards the rear of the canopy 14. The parafoil has a smaller total area than the canopy 14 as a whole. The canopy 14 further comprises a deflecting region 34 located at the front end of the canopy 14 which is arranged to direct air into each of the cells 32. The deflecting region 34 is an extension of the first sheet 16 of the canopy 14. Thus, because the cells 32 are located above the first sheet 16, the lower height of the front end of the canopy 14 relative to the rear end assists to direct air into the cells 32. The canopy 14 is tightly stretched over the frame comprising the arched pole 12 and the spines 18 so that the canopy 14 does not cause excessive drag or lift as wind blows across the sun shade 10. As well as being connected to the frame at several edges and/or corners of the canopy 14, the canopy 14 is connected to the arched pole 12 at a relatively central portion of the canopy 14. The canopy 14 comprises a sleeve 44 at the relatively central portion for receiving the arched pole 12.

[0025]     The arched pole 12 and spines 18 forming the canopy support are both resiliently flexible. In other words, the frame is flexible and returns to its original shape after buffeting by wind. The arched pole 12 is formed into an arch shape by a restraining means 36. The restraining means 36 is an adjustable strap which is connected to the arched pole 12 at substantially opposite ends of the arched pole 12. The restraining means 36 maintains a distance between the two opposing ends of the arched pole 12. When the arched pole 12 is not connected to the restraining strap 36 it assumes a substantially straight shape. In other words, the arched pole is inherently straight in nature but is sufficiently flexible to assume an arched shape when connected to the restraining strap 36. The restraining strap 36 counters the resilience of the arched pole 12. The two spines 18 extend across the arched pole between a front edge of the deflecting region 34 and corners of the first sheet 16 of the canopy 14. The two spines 18 occupy substantially the same plane as one another, but are non-parallel i.e. the corresponding ends of the spines 18 are at different distances therebetween. The spines 18 are thus convergent towards the front of the canopy 14. Referring to Figure 3, the spines 18 have a slightly curved profile.

[0026]     Figure 5 shows how, the canopy 14 is slidably connected to the arched pole 12 so that the canopy 14 can be repositioned without the need to adjust the position of the arched pole or anchors. The canopy 14 is slidably connected to the arched pole 12 by a sleeve 44. The sun shade 10 further comprises adjustable straps 38 which can be adjusted in length. Each end of the arched pole 12 is connected to a foot 40. Each foot 40 comprises a socket for receiving the end of the arched pole 12. The adjustable straps

Case 5:24-cv-00588-FL     Document 28-3     Filed 03/23/26     Page 214 of 338

38 are connected one each to each foot 40 and a front corner of the canopy 14. Shortening the right adjustable strap 38 and correspondingly lengthening the left adjustable strap 38 urges the canopy 14 to slide around the arched pole 12 towards the corresponding right foot 40 and further from the left foot 40 as shown in figure 5. Adjustment of the straps may be by means of a buckle or cleat so that after adjustment the canopy is fixed into the new position.

[0027] Each foot 40 is fabricated of plastics and comprises a substantially domed bottom surface.

[0028] Figure 6 shows the sun shade 10 in a low wind situation, where the frame formed by the arched pole 12 and spines 18 continue to hold the canopy 14 up.

[0029] Figure 7, shows a kit of parts for the portable sun shade 10, the arched pole 12 and spines 18 are segmented, having adjacent ends which are arranged to slot together. The segmented arrangement of the arched pole 12 and spines 18 reduces the size of the kit when dismantled. The segments of the respective arched pole 12 and/or spines 18 can be tubular and threaded on to shock cord whereby they are held together.

[0030] The kit further comprises fillable bags 20 forming anchors, the adjustable restraining strap 36 and the canopy 14. The arched pole 12 and spines 18 are connected to the canopy 14 as shown in Figure 8. The arched pole 12 is connected to the canopy 14 by being received within the sleeve 44. One of the fillable bags 20 forms a carry bag for carrying the remaining parts of the kit when not in use. Turning to Figures 9 to 12, as the kit is assembled into the sun shade 10, the ends of the spines 18 are inserted into sockets 46 which are located at corners of the canopy 14 towards the rear of the canopy 14. A finger loop 54 is provided at each socket to aid insertion of a spine 18 into a corresponding socket 46.

[0031] A clip or buckle arrangement 48 is shown in Figure 13 which connects a corner of the canopy 14 to strap 38.

[0032] Figure 14 shows the assembled sun shade 10 upside down, with a top surface of the canopy 14 in contact with the ground.

[0033] Figures 15 shows a fillable bag 20 the bag is filled with a flowable material such as water or sand to form an anchor. The bag 20 may also serve as a carrier for the remainder of the kit when not in use. The bag comprises a hood 50 for loading with sand, which is subsequently poured into the bag 20. Two tabs 52 are provided to assist with loading the bag 20. A drawstring arrangement is provided to close the open end of the bag 20 before it is attached to the sun shade 10 to act as an anchor. The anchor 20 is attached to the deflecting region 34 of the canopy 14. Figure 16 shows a a bag for one of the other two anchors 20. The bag is formed from a fabric disc and a drawstring sleeved about its periphery. Once loaded with sand, the drawstring is pulled to close the bag and contain the sand. The drawstring forms the rope 26 for attaching the

anchor to the sun shade 10. Each of the anchors formed from the disc are attached to the arched pole 12 via a clip 64.

[0034]     Figures 17 and 18 show clips 64 for attaching ropes 26 of the anchors 20 to the arched pole 12 or canopy 14. The clips comprise snap hooks. With reference to Figure 18, the canopy 14 comprises a number of loops 54 through which the clip and rope 26 are thread. The clip then connects to the rope to connect the anchor 20 and canopy 14. In Figure 17, the clip connects to a metal ring attaching the canopy 14 to the arched pole 12. Figure 19 shows a top surface of the canopy 14 where two carry handles 56 are located. The carry handles 56 may be utilised to hang items such as beach towels or clothes therefrom.

[0035]     Figure 20 shows a pocket 66 which is located on an inner surface of the canopy 14. 17 Figures 34 to 36 show an arrangement for adjusting the profile of the canopy 14. The canopy 14 comprises a loop 58 through which the adjustable strap 38 can be threaded. The adjustable strap 38 is comprised of two parts so that a first part of the strap 38 is threaded through the loop 58 and then connected to a second part of the strap 38. The first and second parts of the strap 38 are connected by a quick snap buckle. This arrangement pulls the canopy 14 downwards to adjust the profile of the canopy 14.

[0036]     Figure 21 illustrates a variant of the canopy which is modified to allow the canopy to serve as a kite, usable when the sunshade application is not required. The canopy 14 retains the features described for the sunshade above but has means to attach a shroud 68 of flexible control lines to the leading (upwind) and trailing (downwind) edge of the canopy. The means for attachment of the shroud may consist of loops of fabric 70 for attachment of clips and D-rings which are secured to the sheet 16 of the canopy 14 and capture the deflection region fabric in a rolled up state. The spines 18 are removed to facilitate rolling the deflection region. Triangular primary shroud lines 72 attach to the canopy at the leading edge by means of said fabric loops 70 and further attach downstream of the leading edge at downstream attachment point 74. Primary shroud lines 72 are attached one each to each alternate rib 30. Each primary shroud line 72 attaches a left secondary shroud line 76 and a right secondary shroud line 78. Each of the left secondary shroud lines extends to a left control line 80 to which it is connected by a shroud ring 82, similarly the right secondary shroud lines extend to a right control line 84 to which it is connected via a right shroud ring 86. Left and right trailing shroud lines 88, 90 extend from the respective left and right shroud rings 82, 86 to connect to the trailing edge of the canopy 14. Auxiliary side shroud lines 92, 94 extend from the respective left and right shroud rings to attachment points on the side trailing edges of the canopy 14. All the shroud lines are of fixed length so that when held facing into wind by the shroud rings the canopy takes up an angle of attack which will generate lift

and fly the kite. The left and right control lines 80, 84 can then be manipulated by the pilot to alter the attitude of the canopy and allow some steering of the kite.

[0037]    Figure 22 shows a second variant of the sun shade 10 adapted to provide a shelter. In this variant, which may also have the features of the kit variant described above, the canopy rear end edge 24 is modified to be stiffened. Stiffening may be achieved by the provision of a passage formed by a rear sleeve 96 extending transversely through the rear edge 24. The rear sleeve is in fluidic communication with the cells.

[0038]    The rear edge of the canopy is attached to the arched pole 12 by sleeving it through one or more attachment means in the form of loops or a sleeve of fabric at the rear of the canopy. The rear of the arched pole is then arched by application of the ground strap. The feet 40, by means of which the ground strap is attached, are placed in contact with the ground and anchor 20 are attached to the front edge 30 and deployed on the ground upwind so that the wind deflection region 34 supported by spines 18 is urged into contact with the ground and deflects wind into the cells inflating the canopy and the rear compartment 96. In an alternative arrangement the rear sleeve may be stiffened by a batten received into the compartment. A pair of guy lines 98 are arranged to apply tension between each end of the compartment 96 and the adjacent foot 40 to prevent the ends of the sleeve fluttering. A strap 100 extends one on each side of the canopy, from each foot 40 to the corresponding corner 102 of the front edge of the canopy.

[0039]    **Reference Signs List**

[0040]

[Table 0001]

**Table 1**

| Integer | reference |
|---------|-----------|
| 10 | portable sunshade |
| 12 | arched pole |
| 14 | canopy |
| 16 | sheet |
| 18 | spines |
| 20 | anchors |
| 22 | canopy front end |
| 24 | canopy rear end |
| 26 | rope |
| 28 | further sheet |
| 30 | rib |
| 32 | cell |
| 34 | deflecting region |
| 36 | restraining means |
| 38 | adjustable strap |
| 40 | foot |
| 42 | D-rings |
| 44 | sleeve |
| 46 | socket (for spine) |
| 54 | finger loop |
| 56 | carry handles |
| 58 | loop |
| 64 | clip |
| 66 | pocket |
| 68 | shroud |
| 70 | loops of fabric |
| 72 | primary shroud lines |
| 74 | downstream attachment points |

Case 5:24-cv-00588-FL     Document 28-3     Filed 03/23/26     Page 218 of 338

| 76 | left secondary shroud line |
|-----|----------------------------|
| 78 | right secondary shroud line |
| 80 | left control line |
| 82 | left shroud ring |
| 84 | right control line |
| 86 | right shroud ring |
| 88 | left trailing shroud line |
| 90 | right trailing shroud line |
| 92 | left auxiliary shroud line |
| 94 | right auxiliary shroud line |
| 96 | rear compartment |
| 98 | guy line |
| 100 | strap |
| 102 | aperture |

# Claims

[Claim 0001]     A portable sun shade (10) having an arched pole (12) and a canopy (14); the canopy (14) comprising a first sheet (16) and a support; the support and the arched pole (12) forming a frame which is connected to a first sheet (16) at substantially one edge of the sheet; the sun shade (10) further comprising at least one anchor (20); and at least one edge of the canopy (14) being raised from the ground on which the portable sun shade (10) is placed, canopy (14) comprising at least one further sheet (28), arranged substantially in parallel to the first sheet (16), and at least two ribs (30) connected between the first sheet (16) and further sheet (28), wherein the ribs (30) are arranged to be substantially  perpendicular to the sheets in use to form a parafoil.

[Claim 0002]     A portable sun shade (10) according to claim 1, wherein the parafoil comprises cells and the cells are closed at one end.

[Claim 0003]     A portable sun shade (10) according to claim 1 or claim 2, wherein at least one of the ribs (30) has an aperture (102) formed therein.

[Claim 0004]     A portable sun shade (10) according to any preceding claim, wherein the canopy (14) comprises a compartment (96).

[Claim 0005]     A portable sun shade (10) according to any preceding claim, wherein canopy (14) comprises a deflecting region (34) which is arranged to direct air into the parafoil.

[Claim 0006]     A portable sun shade (10) according to any preceding claim, comprising a plurality of anchors (20).

[Claim 0007]     A portable sun shade (10) according to claim 6, wherein anchors (20) are connectable to the points around the canopy to be arrangeable  approximately equally spaced around the sun shade (10) in respect of one another.

[Claim 0008]     A portable sun shade (10) according to any preceding claim, wherein one or more of the anchors (20) comprises a fillable bag.

[Claim 0009]     A portable sun shade (10) according to any preceding claim, wherein the canopy (14) is slidably connected to the arched pole (12).

[Claim 0010]     A portable sun shade (10) according to any preceding claim, wherein the frame is connected to the first sheet (16) in more than one place.

[Claim 0011]     A portable sun shade (10) according to any preceding claim, wherein the frame is connected to the canopy (14) at more than one edge thereof.

[Claim 0012]     A portable sun shade (10) according to any preceding claim, wherein

the canopy (14) has a substantially polygonal shape and the frame is connected to the canopy (14) at a plurality of corners thereof

[Claim 0013]    A portable sun shade (10) according to any preceding claim, wherein the arched pole (12) is resiliently flexible.

[Claim 0014]    A portable sun shade (10) according to any preceding claim, wherein the canopy (14) comprises one arched pole (12) only.

[Claim 0015]    A portable sun shade (10) according to any preceding claim, comprising a restraining means which extends between two regions of the arched pole (12).

[Claim 0016]    A portable sun shade (10) according to any preceding claim, wherein the support comprises at least one spine (18).

[Claim 0017]    A portable sun shade (10) according to any preceding claim, wherein the frame and the sheet (16) are connected to one another by a connecting means.

[Claim 0018]    A portable sunshade (10) according to any one of the preceding claims having a canopy (14) with shroud attachment means, whereby a shroud can be attached to the canopy (14) and a pair of control lines attached to the shroud so that the canopy (14) can act as a kite.

[Claim 0019]    A portable sunshade (10) according to any one of the preceding claims having: attachment mean whereby the rear end (24) of the canopy (14) can be attached to the arched pole (12) such that when the arched pole (12) is arched by application of the ground strap, the resulting arched structure can support the rear edge of the canopy (14) in a position elevated above the ground, attachment means to attach one or more of the ground anchors (20) to the front end (22), whereby the canopy (14) can be deployed with the front end (22) and spines (18) engaged with the ground and upwind of the elevated rear end (24) and stiffened  compartment (96) whereby the portable sunshade (10) is adaptable to serve as a wind shelter.

[Claim 0020]    A portable sunshade (10) according to claim 19 having a batten received into the compartment to stiffen the rear edge of the canopy (14).

[Claim 0021]    A portable sunshade (10) according to claim 20 having a guy line (98) attachable in tension between a foot (40) of the arched pole (12) and an end of the compartment (96) to prevent the rear end fluttering.

[Claim 0022]    A portable sunshade (10) according to claim 21 having a tension strap extending from the foot (40) of the arched pole (12) to a corner of the front edge of the canopy (14).

[Claim 0023]    A kit of parts for a portable sun shade (10) according to any preceding claim comprising a pole suitable for forming an arch, a first sheet (16) suitable for forming a canopy (14), at least one further sheet (28) connected thereto, arranged substantially in parallel to the first sheet (16), and at least two ribs (30) connected between the first sheet (16) and further sheet, wherein the ribs (30) are arranged to be substantially perpendicular to the sheets in use, further comprising a support at least one anchor (20) and at least one fillable bag.

159-190023WO

[Fig. ]



Figure 1

Case 5:24-cv-00588-FL     Document 28-3     Filed 03/23/26     Page 223 of 338

[Fig. ]



Figure 2

159-190023WO

[Fig. ]



Figure 3

Case 5:24-cv-00588-FL    Document 28-3    Filed 03/23/26    Page 225 of 338

[Fig. ]



Figure 4

[Fig. ]



Figure 5

Case 5:24-cv-00588-FL     Document 28-3     Filed 03/23/26     Page 227 of 338

[Fig. ]



Figure 6

[Fig. ]



Figure 7

[Fig. ]



Figure 8

[Fig. ]



Figure 9

Figure 10

Figure 11

Figure 12

Case 5:24-cv-00588-FL    Document 28-3    Filed 03/23/26    Page 231 of 338

[Fig. ]



Figure 14

Figure 16

Figure 13

Figure 15

159-190023WO

[Fig. ]



Figure 18

Figure 20

Figure 17

Figure 19

[Fig. ]



Figure 21

[Fig. ]



Figure 22

Case 5:24-cv-00588-FL    Document 28-3    Filed 03/23/26    Page 235 of 338

# INTERNATIONAL SEARCH REPORT

International application No

PCT/GB2019/053047

| | |
|---|---|
| **A. CLASSIFICATION OF SUBJECT MATTER** | |

INV.  E04H15/58    A45B23/00
ADD.

According to International Patent Classification (IPC) or to both national classification and IPC

**B. FIELDS SEARCHED**

Minimum documentation searched (classification system followed by classification symbols)

E04H  A45B

Documentation searched other than minimum documentation to the extent that such documents are included in the fields searched

Electronic data base consulted during the international search (name of data base and, where practicable, search terms used)

EPO-Internal

**C. DOCUMENTS CONSIDERED TO BE RELEVANT**

| Category* | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| A | US 2018/106064 A1 (BARNES DANE BROOKS [US] ET AL) 19 April 2018 (2018-04-19) paragraph [0004]; claim 1; figure 1 ----- | 1-22 |
| A | KR 2012 0049032 A (KANG SEOG MYEONG [KR]) 16 May 2012 (2012-05-16) claim 1; figures 1,2 ----- | 1-22 |
| A | US 2015/354244 A1 (FERNÁNDEZ GONZÁLEZ JESÚS OMAR [MX]) 10 December 2015 (2015-12-10) abstract; claim 1; figures 1a,1b ----- | 1-22 |
| Y | US 3 332 176 A (KNETZER LE ROY C) 25 July 1967 (1967-07-25) column 4, lines 55-73; figures 1,2 ----- | 23 |

-/--

| | | | |
|---|---|---|---|
| [X] | Further documents are listed in the continuation of Box C. | [X] | See patent family annex. |

* Special categories of cited documents :

"A" document defining the general state of the art which is not considered to be of particular relevance

"E" earlier application or patent but published on or after the international filing date

"L" document which may throw doubts on priority claim(s) or which is cited to establish the publication date of another citation or other special reason (as specified)

"O" document referring to an oral disclosure, use, exhibition or other means

"P" document published prior to the international filing date but later than the priority date claimed

"T" later document published after the international filing date or priority date and not in conflict with the application but cited to understand the principle or theory underlying the invention

"X" document of particular relevance; the claimed invention cannot be considered novel or cannot be considered to involve an inventive step when the document is taken alone

"Y" document of particular relevance; the claimed invention cannot be considered to involve an inventive step when the document is combined with one or more other such documents, such combination being obvious to a person skilled in the art

"&" document member of the same patent family

| Date of the actual completion of the international search | Date of mailing of the international search report |
|---|---|
| 14 January 2020 | 31/01/2020 |

| Name and mailing address of the ISA/ | Authorized officer |
|---|---|
| European Patent Office, P.B. 5818 Patentlaan 2 NL - 2280 HV Rijswijk Tel. (+31-70) 340-2040, Fax: (+31-70) 340-3016 | Rosborough, John |

Form PCT/ISA/210 (second sheet) (April 2005)

Case 5:24-cv-00588-FL    Document 28-3    Filed 03/23/26    Page 236 of 338

C(Continuation).    DOCUMENTS CONSIDERED TO BE RELEVANT

| Category* | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| Y | GB 2 375 480 A (BAILEY JUSTIN ALEC [GB])<br>20 November 2002 (2002-11-20)<br>page 14, lines 4-15; figure 5<br>-----  | 23 |

Case 5:24-cv-00588-FL    Document 28-3    Filed 03/23/26    Page 237 of 338

| Patent document cited in search report | | Publication date | Patent family member(s) | | Publication date |
|---|---|---|---|---|---|
| US 2018106064 | A1 | 19-04-2018 | US | 2018106064 A1 | 19-04-2018 |
| | | | US | 2019119942 A1 | 25-04-2019 |
| KR 20120049032 | A | 16-05-2012 | NONE | | |
| US 2015354244 | A1 | 10-12-2015 | MX | 360227 B | 19-09-2018 |
| | | | US | 2015354244 A1 | 10-12-2015 |
| | | | WO | 2014112859 A1 | 24-07-2014 |
| US 3332176 | A | 25-07-1967 | NONE | | |
| GB 2375480 | A | 20-11-2002 | NONE | | |

Case 5:24-cv-00588-FL    Document 28-3    Filed 03/23/26    Page 238 of 338



FIG. 1



**FIG. 2**

Case 5:24-cv-00588-FL     Document 28-3     Filed 03/23/26     Page 240 of 338



FIG. 3



FIG. 4

Case 5:24-cv-00588-FL     Document 28-3     Filed 03/23/26     Page 242 of 338



**FIG. 5**

Case 5:24-cv-00588-FL    Document 28-3    Filed 03/23/26    Page 243 of 338



FIG. 6



**FIG. 7**

Case 5:24-cv-00588-FL     Document 28-3     Filed 03/23/26     Page 245 of 338



FIG. 8



FIG. 9

PTO/AIA/22 (10-20)
Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| | |
|---|---|
| **PETITION FOR EXTENSION OF TIME UNDER 37 CFR 1.136(a)** | Docket Number (Optional) S105508 1010US.C3 (0010.3) |

| Application Number 17/232,799 | Filed November 7, 2022 |
|---|---|

For SHADING SYSTEM AND METHOD OF USE

| Art Unit 3636 | Examiner Hawk, Noah Chandler |
|---|---|

This is a request under the provisions of 37 CFR 1.136(a) to extend the period for filing a reply in the above-identified application.

The requested extension and fee are as follows (check time period desired and enter the appropriate fee below):

| | | Fee | Small Entity Fee | Micro Entity Fee | |
|---|---|---|---|---|---|
| ✔ | One month (37 CFR 1.17(a)(1)) | $220 | $110 | $55 | $ 220 |
| ☐ | Two months (37 CFR 1.17(a)(2)) | $640 | $320 | $160 | $ |
| ☐ | Three months (37 CFR 1.17(a)(3)) | $1,480 | $740 | $370 | $ |
| ☐ | Four months (37 CFR 1.17(a)(4)) | $2,320 | $1,160 | $580 | $ |
| ☐ | Five months (37 CFR 1.17(a)(5)) | $3,160 | $1,580 | $790 | $ |

☐ Applicant asserts small entity status. See 37 CFR 1.27.

☐ Applicant certifies micro entity status. See 37 CFR 1.29.
Form PTO/SB/15A or B or equivalent must either be enclosed or have been submitted previously.

☐ A check in the amount of the fee is enclosed.

☐ Payment by credit card. Form PTO-2038 is attached.

☐ The Director has already been authorized to charge fees in this application to a Deposit Account.

☑ The Director is hereby authorized to charge any fees which may be required, or credit any overpayment, to Deposit Account Number 090528 .

☑ Payment made via EFS-Web.

**WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.**

I am the

☐ applicant.

☑ attorney or agent of record. Registration number 69,344 .

☐ attorney or agent acting under 37 CFR 1.34. Registration number _____.

| /lauren f. anderson/ | November 7, 2022 |
|---|---|
| Signature | Date |
| Lauren F. Anderson | 919-755-8127 |
| Typed or printed name | Telephone Number |

**NOTE:** This form must be signed in accordance with 37 CFR 1.33. See 37 CFR 1.4 for signature requirements and certifications. Submit multiple forms if more than one signature is required, see below*.

☐ * Total of _____ forms are submitted.

This collection of information is required by 37 CFR 1.136(a). The information is required to obtain or retain a benefit by the public, which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 6 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Mail Stop PCT, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

# Privacy Act Statement

The **Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (*i.e.*, GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

Attorney's Docket No. **S105508 1010US.C3 (0010.3)**                    PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re:        Barnes *et al.*                    Confirmation No.:   1050
Appl. No.:    17/232,799                         Group Art Unit:     3636
Filed:        April 16, 2021                      Examiner:           Hawk, Noah Chandler
For:          SHADING SYSTEM AND METHOD OF USE

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

### SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT
### UNDER 37 C.F.R. § 1.97(c)

Sir:

Attached is a list of documents on form PTO-1449 along with a copy of any cited foreign patent documents and non-patent literature document in accordance with 37 CFR 1.97(c). Also enclosed is a translation or a concise explanation of each non-English language document.

It is requested that the Examiner consider these documents and officially make them of record in accordance with the provisions of 37 C.F.R. § 1.97 and Section 609 of the MPEP. By identifying the listed documents, Applicant in no way makes any admission as to the prior art status of the listed documents, but is instead identifying the listed documents for the sake of full disclosure.

This Information Disclosure Statement is submitted in accordance with 37 C.F.R. § 1.97(c), before final Office Action or Allowance, whichever is earlier. The Commissioner is authorized to charge the $260 fee specified in 37 C.F.R. § 1.17(p) and any additional fee, or credit any refund, to our Deposit Account No. **09-0528**.

**Customer No. 26158**
**Womble Bond Dickinson (US) LLP**                    Respectfully submitted,
Attn: Patent Docketing
P.O. Box 570489                                       /lauren f. anderson/
Atlanta, GA 30357-0037
Tel Raleigh Office (919) 755-2100                     Lauren F. Anderson
Fax Raleigh Office (919) 755-2150                     Registration No. 69,344

*ELECTRONICALLY FILED USING THE EFS-WEB ELECTRONIC
FILING SYSTEM OF THE UNITED STATES PATENT AND
TRADEMARK OFFICE ON NOVEMBER 7, 2022.*

WBD (US) 59495443v1   Case 5:24-cv-00588-FL   Document 28-3   Filed 03/23/26   Page 250 of 338

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 17232799 |
| **Filing Date:** | 16-Apr-2021 |
| **Title of Invention:** | SHADING SYSTEM AND METHOD OF USE |
| **First Named Inventor/Applicant Name:** | Dane Brooks Barnes |
| **Filer:** | Lauren F Anderson/Diann Gravius |
| **Attorney Docket Number:** | S105508 1010US.C3 (0010.3 |

Filed as Large Entity

**Filing Fees for   Utility under 35 USC 111(a)**

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| Extension - 1 month with $0 paid | 1251 | 1 | 220 | 220 |
| **Miscellaneous:** | | | | |
| SUBMISSION- INFORMATION DISCLOSURE STMT | 1806 | 1 | 260 | 260 |
| **Total in USD ($)** | | | | **480** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 46972106 |
| **Application Number:** | 17232799 |
| **International Application Number:** | |
| **Confirmation Number:** | 1050 |
| **Title of Invention:** | SHADING SYSTEM AND METHOD OF USE |
| **First Named Inventor/Applicant Name:** | Dane Brooks Barnes |
| **Customer Number:** | 26158 |
| **Filer:** | Lauren F Anderson/Diann Gravius |
| **Filer Authorized By:** | Lauren F Anderson |
| **Attorney Docket Number:** | S105508 1010US.C3 (0010.3 |
| **Receipt Date:** | 07-NOV-2022 |
| **Filing Date:** | 16-APR-2021 |
| **Time Stamp:** | 14:47:14 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | DA |
| Payment was successfully received in RAM | $480 |
| RAM confirmation Number | E2022A7E47384763 |
| Deposit Account | |
| Authorized User | |
| The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows: | |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | S105508_1010US_C3_0010_3_Response_to_7-6-22_OA.pdf | 181638<br>ad4b6aef65ab48c4a28159b23b4ed176420119c6 | yes | 17 |

| Multipart Description/PDF files in .zip description | | |
|---|---|---|
| Document Description | Start | End |
| Amendment/Request for Reconsideration-After Non-Final Rejection | 1 | 1 |
| Drawings-only black and white line drawings | 2 | 2 |
| Specification | 3 | 3 |
| Claims | 4 | 9 |
| Applicant Arguments/Remarks Made in an Amendment | 10 | 17 |

**Warnings:**

**Information:**

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 2 | Information Disclosure Statement (IDS) Form (SB08) | S105508_1010US_C3_0010_3_Suppl_IDS_Form_1449.pdf | 147250<br>abdf014c0eb9614d34052affbd1c02d3d168dfaa | no | 2 |

**Warnings:**

**Information:**

This is not an USPTO supplied IDS fillable form

| 3 | Foreign Reference | ForeignRef-WO2011012969A2.pdf | 607137<br>c2369b3174d6181ff3d355ad44cf5dfd29b7f116 | no | 16 |

**Warnings:**

**Information:**

| 4 | Foreign Reference | ForeignRef-WO2020089599A1.pdf | 1214620<br>4b5dc6f1ae6327f686642692711b52a48ebf7dd3 | no | 35 |

| 5 | Drawings-only black and white line drawings | S105508_1010US_C3_0010_3_Replacement_Drawings.pdf | 4714075 | no | 9 |
| | | | c453b0e5c08f97e57c5a637b3ec2cf893f21e4a1 | | |

Warnings:

Information:

| 6 | Extension of Time | S105508_1010US_C3_0010_3_Petition_for_1-Month_EOT.pdf | 165765 | no | 2 |
| | | | 630571b5b26ce6d21be82549f4f02eda805bd273 | | |

Warnings:

Information:

| 7 | Transmittal Letter | S105508_1010US_C3_0010_3_Suppl_IDS_Coversheet.pdf | 138518 | no | 1 |
| | | | c8cae570b0bf7d8d3442ce0c2eb63e030aebaae7 | | |

Warnings:

Information:

| 8 | Fee Worksheet (SB06) | fee-info.pdf | 40722 | no | 2 |
| | | | 9c4c305347e5a0abdf8e69437e73620453e2da83 | | |

Warnings:

Information:

| | Total Files Size (in bytes): | | 7209725 | | |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

<u>New Applications Under 35 U.S.C. 111</u>
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.
<u>National Stage of an International Application under 35 U.S.C. 371</u>
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.
<u>New International Application Filed with the USPTO as a Receiving Office</u>
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| In re: | Barnes *et al.* | Confirmation No.: | 1050 |
| Appl. No.: | 17/232,799 | Group Art Unit: | 3636 |
| Filed: | April 16, 2021 | Examiner: | Noah Chandler Hawk |
| For: | SHADING SYSTEM AND METHOD OF USE | | |

Docket No.:  S105508 1010US.C3 (0010.3)
Customer No.:  26158

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

## SUPPLEMENTAL AMENDMENT UNDER 37 C.F.R. § 1.111

Sir:

In response to the Office Action dated July 6, 2022, please amend the above-identified application as follows:

**Amendments to the Drawings** are reflected on page 2 of this paper.

**Amendments to the Specification** are reflected on page 3 of this paper.

**Amendments to the Claims** are reflected in the listing of claims beginning on page 4 of this paper.

**Remarks** begin on page 11 of this paper.

Appl. No.: 17/232,799
Amdt. Dated: December 12, 2022
Reply to Office Action dated July 6, 2022

Amendments to Drawings

Please add new FIGs. 8 and 9, and update the original sheets of drawings originally labeled with page numbers 1-7 and including original FIGS. 1-7 with the replacement sheets of drawings now labeled with page numbers 1-9 and including original FIGS. 1-7 to reflect the addition of new FIGs. 8 and 9.

WBD (US) 59744687v1

Amendments to the Specification

Please add two new paragraphs after paragraph [0033] in the Brief Description of the Drawings, and before the Detailed Description as follows:

FIG. 8 is a perspective view of a system for providing shade according to one or more embodiments of the presently disclosed subject matter.

FIG. 9 is a perspective view of a system for providing shade according to one or more embodiments of the presently disclosed subject matter.

Please amend paragraph [0038] of the originally-filed application as follows:

The canopy 12 may be configured to suspend or be stored in any number of shapes and sizes. In some embodiments, the canopy 12 may define one or more vent holes and/or wind socks for permitting wind to pass therethrough. In other embodiments, as shown in FIGs. 8 and 9 for example, the canopy 12 may define tails 45 extending from a side opposite the suspension end 42 referred to herein as either a trailing end, a second end, or an additional suspension end 43.

Please amend paragraph [0051] of the originally-filed application as follows:

The left end 20 and the right end 22 of the frame 14 may be each be embedded in the surface 2. As shown in FIG. 9, the [[The]] ends 20, 22 may define a conical shape or a corkscrew shape 47 for ease of penetration of the surface 2. Additional anchor(s) 35 may be engaged or coupled to the left end 20 and/or right end 22 for further securing the frame 14 into position. In embodiments where a tail 45 is defined by the canopy 12, the tail 45 may be engaged with or coupled to an additional anchor 34 for securing the canopy 12 into position for providing shade 1 to the surface 2. In yet additional embodiments, an additional suspension end or the second end, or trailing end 43 may be defined by the canopy 12. The additional suspension end or the second end, or trailing end 43 may include any of the features and characteristics described herein attributed to the suspension end 42. For example, the additional suspension end 43 may form an additional loop 41 for engaging or coupling an additional frame 15, thereby further suspending the canopy 12 from both the frame 14 and the additional frame 15.

WBD (US) 59744687v1

Amendments to the Claims

1. – 20.        (Canceled)

21.        (Currently Amended)  A system for providing shade onto a surface, the system comprising:

a ~~first~~ frame defined by a plurality of sections and comprising a cable extending through one or more of the plurality of sections, each of the plurality of sections being engageable with at least one adjacent section to define the frame~~engageable with the surface, the first frame comprising at least one section engageable with the surface and arrangeable~~ in a supporting configuration and thereby disengageable to define the frame in a transport configuration;

a canopy~~sheet of material~~ extending between a first end and an opposing second end, the first end of the canopy~~sheet of material~~being coupleable with the ~~first~~ frame about a portion of the ~~first~~ frame~~, wherein the second end of the sheet of material is spaced apart from the portion of the first frame in the supporting configuration~~ such that the canopy~~sheet of material~~ is supportable by the ~~first~~ frame and at least partially supportable by wind in a first configuration for providing shade onto the surface;

at least one elastic strap that is engageable with or coupled to the first end of the canopy for securing the canopy to the frame, the at least one elastic strap having a higher coefficient of friction with respect to a coefficient of friction of the plurality of sections of the frame, wherein the at least one elastic strap is configured to wrap about the frame and fasten to itself for securing the canopy to the frame;

~~a securing element engageable with one or both of the first frame and the sheet of material, such that the sheet of material is supportable by the first frame and at least partially supportable by the securing element in a second configuration for providing shade onto the surface;~~

a container for housing and transporting at least one of the components of the system; ~~and~~

a cord having a first end and a second end, the first end or the second end of the

WBD (US) 59744687v1

cord being coupleable to at least one of the <u>plurality of sections of the</u> ~~first~~ frame <u>or</u> [[,]]
the <u>canopy</u>~~sheet of material, and the support mechanism~~; ~~and~~

~~an~~<u>a first</u> anchor coupleable to the other of the second end or the first end of the
cord and being in contact with the surface so that the ~~first~~ frame remains in the supporting
configuration<u>;</u>

<u>a tail defined by the second end of the canopy; and</u>

<u>a second anchor engageable with or coupleable to the tail and being in contact</u>
<u>with the surface, such that the canopy is supportable by the frame and the second anchor</u>
<u>in a second configuration for providing shade onto the surface.</u>

22.      (Currently Amended)  The system of claim 21, wherein the <u>canopy</u>~~sheet of material~~ is a
unitary sheet of material or comprises a plurality of sheets of material coupleable together.

23.      (Currently Amended)  The system of claim 22, wherein the plurality of sheets of material
are selectively coupled together so that a first sheet of material is coupled with the ~~first~~ frame
about a first end and a first end of a second sheet of material is removeably coupled to a second
end of the first sheet of material.

24.      (Currently Amended)  The system of claim of claim 21, wherein the <u>canopy</u>~~sheet of~~
~~material~~ has at least one set of parallel sides.

25.      (Currently Amended)  The system of claim 24, wherein the <u>canopy</u>~~sheet of material~~ has
two sets of parallel sides.

26.      (Currently Amended)  The system of claim 21, wherein the <u>canopy</u> ~~sheet of material~~
comprises one or more vent holes defined within the ~~canopy~~ <u>sheet of material, one or more tails~~
~~extending therefrom~~, one or more wind socks, or a combination thereof.

27.      (Canceled)

WBD (US) 59744687v1
Case 5:24-cv-00588-FL      Document 28-3      Filed 03/23/26      Page 260 of 338

28.     (Currently Amended)  The system of claim 21, wherein the ~~first frame comprises a~~ plurality of sections ~~that~~ are arrangeable so that at least a first section and a second section are each engageable with the surface at first ends thereof and are coupleable to one another about opposing, second ends or are each respectively coupleable to first and second ends of at least one intermediate section arranged therebetween.

29.     (Canceled)

30.     (Canceled)

31.     (Canceled)

32.     (Currently Amended)  The system of claim 21, wherein the ~~first~~ frame is directly engageable with the surface.

33.     (Canceled)

34.     (Canceled)

35.     (Canceled)

36.     (Canceled)

37.     (Canceled)

38.     (Currently Amended) The system of claim 21, wherein the container is the <u>first</u> anchor and <u>is capable of housing</u> ~~houses~~ weight when the container is inverted and when the container is non-inverted, and wherein the first end or the second end of the cord is coupleable to at least one

WBD (US) 59744687v1

of the ~~first~~ frame~~,~~ <u>or</u> the <u>canopy</u>~~sheet of material, and the support mechanism~~, and the other of the second end or the first end of the cord is coupleable to a portion of the container to serve as the <u>first</u> anchor for housing the weight.

39.     (Canceled)

40.     (New)  The system of claim 21, wherein the cable is affixed to an interior of one or more of the plurality of sections of the frame.

41.     (New)  The system of claim 21, wherein one or more of the plurality of sections of the frame form a curved shape when in the supporting configuration.

42.     (New)  The system of claim 21, wherein the first end of the canopy defines at least one loop configured for accepting the frame therethrough.

43.     (New)  A system for providing shade onto a surface, the system comprising:

a frame defined by a plurality of sections and comprising a cable extending therethrough, each of the plurality of sections being engageable with at least one adjacent section to define the frame in a supporting configuration and thereby disengageable to define the frame in a transport configuration, wherein each of a left end and a right end of the frame in the supporting configuration has a corkscrew shape for engaging a surface;

a canopy extending between a first end and an opposing second end, the first end of the canopy extending between a left end and a right end; and

at least one fastener that secures the canopy in position relative to the frame, wherein the second end of the canopy is spaced apart from the frame in the supporting configuration such that the canopy is supportable by the frame and at least partially supportable by wind in a first configuration for providing shade to the surface,

wherein the at least one fastener has a higher coefficient of friction with respect to a coefficient of friction of the plurality of sections of the frame, and

WBD (US) 59744687v1

wherein the second end of the canopy defines a tail, the tail being engageable with or coupleable to an anchor for securing the canopy into position.

44. (New) The system of claim 43, wherein the cable is affixed to an interior of one or more of the plurality of sections of the frame.

45. (New) The system of claim 43, wherein one or more of the plurality of sections of the frame form a curved shape when in the supporting configuration.

46. (New) The system of claim 43, wherein the first end of the canopy defines at least one loop configured for accepting the frame therethrough.

47. (New) A system for providing shade onto a surface, the system comprising:

a frame being maneuverable between a transport configuration and a supporting configuration, the frame being defined by a plurality of sections including:

a first section defining a left end of the frame with a corkscrew shape and engaged with the surface;

a last section defining a right end of the frame with a corkscrew shape and engaged with the surface;

one or more adjacent sections coupled into alignment between the first section and the last section, the one or more adjacent sections comprising a cable extending therethrough and being maneuverable between the transport configuration and the supporting configuration, the adjacent sections being configured to engage with the first section and the last section in the supporting configuration;

a canopy extending between a first end and an opposing second end, the first end of the canopy extending between a left end and a right end;

at least one fastener that is engageable with or coupled to the first end of the canopy for securing the canopy to the frame, the at least one fastener having a higher

coefficient of friction with respect to a coefficient of friction of the plurality of sections of the frame; and

wherein the at least one fastener is configured to engage the one or more adjacent sections of the frame and the canopy for securing the canopy to the frame, and

wherein the second end of the canopy defines a tail, the tail being engageable with or coupleable to an anchor for securing the canopy into position.

48. (New) The system of claim 47, wherein the cable is affixed to an interior of one or more of the plurality of sections of the frame.

49. (New) The system of claim 47, wherein one or more of the plurality of sections of the frame form a curved shape when in the supporting configuration.

50. (New) The system of claim 47, wherein the first end of the canopy defines at least one loop configured for accepting the frame therethrough.

51. (New) A system for providing shade onto a surface, the system comprising:

a frame defined by a plurality of sections that include a left end, a right end, and a plurality of sections positioned between the left end and the right end and comprising a cable extending therethrough, each of the plurality of sections having one or both of a male end and a female end making the plurality of sections thereby engageable with at least one adjacent section to define the frame in a supporting configuration and thereby disengageable to define the frame in a transport configuration, wherein each of the left end and the right end has a corkscrew shape effective for engaging a surface;

a canopy extending between a suspension end and an opposing trailing end, the suspension end of the canopy extending between a left end and a right end, the suspension end of the canopy including a plurality of fasteners including at least one fastener that engages the canopy with the frame and at least one fastener that secures the canopy in position relative to the frame, wherein the trailing end of the canopy is spaced apart from the portion of the frame in the supporting configuration such that the canopy is

WBD (US) 59744687v1

supportable by the frame and at least partially supportable by wind in a first configuration for providing shade to the surface; and

a container capable of housing and transporting the components of the system therein as well as acting as a first anchor that is coupleable to one or both of the frame and the canopy, and engageable with the surface to retain the frame in the supporting configuration;

wherein the at least one fastener that secures the canopy in position relative to the frame has a higher coefficient of friction with respect to a coefficient of friction of the frame.

WBD (US) 59744687v1

## REMARKS/ARGUMENTS

Reexamination and reconsideration of this application, withdrawal of the rejections, and formal notification of the allowability of all claims as presented are earnestly solicited in light of the claim amendments and the remarks that follow. Claims 1-20, 27, and 34-36 were previously canceled. With this Amendment, claims 21-26, 28, 32, and 38 are amended, while claims 29-31, 33, 37, 39 are canceled, and new claims 40-51 are added. No new matter has been added with this Amendment. Accordingly, claims 21-26, 28, 32, 38, and 40-51 are pending following this Amendment.

### Drawings

The drawings are objected to under 37 CFR § 1.83(a) as allegedly failing to show every feature of the invention specified in the claims. The examiner states that the "second configuration" recited in claim 21, the telescoping frame recited in Claim 30, the "second frame" recited in Claim 33, and the configuration where the cord is coupled to the second end recited in Claim 37 must be shown or the feature(s) canceled from the claim(s). Claims 30, 33, and 37 are now canceled, while the second configuration of claim 21 is now shown in new FIG. 8. Support for this new drawing comes from original FIG. 1, as well as paragraphs [0038] and [0051] of the originally-filed application. No new matter has been added. Applicant therefore respectfully requests that the objection to the drawings be withdrawn at this time.

Additionally, Applicant respectfully submits that new FIG. 9 is added to illustrate the corkscrew shape of the ends of the frame. Support for this new drawing comes from original FIG. 1, as well as paragraph [0051] of the originally-filed application. Accordingly, Applicant respectfully submits that no new matter is added by way of new FIG. 9.

### Specification

The specification is now amended in order to include reference to new FIGs. 8 and 9, as well as include reference numbers referring to the "tail(s)", which are now illustrated in FIGs. 8 and 9, and the "corkscrew shape" now illustrated in FIG. 9. No new matter is added with these amendments.

WBD (US) 59744687v1

<u>Claim Rejections – 35 USC § 112</u>

Claims 21-26, 28-33, 37-39 are rejected under 35 U.S.C. 112(a) or 35 U.S.C. 112 (pre-AIA), first paragraph, as allegedly failing to comply with the written description requirement. Specifically, the examiner states that the claim(s) contains subject matter which was not described in the specification in such a way as to enable one skilled in the art to which it pertains, or with which it is most nearly connected, to make and/or use the invention.

Claim 21 is rejected for reciting the "second configuration" and a "securing element". "Securing element" is now canceled from claim 21, such that this rejection is now moot. The "second configuration" is now shown in FIG. 8, where the tail and second anchor are labeled, and show the canopy being supportable by the frame and the tail engaged with or coupled to the second anchor in the second configuration. Support for the "second configuration" can be found in at least, for example, original FIG. 1, as well as paragraphs [0038] and [0051] of the originally-filed application. No new matter has been added.

Claims 33 and 37 are also rejected, but are now canceled (along with claims 29-31), such that this rejection is now moot. Thus, Applicant respectfully requests that the rejection of claims 21-26, 28-33, 37-39 under 35 U.S.C. § 112(a) be withdrawn at this time.

Claims 21-26, 28-33, and 37-39 are rejected under 35 U.S.C. 112(b) or 35 U.S.C. 112 (pre-AIA), second paragraph, as allegedly being indefinite for failing to particularly point out and distinctly claim the subject matter which the inventor or a joint inventor (or for applications subject to pre-AIA 35 U.S.C. 112, the applicant), regards as the invention. Specifically, claim 21 recites "the support mechanism" which renders the claim indefinite for lacking antecedent basis. This language is now canceled from claim 21. Applicant respectfully requests that the rejection of claim 21 under 35 U.S.C. § 112(b), and the claims depending therefrom, be withdrawn at this time.

<u>Claim Rejections – 35 USC § 103</u>

Claims 21-26, 28, 31-33, 38, and 39 are rejected under 35 U.S.C. 103 as being

unpatentable over KR 101315166 to Kang in view of US Patent No. 4,924,893 to Furey.

Initially, Applicant notes that claims 31, 33, and 39 are now canceled. As such, Applicant respectfully submits that the rejection of these claims is now moot.

Independent claim 21 is the independent claim from which claims 22-26, 28, 32, and 38 depend. Independent claim 21 is now amended to further define at least the following elements of the claim:

1.    "at least one elastic strap that is engageable with or coupled to the first end of the canopy for securing the canopy to the frame, the at least one elastic strap having a higher coefficient of friction with respect to a coefficient of friction of the plurality of sections of the frame, wherein the at least one elastic strap is configured to wrap about the frame and fasten to itself for securing the canopy to the frame". Support is found in at least, for example, paragraphs [0039] and [0040] of the originally-filed application.

2.    "a tail defined by the second end of the canopy; and a second anchor engageable with or coupleable to the tail and being in contact with the surface, such that the canopy is supportable by the frame and the second anchor in a second configuration for providing shade onto the surface." Support is found in at least, for example, paragraphs [0038] and [0051] of the originally-filed application.


*The cited combination of references does not disclose an elastic strap having a higher coefficient of friction with respect to a coefficient of friction of the plurality of sections of the frame.*

Applicant further respectfully submits that this combination of references does not at least disclose <u>at least one elastic strap that is engageable with or coupled to the first end of the canopy for securing the canopy to the frame, the at least one elastic strap having a higher coefficient of friction with respect to a coefficient of friction of the plurality of sections of the frame</u>.

In particular, Kang does not at all disclose the claimed at least one elastic strap that is engageable with or coupled to the first end of the canopy for securing the canopy to the frame, the at least one elastic strap having a higher coefficient of friction with respect to a coefficient of

WBD (US) 59744687v1

friction of the plurality of sections of the frame. Indeed, Kang is completely silent as to material of the strap, and as such does not at all disclose that the support piece 220 is elastic. Since Kang is also silent as to a frame including a plurality of sections, it follows then that Kang cannot and does not disclose that the support piece 220 has a higher coefficient of friction with respect to a coefficient of friction of the plurality of sections of the frame. Furey likewise does not disclose this element.  Thus, the combination of Kang separately or in combination with Furey cannot and does not teach, suggest, provide motivation for, or otherwise render predictable at least this element of independent claim 21.

### *The cited combination of references does not disclose that the at least one elastic strap is configured to wrap about the frame and fasten to itself.*

Applicant further respectfully submits that this combination of references does not at least disclose wherein the at least one elastic strap is configured to wrap about the frame and fasten to itself for securing the canopy to the frame as now recited in independent claim 21.

Applicant respectfully submits that Kang is silent as to the use of a self-attaching fastener. Furey likewise does not disclose this element.  Thus, the combination of Kang separately or in combination with Furey cannot and does not teach, suggest, provide motivation for, or otherwise render predictable at least this element of independent claim 21.

### *The cited combination of references does not disclose a second anchor engageable with or coupleable to a tail defined by the second end of the canopy.*

Applicant further respectfully submits that this combination of references does not at least disclose a tail defined by the second end of the canopy; and a second anchor engageable with or coupleable to the tail and being in contact with the surface, such that the canopy is supportable by the frame and the second anchor in a second configuration for providing shade onto the surface as now recited in independent claim 21.

Applicant respectfully submits that Kang is silent as to the use of a second anchor engageable with or coupleable to a tail defined by the second end of the canopy. Furey likewise does not disclose this element as Furey is directed to a traditional beach umbrella.  Thus, the

WBD (US) 59744687v1

combination of Kang separately or in combination with Furey cannot and does not teach, suggest, provide motivation for, or otherwise render predictable at least this element of independent claim 21.

Claim 29 is rejected under 35 U.S.C. 103 as being unpatentable over Kang as modified as applied to claim 21 above, and further in view of Seo in US Publication 2003/0089390.

Claim 29 is now canceled. Therefore, Applicant respectfully submits that this rejection is now moot.

Claim 30 is rejected under 35 U.S.C. 103 as being unpatentable over Kang as modified as applied to claim 21 above, and further in view of Moss in US Patent 3,394,720.

Claim 30 is now canceled. Therefore, Applicant respectfully submits that this rejection is now moot.

New Claims

New dependent claims 40-42 are now added and depend from independent claim 21. Support for the newly added claims can be found in at least, for example, FIG.1 and the corresponding description, and paragraphs [0037], [0043], and [0045] of the published application. No new matter has been added. Applicant respectfully submits that at least these new dependent claims are non-obvious in view of the cited references for at least their dependency on independent claim 21.

New independent claims 43, 47, and 51 are now added. Support for the newly added claims can be found in at least, for example, independent claim 21, FIG.1 and the corresponding description, and paragraphs [0037], [0039], and [0051] of the published application. No new matter has been added. Dependent claims 44-46, depending from claim 43, and dependent claims 48-50 depending from claim 47 are also added.

Applicant respectfully submits independent claims 43 and 47, is/are non-obvious in view of the cited references for at least the reasons stated above with regard to independent claim 21. For example, Kang separately or in combination with Furey fails to teach, suggest, provide

WBD (US) 59744687v1

motivation for, or otherwise render predictable <u>a frame defined by a plurality of sections and comprising a cable extending therethrough, each of the plurality of sections being engageable with at least one adjacent section to define the frame in a supporting configuration and thereby disengageable to define the frame in a transport configuration, wherein each of a left end and a right end of the frame in the supporting configuration has a corkscrew shape for engaging a surface; a canopy extending between a first end and an opposing second end, the first end of the canopy extending between a left end and a right end; and at least one fastener that secures the canopy in position relative to the frame, wherein the second end of the canopy is spaced apart from the frame in the supporting configuration such that the canopy is supportable by the frame and at least partially supportable by wind in a first configuration for providing shade to the surface, wherein the at least one fastener has a higher coefficient of friction with respect to a coefficient of friction of the plurality of sections of the frame, and wherein the second end of the canopy defines a tail, the tail being engageable with or coupleable to an anchor for securing the canopy into position</u> as recited in independent claim 43, or <u>a frame being maneuverable between a transport configuration and a supporting configuration, the frame being defined by a plurality of sections including: a first section defining a left end of the frame with a corkscrew shape and engaged with the surface; a last section defining a right end of the frame with a corkscrew shape and engaged with the surface; one or more adjacent sections coupled into alignment between the first section and the last section, the one or more adjacent sections comprising a cable extending therethrough and being maneuverable between the transport configuration and the supporting configuration, the adjacent sections being configured to engage with the first section and the last section in the supporting configuration; a canopy extending between a first end and an opposing second end, the first end of the canopy extending between a left end and a right end; at least one fastener that is engageable with or coupled to the first end of the canopy for securing the canopy to the frame, the at least one fastener having a higher coefficient of friction with respect to a coefficient of friction of the plurality of sections of the frame; and wherein the at least one fastener is configured to engage the one or more adjacent sections of the frame and the canopy for securing the canopy to the frame, and wherein the second end of the canopy defines a tail, the tail being engageable with or coupleable to an anchor for securing the canopy into position, as</u>

WBD (US) 59744687v1

recited in independent claim 47, or a frame defined by a plurality of sections that include a left end, a right end, and a plurality of sections positioned between the left end and the right end and comprising a cable extending therethrough, each of the plurality of sections having one or both of a male end and a female end making the plurality of sections thereby engageable with at least one adjacent section to define the frame in a supporting configuration and thereby disengageable to define the frame in a transport configuration, wherein each of the left end and the right end has a corkscrew shape effective for engaging a surface; a canopy extending between a suspension end and an opposing trailing end, the suspension end of the canopy extending between a left end and a right end, the suspension end of the canopy including a plurality of fasteners including at least one fastener that engages the canopy with the frame and at least one fastener that secures the canopy in position relative to the frame, wherein the trailing end of the canopy is spaced apart from the portion of the frame in the supporting configuration such that the canopy is supportable by the frame and at least partially supportable by wind in a first configuration for providing shade to the surface; and a container capable of housing and transporting the components of the system therein as well as acting as a first anchor that is coupleable to one or both of the frame and the canopy, and engageable with the surface to retain the frame in the supporting configuration; wherein the at least one fastener that secures the canopy in position relative to the frame has a higher coefficient of friction with respect to a coefficient of friction of the frame, as recited in independent claim 51.

Consequently, and for at least these reasons, independent claims 43, 47, and 51, and the claims depending therefrom, are not rendered obvious by Kang separately or in combination with Furey.

WBD (US) 59744687v1

Appl. No.:    17/232,799
Amdt. Dated:  December 12, 2022
Reply to Office Action dated July 6, 2022

## <u>CONCLUSION</u>

It is not believed that extensions of time or fees for net addition of claims are required, beyond those that may otherwise be provided for in documents accompanying this paper. However, in the event that additional extensions of time are necessary to allow consideration of this paper, such extensions are hereby petitioned under 37 CFR § 1.136(a), and any fee required therefor (including fees for net addition of claims) is hereby authorized to be charged to Deposit Account No. 09-0528.

**Customer No. 26158**
**Womble Bond Dickinson (US) LLP**
Attn:  Patent Docketing
P.O. Box 570489
Atlanta, GA 30357
Tel Raleigh Office (919) 755-2100
Fax Raleigh Office (919) 755-2150

Respectfully submitted,

/lauren f. anderson/

Lauren F. Anderson
Registration No. 69,344

*ELECTRONICALLY FILED USING THE EFS-WEB ELECTRONIC FILING SYSTEM OF THE UNITED STATES PATENT AND TRADEMARK OFFICE ON DECEMBER 12, 2022.*

WBD (US) 59744687v1



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5

Case 5:24-cv-00588-FL    Document 28-3    Filed 03/23/26    Page 278 of 338



FIG. 6



**FIG. 7**



# FIG. 8

Case 5:24-cv-00588-FL     Document 28-3     Filed 03/23/26     Page 281 of 338



FIG. 9

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 17232799 |
| **Filing Date:** | 16-Apr-2021 |
| **Title of Invention:** | SHADING SYSTEM AND METHOD OF USE |
| **First Named Inventor/Applicant Name:** | Dane Brooks Barnes |
| **Filer:** | Lauren F Anderson/Shari Elofson |
| **Attorney Docket Number:** | S105508 1010US.C3 (0010.3 |

Filed as Large Entity

**Filing Fees for   Utility under 35 USC 111(a)**

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| CLAIMS IN EXCESS OF 20 | 1202 | 1 | 100 | 100 |
| INDEPENDENT CLAIMS IN EXCESS OF 3 | 1201 | 1 | 480 | 480 |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |
| Extension - 3 months with $220 paid | 1253 | 1 | 1260 | 1260 |
| **Miscellaneous:** | | | | |
| **Total in USD ($)** | | | | **1840** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 47189457 |
| **Application Number:** | 17232799 |
| **International Application Number:** | |
| **Confirmation Number:** | 1050 |
| **Title of Invention:** | SHADING SYSTEM AND METHOD OF USE |
| **First Named Inventor/Applicant Name:** | Dane Brooks Barnes |
| **Customer Number:** | 26158 |
| **Filer:** | Lauren F Anderson/Shari Elofson |
| **Filer Authorized By:** | Lauren F Anderson |
| **Attorney Docket Number:** | S105508 1010US.C3 (0010.3 |
| **Receipt Date:** | 12-DEC-2022 |
| **Filing Date:** | 16-APR-2021 |
| **Time Stamp:** | 16:25:05 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | DA |
| Payment was successfully received in RAM | $1840 |
| RAM confirmation Number | E2022BBG25470592 |
| Deposit Account | |
| Authorized User | |
| The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows: | |

Case 5:24-cv-00588-FL    Document 28-3    Filed 03/23/26    Page 285 of 338

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Extension of Time | S105508_1010US_C3_0010_3_EOT.pdf | 276290<br><br>2602809787fb52dd9c8d83116b48344895891451 | no | 2 |

**Warnings:**

**Information:**

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 2 | | S105508_1010US_C3_0010_3_Supplemental_Amendment_for_7-6-2022_OA.pdf | 184157<br><br>17412bde07f6a08a7985d184a05dcdaac5ce03c5 | yes | 18 |

| Multipart Description/PDF files in .zip description | | |
|---|---|---|
| Document Description | Start | End |
| Amendment/Request for Reconsideration-After Non-Final Rejection | 1 | 1 |
| Drawings-only black and white line drawings | 2 | 2 |
| Specification | 3 | 3 |
| Claims | 4 | 10 |
| Applicant Arguments/Remarks Made in an Amendment | 11 | 18 |

**Warnings:**

**Information:**

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 3 | Drawings-only black and white line drawings | S105508_1010US_C3_0010_3_Replacement_Drawings.PDF | 4720414<br><br>45056edfc26aab02bade4a3fbae3a90fbd88702c | no | 9 |

**Warnings:**

**Information:**

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 4 | Fee Worksheet (SB06) | fee-info.pdf | 42988<br><br>6f7f89ee853239b246c9c22a6b024dd6fe1df90d | no | 2 |

**Warnings:**

**Information:**

Case 5:24-cv-00588-FL    Document 28-3    Filed 03/23/26    Page 286 of 338

| Total Files Size (in bytes): | 5223849 |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

PTO/AIA/22 (09-22)
Approved for use through 05/31/2024. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| **PETITION FOR EXTENSION OF TIME UNDER 37 CFR 1.136(a)** | Docket Number (Optional)<br>S105508 1010US.C3 (0010.3) |
|---|---|

| Application Number<br>17/232,799 | Filed<br>April 16, 2021 |
|---|---|

For **SHADING SYSTEM AND METHOD OF USE**

| Art Unit<br>3636 | Examiner<br>Noah Chandler Hawk |
|---|---|

This is a request under the provisions of 37 CFR 1.136(a) to extend the period for filing a reply in the above-identified application.

The requested extension and fee are as follows (check time period desired and enter the appropriate fee below):

|  |  | Fee | Small Entity Fee | Micro Entity Fee |  |
|---|---|---|---|---|---|
| [ ] | One month (37 CFR 1.17(a)(1)) | $220 | $110 | $55 | $ _____ |
| [ ] | Two months (37 CFR 1.17(a)(2)) | $640 | $320 | $160 | $ _____ |
| [✔] | Three months (37 CFR 1.17(a)(3)) | $1,480 | $740 | $370 | $ 1260 |
| [ ] | Four months (37 CFR 1.17(a)(4)) | $2,320 | $1,160 | $580 | $ _____ |
| [ ] | Five months (37 CFR 1.17(a)(5)) | $3,160 | $1,580 | $790 | $ _____ |

[ ] Applicant asserts small entity status. See 37 CFR 1.27.

[ ] Applicant certifies micro entity status. See 37 CFR 1.29.
Form PTO/SB/15A or B or equivalent must either be enclosed or have been submitted previously.

[ ] A check in the amount of the fee is enclosed.

[ ] Payment by credit card. Form PTO-2038 is attached.

[ ] The Director has already been authorized to charge fees in this application to a Deposit Account.

[✔] The Director is hereby authorized to charge any fees which may be required, or credit any overpayment, to Deposit Account Number 09-0528 _____.

[✔] Payment made via USPTO's patent electronic filing system (Patent Center or EFS-Web).

**WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.**

I am the

[ ] applicant.

[✔] attorney or agent of record. Registration number 69,344 _____.

[ ] attorney or agent acting under 37 CFR 1.34. Registration number _____.

| /lauren f. anderson/ | December 12, 2022 |
|---|---|
| Signature | Date |
| Lauren F. Anderson | (919) 755-8127 |
| Typed or printed name | Telephone Number |

**NOTE:** This form must be signed in accordance with 37 CFR 1.33. See 37 CFR 1.4 for signature requirements and certifications. Submit multiple forms if more than one signature is required, see below*.

[ ] * Total of _____ forms are submitted.

A Federal agency may not conduct or sponsor, and a person is not required to respond to, nor shall a person be subject to a penalty for failure to comply with an information collection subject to the requirements of the Paperwork Reduction Act of 1995, unless the information collection has a currently valid OMB Control Number. The OMB Control Number for this information collection is 0651-0031. Public burden for this form is estimated to average 6 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the information collection. Send comments regarding this burden estimate or any other aspect of this information collection, including suggestions for reducing this burden to the Chief Administrative Officer, United States Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450 or email InformationCollection@uspto.gov. **DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. If filing this completed form by mail, send to: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

# Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. The United States Patent and Trademark Office (USPTO) collects the information in this record under authority of 35 U.S.C. 2. The USPTO's system of records is used to manage all applicant and owner information including name, citizenship, residence, post office address, and other information with respect to inventors and their legal representatives pertaining to the applicant's/owner's activities in connection with the invention for which a patent is sought or has been granted. The applicable Privacy Act System of Records Notice for the information collected in this form is COMMERCE/PAT-TM-7 Patent Application Files, available in the Federal Register at 78 FR 19243 (March 29, 2013). https://www.govinfo.gov/content/pkg/FR-2013-03-29/pdf/2013-07341.pdf

Routine uses of the information in this record may include disclosure to: 1) law enforcement, in the event that the system of records indicates a violation or potential violation of law; 2) a Federal, state, local, or international agency, in response to its request; 3) a contractor of the USPTO having need for the information in order to perform a contract; 4) the Department of Justice for determination of whether the Freedom of Information Act (FOIA) requires disclosure of the record; 5) a Member of Congress submitting a request involving an individual to whom the record pertains, when the individual has requested the Member's assistance with respect to the subject matter of the record; 6) a court, magistrate, or administrative tribunal, in the course of presenting evidence, including disclosures to opposing counsel in the course of settlement negotiations; 7) the Administrator, General Services Administration (GSA), or their designee, during an inspection of records conducted by GSA under authority of 44 U.S.C. 2904 and 2906, in accordance with the GSA regulations and any other relevant (i.e., GSA or Commerce) directive, where such disclosure shall not be used to make determinations about individuals; 8) another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)); 9) the Office of Personnel Management (OPM) for personnel research purposes; and 9) the Office of Management and Budget (OMB) for legislative coordination and clearance.

If you do not furnish the information requested on this form, the USPTO may not be able to process and/or examine your submission, which may result in termination of proceedings, abandonment of the application, and/or expiration of the patent.

# Additional Uses

Additional USPTO uses of the information in this record may include disclosure to: 1) the International Bureau of the World Intellectual Property Organization, if the record is related to an international application filed under the Patent Cooperation Treaty;  2) the public i) after publication of the application pursuant to 35 U.S.C. 122(b), ii) after issuance of a patent pursuant to 35 U.S.C. 151, iii) if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections, or an issued patent, or iv) without publication of the application or patent under the specific circumstances provided for by 37 CFR 1.14(a)(1)(v)-(vii); and/or 3) the National Archives and Records Administration, for inspection of records.

 

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

26158          7590          12/21/2022

WOMBLE BOND DICKINSON (US) LLP
ATTN: IP DOCKETING
P.O. Box 570489
ATLANTA, GA 30357-0037

| EXAMINER |
|---|
| HAWK, NOAH CHANDLER |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3636 | |

DATE MAILED: 12/21/2022

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 17/232,799 | 04/16/2021 | Dane Brooks Barnes | S105508 1010US.C3 (0010.3 | 1050 |

TITLE OF INVENTION: SHADING SYSTEM AND METHOD OF USE

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | UNDISCOUNTED | $1200 | $0.00 | $0.00 | $1200 | 03/21/2023 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED. THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.**

**THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED. SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE DOES NOT REFLECT A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION. IF AN ISSUE FEE HAS PREVIOUSLY BEEN PAID IN THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM WILL BE CONSIDERED A REQUEST TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW DUE.**

**HOW TO REPLY TO THIS NOTICE:**

I. Review the ENTITY STATUS shown above. If the ENTITY STATUS is shown as SMALL or MICRO, verify whether entitlement to that entity status still applies.

If the ENTITY STATUS is the same as shown above, pay the TOTAL FEE(S) DUE shown above.

If the ENTITY STATUS is changed from that shown above, on PART B - FEE(S) TRANSMITTAL, complete section number 5 titled "Change in Entity Status (from status indicated above)".

For purposes of this notice, small entity fees are 1/2 the amount of undiscounted fees, and micro entity fees are 1/2 the amount of small entity fees.

II. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed. If an equivalent of Part B is filed, a request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing the paper as an equivalent of Part B.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Maintenance fees are due in utility patents issuing on applications filed on or after Dec. 12, 1980. It is patentee's responsibility to ensure timely payment of maintenance fees when due. More information is available at www.uspto.gov/PatentMaintenanceFees.**

PTOL-85 (Rev. 02/11)

# PART B - FEE(S) TRANSMITTAL

Complete and send this form, together with applicable fee(s), by mail or fax, or via EFS-Web.

By mail, send to:    Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

By fax, send to:    (571)-273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

26158       7590       12/21/2022
WOMBLE BOND DICKINSON (US) LLP
ATTN: IP DOCKETING
P.O. Box 570489
ATLANTA, GA 30357-0037

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being transmitted to the USPTO via EFS-Web or by facsimile to (571) 273-2885, on the date below.

|  |
|---|
| (Typed or printed name) |
| (Signature) |
| (Date) |

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 17/232,799 | 04/16/2021 | Dane Brooks Barnes | S105508 1010US.C3 (0010.3 | 1050 |

TITLE OF INVENTION: SHADING SYSTEM AND METHOD OF USE

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | UNDISCOUNTED | $1200 | $0.00 | $0.00 | $1200 | 03/21/2023 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| HAWK, NOAH CHANDLER | 3636 | 135-128000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

❏ Change of correspondence address (or Change of Correspondence Address form PTO/AIA/122 or PTO/SB/122) attached.

❏ "Fee Address" indication (or "Fee Address" Indication form PTO/AIA/47 or PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list
(1) The names of up to 3 registered patent attorneys or agents OR, alternatively,
(2) The name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 _____

2 _____

3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document must have been previously recorded, or filed for recordation, as set forth in 37 CFR 3.11 and 37 CFR 3.81(a). Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE        (B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) : ❏ Individual  ❏ Corporation or other private group entity  ❏ Government

4a. Fees submitted:  ❏ Issue Fee  ❏ Publication Fee (if required)  ❏ Advance Order - # of Copies _____

4b. Method of Payment: *(Please first reapply any previously paid fee shown above)*

❏ Electronic Payment via EFS-Web    ❏ Enclosed check    ❏ Non-electronic payment by credit card (Attach form PTO-2038)

❏ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment to Deposit Account No. _____

5. **Change in Entity Status** (from status indicated above)

❏ Applicant certifying micro entity status. See 37 CFR 1.29

❏ Applicant asserting small entity status. See 37 CFR 1.27

❏ Applicant changing to regular undiscounted fee status.

NOTE: Absent a valid certification of Micro Entity Status (see forms PTO/SB/15A and 15B), issue fee payment in the micro entity amount will not be accepted at the risk of application abandonment.
NOTE: If the application was previously under micro entity status, checking this box will be taken to be a notification of loss of entitlement to micro entity status.
NOTE: Checking this box will be taken to be a notification of loss of entitlement to small or micro entity status, as applicable.

NOTE: This form must be signed in accordance with 37 CFR 1.31 and 1.33. See 37 CFR 1.4 for signature requirements and certifications.

Authorized Signature _____    Date _____

Typed or printed name _____    Registration No. _____

Case 5:24-cv-00588-FL    Document 28-3    Filed 03/23/26    Page 291 of 338

PTOL-85 Part B (08-18) Approved for use through 01/31/2020    OMB 0651-0033    U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 17/232,799 | 04/16/2021 | Dane Brooks Barnes | S105508 1010US.C3 (0010.3 | 1050 |

| | | | EXAMINER |
|---|---|---|---|
| 26158 | 7590 | 12/21/2022 | HAWK, NOAH CHANDLER |

WOMBLE BOND DICKINSON (US) LLP
ATTN: IP DOCKETING
P.O. Box 570489
ATLANTA, GA 30357-0037

| ART UNIT | PAPER NUMBER |
|---|---|
| 3636 | |

DATE MAILED: 12/21/2022

# Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
### (Applications filed on or after May 29, 2000)

The Office has discontinued providing a Patent Term Adjustment (PTA) calculation with the Notice of Allowance.

Section 1(h)(2) of the AIA Technical Corrections Act amended 35 U.S.C. 154(b)(3)(B)(i) to eliminate the requirement that the Office provide a patent term adjustment determination with the notice of allowance. See Revisions to Patent Term Adjustment, 78 Fed. Reg. 19416, 19417 (Apr. 1, 2013). Therefore, the Office is no longer providing an initial patent term adjustment determination with the notice of allowance. The Office will continue to provide a patent term adjustment determination with the Issue Notification Letter that is mailed to applicant approximately three weeks prior to the issue date of the patent, and will include the patent term adjustment on the patent. Any request for reconsideration of the patent term adjustment determination (or reinstatement of patent term adjustment) should follow the process outlined in 37 CFR 1.705.

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at 1-(888)-786-0101 or (571)-272-4200.

PTOL-85 (Rev. 02/11)

# OMB Clearance and PRA Burden Statement for PTOL-85 Part B

The Paperwork Reduction Act (PRA) of 1995 requires Federal agencies to obtain Office of Management and Budget approval before requesting most types of information from the public. When OMB approves an agency request to collect information from the public, OMB (i) provides a valid OMB Control Number and expiration date for the agency to display on the instrument that will be used to collect the information and (ii) requires the agency to inform the public about the OMB Control Number's legal significance in accordance with 5 CFR 1320.5(b).

The information collected by PTOL-85 Part B is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 30 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450. Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## Privacy Act Statement

**The Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

Case 5:24-cv-00588-FL    Document 28-3    Filed 03/23/26    Page 293 of 338

| | Application No. | Applicant(s) |
|---|---|---|
| **Notice of Allowability** | 17/232,799 | Barnes et al. |
| | Examiner | Art Unit | AIA (FITF) Status |
| | NOAH C HAWK | 3636 | Yes |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☑ This communication is responsive to 11/7/2022.

   ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

2. ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

3. ☑ The allowed claim(s) is/are See Continuation Sheet . As a result of the allowed claim(s), you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see **http://www.uspto.gov/patents/init_events/pph/index.jsp** or send an inquiry to **PPHfeedback@uspto.gov**.

4. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

   **Certified copies:**

   a) ☐ All      b) ☐ Some*      c) ☐ None of the:

      1. ☐ Certified copies of the priority documents have been received.

      2. ☐ Certified copies of the priority documents have been received in Application No. _____ .

      3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

   * Certified copies not received: _____ .

   Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application. **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

5. ☐ CORRECTED DRAWINGS (as "replacement sheets") must be submitted.

   ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No./Mail Date _____ .

   **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**

1. ☐ Notice of References Cited (PTO-892)

2. ☑ Information Disclosure Statements (PTO/SB/08), Paper No./Mail Date 11/7/22.

3. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material _____ .

4. ☐ Interview Summary (PTO-413), Paper No./Mail Date. _____ .

5. ☑ Examiner's Amendment/Comment

6. ☑ Examiner's Statement of Reasons for Allowance

7. ☐ Other _____ .

/Noah Chandler Hawk/
Primary Examiner, Art Unit 3636

Case 5:24-cv-00588-FL     Document 28-3     Filed 03/23/26     Page 294 of 338

Continuation of 3. The allowed claim(s) is/are: 21-26,28,32,38 and 40-50

## DETAILED ACTION

### Notice of Pre-AIA or AIA Status

1.      The present application, filed on or after March 16, 2013, is being examined

under the first inventor to file provisions of the AIA.

### Drawings

2.      The drawings were received on 11/7/2022.  These drawings are accepted.

### Specification

3.      The amendments to the Specification were received on 11/7/2022 and are

accepted.

### Allowable Subject Matter

4.      Claims 21-26, 28, 32, 38, and 40-50 are allowed.

5.      The following is an examiner's statement of reasons for allowance: the prior art

made of record has failed to teach, either singly or in combination, a novel canopy with

a multi-part corded frame supporting a canopy at one end of the canopy, the canopy

having an frictional elastic strap wrapping around the frame to secure the canopy along

the frame, the canopy being partially supported by the wind, a container for housing and

transporting components of the device, a cord attached at one end to either the frame or

the canopy and at the other end to a first anchor, and a tail at the opposite end of the

canopy having a second anchor in contact with the surface.

Any comments considered necessary by applicant must be submitted no later than the payment of the issue fee and, to avoid processing delays, should preferably accompany the issue fee.  Such submissions should be clearly labeled "Comments on Statement of Reasons for Allowance."


## *Conclusion*

6.      Any inquiry concerning this communication or earlier communications from the examiner should be directed to NOAH CHANDLER HAWK whose telephone number is (571)272-1480. The examiner can normally be reached M-F 9am to 5:30pm.

Examiner interviews are available via telephone, in-person, and video conferencing using a USPTO supplied web-based collaboration tool. To schedule an interview, applicant is encouraged to use the USPTO Automated Interview Request (AIR) at http://www.uspto.gov/interviewpractice.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, David Dunn can be reached on 5712726670. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of published or unpublished applications may be obtained from Patent Center. Unpublished application information in Patent Center is available to registered users. To file and manage patent submissions in Patent Center, visit: https://patentcenter.uspto.gov. Visit https://www.uspto.gov/patents/apply/patent-center for more information about Patent Center and https://www.uspto.gov/patents/docx for information about filing in DOCX format. For additional questions, contact the Electronic Business Center (EBC) at 866-217-9197

(toll-free). If you would like assistance from a USPTO Customer Service

Representative, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

NOAH CHANDLER HAWK
Primary Examiner
Art Unit 3636

/Noah Chandler Hawk/
Primary Examiner, Art Unit 3636

| Issue Classification | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 17/232,799 | Barnes et al. |
| | **Examiner** | **Art Unit** |
| | NOAH C HAWK | 3636 |

**CPC**

| Symbol | | | | | Type | Version |
|---|---|---|---|---|---|---|
| E04H | / | 15 | / | 003 | F | 2013-01-01 |
| E04H | / | 15 | / | 44 | I | 2013-01-01 |
| E04H | / | 15 | / | 36 | I | 2013-01-01 |
| E04H | / | 15 | / | 30 | I | 2013-01-01 |
| E04H | / | 15 | / | 32 | I | 2013-01-01 |

**CPC Combination Sets**

| Symbol | | | Type | Set | Ranking | Version |
|---|---|---|---|---|---|---|
| | / | | | | | |

| NONE | | Total Claims Allowed: | |
|---|---|---|---|
| (Assistant Examiner) | (Date) | 20 | |
| /Noah Chandler Hawk/ Primary Examiner, Art Unit 3636 | 07 December 2022 | O.G. Print Claim(s) | O.G. Print Figure |
| (Primary Examiner) | (Date) | 1 | 1, 9 |

U.S. Patent and Trademark Office      Part of Paper No.: 20221207

| *Issue Classification* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| ‖‖‖‖‖‖‖ (barcode) | 17/232,799 | Barnes et al. |
| | Examiner | Art Unit |
| | NOAH C HAWK | 3636 |

**INTERNATIONAL CLASSIFICATION**

**CLAIMED**

| E04H | | / | 15 | | / | 00 |
|---|---|---|---|---|---|---|

**NON-CLAIMED**

| | / | | / | |
|---|---|---|---|---|

**US ORIGINAL CLASSIFICATION**

| CLASS | SUBCLASS |
|---|---|
| | |

**CROSS REFERENCES(S)**

| CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |

| NONE | | Total Claims Allowed: | |
|---|---|---|---|
| (Assistant Examiner) | (Date) | 20 | |
| /Noah Chandler Hawk/<br>Primary Examiner, Art Unit 3636 | 07 December 2022 | O.G. Print Claim(s) | O.G. Print Figure |
| (Primary Examiner) | (Date) | 1 | 1, 9 |

<table>
<tr><td colspan="2" rowspan="2"><strong><em>Issue Classification</em></strong><br><br>IIIIIIIIIIIIII</td><td><strong>Application/Control No.</strong><br><br>17/232,799</td><td><strong>Applicant(s)/Patent Under Reexamination</strong><br><br>Barnes et al.</td></tr>
<tr><td><strong>Examiner</strong><br><br>NOAH C HAWK</td><td><strong>Art Unit</strong><br><br>3636</td></tr>
</table>

| ☑ | Claims renumbered in the same order as presented by applicant | ☐ CPA | ☐ T.D. | ☐ R.1.47 |

**CLAIMS**

| Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 21 | 10 | 40 | 19 | 49 | | | | | | | | | | |
| 2 | 22 | 11 | 41 | 20 | 50 | | | | | | | | | | |
| 3 | 23 | 12 | 42 | | | | | | | | | | | | |
| 4 | 24 | 13 | 43 | | | | | | | | | | | | |
| 5 | 25 | 14 | 44 | | | | | | | | | | | | |
| 6 | 26 | 15 | 45 | | | | | | | | | | | | |
| 7 | 28 | 16 | 46 | | | | | | | | | | | | |
| 8 | 32 | 17 | 47 | | | | | | | | | | | | |
| 9 | 38 | 18 | 48 | | | | | | | | | | | | |

| NONE<br><br>(Assistant Examiner) | (Date) | **Total Claims Allowed:**<br><br>20 | |
|---|---|---|---|
| /Noah Chandler Hawk/<br>Primary Examiner, Art Unit 3636<br><br>(Primary Examiner) | 07 December 2022<br><br>(Date) | O.G. Print Claim(s)<br><br>1 | O.G. Print Figure<br><br>1, 9 |

U.S. Patent and Trademark Office

Part of Paper No.: 20221207

Case 5:24-cv-00588-FL    Document 28-3    Filed 03/23/26    Page 301 of 338

| **Search Notes**  ||| **Application/Control No.** | **Applicant(s)/Patent Under Reexamination** |
|||| 17/232,799 | Barnes et al. |
|||| **Examiner** | **Art Unit** |
|||| NOAH C HAWK | 3636 |

**CPC - Searched***

| Symbol | Date | Examiner |
|---|---|---|
| E04H 15/326, 15/003, 12/22 | 06/28/2022 | NCH |

**CPC Combination Sets - Searched***

| Symbol | Date | Examiner |
|---|---|---|
|  |  |  |

**US Classification - Searched***

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| 135 | 115, 118, 119, 120.1, 114, 127 | 06/29/2022 | NCH |
| 40 | 214, 606.11, 217, 412 | 06/29/2022 | NCH |
| 160 | 135, 350, 351, 352, 377 | 06/29/2022 | NCH |

\* See search history printout included with this form or the SEARCH NOTES box below to determine the scope of the search.

**Search Notes**

| Search Notes | Date | Examiner |
|---|---|---|
| Considered IDS filed 4/16/21, 10/21/21, 11/12/21, 6/17/22, | 06/28/2022 | NCH |
| Considered and updated search history for parent application 16/987886 and related application 17/343114 | 06/28/2022 | NCH |
| Performed inventor name search in DAV | 06/29/2022 | NCH |
| Please see attached PE2E search history | 06/29/2022 | NCH |
| Considered IDS filed 11/7/2022 | 12/07/2022 | NCH |

Case 5:24-cv-00588-FL     Document 28-3     Filed 03/23/26     Page 302 of 338

| *Search Notes* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 17/232,799 | Barnes et al. |
| | **Examiner** | **Art Unit** |
| | NOAH C HAWK | 3636 |

**Interference Search**

| US Class/CPC Symbol | US Subclass/CPC Group | Date | Examiner |
|---|---|---|---|
| E04H | 15/326, 15/003, 12/22 | 12/07/2022 | NCH |
| 135 | 115, 118, 119, 120.1, 114, 127 | 12/07/2022 | NCH |
| 40 | 214, 606.11, 217, 412 | 12/07/2022 | NCH |
| 160 | 135, 350, 351, 352, 377 | 12/07/2022 | NCH |

Case 5:24-cv-00588-FL    Document 28-3    Filed 03/23/26    Page 303 of 338

| | | | |
|---|---|---|---|
| **Index of Claims** | **Application/Control No.** 17/232,799 | **Applicant(s)/Patent Under Reexamination** Barnes et al. | |
| | **Examiner** NOAH C HAWK | **Art Unit** 3636 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ✓ | **Rejected** | - | **Cancelled** | N | **Non-Elected** | A | **Appeal** |
| = | **Allowed** | ÷ | **Restricted** | I | **Interference** | O | **Objected** |

| CLAIMS | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ☑ Claims renumbered in the same order as presented by applicant | | | | | ☐ CPA | ☐ T.D. | | ☐ R.1.47 | |

| CLAIM | | DATE | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 06/29/2022 | 12/07/2022 | | | | | | |
| | 1 | - | ✓ | | | | | | |
| | 2 | - | ✓ | | | | | | |
| | 3 | - | ✓ | | | | | | |
| | 4 | - | ✓ | | | | | | |
| | 5 | - | ✓ | | | | | | |
| | 6 | - | ✓ | | | | | | |
| | 7 | - | ✓ | | | | | | |
| | 8 | - | ✓ | | | | | | |
| | 9 | - | ✓ | | | | | | |
| | 10 | - | ✓ | | | | | | |
| | 11 | - | ✓ | | | | | | |
| | 12 | - | ✓ | | | | | | |
| | 13 | - | ✓ | | | | | | |
| | 14 | - | ✓ | | | | | | |
| | 15 | - | ✓ | | | | | | |
| | 16 | - | ✓ | | | | | | |
| | 17 | - | ✓ | | | | | | |
| | 18 | - | ✓ | | | | | | |
| | 19 | - | ✓ | | | | | | |
| | 20 | - | ✓ | | | | | | |
| 1 | 21 | ✓ | = | | | | | | |
| 2 | 22 | ✓ | = | | | | | | |
| 3 | 23 | ✓ | = | | | | | | |
| 4 | 24 | ✓ | = | | | | | | |
| 5 | 25 | ✓ | = | | | | | | |
| 6 | 26 | ✓ | = | | | | | | |
| | 27 | - | - | | | | | | |
| 7 | 28 | ✓ | = | | | | | | |
| | 29 | ✓ | - | | | | | | |
| | 30 | ✓ | - | | | | | | |
| | 31 | ✓ | - | | | | | | |
| 8 | 32 | ✓ | = | | | | | | |
| | 33 | ✓ | - | | | | | | |
| | 34 | - | - | | | | | | |
| | 35 | - | - | | | | | | |
| | 36 | - | - | | | | | | |
| | 37 | ✓ | - | | | | | | |
| 9 | 38 | ✓ | = | | | | | | |
| | 39 | ✓ | - | | | | | | |
| 10 | 40 | | = | | | | | | |
| 11 | 41 | | = | | | | | | |
| 12 | 42 | | = | | | | | | |

<table>
<tr><td colspan="2" rowspan="2"><strong><em>Index of Claims</em></strong><br><br>‖‖‖‖‖‖‖‖‖‖‖‖‖‖</td><td colspan="2"><strong>Application/Control No.</strong><br><br>17/232,799</td><td colspan="2"><strong>Applicant(s)/Patent Under Reexamination</strong><br><br>Barnes et al.</td></tr>
</table>

| Index of Claims | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 17/232,799 | Barnes et al. |
| | **Examiner** | **Art Unit** |
| | NOAH C HAWK | 3636 |

| CLAIM | | DATE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 06/29/2022 | 12/07/2022 | | | | | | | |
| 13 | 43 | | = | | | | | | | |
| 14 | 44 | | = | | | | | | | |
| 15 | 45 | | = | | | | | | | |
| 16 | 46 | | = | | | | | | | |
| 17 | 47 | | = | | | | | | | |
| 18 | 48 | | = | | | | | | | |
| 19 | 49 | | = | | | | | | | |
| 20 | 50 | | = | | | | | | | |

<table>
<tr><td rowspan="2" colspan="2"><strong>INFORMATION DISCLOSURE STATEMENT BY APPLICANT</strong></td><td colspan="2" align="center"><strong>Complete if Known</strong></td></tr>
<tr><td>Application Number</td><td>17/232,799</td></tr>
</table>

| | | Complete if Known | |
|---|---|---|---|
| | Application Number | 17/232,799 | |
| | Filing Date | April 16, 2021 | |
| | First Named Inventor | Dane Brooks Barnes | |
| | Art Unit | 3636 | |
| | Examiner Name | Hawk, Noah Chandler | |
| Sheet | 1 | of | 2 | Attorney Docket Number | **S105508 1010US.C3 (0010.3)** |

## U. S. PATENT DOCUMENTS

| Examiner Initials* | Cite No. | Document Number<br>Number - Kind Code (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages of Relevant Figures Appear |
|---|---|---|---|---|---|
| | 45 | US-1,571,295 | 02-02-1926 | Newman | |
| | 46 | US-2,190,566 | 02-13-1940 | Julian | |
| | 47 | US-2,554,688 | 05-29-1951 | Vollweiler | |
| | 48 | US-2,963,031 | 12-06-1960 | Carroll | |
| | 49 | US-3,190,300 | 06-22-1965 | Wear'n | |
| | 50 | US-3,286,962 | 11-22-1966 | Warth | |
| | 51 | US-4,739,784 | 04-26-1988 | Fast | |
| | 52 | US-4,750,508 | 06-14-1988 | Tatoian | |
| | 53 | US-5,046,699 | 09-10-1991 | Perreault *et al.* | |
| | 54 | US-5,358,209 | 10-25-1994 | Ward | |
| | 55 | US-5,546,971 | 08-20-1996 | Leonhardt | |
| | 56 | US-5,823,217 | 10-20-1998 | Rice | |
| | 57 | US-6,321,861 | 11-27-2001 | Leichter | |
| | 58 | US-7,021,866 | 04-04-2006 | Keefe | |
| | 59 | US-7,191,996 | 03-20-2007 | Patsalaridis | |
| | 60 | US-9,903,134 | 02-27-2018 | Munnerlyn | |
| | 61 | US-D263,984 | 04-20-1982 | Moss | |
| | 62 | US-D363,755 | 10-31-1995 | Diederich | |
| | 63 | US-D397,401 | 08-25-1998 | Diederich | |
| | 64 | US-D398,363 | 09-15-1998 | LoBue | |
| | 65 | US-D421,532 | 03-14-2000 | Koroncai | |
| | 66 | US-D555,748 | 11-20-2007 | Gyr *et al.* | |
| | 67 | US-D577,092 | 09-16-2008 | West | |
| | 68 | US-D593,315 | 06-02-2009 | Zemel | |

| Examiner Signature | /Noah Chandler Hawk/ | Date Considered | 12/07/2022 |
|---|---|---|---|

*Examiner:  Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

ELECTRONICALLY FILED USING THE EFS-WEB ELECTRONIC FILING SYSTEM OF THE UNITED STATES PATENT AND TRADEMARK OFFICE ON NOVEMBER 7, 2022

WBD (US) 59405375v1

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /NCH/

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | | Complete if Known | |
|---|---|---|---|---|
| | | | Application Number | 17/232,799 |
| | | | Filing Date | April 16, 2021 |
| | | | First Named Inventor | Dane Brooks Barnes |
| | | | Art Unit | 3636 |
| | | | Examiner Name | Hawk, Noah Chandler |
| Sheet | 2 | of | 2 | Attorney Docket Number | **S105508 1010US.C3 (0010.3)** |

## U. S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| | 69 | US-D630,834 | 01-18-2011 | Cohen |
| | 70 | US-D739,555 | 09-22-2015 | McAlister |
| | 71 | US-D741,437 | 10-20-2015 | Zimmer *et al.* |
| | 72 | US-D843,200 | 03-19-2019 | Tjerrild |
| | 73 | US-D859,808 | 09-17-2019 | Goldszer |
| | 74 | US-D877,486 | 03-10-2020 | Chen |
| | 75 | US-D928,899 | 08-24-2021 | Zhu |
| | 76 | US-D947,975 | 04-05-2022 | Lah |
| | 77 | US-D948,653 | 04-12-2022 | Lah |
| | 78 | US-D960,277 | 08-09-2022 | Lah |
| | 79 | US-1,129,194 | 02-23-1915 | Hanley |
| | 80 | US-10,066,417 | 09-04-2018 | Linyard *et al.* |
| | 81 | US-10,602,817 | 03-31-2020 | Price |
| | 82 | US-11,156,012 | 10-26-2021 | Graham |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No. | Foreign Patent Document<br>Country Code - Number Kind Code (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | English Language Translation Attached |
|---|---|---|---|---|---|---|
| | 83 | WO 2011/012969 A2 | 02-03-2011 | De Pasquale | | |
| | 84 | WO 2020/089599 A1 | 05-07-2020 | Osborne | | |

## OTHER DOCUMENTS

| Examiner Initials* | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s) , volume-issue number(s), publisher, city and/or country where published. | English Language Translation Attached |
|---|---|---|---|
| | | | |

| Examiner Signature | /Noah Chandler Hawk/ | Date Considered | 12/07/2022 |
|---|---|---|---|

*Examiner: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

*ELECTRONICALLY FILED USING THE EFS-WEB ELECTRONIC FILING SYSTEM OF THE UNITED STATES PATENT AND TRADEMARK OFFICE ON NOVEMBER 7, 2022*

WBD (US) 59405375v1

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /NCH/

UNITED STATES PATENT AND TRADEMARK OFFICE



UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 17/232,799 | 04/16/2021 | Dane Brooks Barnes | S105508 1010US.C3 (0010.3 | 1050 |

26158      7590      01/05/2023
WOMBLE BOND DICKINSON (US) LLP
ATTN: IP DOCKETING
P.O. Box 570489
ATLANTA, GA 30357-0037

| EXAMINER |
|---|
| HAWK, NOAH CHANDLER |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3636 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 01/05/2023 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

BostonDocket@wbd-us.com
IPDocketing@wbd-us.com

PTOL-90A (Rev. 04/07)

| | Application No. | Applicant(s) |
|---|---|---|
| ***Corrected*** *Notice of Allowability* | 17/232,799 | Barnes et al. |
| | Examiner | Art Unit | AIA (FITF) Status |
| | NOAH C HAWK | 3636 | Yes |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☑ This communication is responsive to 11/7/2022, 12/12/22.

☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

2. ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

3. ☑ The allowed claim(s) is/are See Continuation Sheet . As a result of the allowed claim(s), you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see **http://www.uspto.gov/patents/init_events/pph/index.jsp** or send an inquiry to **PPHfeedback@uspto.gov**.

4. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

**Certified copies:**

a) ☐ All     b) ☐ Some*     c) ☐ None of the:

1. ☐ Certified copies of the priority documents have been received.
2. ☐ Certified copies of the priority documents have been received in Application No. _____ .
3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

* Certified copies not received: _____ .

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application. **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

5. ☐ CORRECTED DRAWINGS (as "replacement sheets") must be submitted.

☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No./Mail Date _____ .

**Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**

1. ☐ Notice of References Cited (PTO-892)
2. ☐ Information Disclosure Statements (PTO/SB/08), Paper No./Mail Date _____.
3. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material _____.
4. ☐ Interview Summary (PTO-413), Paper No./Mail Date. _____.

5. ☑ Examiner's Amendment/Comment
6. ☑ Examiner's Statement of Reasons for Allowance
7. ☐ Other _____.

/Noah Chandler Hawk/
Primary Examiner, Art Unit 3636

Continuation of 3. The allowed claim(s) is/are: 21-26,28,32,38 and 40-51

## DETAILED ACTION

### *Notice of Pre-AIA or AIA Status*

1.      The present application, filed on or after March 16, 2013, is being examined

under the first inventor to file provisions of the AIA.

### *Drawings*

2.      The drawings were received on 11/7/2022.  These drawings are accepted.

### *Specification*

3.      The amendments to the Specification were received on 11/7/2022 and are

accepted.

### *Allowable Subject Matter*

4.      Claims 21-26, 28, 32, 38, and 40-51 are allowed.

5.      The following is an examiner's statement of reasons for allowance: the prior art

made of record has failed to teach, either singly or in combination, a novel canopy with

a multi-part corded frame supporting a canopy at one end of the canopy, the canopy

having an frictional elastic strap wrapping around the frame to secure the canopy along

the frame, the canopy being partially supported by the wind, a container for housing and

transporting components of the device, a cord attached at one end to either the frame or

the canopy and at the other end to a first anchor, and a tail at the opposite end of the

canopy having a second anchor in contact with the surface.

Any comments considered necessary by applicant must be submitted no later than the payment of the issue fee and, to avoid processing delays, should preferably accompany the issue fee.  Such submissions should be clearly labeled "Comments on Statement of Reasons for Allowance."

## *Conclusion*

6.      Any inquiry concerning this communication or earlier communications from the examiner should be directed to NOAH CHANDLER HAWK whose telephone number is (571)272-1480. The examiner can normally be reached M-F 9am to 5:30pm.

Examiner interviews are available via telephone, in-person, and video conferencing using a USPTO supplied web-based collaboration tool. To schedule an interview, applicant is encouraged to use the USPTO Automated Interview Request (AIR) at http://www.uspto.gov/interviewpractice.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, David Dunn can be reached on 5712726670. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of published or unpublished applications may be obtained from Patent Center. Unpublished application information in Patent Center is available to registered users. To file and manage patent submissions in Patent Center, visit: https://patentcenter.uspto.gov. Visit https://www.uspto.gov/patents/apply/patent-center for more information about Patent Center and https://www.uspto.gov/patents/docx for information about filing in DOCX format. For additional questions, contact the Electronic Business Center (EBC) at 866-217-9197

(toll-free). If you would like assistance from a USPTO Customer Service

Representative, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

NOAH CHANDLER HAWK
Primary Examiner
Art Unit 3636


/Noah Chandler Hawk/
Primary Examiner, Art Unit 3636

| | Index of Claims | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|---|
| | | 17/232,799 | Barnes et al. |
| | | **Examiner** | **Art Unit** |
| | | NOAH C HAWK | 3636 |

| ✓ | Rejected | - | Cancelled | N | Non-Elected | A | Appeal |
|---|---|---|---|---|---|---|---|
| = | Allowed | ÷ | Restricted | I | Interference | O | Objected |

| CLAIMS | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ☑ Claims renumbered in the same order as presented by applicant | | | | | ☐ CPA | ☐ T.D. | | ☐ R.1.47 | |

| CLAIM | | DATE | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 06/29/2022 | 12/07/2022 | | | | | | |
| | 1 | - | ✓ | | | | | | |
| | 2 | - | ✓ | | | | | | |
| | 3 | - | ✓ | | | | | | |
| | 4 | - | ✓ | | | | | | |
| | 5 | - | ✓ | | | | | | |
| | 6 | - | ✓ | | | | | | |
| | 7 | - | ✓ | | | | | | |
| | 8 | - | ✓ | | | | | | |
| | 9 | - | ✓ | | | | | | |
| | 10 | - | ✓ | | | | | | |
| | 11 | - | ✓ | | | | | | |
| | 12 | - | ✓ | | | | | | |
| | 13 | - | ✓ | | | | | | |
| | 14 | - | ✓ | | | | | | |
| | 15 | - | ✓ | | | | | | |
| | 16 | - | ✓ | | | | | | |
| | 17 | - | ✓ | | | | | | |
| | 18 | - | ✓ | | | | | | |
| | 19 | - | ✓ | | | | | | |
| | 20 | - | ✓ | | | | | | |
| 1 | 21 | ✓ | = | | | | | | |
| 2 | 22 | ✓ | = | | | | | | |
| 3 | 23 | ✓ | = | | | | | | |
| 4 | 24 | ✓ | = | | | | | | |
| 5 | 25 | ✓ | = | | | | | | |
| 6 | 26 | ✓ | = | | | | | | |
| | 27 | - | - | | | | | | |
| 7 | 28 | ✓ | = | | | | | | |
| | 29 | ✓ | - | | | | | | |
| | 30 | ✓ | - | | | | | | |
| | 31 | ✓ | - | | | | | | |
| 8 | 32 | ✓ | = | | | | | | |
| | 33 | ✓ | - | | | | | | |
| | 34 | - | - | | | | | | |
| | 35 | - | - | | | | | | |
| | 36 | - | - | | | | | | |
| | 37 | ✓ | - | | | | | | |
| 9 | 38 | ✓ | = | | | | | | |
| | 39 | ✓ | - | | | | | | |
| 10 | 40 | | = | | | | | | |
| 11 | 41 | | = | | | | | | |
| 12 | 42 | | = | | | | | | |

| | | |
|---|---|---|
| *Index of Claims* | **Application/Control No.** 17/232,799 | **Applicant(s)/Patent Under Reexamination** Barnes et al. |
| | **Examiner** NOAH C HAWK | **Art Unit** 3636 |

| CLAIM | | DATE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 06/29/2022 | 12/07/2022 | | | | | | | |
| 13 | 43 | | = | | | | | | | |
| 14 | 44 | | = | | | | | | | |
| 15 | 45 | | = | | | | | | | |
| 16 | 46 | | = | | | | | | | |
| 17 | 47 | | = | | | | | | | |
| 18 | 48 | | = | | | | | | | |
| 19 | 49 | | = | | | | | | | |
| 20 | 50 | | = | | | | | | | |
| 21 | 51 | | = | | | | | | | |

U.S. Patent and Trademark Office

Part of Paper No.: 20221228

<table>
<tr><td rowspan="2"><em>Issue Classification</em><br><br>‖‖‖‖‖‖‖‖‖‖‖‖‖‖</td><td><strong>Application/Control No.</strong><br>17/232,799</td><td><strong>Applicant(s)/Patent Under Reexamination</strong><br>Barnes et al.</td></tr>
<tr><td><strong>Examiner</strong><br>NOAH C HAWK</td><td><strong>Art Unit</strong><br>3636</td></tr>
</table>

| CPC | | | | Type | Version |
|---|---|---|---|---|---|
| E04H | / | 15 | / 003 | F | 2013-01-01 |
| E04H | / | 15 | / 44 | I | 2013-01-01 |
| E04H | / | 15 | / 36 | I | 2013-01-01 |
| E04H | / | 15 | / 30 | I | 2013-01-01 |
| E04H | / | 15 | / 32 | I | 2013-01-01 |

| CPC Combination Sets | | | Type | Set | Ranking | Version |
|---|---|---|---|---|---|---|
| | / | | / | | | | |

| NONE | | **Total Claims Allowed:** | |
|---|---|---|---|
| (Assistant Examiner) | (Date) | 21 | |
| /Noah Chandler Hawk/<br>Primary Examiner, Art Unit 3636 | 28 December 2022 | O.G. Print Claim(s) | O.G. Print Figure |
| (Primary Examiner) | (Date) | 1 | 1, 9 |

| *Issue Classification* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 17/232,799 | Barnes et al. |
| | Examiner | Art Unit |
| | NOAH C HAWK | 3636 |

| INTERNATIONAL CLASSIFICATION |
|---|
| **CLAIMED** |

| E04H | / | 15 | / | 00 |
|---|---|---|---|---|

| **NON-CLAIMED** |
|---|

| | / | | / | |
|---|---|---|---|---|

| US ORIGINAL CLASSIFICATION | |
|---|---|
| CLASS | SUBCLASS |
| | |

| CROSS REFERENCES(S) | | | | | | |
|---|---|---|---|---|---|---|
| CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | | | | | |
| | | | | | | |

| NONE | | Total Claims Allowed: | |
|---|---|---|---|
| (Assistant Examiner) | (Date) | 21 | |
| /Noah Chandler Hawk/ Primary Examiner, Art Unit 3636 | 28 December 2022 | O.G. Print Claim(s) | O.G. Print Figure |
| (Primary Examiner) | (Date) | 1 | 1, 9 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Issue Classification** | **Application/Control No.** 17/232,799 | **Applicant(s)/Patent Under Reexamination** Barnes et al. |
| | **Examiner** NOAH C HAWK | **Art Unit** 3636 |

| ☑ | Claims renumbered in the same order as presented by applicant | ☐ CPA | ☐ T.D. | ☐ R.1.47 |

**CLAIMS**

| Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 21 | 10 | 40 | 19 | 49 | | | | | | | | | | |
| 2 | 22 | 11 | 41 | 20 | 50 | | | | | | | | | | |
| 3 | 23 | 12 | 42 | 21 | 51 | | | | | | | | | | |
| 4 | 24 | 13 | 43 | | | | | | | | | | | | |
| 5 | 25 | 14 | 44 | | | | | | | | | | | | |
| 6 | 26 | 15 | 45 | | | | | | | | | | | | |
| 7 | 28 | 16 | 46 | | | | | | | | | | | | |
| 8 | 32 | 17 | 47 | | | | | | | | | | | | |
| 9 | 38 | 18 | 48 | | | | | | | | | | | | |

| NONE | | **Total Claims Allowed:** |
|---|---|---|
| (Assistant Examiner) | (Date) | 21 |
| /Noah Chandler Hawk/ Primary Examiner, Art Unit 3636 | 28 December 2022 | O.G. Print Claim(s) | O.G. Print Figure |
| (Primary Examiner) | (Date) | 1 | 1, 9 |

U.S. Patent and Trademark Office

Part of Paper No.: 20221228

<table>
<tr><td rowspan="2">*Search Notes*<br><br>[barcode]</td><td>**Application/Control No.**<br><br>17/232,799</td><td>**Applicant(s)/Patent Under Reexamination**<br><br>Barnes et al.</td></tr>
<tr><td>**Examiner**<br><br>NOAH C HAWK</td><td>**Art Unit**<br><br>3636</td></tr>
</table>

| **CPC - Searched*** | | |
| --- | --- | --- |
| **Symbol** | **Date** | **Examiner** |
| E04H 15/326, 15/003, 12/22 | 06/28/2022 | NCH |

| **CPC Combination Sets - Searched*** | | |
| --- | --- | --- |
| **Symbol** | **Date** | **Examiner** |
|  |  |  |

| **US Classification - Searched*** | | | |
| --- | --- | --- | --- |
| **Class** | **Subclass** | **Date** | **Examiner** |
| 135 | 115, 118, 119, 120.1, 114, 127 | 06/29/2022 | NCH |
| 40 | 214, 606.11, 217, 412 | 06/29/2022 | NCH |
| 160 | 135, 350, 351, 352, 377 | 06/29/2022 | NCH |

\* See search history printout included with this form or the SEARCH NOTES box below to determine the scope of the search.

| **Search Notes** | | |
| --- | --- | --- |
| **Search Notes** | **Date** | **Examiner** |
| Considered IDS filed 4/16/21, 10/21/21, 11/12/21, 6/17/22, | 06/28/2022 | NCH |
| Considered and updated search history for parent application 16/987886 and related application 17/343114 | 06/28/2022 | NCH |
| Performed inventor name search in DAV | 06/29/2022 | NCH |
| Please see attached PE2E search history | 06/29/2022 | NCH |
| Considered IDS filed 11/7/2022 | 12/07/2022 | NCH |

Case 5:24-cv-00588-FL    Document 28-3    Filed 03/23/26    Page 319 of 338

| *Search Notes* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 17/232,799 | Barnes et al. |
| | **Examiner** | **Art Unit** |
| | NOAH C HAWK | 3636 |

**Interference Search**

| US Class/CPC Symbol | US Subclass/CPC Group | Date | Examiner |
|---|---|---|---|
| E04H | 15/326, 15/003, 12/22 | 12/07/2022 | NCH |
| 135 | 115, 118, 119, 120.1, 114, 127 | 12/07/2022 | NCH |
| 40 | 214, 606.11, 217, 412 | 12/07/2022 | NCH |
| 160 | 135, 350, 351, 352, 377 | 12/07/2022 | NCH |

Case 5:24-cv-00588-FL    Document 28-3    Filed 03/23/26    Page 320 of 338



UNITED STATES
PATENT AND TRADEMARK OFFICE

P.O. Box 1450
Alexandria, VA 22313 - 1450
www.uspto.gov

# ELECTRONIC ACKNOWLEDGEMENT RECEIPT

| APPLICATION #<br>**17/232,799** | RECEIPT DATE / TIME<br>**03/20/2023 04:34:24 PM ET** | ATTORNEY DOCKET #<br>**S105508 1010US.C3 (0010.3** |
| --- | --- | --- |

## Title of Invention

SHADING SYSTEM AND METHOD OF USE

## Application Information

| | | | |
| --- | --- | --- | --- |
| APPLICATION TYPE | Utility - Nonprovisional Application under 35 USC 111(a) | PATENT # | - |
| CONFIRMATION # | 1050 | FILED BY | Shari Elofson |
| PATENT CENTER # | 61767556 | FILING DATE | 04/16/2021 |
| CUSTOMER # | 26158 | FIRST NAMED INVENTOR | Dane Brooks Barnes |
| CORRESPONDENCE ADDRESS | - | AUTHORIZED BY | Ryan Cagle |

## Documents

## TOTAL DOCUMENTS: 1

| DOCUMENT | PAGES | DESCRIPTION | SIZE (KB) |
| --- | --- | --- | --- |
| S105508_1010US_C3_0010_3_Issue_Fee.pdf | 1 | Issue Fee Payment (PTO-85B) | 182 KB |

## Digest

| DOCUMENT | MESSAGE DIGEST(SHA-512) |
| --- | --- |
| S105508_1010US_C3_0010_3_Issue_Fee.pdf | 4444DF25EB25906F2883A89C77382334A0EC996D97CF7D961D1EDF5A78BDFEB72E27ABF851D231A6E2FA3CB80BD64FF399CE5A8F3D6AEF680C0AEE09B5683865 |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized

by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**

If a new application is being filed and the application includes the necessary components for filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application

**National Stage of an International Application under 35 U.S.C. 371**

If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**

If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.



**UNITED STATES
PATENT AND TRADEMARK OFFICE**

# ELECTRONIC PAYMENT RECEIPT

| APPLICATION # | RECEIPT DATE / TIME | ATTORNEY DOCKET # |
|---|---|---|
| 17/232,799 | 03/20/2023 04:34:24 PM ET | S105508 1010US.C3 (0010.3 |

## Title of Invention

SHADING SYSTEM AND METHOD OF USE

## Application Information

| | | | |
|---|---|---|---|
| APPLICATION TYPE | Utility - Nonprovisional Application under 35 USC 111(a) | PATENT # | - |
| CONFIRMATION # | 1050 | FILED BY | Shari Elofson |
| PATENT CENTER # | 61767556 | AUTHORIZED BY | Ryan Cagle |
| CUSTOMER # | 26158 | FILING DATE | 04/16/2021 |
| CORRESPONDENCE ADDRESS | - | FIRST NAMED INVENTOR | Dane Brooks Barnes |

## Payment Information

| PAYMENT METHOD | PAYMENT TRANSACTION ID | PAYMENT AUTHORIZED BY |
|---|---|---|
| DA / 090528 | E20233JG35139518 | Shari Elofson |

| FEE CODE | DESCRIPTION | ITEM PRICE($) | QUANTITY | ITEM TOTAL($) |
|---|---|---|---|---|
| 1501 | UTILITY ISSUE FEE | 1200.00 | 1 | 1200.00 |
| | | | **TOTAL AMOUNT:** | **$1,200.00** |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**

If a new application is being filed and the application includes the necessary components for filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application

**National Stage of an International Application under 35 U.S.C. 371**

If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage

submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**

If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

# PART B - FEE(S) TRANSMITTAL

Complete and send this form, together with applicable fee(s), by mail or fax, or via EFS-Web.

By mail, send to: Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

By fax, send to: (571)-273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

26158        7590        12/21/2022
WOMBLE BOND DICKINSON (US) LLP
ATTN: IP DOCKETING
P.O. Box 570489
ATLANTA, GA 30357-0037

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being transmitted to the USPTO via EFS-Web or by facsimile to (571) 273-2885, on the date below.

| | |
|---|---|
| Shari Elofson | (Typed or printed name) |
| /shari elofson/ | (Signature) |
| Filed March 20, 2023 | (Date) |

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 17/232,799 | 04/16/2021 | Dane Brooks Barnes | S105508 1010US.C3 (0010.3 | 1050 |

TITLE OF INVENTION: SHADING SYSTEM AND METHOD OF USE

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | UNDISCOUNTED | $1200 | $0.00 | $0.00 | $1200 | 03/21/2023 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| HAWK, NOAH CHANDLER | 3636 | 135-128000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

☐ Change of correspondence address (or Change of Correspondence Address form PTO/AIA/122 or PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/AIA/47 or PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list
(1) The names of up to 3 registered patent attorneys or agents OR, alternatively,
(2) The name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 Womble Bond Dickinson (US) LLP
2 _____
3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document must have been previously recorded, or filed for recordation, as set forth in 37 CFR 3.11 and 37 CFR 3.81(a). Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE

Shibumi Shade, Inc.

(B) RESIDENCE: (CITY and STATE OR COUNTRY)

Raleigh, North Carolina

Please check the appropriate assignee category or categories (will not be printed on the patent) : ☐ Individual ☒ Corporation or other private group entity ☐ Government

4a. Fees submitted: ☒ Issue Fee ☐ Publication Fee (if required) ☐ Advance Order - # of Copies _____

4b. Method of Payment: *(Please first reapply any previously paid fee shown above)*

☒ Electronic Payment via EFS-Web ☐ Enclosed check ☐ Non-electronic payment by credit card (Attach form PTO-2038)

☒ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment to Deposit Account No. 09-0528

5. **Change in Entity Status** (from status indicated above)

☐ Applicant certifying micro entity status. See 37 CFR 1.29

☐ Applicant asserting small entity status. See 37 CFR 1.27

☐ Applicant changing to regular undiscounted fee status.

NOTE: Absent a valid certification of Micro Entity Status (see forms PTO/SB/15A and 15B), issue fee payment in the micro entity amount will not be accepted at the risk of application abandonment.
NOTE: If the application was previously under micro entity status, checking this box will be taken to be a notification of loss of entitlement to micro entity status.
NOTE: Checking this box will be taken to be a notification of loss of entitlement to small or micro entity status, as applicable.

NOTE: This form must be signed in accordance with 37 CFR 1.31 and 1.33. See 37 CFR 1.4 for signature requirements and certifications.

Authorized Signature /Ryan W. Cagle/          Date March 20, 2023

Typed or printed name Ryan W. Cagle          Registration No. 47,468

PTOL-85 Part B (08-18) Approved for use through 01/31/2020          OMB 0651-0033          U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

 

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | ISSUE DATE | PATENT NO. | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 17/232,799 | 04/25/2023 | 11634924 | S105508 1010US.C3 (0010.3 | 1050 |

26158        7590        04/05/2023

WOMBLE BOND DICKINSON (US) LLP
ATTN: IP DOCKETING
P.O. Box 570489
ATLANTA, GA 30357-0037

# ISSUE NOTIFICATION

The projected patent number and issue date are specified above. The patent will issue electronically. The electronically issued patent is the official patent grant pursuant to 35 U.S.C. § 153. The patent may be accessed on or after the issue date through Patent Center at https://patentcenter.uspto.gov/. The patent will be available in both the public and the private sides of Patent Center. Further assistance in electronically accessing the patent, or about Patent Center, is available by calling the Patent Electronic Business Center at 1-888-217-9197.

The USPTO is implementing electronic patent issuance with a transition period, during which period the USPTO will mail a ceremonial paper copy of the electronic patent grant to the correspondence address of record. Additional copies of the patent (i.e., certified and presentation copies) may be ordered for a fee from the USPTO's Certified Copy Center at https://certifiedcopycenter.uspto.gov/index.html. The Certified Copy Center may be reached at (800)972-6382.

### Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
(application filed on or after May 29, 2000)

The Patent Term Adjustment is 0 day(s). Any patent to issue from the above-identified application will include an indication of the adjustment on the front page.

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) WEB site (http://pair.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Application Assistance Unit (AAU) of the Office of Patents Stakeholder Experience (OPSE), Stakeholder Support Division (SSD) at (571)-272-4200.

IR103 (Rev. 10/09)

INVENTOR(s)  (Please see PAIR WEB site http://pair.uspto.gov for additional inventors):

Dane Brooks Barnes, Raleigh, NC;
Alexander Griffith Slater, Raleigh, NC;
Scott Christian Barnes, Raleigh, NC;

APPLICANT(s)  (Please see PAIR WEB site http://pair.uspto.gov for additional applicants):

Shibumi Shade, Inc., Raleigh, NC;


The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation, and commercialization of new technologies. The USA offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to encourage and facilitate business investment. To learn more about why the USA is the best country in the world to develop technology, manufacture products, and grow your business, visit <u>SelectUSA.gov</u>.



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 17/232,799 | 04/16/2021 | Dane Brooks Barnes | S105508 1010US.C3 (0010.3 | 1050 |

| 26158 | 7590 | 04/27/2023 |
|---|---|---|

WOMBLE BOND DICKINSON (US) LLP
ATTN: IP DOCKETING
P.O. Box 570489
ATLANTA, GA 30357-0037

| EXAMINER |
|---|
| HAWK, NOAH CHANDLER |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3636 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 04/27/2023 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

BostonDocket@wbd-us.com
IPDocketing@wbd-us.com

PTOL-90A (Rev. 04/07)



# UNITED STATES PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address : COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

| APPLICATION NO. | ISSUE DATE | PATENT NO. |
|---|---|---|
| 17/232,799 | 25-APR-23 | 11634924 |

WOMBLE BOND DICKINSON (US) LLP
ATTN: IP DOCKETING P.O. Box 570489
ATLANTA, GA 30357-0037

## EGRANT NOTIFICATION

Your electronic patent grant (eGrant) is now available, which can be accessed via Patent Center at https://patentcenter.uspto.gov

The electronic patent grant is the official patent grant under 35 U.S.C. 153. For more information, please visit https://www.uspto.gov/electronicgrants

AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court     Eastern District of North Carolina Western Division     on the following

☐ Trademarks or    ☑ Patents.    ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>5:23-CV-297-BO | DATE FILED<br>6/5/2023 | U.S. DISTRICT COURT<br>Eastern District of North Carolina Western Division |
|---|---|---|
| PLAINTIFF<br><br>SHIBUMI SHADE, INC. | | DEFENDANT<br><br>BEACH SHADE LLC et al |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1   11,634,924 B2 | 4/25/2023 | Shibumi Shade, Inc. |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK<br>PETER A. MOORE, JR., | (BY) DEPUTY CLERK | DATE<br>6/7/2023 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| In re: | Barnes *et al.* | Confirmation No.: | 1050 |
| Appl. No.: | 17/232,799 | Group Art Unit: | 3636 |
| Filed: | April 16, 2021 | Examiner: | Noah Chandler Hawk |
| For: | SHADING SYSTEM AND METHOD OF USE | | |

Certificate of Correction Branch
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

### REQUEST FOR CERTIFICATE OF CORRECTION
### OF PATENT FOR USPTO ERROR UNDER 37 C.F.R. § 1.322(a)

Sir:

Assignee of the above-identified U.S. Patent hereby requests that a Certificate of Correction be issued for this patent pursuant to 35 U.S.C. §254 and 37 C.F.R. §1.322. Enclosed herewith is PTO/SB/44 being suitable for printing, which provides the corrections as they should be listed.

It is respectfully requested that a Certificate of Correction be issued for U.S. Patent No. 11,634,924, issued April 25,2023, without charge to the Applicant since the error is believed to be caused by mistakes on the part of the USPTO. It is respectfully submitted that no fee is required for this Certificate of Correction under 37 CFR § 1.322(a). In the event that any fees are required, however, the Commissioner is authorized to charge any fee deficiency, or credit any overpayment of fees, to Deposit Account No. 09-0528.

**Customer No. 26158**                          Respectfully submitted,
**Womble Bond Dickinson (US) LLP**
Attn: Patent Docketing                          /Lauren F. Anderson/
P.O. Box 570489
Atlanta, GA 30357                               Lauren F. Anderson
Tel Raleigh Office (919) 755-2100               Registration No. 69,344
Fax Raleigh Office (919) 755-2150

*ELECTRONICALLY FILED USING THE EFS-WEB ELECTRONIC FILING SYSTEM OF THE UNITED STATES PATENT AND TRADEMARK OFFICE ON AUGUST 5, 2024.*

# CERTIFICATE OF CORRECTION

PATENT NO.    : 11,634,924                              Page 1 of 1

APPLICATION NO. : 17/232,799

ISSUE DATE       : April 25, 2023

INVENTOR(S)    : Dane Brooks Barnes *et al.*

**    It is certified that an error appears or errors appear in the above-identified patent and that said Letters Patent is hereby corrected as shown below:**

On page 2, column 2, line 13, under "Other Publications", the text "insttuctions,"

should be --instructions,--

At column 8, claim 1, line 25, the text "first frame" should be changed to --frame--

At column 8, claim 1, line 26, the text "first frame" should be changed to --frame--

At column 8, claim 4, line 61, the text "of claim of claim" should be changed to --of claim--

MAILING ADDRESS OF SENDER:

**Womble Bond Dickinson (US) LLP**
Attn: Patent Docketing
P.O. Box 570489
Atlanta, GA 30357
Tel Raleigh Office (919) 755-2100
Fax Raleigh Office (919) 755-2150

*ELECTRONICALLY FILED USING THE EFS-WEB ELECTRONIC FILING SYSTEM OF THE UNITED STATES PATENT AND TRADEMARK OFFICE ON AUGUST 5, 2024.*

P.O. Box 1450
Alexandria, VA 22313 - 1450
www.uspto.gov

**uspto** **UNITED STATES PATENT AND TRADEMARK OFFICE**

# ELECTRONIC ACKNOWLEDGEMENT RECEIPT

| APPLICATION # | RECEIPT DATE / TIME | ATTORNEY DOCKET # |
|---|---|---|
| **17/232,799** | **08/05/2024 05:58:14 PM Z ET** | **S105508 1010US.C3 (0010.3** |

## Title of Invention

SHADING SYSTEM AND METHOD OF USE

## Application Information

| APPLICATION TYPE | Utility - Nonprovisional Application under 35 USC 111(a) | PATENT # | 11634924 |
|---|---|---|---|
| CONFIRMATION # | 1050 | FILED BY | Shari Elofson |
| PATENT CENTER # | 66653875 | FILING DATE | 04/16/2021 |
| CUSTOMER # | 26158 | FIRST NAMED INVENTOR | Dane Brooks Barnes |
| CORRESPONDENCE ADDRESS | - | AUTHORIZED BY | Lauren Anderson |

## Documents

# TOTAL DOCUMENTS: 1

| DOCUMENT | PAGES | DESCRIPTION | SIZE (KB) |
|---|---|---|---|
| S105508_1010US_C3_0010_3_Request_Certificate_of_Correction.pdf | 2 | Request for Certificate of Correction | 283 KB |

## Digest

| DOCUMENT | MESSAGE DIGEST(SHA-512) |
|---|---|
| S105508_1010US_C3_0010_3_Request_Certificate_of_Correction.pdf | AE8921E02AFAABE419183A40D32D6D138E2BF3D765CA5C4FEFB5D0E0D34AFA15ECA71FE9B6ED29C9B6C1B3E9B6BC458C9FB8D27A225B8BDA029755FEB89E3217 |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**

If a new application is being filed and the application includes the necessary components for filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application

**National Stage of an International Application under 35 U.S.C. 371**

If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**

If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.         : 11,634,924 B2
APPLICATION NO.   : 17/232799
DATED             : April 25, 2023
INVENTOR(S)       : Dane Brooks Barnes et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

On the Title Page

On page 2, Column 2, Line 13, item [56], the text "insttuctions," should be --instructions,--

In the Claims

Column 8, Claim 1, Line 25, the text "first frame" should be changed to --frame--

Column 8, Claim 1, Line 26, the text "first frame" should be changed to --frame--

Column 8, Claim 4, Line 61, the text "of claim of claim" should be changed to --of claim--

Signed and Sealed this
Third Day of September, 2024

*Katherine Kelly Vidal*

Katherine Kelly Vidal
*Director of the United States Patent and Trademark Office*



UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 17/232,799 | 04/16/2021 | Dane Brooks Barnes | S105508 1010US.C3 (0010.3 | 1050 |

| 26158 7590 09/03/2024 | EXAMINER |
|---|---|
| WOMBLE BOND DICKINSON (US) LLP ATTN: IP DOCKETING P.O. Box 570489 ATLANTA, GA 30357-0037 | HAWK, NOAH CHANDLER |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3636 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 09/03/2024 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

BostonDocket@wbd-us.com
IPDocketing@wbd-us.com

PTOL-90A (Rev. 04/07)

| APPLICATION NO. | ISSUE DATE | PATENT NO. |
|---|---|---|
| 17/232,799 | 03-Sep-2024 | 11634924 |

WOMBLE BOND DICKINSON (US) LLP
ATTN: IP DOCKETING
ATLANTA, GA 30357-0037

# ELECTRONIC CERTIFICATE OF CORRECTION NOTIFICATION

Your electronic certificate of correction is now available, and can be accessed via Patent Center at https://patentcenter.uspto.gov.

The electronic certificate of correction is the official certificate of correction under 35 U.S.C. 254 or 255. For more information, please visit https://www.uspto.gov/electronicgrants.

AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court     Eastern District of North Carolina     on the following

☐ Trademarks or    ☑ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>5:24-CV-588-M- | DATE FILED<br>10/15/2024 | U.S. DISTRICT COURT<br>Eastern District of North Carolina |
|---|---|---|
| PLAINTIFF<br><br>Shibumi Shade, Inc. | | DEFENDANT<br><br>Gardma LLC |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1   11,634,924 B2 | 4/25/2023 | Shibumi Shade, Inc. |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |||
|---|---|---|---|
| | ☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading ||||

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK<br>Peter A. Moore, Jr. | (BY) DEPUTY CLERK | DATE<br>10/16/2024 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy