# EXHIBIT 16


App No. 62/409,426 Filed 10-18-2016 (Provisional)
App No. 15/675,715 Filed 8-12-2017 Pat No. 10,190,330
App No. 16/224,465 Filed 12-18-2018 Pat No. 10,753,117
App No. 16/987,886 Filed 08-07-2020 Pat No. 11,111,690
App No. 17/232,799 Filed 04-16-2021 Pat No. 11,634,924
App No. 29/709,175 Filed 10-11-2019 Pat No. D 1,014,687
App No. 17/343,107 Filed 06-09-2021 Pat No. 11,255,103
App No. 17/343,133 Filed 06-09-2021 Pat No. 11,299,904
App No. 17/343,114 Filed 06-09-2021 Pat No. 11,536,046
App No. 17/471,658 Filed 09-10-2021 Abandoned
App No. 29/753,433 Filed 09-30-2020 Pat No. D 990,605
App No. 18/072,143 Filed 11-30-2022 Pat No. 11,970,876
App No. 29/851,339 Filed 08-26-2022 Abandoned
App No. 29/860,120 Filed 11-16-2022 Pat No. D 989,350
App No. 29/877,291 Filed 06-05-2023 Pat No. D 1,005,525
App No. 18/622,175 Filed 3-24-2024 Pending
App No. 18/329,082 Filed 06-05-2023 Pending
App No. 29/911,718 Filed 09-07-2023 Pat No. D 1,007,005
App No. 29/911,715 Filed 09-07-2023 Pat No. D 1,007,004
App No. 18/887,950 Filed 9-17-2024 Pending
App No. 18/348,882 Filed 07-07-2023 Pat No. 11,946,273