# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | |
|---|---|
| SHIBUMI SHADE, INC.. | ) |
| *Plaintiff* | ) |
| v. | )　　Case No.　　5:24-CV-00588 |
| GARDMA LLC d/b/a MILLION SHADES AMERICA, | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:　　The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Gardma LLC d/b/a Million Shades America　　　　　.

Date:　　04/16/2026

s/ Marshall Adkins
*Attorney's signature*

Marshall Adkins, NC Bar No. 63756
*Printed name and bar number*
SHUMAKER, LOOP & KENDRICK, LLP
101 South Stryon Street
Suite 2200
Charlotte, North Carolina 28280

*Address*

madkins@shumaker.com
*E-mail address*

(704) 945-2954
*Telephone number*

(704) 332-1197
*FAX number*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 16, 2026, the foregoing was electronically filed via the Court's

CM/ECF system, which will send notification of such filing to all counsel of record.

Respectfully submitted,

*/s/ Marshall Adkins*
Marshall Adkins (N.C. Bar No. 63756)
SHUMAKER, LOOP, & KENDRICK, LLP
101 S Tryon Street, Suite 2200
Charlotte, NC 28280
Tel: 704-945-2954
Fax: 704-332-1197
Email: madkins@shumaker.com