SHIBUMI SHADE, INC.,

     Plaintiff,

v.

GARDMA LLC d/b/a MILLION SHADES
AMERICA,

     Defendant.

Civil Action No. 5:24-cv-00588

**JURY TRIAL DEMANDED**

### NOTICE OF SUBSTITUTION OF COUNSEL
### FOR DEFENDANT GARDMA LLC d/b/a MILLION SHADES AMERICA

PLEASE TAKE NOTICE that pursuant to Local Rule 5.2(c), Spencer P. Mead of the firm of Shumaker, Loop & Kendrick, LLP will no longer appear as counsel for Defendant Gardma, LLC d/b/a Million Shades America ("MSA"). Please direct all future correspondence, notices and pleadings to Christina Davidson Trimmer with the firm of Shumaker, Loop & Kendrick, LLP. Ms. Trimmer, along with the remaining counsel of record for the Defendant, is aware of and will comply with all pending deadlines in this case, including proceeding with any scheduled trial or hearings.

This the 30th day of April, 2026.

Respectfully submitted,

/s/ *Christina Davidson Trimmer*
Christina Davidson Trimmer (N.C. Bar No. 44857)
Samuel Alexander Long, Jr. (N.C. Bar No. 46588)
Tom BenGera (N.C. Bar No. 57019)
Marshall Adkins (N.C. Bar No. 63756)
SHUMAKER, LOOP, & KENDRICK, LLP
101 S Tryon Street, Suite 2200
Charlotte, NC 28280
Tel: 704-375-0057
Fax: 704-332-1197

1

Email: ctrimmer@shumaker.com
along@shumaker.com
tbengera@shumaker.com
madkins@shumaker.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2026, the foregoing was electronically filed via the Court's

CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Christina Davidson Trimmer*
Christina Davidson Trimmer (N.C. Bar No. 44857)
SHUMAKER, LOOP, & KENDRICK, LLP
101 S Tryon Street, Suite 2200
Charlotte, NC 28280
Tel: 704-375-0057
Fax: 704-332-1197
Email: ctrimmer@shumaker.com

3