**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION**

| | |
|---|---|
| SHIBUMI SHADE, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>GARDMA LLC d/b/a MILLION SHADES AMERICA,<br><br>    Defendants. | Civil Action No: 5:24-cv-00588 |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF ITS
CONSENT MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

As grounds for this Motion for Leave to File Amended Complaint, Shibumi states as follows:

1. The sole basis for the proposed amendment is to add claims of infringement of U.S. Patent No. 12,607,033 (the "'033 Patent"), which was issued by the United States Patent and Trademark Office on April 21, 2026. Because the '033 Patent issued after the filing of the original Complaint, Shibumi could not have included these claims in its initial pleading.

2. Under Rule 15(a)(2) of the Federal Rules of Civil Procedure, a court should freely give leave to amend "when justice so requires." Fed. R. Civ. P. 15(a)(2). Leave to amend should be granted absent a showing of undue delay, bad faith, repeated failure to cure deficiencies, undue prejudice to the opposing party, or futility of amendment. *Foman v. Davis*, 371 U.S. 178, 182 (1962). None of these factors weigh against granting leave here.

3. There has been no undue delay. The '033 Patent was issued on April 21, 2026, and Shibumi promptly sought Defendant's position on this proposed Motion on April 22, 2026. Shibumi thereafter promptly filed this Motion upon obtaining Defendant's consent to the filing of

the Amended Complaint. The proposed amendment is not the product of bad faith or dilatory motive, but rather reflects the straightforward addition of claims arising from a newly-issued patent.

4.     Contemporaneously with the filing of this Motion, the parties are submitting their Joint Report and Plan in accordance with the Local Rules.  No substantive proceedings have taken place in this action that would be impacted by the addition of claims based on the newly issued '033 Patent. Accordingly, allowing the amendment would not cause undue prejudice to Defendant or unduly disrupt the proceedings.

For the foregoing reasons, Shibumi respectfully requests that the Court grant this Motion and permit Shibumi to file the proposed First Amended Complaint attached to the Motion as Attachment A.

Counsel for Defendant has indicated that Defendant does not oppose this Motion.

Dated: April 30, 2026

Respectfully submitted,

**WOMBLE BOND DICKINSON (US) LLP**

By: */s/ Preston H. Heard*

Samuel B. Hartzell
North Carolina Bar No. 49256
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
Telephone: (919) 755-2112
Facsimile: (919) 755-6772
Email: Sam.Hartzell@wbd-us.com

Preston H. Heard (*pro hac vice*)
Georgia Bar No. 476319
Christine H. Dupriest (*pro hac vice*)
Georgia Bar No. 874494
WOMBLE BOND DICKINSON (US) LLP
1331 Spring Street, NW, Suite 1400
Atlanta, GA 30309

Telephone: (404) 888-7366
Email: Preston.Heard@wbd-us.com
Email: Christine.Dupriest@wbd-us.com

*Attorneys for Plaintiff Shibumi Shade, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby confirms that on April 30, 2026, I electronically filed the foregoing with the Clerk of Court using CM/ECF system, which will send notification of such filing to the counsel of record.

By: ___*/s/ Preston H. Heard*___
Preston H. Heard