# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

SHIBUMI SHADE, INC.,

    Plaintiff,

    v.

    Civil Action No: 5:24-cv-00588

GARDMA LLC d/b/a MILLION SHADES
AMERICA,

    Defendants.

## ORDER GRANTING PLAINTIFF'S CONSENT MOTION
## FOR LEAVE TO FILE AMENDED COMPLAINT

This matter has come for consideration on the Consent Motion of Plaintiff Shibumi Shade, Inc. to File Amended Complaint. The Court, having considered said motion, is of the opinion that the motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED** that Plaintiff's Consent Motion for Leave to File Amended Complaint is **GRANTED**.

Dated:   5/26/26              So Ordered: _____

                                          LOUISE W. FLANAGAN
                                          United States District Judge