# EXHIBIT D

| US 12,607,033 | Gardma's Flying Beach Shade |
|---|---|
| **18[pre]** A system for providing shade onto a surface, the system comprising: | The Flying Beach Shade provides shade onto a surface as shown in the photo below.<br><br>The Flying Beach Shade system is providing shade onto a surface.<br><br><br><br>*See, e.g.*, https://perma.cc/H4TH-5VKQ |
| **18[a]** a frame including a plurality of sections and being maneuverable between a transport configuration and a supporting configuration, the sections include: | The Flying Beach Shade comprises a frame including a plurality of sections and being maneuverable between a transport configuration and a supporting configuration as shown in the photos below.<br><br><br><br>Plurality of sections maneuverable between a transport configuration (above) and a supporting configuration (below)     Plurality of sections maneuverable between a transport configuration (above) and a supporting configuration (below)<br><br><br><br>*See, e.g.*, https://perma.cc/H4TH-5VKQ (including "Taking Down the Shade is a Breeze" video *available at* https://a.co/d/gBUTNPn) |

D-1

| US 12,607,033 | Gardma's Flying Beach Shade |
|---|---|
| **18[b]** a first section defining a left end of the frame with a corkscrew shape and engaged with the surface; a last section defining a right end of the frame with a corkscrew shape and engaged with the surface; | The frame of the Flying Beach Shade includes a first section defining a left end of the frame with a corkscrew shape and engaged with the surface and a last section defining a right end of the frame with a corkscrew shape and engaged with the surface as shown in the photos and still shot below.<br><br><br><br>First section defining a left end with a corkscrew shape engaged with the surface (sand)<br><br>Last section defining a right end with a corkscrew shape effective for engaging the surface (sand)<br><br><br><br>**5. THREE SAND ANCHORS** 2 required sand anchors for setting up the shade and 1 extra sand anchor to be used when repositioning shade for change in wind direction (if required).<br><br>*See, e.g.,* https://perma.cc/H4TH-5VKQ (including "Easy 1 Person Set Up In Minutes" video *available at* https://a.co/d/gBUTNPn) |

| US 12,607,033 | Gardma's Flying Beach Shade |
|---|---|
| **18[c]** one or more adjacent sections coupled into alignment between the first section and the last section, | The frame of the Flying Beach Shade includes one or more adjacent sections coupled into alignment between the first section and the last section as shown in the photos and still shot below.<br><br><br><br>*See, e.g.*, https://perma.cc/H4TH-5VKQ (including "Taking Down the Shade is a Breeze" video *available at* https://a.co/d/gBUTNPn); photos taken of sample Flying Beach Shade purchased from Amazon |

| US 12,607,033 | Gardma's Flying Beach Shade |
|---|---|
| **18[d]** some of the one or more adjacent sections additionally comprising an alignment component extending at least partially therethrough and providing supporting tension to the alignment in the supporting configuration and allowing the one or more adjacent sections to be maneuvered between the transport configuration and the supporting configuration, | Some of the adjacent sections of the Flying Beach Shade additionally include an alignment component extending at least partially therethrough and providing supporting tension to the alignment in the supporting configuration and allowing the one or more adjacent sections to be maneuvered between the transport configuration and the supporting configuration, the adjacent sections being configured to engage with the first section and the last section in the supporting configuration as shown in the photos and still shot below.<br><br><br><br>Alignment component extending through some of the adjacent sections (referred to by Seller as a "spring cord")<br><br><br><br>Alignment component ("spring cord") provides supporting tension in the supporting configuration allowing the one or more adjacent sections to be maneuvered between the transport configuration and the supporting configuration<br><br>Adjacent sections<br><br><br><br>*See, e.g.*, https://perma.cc/H4TH-5VKQ (including "Taking Down the Shade is a Breeze" video *available at* https://a.co/d/gBUTNPn); photos taken of sample Flying Beach Shade purchased from Amazon |

| US 12,607,033 | Gardma's Flying Beach Shade |
|---|---|
| **18[e]** the adjacent sections being configured to engage with the first section and the last section in the supporting configuration; | The adjacent sections of the Flying Beach Shade are configured to engage with the first section and the last section in the supporting configuration as shown in the photos and still shot below.<br><br><br><br>*See, e.g.*, https://perma.cc/H4TH-5VKQ (including "Easy 1 Person Set Up In Minutes" video *available at* https://a.co/d/gBUTNPn) |

| US 12,607,033 | Gardma's Flying Beach Shade |
|---|---|
| **18[f]** a canopy extending between a suspension end and an opposing trailing end, the suspension end of the canopy being engageable with the frame about the one or more adjacent sections of the frame, | The Flying Beach Shade also includes a canopy that extends between a suspension end and an opposing trailing end, the suspension end of the canopy being engageable with the frame about the one or more adjacent sections of the frame as shown in the photo below.<br><br>Canopy extending between a suspension end and an opposing trailing end<br><br>Suspension end engageable with the frame about one or more adjacent sections<br><br>Opposing trailing end<br><br>Adjacent sections of the frame<br><br><br><br>*See, e.g.*, https://perma.cc/H4TH-5VKQ |

D-6

Case 5:24-cv-00588-FL    Document 37-4    Filed 05/26/26    Page 7 of 10

| US 12,607,033 | Gardma's Flying Beach Shade |
|---|---|
| **18[g]** wherein the trailing end of the canopy is spaced apart from the frame in the supporting configuration such that the canopy is supportable by the frame and at least partially supportable by wind for providing shade to the surface; and | The trailing end of the canopy of the Flying Beach Shade is spaced apart from the frame in the supporting configuration such that the canopy is supportable by the frame and at least partially supportable by wind for providing shade to the surface as shown in the photo below and still shot below.<br><br>Trailing end of the canopy is spaced apart from the frame in the supporting configuration<br><br>Frame<br><br>Trailing end<br><br>Canopy is supportable by the frame<br><br>Canopy is at least partially supportable by the wind<br><br>Canopy provides shade to the surface<br><br>*See, e.g.*, https://perma.cc/H4TH-5VKQ (including The World's Best Wind-Propelled Beach Shade video) |

| US 12,607,033 | Gardma's Flying Beach Shade |
|---|---|
| **18[h]** a loop defined toward the suspension end of the canopy, wherein the loop defines a central portion arranged between a first portion of the loop and a second portion of the loop, the central portion of the loop being configured for accepting a portion of the frame there through | The Flying Beach Shade includes a loop defined toward the suspension end of the canopy, wherein the loop defines a central portion arranged between a first portion of the loop and a second portion of the loop, the central portion of the loop being configured for accepting a portion of the frame there through as shown in the photo and still shot below.<br><br><br>Loop    Central portion of the loop configured for accepting a portion of the frame therethrough<br><br>First and second portions of the loop<br><br><br>*See, e.g.*, https://perma.cc/H4TH-5VKQ (including "Easy 1 Person Set Up In Minutes" video *available at* https://a.co/d/gBUTNPn) |

| US 12,607,033 | Gardma's Flying Beach Shade |
|---|---|
| **18[i]** and the first portion of the loop forming a first securing mechanism and the second portion of the loop forming a second securing mechanism, wherein at least one of the first and second securing mechanisms engage the canopy to the frame using a frame fastener. | The first portion of the loop of the Flying Beach Shade forms a first securing mechanism and the second portion of the loop forms a second securing mechanism, wherein at least one of the first and second securing mechanisms engage the canopy to the frame using a frame fastener as shown in the photo and still shot below.<br><br><br><br><br><br>*See, e.g.*, https://perma.cc/H4TH-5VKQ (including "Easy 1 Person Set Up In Minutes" video *available at* https://a.co/d/gBUTNPn) |

Case 5:24-cv-00588-FL    Document 37-4    Filed 05/26/26    Page 10 of 10