# EXHIBIT A


## RE: Shibumi Shade, Inc. v. Gardma LLC Rule 26(f) Conference

**From** Adkins, Marshall <madkins@shumaker.com>

**Date** Tue 4/28/2026 10:03 AM

**To** Heard, Preston <Preston.Heard@wbd-us.com>; Long, Alex <along@shumaker.com>

**Cc** Dupriest, Christine <Christine.Dupriest@wbd-us.com>; Hartzell, Samuel <Sam.Hartzell@wbd-us.com>; Ney, Angela <Angela.Ney@wbd-us.com>; Sidebottom, Cecilia M. <csidebottom@shumaker.com>; BenGera, Tom <tbengera@shumaker.com>

📎 1 attachment (39 KB)

Shibumi Shade v. Million Shades - Joint 26f Report (REVISED).docx;

> External (madkins@shumaker.com)
>
> Report This Email  FAQ

Preston,

Thank you for the claim chart. We will consent to Shibumi amending the complaint to add the '033 Patent on the condition that for the 26(f) statement, we have claim construction and discovery opening once the issues have been joined via complaint and answer.

It would seem to be a waste of resources and time to start claim construction on just the one patent, and makes more sense to wait until the issues are joined. I've attached a revised 26(f) statement to this effect.

With the statement being due Friday, please let me know if you are agreeable to this new draft.

Thanks,
Marshall

**Marshall Adkins** | Bio
Attorney at Law
**Direct** 704.945.2954
**Email** madkins@shumaker.com



101 South Tryon Street, Suite 2200
Charlotte, North Carolina 28280

Confidentiality Statement: This electronic message contains information from the law firm of Shumaker, Loop & Kendrick, LLP, and may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify the sender immediately by reply e-mail or telephone 800.444.6659.

**From:** Heard, Preston <Preston.Heard@wbd-us.com>
**Sent:** Monday, April 27, 2026 4:30 PM
**To:** Adkins, Marshall <madkins@shumaker.com>; Long, Alex <along@shumaker.com>
**Cc:** Dupriest, Christine <Christine.Dupriest@wbd-us.com>; Hartzell, Samuel <Sam.Hartzell@wbd-us.com>; Ney, Angela <Angela.Ney@wbd-us.com>; Sidebottom, Cecilia M. <csidebottom@shumaker.com>; BenGera, Tom <tbengera@shumaker.com>
**Subject:** RE: Shibumi Shade, Inc. v. Gardma LLC Rule 26(f) Conference

CAUTION: External Email

Marshall,

Thanks for the revised draft. We will review and let you know of any further edits.

Per your request, attached is a chart that will accompany the amended complaint for claim 18 of the '033 Patent.

Best regards,
Preston

**From:** Adkins, Marshall <madkins@shumaker.com>
**Sent:** Monday, April 27, 2026 12:01 PM
**To:** Heard, Preston <Preston.Heard@wbd-us.com>; Long, Alex <along@shumaker.com>
**Cc:** Dupriest, Christine <Christine.Dupriest@wbd-us.com>; Hartzell, Samuel <Sam.Hartzell@wbd-us.com>; Ney, Angela <Angela.Ney@wbd-us.com>; Sidebottom, Cecilia M. <csidebottom@shumaker.com>; BenGera, Tom <tbengera@shumaker.com>
**Subject:** RE: Shibumi Shade, Inc. v. Gardma LLC Rule 26(f) Conference

External (madkins@shumaker.com)

Report This Email   FAQ

Preston,

As discussed, please find attached a draft 26(f) Joint Statement. Feel free to let me know if you have any remaining concerns.

As for amending the Complaint to add the '033 Patent, if you could share a charting of this patent against the Accused Product as our consent or objection is predicated on this charting. Happy to discuss further if needed.

Thanks,
Marshall

**Marshall Adkins** | Bio
Attorney at Law
**Direct**  704,945,2954
**Email**   madkins@shumaker.com



101 South Tryon Street, Suite 2200
Charlotte, North Carolina 28280

Confidentiality Statement: This electronic message contains information from the law firm of Shumaker, Loop & Kendrick, LLP, and may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify the sender immediately by reply e-mail or telephone 800.444.6659.

**From:** Adkins, Marshall <madkins@shumaker.com>
**Sent:** Friday, April 24, 2026 10:23 PM
**To:** Heard, Preston <Preston.Heard@wbd-us.com>; Long, Alex <along@shumaker.com>
**Cc:** Dupriest, Christine <Christine.Dupriest@wbd-us.com>; Hartzell, Samuel <Sam.Hartzell@wbd-us.com>; Ney, Angela <Angela.Ney@wbd-us.com>; Sidebottom, Cecilia M. <csidebottom@shumaker.com>; BenGera, Tom <tbengera@shumaker.com>
**Subject:** Re: Shibumi Shade, Inc. v. Gardma LLC Rule 26(f) Conference

Preston,

Apologies for the delay in reaching out, we've had a TRO hearing that's had our full attention.

Regarding amending the complaint, have you had an opportunity to chart the '033 Patent against the accused products? If so, would you mind sharing that with us.

As for the 26(f) statement, it will likely be Monday when I get a chance to send it over. Thank you for the update as to your position regarding the exchange of claim terms, I'll incorporate that into the statement as well.

Thanks,
Marshall

---

**From:** Heard, Preston <Preston.Heard@wbd-us.com>
**Sent:** Wednesday, April 22, 2026 3:56 PM
**To:** Adkins, Marshall <madkins@shumaker.com>; Long, Alex <along@shumaker.com>
**Cc:** Dupriest, Christine <Christine.Dupriest@wbd-us.com>; Hartzell, Samuel <Sam.Hartzell@wbd-us.com>; Ney, Angela <Angela.Ney@wbd-us.com>; Sidebottom, Cecilia M. <csidebottom@shumaker.com>; BenGera, Tom <tbengera@shumaker.com>
**Subject:** FW: Shibumi Shade, Inc. v. Gardma LLC Rule 26(f) Conference

CAUTION: External Email

---

Marshall / Alex,

The attached patent, U.S. 12,607,033, issued yesterday, with claims that cover Gardma's accused products. We intend to move for leave to amend the Complaint to add a count for infringement of the '033 patent. Please let us know whether or not you oppose this motion. If you would like to discuss, please let us know.

Additionally, following our call I believe we are waiting on a further revision from you on the 26(f) report – when do you anticipate sending that draft?  If it helps, we've considered and will agree to your second proposal below regarding the sequencing of claim term exchange.

Best regards,
Preston

---

**From:** Adkins, Marshall <madkins@shumaker.com>
**Sent:** Thursday, April 16, 2026 3:28 PM
**To:** Dupriest, Christine <Christine.Dupriest@wbd-us.com>; Heard, Preston <Preston.Heard@wbd-us.com>
**Cc:** Hartzell, Samuel <Sam.Hartzell@wbd-us.com>; Ney, Angela <Angela.Ney@wbd-us.com>; Long, Alex <along@shumaker.com>; Sidebottom, Cecilia M. <csidebottom@shumaker.com>; BenGera, Tom <tbengera@shumaker.com>
**Subject:** RE: Shibumi Shade, Inc. v. Gardma LLC Rule 26(f) Conference

External (madkins@shumaker.com)

Report This Email  FAQ

Hi Preston and Christine,

I have attached a redline version of the Report shared earlier today to help facilitate a meaningful meeting tomorrow. I also wanted to provide some context for some of the revisions made.

First, Gardma is of the position that a bifurcated discovery, starting with claim construction, then opening liability and damages discovery post-Claim Construction Order will ease the issues on the Court and save both parties' resources.

Second, as it relates to the exchange of proposed terms and claim elements for construction, Gardma is of the position that instead of exchanging terms simultaneously, Shibumi should disclose its terms 21 days after the preliminary invalidity contentions, with Gardma's terms to be disclosed 7 days after Shibumi's disclosure. This would allow for Gardma to review and possibly agree to Shibumi's terms for construction, saving both parties time and resources.

I look forward to discussing these further tomorrow.

Thanks,
Marshall

**Marshall Adkins** | Bio
Attorney at Law
**Direct**  704,945,2954
**Email**  madkins@shumaker.com



101 South Tryon Street, Suite 2200
Charlotte, North Carolina 28280

Confidentiality Statement: This electronic message contains information from the law firm of Shumaker, Loop & Kendrick, LLP, and may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify the sender immediately by reply e-mail or telephone 800.444.6659.

**From:** Dupriest, Christine <Christine.Dupriest@wbd-us.com>
**Sent:** Thursday, April 16, 2026 11:46 AM
**To:** Adkins, Marshall <madkins@shumaker.com>; Heard, Preston <Preston.Heard@wbd-us.com>
**Cc:** Hartzell, Samuel <Sam.Hartzell@wbd-us.com>; Ney, Angela <Angela.Ney@wbd-us.com>; Long, Alex <along@shumaker.com>; Sidebottom, Cecilia M. <csidebottom@shumaker.com>; BenGera, Tom <tbengera@shumaker.com>
**Subject:** Re: Shibumi Shade, Inc. v. Gardma LLC Rule 26(f) Conference

CAUTION: External Email

Counsel,

Please find the draft Joint Rule 26(f) Report referenced in Preston's email below.

Best,
Christy

**Christine Dupriest**
Partner
Womble Bond Dickinson (US) LLP

**d:** 404-962-7538
**m:** 202-713-8102
**e:** Christine.Dupriest@wbd-us.com

1331 Spring Street, NW
Suite 1400
Atlanta, GA 30309



**womblebonddickinson.com**



This email is sent for and on behalf of Womble Bond Dickinson (US) LLP. Womble Bond Dickinson (US) LLP is a member of Womble Bond Dickinson (International) Limited, which consists of independent and autonomous law firms providing services in the US, the UK, and elsewhere around the world. Each Womble Bond Dickinson entity is a separate legal entity and is not responsible for the acts or omissions of, nor can bind or obligate, another Womble Bond Dickinson entity. Womble Bond Dickinson (International) Limited does not practice law. Please see www.womblebonddickinson.com/us/legal-notice for further details.

**From:** Adkins, Marshall <madkins@shumaker.com>
**Sent:** Thursday, April 16, 2026 10:24 AM
**To:** Heard, Preston <Preston.Heard@wbd-us.com>
**Cc:** Hartzell, Samuel <Sam.Hartzell@wbd-us.com>; Dupriest, Christine <Christine.Dupriest@wbd-us.com>; Ney, Angela <Angela.Ney@wbd-us.com>; Long, Alex <along@shumaker.com>; Sidebottom, Cecilia M. <csidebottom@shumaker.com>; BenGera, Tom <tbengera@shumaker.com>
**Subject:** Re: Shibumi Shade, Inc. v. Gardma LLC Rule 26(f) Conference

External (madkins@shumaker.com)

Report This Email  FAQ

9 a.m. tomorrow works. Feel free to send a meeting link with the outline you'll share later today.

Thank,
Marshall

**Marshall Adkins** | Bio
Attorney at Law
**Direct**  704,945,2954
**Email**  madkins@shumaker.com



101 South Tryon Street, Suite 2200
Charlotte, North Carolina 28280

Confidentiality Statement: This electronic message contains information from the law firm of Shumaker, Loop & Kendrick, LLP, and may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify the sender immediately by reply e-mail or telephone 800.444.6659.

**From:** Heard, Preston <Preston.Heard@wbd-us.com>
**Sent:** Wednesday, April 15, 2026 9:02 PM
**To:** Adkins, Marshall <madkins@shumaker.com>
**Cc:** Hartzell, Samuel <Sam.Hartzell@wbd-us.com>; Dupriest, Christine <Christine.Dupriest@wbd-us.com>; Ney, Angela <Angela.Ney@wbd-us.com>; Long, Alex <along@shumaker.com>; Sidebottom, Cecilia M. <csidebottom@shumaker.com>; BenGera, Tom <tbengera@shumaker.com>
**Subject:** Re: Shibumi Shade, Inc. v. Gardma LLC Rule 26(f) Conference

CAUTION: External Email

Marshall,

Would 9am ET on Friday work?  We will circulate the draft report tomorrow.

Thanks,
Preston

**Preston Heard**
Partner
Womble Bond Dickinson (US) LLP

**d:** 404-888-7366
**m:** 202-280-8444
**e:** Preston.Heard@wbd-us.com

1331 Spring Street, NW
Suite 1400
Atlanta, GA 30309



**wombledbonddickinson.com**
 

This email is sent for and on behalf of Womble Bond Dickinson (US) LLP. Womble Bond Dickinson (US) LLP is a member of Womble Bond Dickinson (International) Limited, which consists of independent and autonomous law firms providing services in the US, the UK, and elsewhere around the world. Each Womble Bond Dickinson entity is a separate legal entity and is not responsible for the acts or omissions of, nor can bind or obligate, another Womble Bond Dickinson entity. Womble Bond Dickinson (International) Limited does not practice law. Please see www.wombledbonddickinson.com/us/legal-notice for further details.

**From:** Adkins, Marshall <madkins@shumaker.com>
**Sent:** Wednesday, April 15, 2026 1:52:15 PM
**To:** Heard, Preston <Preston.Heard@wbd-us.com>
**Cc:** Hartzell, Samuel <Sam.Hartzell@wbd-us.com>; Dupriest, Christine <Christine.Dupriest@wbd-us.com>; Ney, Angela <Angela.Ney@wbd-us.com>; Long, Alex <along@shumaker.com>; Sidebottom, Cecilia M. <csidebottom@shumaker.com>; BenGera, Tom <tbengera@shumaker.com>
**Subject:** Shibumi Shade, Inc. v. Gardma LLC Rule 26(f) Conference

> **Caution**: External (madkins@shumaker.com)
>
> First-Time Sender   Details
>
> Report This Email  FAQ

Preston,

I am reaching out regarding the 26(f) conference. We have general availability tomorrow from 2:30 p.m. to 5 p.m., and a relatively open Friday. Feel free to let me know what date and time work best for you.

I am still in the process of getting a NOA filed in this case, so if you could please be sure to include me on correspondence moving forward, it would be greatly appreciated.

Thank you,

Marshall

**Marshall Adkins** | [Bio](#)
Attorney at Law
**Direct**   704,945,2954
**Email**   [madkins@shumaker.com](mailto:madkins@shumaker.com)



101 South Tryon Street, Suite 2200
Charlotte, North Carolina 28280

Confidentiality Statement: This electronic message contains information from the law firm of Shumaker, Loop & Kendrick, LLP, and may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify the sender immediately by reply e-mail or telephone 800.444.6659.