# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

| | |
|---|---|
| SHIBUMI SHADE, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>GARDMA LLC d/b/a MILLION SHADES AMERICA,<br><br>    Defendant. | Civil Action No: 5:24-cv-00588 |

## PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT

NOW COMES Plaintiff Shibumi Shade, Inc. ("Shibumi") by and through undersigned counsel and requests in accordance with F.R.C.P. Rule 55 that the Court enter default against the Defendant Gardma LLC d/b/a Million Shades America's ("Gardma"), for failure to answer Plaintiff's Amended Complaint in this action in a timely manner. Pursuant to the Court's Case Management Order, the applicable time limit for the Defendant to file an answer to Plaintiff's Amended Complaint expired on June 16, 2026. Dkt. 38 at § A.11.  For the reasons set forth in the accompanying memorandum of law, Shibumi respectfully requests that the Court enter default against Gardma.

Dated: July 7, 2026

Respectfully submitted,

**WOMBLE BOND DICKINSON (US) LLP**

By: */s/ Preston H. Heard*

Samuel B. Hartzell
North Carolina Bar No. 49256
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
Telephone: (919) 755-2112
Facsimile: (919) 755-6772
Email: Sam.Hartzell@wbd-us.com

Preston H. Heard (*pro hac vice*)
Georgia Bar No. 476319
Christine H. Dupriest (*pro hac vice*)
Georgia Bar No. 874494
Womble Bond Dickinson (US) LLP
1331 Spring Street, NW, Suite 1400
Atlanta, GA 30309
Telephone: (404) 888-7366
Email: Preston.Heard@wbd-us.com
Email: Christine.Dupriest@wbd-us.com

*Attorneys for Plaintiff Shibumi Shade, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby confirms that on July 7, 2026, I electronically filed the foregoing with the Clerk of Court using CM/ECF system, which will send notification of such filing to the counsel of record.

By: */s/ Preston H. Heard*
Preston H. Heard