**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION**

| | |
|---|---|
| SHIBUMI SHADE, INC., Plaintiff, v. GARDMA LLC d/b/a MILLION SHADES AMERICA, Defendant. | Civil Action No: 5:24-cv-00588 |

## CLERK'S ENTRY OF DEFAULT

WHEREAS, pursuant to F.R.C.P. Rule 55, Plaintiff Shibumi Shade, Inc. requested the Clerk of Court enter default against the Defendant Gardma LLC d/b/a Million Shades America ("Gardma"), for failure to answer Plaintiff's Amended Complaint in this action in a timely manner.

WHEREAS, pursuant to the Court's Case Management Order, the applicable time limit for the Defendant to file an answer to Plaintiff's Amended Complaint expired on June 16, 2026. Dkt. 38 at § A.11.

THEREFORE, the Court hereby **GRANTS** the Motion and **ORDERS** the Clerk of Court to enter default under Fed. R. Civ. P. 55 against Defendant Gardma LLC d/b/a Million Shades America.

SO ORDERED this _____ day of _____, 2026