**THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION**

| | |
|---|---|
| SHIBUMI SHADE, INC.<br><br>     Plaintiff<br><br>     v.<br><br>GARDMA LLC d/b/a MILLION SHADES<br>AMERICA,<br><br>     Defendants. | Civil Action No: 5:24-cv-00588 |

## <u>NOTICE OF APPEARANCE</u>

NOW COMES the undersigned, John H. Wright III, being duly admitted to practice before the United States District Court for the Eastern District of North Carolina, and hereby enters an appearance on behalf of Plaintiff Shibumi Shade, Inc.

Dated: August 5, 2026

Respectfully submitted,

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ John H, Wright III*
John H. Wright III
North Carolina Bar No. 63053
555 Fayetteville Street, Suite 1100
Raleigh, North Carolina 27601
Telephone: 919-755-2155
John.Wright@wbd-us.com

*Attorney for Plaintiff Shibumi Shade, Inc*

## **CERTIFICATE OF SERVICE**

The undersigned hereby confirms that on August 5, 2026, I electronically filed the foregoing with the Clerk of Court using CM/ECF system, which will send notifications of such filing to the counsel of record.

_/s/ John H, Wright III_
John H. Wright III