**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**

| | |
|---|---|
| SHIBUMI SHADE, INC,<br><br>Plaintiff,<br><br>v.<br><br>GARDMA LLC D/B/A MILLION SHADES AMERICA.,<br><br>Defendant. | Case No. 5:24-CV-00588-FL |

**STIPULATION OF PARTIAL DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Shibumi Shade, Inc. ("Shibumi") and Defendant Gardma LLC d/b/a Million Shades America ("Gardma") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree to the partial dismissal of the above-captioned action only as to the claims identified below, as follows:

1. All claims of US Patent No. 11,634,924 (the "'924 Patent") asserted by Shibumi against Gardma in this action are hereby dismissed without prejudice. For clarity, this stipulation does not dismiss any claims of infringement of the '033 Patent relating to products made, used, sold, offered for sale, or imported by Gardma on and after December 31, 2025, and those claims remain pending in the Action.

2. Each Party shall bear its own attorneys' fees and costs incurred in connection with the claims dismissed by this stipulation, except as otherwise provided in the Parties' underlying settlement agreement.

IT IS SO STIPULATED.

DATED: August 31, 2026

Respectfully submitted

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Preston H. Heard*
Samuel B. Hartzell
North Carolina Bar No. 49256
555 Fayetteville Street, Suite 1100
Raleigh, North Carolina 27601
Telephone: 919-755-2112
Facsimile: 919-755-6772
Sam.Hartzell@wbd-us.com

Preston H. Heard (*pro hac vice*)
Georgia Bar No. 476319
Christine H. Dupriest (*pro hac vice*)
Georgia Bar No. 874494
WOMBLE BOND DICKINSON (US) LLP
1331 Spring Street, NW, Suite 1400
Atlanta, GA 30309
Telephone: (404) 888-7366
Email: Preston.Heard@wbd-us.com
Email: Christine.Dupriest@wbd-us.com

John H. Wright III
North Carolina Bar No. 63053
555 Fayetteville Street, Suite 1100
Raleigh, North Carolina 27601
Telephone: 919-755-2155
John.Wright@wbd-us.com

*Attorneys for Plaintiff Shibumi Shade, Inc.*

**SHUMAKER, LOOP, & KENDRICK, LLP**

/s/ *Marshall Adkins*
Samuel Alexander Long, Jr.
(N.C. Bar No. 46588)
Tom BenGera
(N.C. Bar No. 57019)
Marshall Adkins
(N.C. Bar No. 63756)
101 S Tryon Street, Suite 2200
Charlotte, NC 28280
Tel: 704-375-0057
Fax: 704-332-1197
Email: along@shumaker.com
tbengera@shumaker.com
madkins@shumaker.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

The undersigned hereby confirms that on August 31, 2026, I electronically filed the foregoing with the Clerk of Court using CM/ECF system, which will send notification of such filing to the counsel of record.

By: *<u>/s/ Preston H. Heard</u>*
Preston H. Heard