THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| SHIBUMI SHADE, INC.<br><br>Plaintiff,<br><br>v.<br><br>GARDMA LLC d/b/a MILLION SHADES AMERICA,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No: 5:24-cv-00588 |

**PROPOSED CONSENT ORDER MODIFYING CASE MANAGEMENT ORDER**

Plaintiff Shibumi Shade, Inc. ("Shibumi Shade") and Defendant Gardma LLC d/b/a Million Shades America's ("Gardma") jointly file this Proposed Consent Order Modifying Case Management Order.

The parties conducted Mediation with Judge Jones on August 18, 2026. Though the parties resolved certain of the claims, resulting in a stipulated partial dismissal, the case is not settled. Pursuant to the Court's instructions in the August 10, 2026 Order (Dkt. 40), the parties propose certain amendments to the schedule set forth in paragraphs A.11 and A.12 of the Court's Case Management Order (Dkt. 38), as follows:

| Event | Current Date | Amended Date |
|---|---|---|
| Defendant shall file answer to plaintiff's First Amended Complaint pursuant to Federal Rule of Civil Procedure 12(a) | June 16, 2026 | September 8, 2026 |
| Plaintiff's disclosure of asserted claims and preliminary infringement contentions (LPR 303.1)<br><br>Document production accompanying disclosure of asserted claims and preliminary infringement contentions (LPR 303.2) | July 15, 2026 | October 8, 2026 |

| Event | Current Date | Amended Date |
|---|---|---|
| Defendants' disclosure of preliminary invalidity contentions (LPR 303.3)<br><br>Document production accompanying disclosure of preliminary invalidity contentions (LPR 303.4) | August 28, 2026 | November 24, 2026 |
| Plaintiff's disclosure of proposed terms and claim elements for construction (LPR 304.1) | September 17, 2026 | December 10, 2026 |
| Defendant's disclosure of proposed terms and claim elements for construction | September 24, 2026 | December 17, 2026 |
| Exchange of preliminary claim constructions and extrinsic evidence, including disclosures concerning percipient or expert witnesses information (LPR 304.2) | October 15, 2026 | January 13, 2027 |
| Joint claim construction statement (LPR 304.3) | October 27, 2026 | January 22, 2027 |
| Deadline to exchange expert declarations in support of claim construction. | November 24, 2026 | February 24, 2027 |
| Completion of claim construction discovery (LPR 304.4) | December 23, 2026 | April 9, 2027 |
| Opening claim construction briefs due (LPR 304.5(a)) | January 21, 2027 | May 7, 2027 |
| Responsive claim construction briefs due (LPR 304.5(b)) | February 10, 2027 | May 28, 2027 |

Dated: September 17, 2026

Respectfully submitted,

**SHUMAKER, LOOP, & KENDRICK, LLP**

/s/ *Marshall Adkins*

Samuel Alexander Long, Jr.
(N.C. Bar No. 46588)
Tom BenGera
(N.C. Bar No. 57019)
Marshall Adkins
(N.C. Bar No. 63756)
101 S Tryon Street, Suite 2200
Charlotte, NC 28280
Tel: 704-375-0057
Fax: 704-332-1197
Email: along@shumaker.com
tbengera@shumaker.com
madkins@shumaker.com

*Attorneys for Defendants*

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Preston Heard*

Samuel B. Hartzell
North Carolina Bar No. 49256
555 Fayetteville Street, Suite 1100
Raleigh, North Carolina 27601
Telephone: 919-755-2112
Facsimile: 919-755-6772
Sam.Hartzell@wbd-us.com

Preston H. Heard (*pro hac vice*)
Georgia Bar No. 476319
Christine H. Dupriest (*pro hac vice*)
Georgia Bar No. 874494
WOMBLE BOND DICKINSON (US) LLP
1331 Spring Street, NW, Suite 1400
Atlanta, GA 30309
Telephone: (404) 888-7366
Email: Preston.Heard@wbd-us.com
Email: Christine.Dupriest@wbd-us.com

John H. Wright III
North Carolina Bar No. 63053
555 Fayetteville Street, Suite 1100
Raleigh, North Carolina 27601
Telephone: 919-755-2155
John.Wright@wbd-us.com

*Attorneys for Plaintiff Shibumi Shade, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby confirms that on September 17, 2026, I electronically filed the foregoing with the Clerk of Court using CM/ECF system, which will send notifications of such filing to the counsel of record.

*/s/ Preston H. Heard*
Preston H. Heard