**THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**

| | | |
|---|---|---|
| SHIBUMI SHADE, INC.<br><br>Plaintiff,<br><br>v.<br><br>GARDMA LLC d/b/a MILLION SHADES AMERICA,<br><br>Defendants. | ) | Civil Action No: 5:24-cv-00588 |

**ORDER MODIFYING CASE MANAGEMENT ORDER**

The parties conducted Mediation with United States Magistrate Judge Robert B. Jones, Jr. on August 18, 2026. Though the parties resolved certain of the claims, resulting in a stipulated partial dismissal, the case is not settled. The parties' request for amendments to the schedule set forth in paragraphs A.11 and A.12 of the Court's Case Management Order (Dkt. 38) is GRANTED as follows:

| Event | Current Date | Amended Date |
|---|---|---|
| Defendant shall file answer to plaintiff's First Amended Complaint pursuant to Federal Rule of Civil Procedure 12(a) | June 16, 2026 | September 8, 2026 |
| Plaintiff's disclosure of asserted claims and preliminary infringement contentions (LPR 303.1)<br><br>Document production accompanying disclosure of asserted claims and preliminary infringement contentions (LPR 303.2) | July 15, 2026 | October 8, 2026 |

| **Event** | **Current Date** | **Amended Date** |
|---|---|---|
| Defendants' disclosure of preliminary invalidity contentions (LPR 303.3)<br><br>Document production accompanying disclosure of preliminary invalidity contentions (LPR 303.4) | August 28, 2026 | November 24, 2026 |
| Plaintiff's disclosure of proposed terms and claim elements for construction (LPR 304.1) | September 17, 2026 | December 10, 2026 |
| Defendant's disclosure of proposed terms and claim elements for construction | September 24, 2026 | December 17, 2026 |
| Exchange of preliminary claim constructions and extrinsic evidence, including disclosures concerning percipient or expert witnesses information (LPR 304.2) | October 15, 2026 | January 13, 2027 |
| Joint claim construction statement (LPR 304.3) | October 27, 2026 | January 22, 2027 |
| Deadline to exchange expert declarations in support of claim construction. | November 24, 2026 | February 24, 2027 |
| Completion of claim construction discovery (LPR 304.4) | December 23, 2026 | April 9, 2027 |
| Opening claim construction briefs due (LPR 304.5(a)) | January 21, 2027 | May 7, 2027 |
| Responsive claim construction briefs due (LPR 304.5(b)) | February 10, 2027 | May 28, 2027 |

Except as expressly altered herein, all provisions of the May 16, 2026, case management order remain in effect.

SO ORDERED, this the 18th day of September, 2026.

LOUISE W. FLANAGAN
United States District Judge